IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:23-cv-00423

| | |
|---|---|
| TIMIA CHAPLIN and PAULINO CASTELLANOS, on behalf of themselves and all others similarly situated,<br><br>          *Plaintiffs*,<br><br>v.<br><br>WILLIE R. ROWE, in his official capacity as the Sheriff of Wake County; JOHN DOE SURETY, as surety for the Sheriff of Wake County; BRIAN ESTES, in his official capacity as the Sheriff of Lee County; JOHN DOE SURETY, as surety for the Sheriff of Lee County; TYLER TECHNOLOGIES, INC.; and DOES 1 THROUGH 20, INCLUSIVE,<br><br>          *Defendants*. | **NOTICE OF APPEARANCE** |

The undersigned, Gagan Gupta, a member of the bar of this Court and an attorney with the law firm of Tin Fulton Walker & Owen PLLC, hereby gives notice of his appearance as counsel of record in this action for Plaintiffs and the proposed Class.

Respectfully submitted this the 23rd day of May, 2023.

/s/ Gagan Gupta
Gagan Gupta (NCSB #: 53119)
Email: ggupta@tinfulton.com
TIN FULTON WALKER & OWEN PLLC
115 E. Main Street
Durham, NC 27701
Telephone: (919) 307-8400, ext. 352

*Counsel for Plaintiffs Timia Chaplin and Paulino Castellanos, on behalf of themselves and all others similarly situated*