IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:23-cv-00423

| | |
|---|---|
| TIMIA CHAPLIN and PAULINO CASTELLANOS, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>WILLIE R. ROWE, in his official capacity as the Sheriff of Wake County; JOHN DOE SURETY, as surety for the Sheriff of Wake County; BRIAN ESTES, in his official capacity as the Sheriff of Lee County; JOHN DOE SURETY, as surety for the Sheriff of Lee County; TYLER TECHNOLOGIES, INC.; and DOES 1 THROUGH 20, INCLUSIVE,<br><br>*Defendants*. | **NOTICE OF APPEARANCE** |

The undersigned, Abraham Rubert-Schewel, a member of the bar of this Court and an attorney with the law firm of Tin Fulton Walker & Owen PLLC, hereby gives notice of his appearance as counsel of record in this action for Plaintiffs and the proposed Class. Respectfully submitted this the 8th day of June 2023.

/s/ Abraham Rubert-Schewel
Tin Fulton Walker & Owen, PLLC
119 E. Main Street
Durham, NC 27701
schewel@tinfulton.com
919-451-9216

*Counsel for Plaintiffs Timia Chaplin and Paulino Castellanos, on behalf of themselves and all others similarly situated*