IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:23-cv-00423-WO-JLW

| | |
|---|---|
| **TIMIA CHAPLIN and PAULINO CASTELLANOS**, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br>　v.<br><br>**WILLIE R. ROWE**, in his capacity as Sheriff of Wake County; **JOHN DOE SURETY**, as surety for the Sheriff of Wake County, **BRIAN ESTES**, in his official capacity as the Sheriff of Lee County; **JOHN DOE SURETY**, as surety for the Sheriff of Lee County, **TYLER TECHNOLOGIES, INC.**; and **DOES 1 THROUGH 20, INCLUSIVE**,<br><br>　　　　Defendant. | **NOTICE OF APPEARANCE OF H. HUNTER BRUTON** |

　　H. Hunter Bruton, of the law firm Robinson, Bradshaw & Hinson, P.A., hereby provides notice to the Court and all parties and their counsel that he will appear, in addition to Gregory L. Skidmore, as counsel in this action on behalf of Defendant Tyler Technologies, Inc. Please direct all future filings, correspondence, notices and other contacts regarding this case to Mr. Skidmore and Mr. Bruton through

1

the CM/ECF electronic filing system or at the addresses listed below.

This 30th day of August, 2023.

s/ H. Hunter Bruton
Gregory L. Skidmore
N.C. Bar No. 35571
gskidmore@robinsonbradshaw.com

H. Hunter Bruton
N.C. Bar No. 50601
hbruton@robinsonbradshaw.com

**ROBINSON, BRADSHAW & HINSON, P.A.**
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

*Attorneys for Defendant Tyler Technologies, Inc.*