IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:23-cv-00423-WO-JLW

| | |
|---|---|
| TIMIA CHAPLIN and PAULINO CASTELLANOS, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>WILLIE R. ROWE, in his capacity as Sheriff of Wake County; JOHN DOE SURETY, as surety for the Sheriff of Wake County, BRIAN ESTES, in his official capacity as the Sheriff of Lee County; JOHN DOE SURETY, as surety for the Sheriff of Lee County, TYLER TECHNOLOGIES, INC.; and DOES 1 THROUGH 20, INCLUSIVE,<br><br>        Defendants. | |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Tyler Technologies, Inc., which is a Defendant, makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    (X) Yes          ( ) No

2. Does the party have any parent corporations?

    ( ) Yes          (X) No

3. Is 10% or more of the stock of a party owned by a publicly-held corporation or other publicly-held entity?

    ( ) Yes          (X) No

If yes, identify all such owners:

4. Is there any other publicly-held corporation or other publicly-held entity that has a direct financial interest in the outcome of the litigation?

    ( ) Yes          (X) No

    If yes, identify entity and nature of interest:

5. In a case based on diversity jurisdiction, pursuant to Fed. R. Civ. P. 7.1(a)(2), the following is a list of all members or partners of Tyler Technologies, Inc.:

    Not applicable.

| (name of member or partner) | (state of citizenship) |
|---|---|
| (name of member or partner) | (state of citizenship) |
| (name of member or partner) | (state of citizenship) |
| (name of member or partner) | (state of citizenship) |

Note: If there are additional members or partners, provide their names and states of citizenship on a separate page. If any of the members or partners are an LLC or LP, provide the names and states of citizenship of the members or partners on a separate page, using the same method to identify the citizenship of members or partners through any layered entities, traced back to corporations or individuals. See *Capps v. Newmark Southern Region*, LLC, No. 21-1196 (4th Cir. Nov. 16, 2022).

This 30th day of August, 2023.

        s/ Gregory L. Skidmore
        Gregory L. Skidmore
        N.C. Bar No. 35571
        gskidmore@robinsonbradshaw.com

        H. Hunter Bruton
        N.C. Bar No. 50601
        hbruton@robinsonbradshaw.com

        **ROBINSON, BRADSHAW & HINSON, P.A.**
        101 North Tryon Street, Suite 1900
        Charlotte, North Carolina 28246
        Telephone: (704) 377-2536
        Facsimile: (704) 378-4000

        *Attorneys for Defendant Tyler Technologies, Inc.*