IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:23-cv-00423-WO-JLW

| | |
|---|---|
| TIMIA CHAPLIN and PAULINO CASTELLANOS, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>  v.<br><br>WILLIE R. ROWE, in his capacity as Sheriff of Wake County; JOHN DOE SURETY, as surety for the Sheriff of Wake County, BRIAN ESTES, in his official capacity as the Sheriff of Lee County; JOHN DOE SURETY, as surety for the Sheriff of Lee County, TYLER TECHNOLOGIES, INC.; and DOES 1 THROUGH 20, INCLUSIVE,<br><br>        Defendants. | TYLER TECHNOLOGIES, INC.'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6.1(a) and Rule 6(b) of the Federal Rules of Civil Procedure, Defendant Tyler Technologies, Inc. ("Tyler Technologies"), moves this Court for a fourteen-day extension of time, through and including September 20, 2023, to answer or otherwise respond to Plaintiffs' Complaint – Class Action ("Complaint"). In support of this motion, Tyler Technologies states the following:

1

1. Plaintiffs filed the Complaint on May 23, 2023.

2. Plaintiffs purported to serve the summons and Complaint on Tyler Technologies by mailing it via overnight delivery for delivery on August 16, 2023. Service on this date would result in a response date of September 6, 2023.

3. The time within which Tyler Technologies must answer or otherwise respond to the Complaint has not expired.

4. Tyler Technologies requests a modest extension of time to respond to the Complaint in light of obligations in other matters and the Labor Day Holiday Weekend. The requested extension will facilitate Tyler Technologies' preparation of a focused response.

5. This Motion is made in good faith and not for the purpose of undue delay.

6. Tyler Technologies' counsel has conferred with the Plaintiffs' counsel, and Plaintiffs' counsel consents to the requested extension.

7. Tyler Technologies reserves all defenses, claims and arguments.

WHEREFORE, Tyler Technologies respectfully requests the Court extend by fourteen days Tyler Technologies' deadline to answer or otherwise respond to the complaint, through and including September 20, 2023.

This 30th day of August, 2023.

    s/ Gregory L. Skidmore
Gregory L. Skidmore
N.C. Bar No. 35571
gskidmore@robinsonbradshaw.com

H. Hunter Bruton
N.C. Bar No. 50601
hbruton@robinsonbradshaw.com

**ROBINSON, BRADSHAW & HINSON, P.A.**
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

*Attorneys for Defendant Tyler Technologies, Inc.*