IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:23-cv-00423-WO-JLW

| | |
|---|---|
| TIMIA CHAPLIN and PAULINO CASTELLANOS, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br> v.<br><br>WILLIE R. ROWE, in his capacity as Sheriff of Wake County; JOHN DOE SURETY, as surety for the Sheriff of Wake County, BRIAN ESTES, in his official capacity as the Sheriff of Lee County; JOHN DOE SURETY, as surety for the Sheriff of Lee County, TYLER TECHNOLOGIES, INC.; and DOES 1 THROUGH 20, INCLUSIVE,<br><br>    Defendant. | ORDER |

UPON CONSIDERATION of Tyler Technologies, Inc.'s Consent Motion for Extension of Time to Respond to Complaint, and for GOOD CAUSE shown, the Motion is hereby GRANTED. Defendant Tyler Technologies, Inc. shall have through and until September 20, 2023 to respond to Plaintiffs' complaint.

This \_\_\_\_\_ day of August, 2023.

                                                                  _____