# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| Timia Chaplin; et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-CV-00423-WO-JLW |
| Willie R. Rowe; et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Willie R. Rowe, in his official capacity as the Sheriff of Wake County.

Date: 09/06/2023

/s/ Robert J. Lane
*Attorney's signature*

Robert J. Lane, 53767
*Printed name and bar number*

PO Box 550
Raleigh, NC 27602
*Address*

Robert.Lane@wake.gov
*E-mail address*

(919) 856-5380
*Telephone number*

(919) 856-6874
*FAX number*