AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| Timia Chaplin; et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-CV-00423-WO-JLW |
| Willie R. Rowe; et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Willie R. Rowe, in his official capacity as the Sheriff of Wake County .

Date: 09/06/2023

/s/ Roger A. Askew
*Attorney's signature*

Roger A. Askew, 18081
*Printed name and bar number*
Wake County Attorney's Office
PO Box 550
Raleigh, NC 27602

*Address*

Roger.Askew@wake.gov
*E-mail address*

(919) 856-5500
*Telephone number*

(919) 856-5504
*FAX number*