IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:23-CV-00423-WO-JLW

| | |
|---|---|
| TIMIA CHAPLIN, et al. | |
| Plaintiffs, | |
| v. | **ORDER EXTENDING PLAINTIFFS' TIME TO RESPOND TO SHERIFF BRIAN ESTES' MOTION TO DISMISS** |
| WILLIE ROWE, et al. | |
| Defendants. | |

This matter was heard by the undersigned on a motion, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, by Plaintiffs to extend time to respond or amend in response to Lee County Sheriff Brian Estes' motion to dismiss.

It appears to the Court that the time for responding or amending in response to the motion to dismiss has not expired, that Defendant's counsel has not objected to the motion, and that good cause exists to grant this motion.

IT IS THEREFORE ORDERED that Plaintiffs shall have up to and including October 27, 2023, to respond or amend in response to Defendant Estes' motion to dismiss.

This the __ day of _____ 2023.

_____