UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:23-cv-00423-WO-JLW

| | |
|---|---|
| **TIMIA CHAPLIN and PAULINO CASTELLANOS**, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>**WILLIE R. ROWE**, in his capacity as Sheriff of Wake County; JOHN DOE SURETY, as surety for the Sheriff of Wake County, BRIAN ESTES, in his official capacity as the Sheriff of Lee County; JOHN DOE SURETY, as surety for the Sheriff of Lee County, TYLER TECHNOLOGIES, INC.; and DOES 1 THROUGH 20, INCLUSIVE,<br><br>　　　　Defendants. | |

**DEFENDANT TYLER TECHNOLOGIES, INC.'S
MOTION TO DISMISS PLAINTIFFS' COMPLAINT
PURSUANT TO FED. R. CIV. P. 12(b)(6)**

　　Defendant Tyler Technologies, Inc. ("Tyler") moves this Court to dismiss Plaintiffs' Complaint (Doc. No. 1) under Rule 12(b)(6) of the Federal Rules of Civil Procedure. As shown in the Memorandum of Law in Support of Tyler's Motion

1

to Dismiss filed contemporaneously with this motion, the Complaint should be dismissed for failure to state a claim upon which relief can be granted as to Tyler.

WHEREFORE, for the reasons stated in the Memorandum of Law in Support of Defendant Tyler Technologies, Inc.'s Motion to Dismiss Plaintiffs' Complaint, Tyler respectfully asks that the Court dismiss Plaintiffs' Complaint with prejudice.

This 20th day of September, 2023.

s/ Gregory L. Skidmore
Gregory L. Skidmore
N.C. Bar No. 35571
gskidmore@robinsonbradshaw.com

H. Hunter Bruton
N.C. Bar No. 50601
hbruton@robinsonbradshaw.com

**ROBINSON, BRADSHAW & HINSON, P.A.**
101 North Tryon Street,
Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

*Attorneys for Defendant Tyler Technologies, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed using the Court's e-filing system, which will automatically and electronically notify the following CM/ECF-registered counsel of record:

Gagan Gupta
ggupta@tinfulton.com

Abraham Rubert-Schewel
schewel@tinfulton.com

Zachary William Ezor
zezor@tinfulton.com
Tin Fulton Walker & Owen PLLC
115 E. Main Street
Durham, NC 27701
Telephone: (919) 307-8400

*Attorneys for Plaintiffs Timia Chaplin
And Paulino Castellanos, on behalf
Of themselves and all others similarly
Situated*

Robert Lane
robert.lane@wake.gov
Wake County Sheriff's Office
330 S. Salisbury Street
Raleigh, NC 27602
Telephone: (919) 856-5380

Roger Askew
roger.askew@wakegov.com
Senior Deputy County Attorney
Wake County Attorney's Office

P.O. Box 500
Raleigh, NC 27602
Telephone: (919) 856-5500

*Attorneys for Defendant Wake County Sheriff Willie Rowe*

James R. Morgan Jr.
Jim.Morgan@wbd-us.com
Womble Bond Dickinson (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336)721-3710

*Attorney for Defendant Brian Estes*

This 20th day of September, 2023.

                              s/ Gregory L. Skidmore
                              Gregory L. Skidmore