IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:23-cv-00423-WO-JLW

| | |
|---|---|
| TIMIA CHAPLIN and PAULINO CASTELLANOS, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>WILLIE R. ROWE, in his official capacity as the Sheriff of Wake County; JOHN DOE SURETY, as surety for the Sheriff of Wake County; BRIAN ESTES, in his official capacity as the Sheriff of Lee County; JOHN DOE SURETY, as surety for the Sheriff of Lee County; TYLER TECHNOLOGIES, INC.; and DOES 1 THROUGH 20, INCLUSIVE,<br><br>*Defendants*. | **PROOF OF SERVICE** |

Pursuant to Rule 4 of the Federal Rules of Civil Procedure, plaintiffs Timia Chaplin and Paulino Castellanos ("Plaintiffs") hereby submit as proof of service and attached as Exhibit A hereto, an Affidavit of Service evidencing that copies of the Complaint and Summonses in the above-captioned matter were served on defendants Willie R. Rowe (service effected on August 16, 2023), Brian Estes (service effected on August 17, 2023) and Tyler Technologies, Inc. (service effected on August 16, 2023). Specifically, Plaintiff mailed copies of the Complaint and Summonses by FedEx, delivery receipt requested, addressed to Defendants, thereby satisfying service of process on Defendants pursuant to Rule 4.

\* \* \* Signature Block Appears on Next Page \* \* \*

Respectfully submitted, this the 4th day of October, 2023,

TIN FULTON WALKER & OWEN, PLLC

/s/ Gagan Gupta

_____
Gagan Gupta (NCSB #: 53119)
Email: ggupta@paynterlaw.com
Zachary Ezor (NCSB #: 55070)
Email: zezor@tinfulton.com
Abraham Rubert-Schewel (NCSB #: 56863)
Email: schewel@tinfulton.com
TIN FULTON WALKER & OWEN, PLLC
119 Orange Street
Durham, NC 27701
Telephone: (919) 307-8400

*Counsel for plaintiffs*

Served on all parties: Via ECF