IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:23-cv-00423-WO-JLW

| | |
|---|---|
| TIMIA CHAPLIN and PAULINO CASTELLANOS, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>WILLIE R. ROWE, in his official capacity as the Sheriff of Wake County; JOHN DOE SURETY, as surety for the Sheriff of Wake County; BRIAN ESTES, in his official capacity as the Sheriff of Lee County; JOHN DOE SURETY, as surety for the Sheriff of Lee County; TYLER TECHNOLOGIES, INC.; and DOES 1 THROUGH 20, INCLUSIVE,<br><br>*Defendants*. | **AFFIDAVIT OF SERVICE** |

NOW COMES Walker Davidson, a North Carolina licensed paralegal with the law firm of Tin Fulton Walker & Owen, PLLC, and hereby deposes and says as follows:

1. That I am a North Carolina licensed paralegal working with the firm Tin Fulton Walker & Owen, PLLC, including for the attorneys who represent Plaintiffs in the above-captioned action.

2. That on August 15, 2023, I personally mailed a copy of the Complaint and Summonses in the above-captioned action via FedEx to the following Defendants at the addresses that appear herein:

   a. Willie R. Rowe: 330 S. Salisbury Street, John H. Baker Public Safety Center, Raleigh, NC 27601;

b.  Brian Estes: 1401 Elm Street, Sanford, NC, 27331;

c.  Tyler Technologies, Inc.: c/o Chief Legal Officer Abby Diaz, 5101 Tennyson Parkway, Plano, TX 75024; and c/o Registered Agent Capitol Corporation Services, 5101 Tennyson Parkway, Plano, TX 75024.

3. That the first civil summons was thereafter delivered to and served upon Defendant Willie R. Rowe on August 16, 2023, as evidenced by the copy of the Delivery Receipt attached hereto as Attachment 1.

4. That the second civil summons was thereafter delivered to and served upon defendant Brian Estes on August 17, 2023, as evidenced by the copy of the Delivery Receipt attached hereto as Attachment 2.

5. That the third civil summons was thereafter delivered to and served upon defendant Tyler Technologies, Inc. on August 16, 2023, as evidenced by the copies of the Delivery Receipts attached hereto as Attachments 3 and 4.

This is the 4TH day of October, 2023.

Walker Davidson
TIN, FULTON, WALKER & OWEN, PLLC
301 E. Park Avenue
Charlotte, NC 28203
Telephone: (704) 338-1220
Email: wdavidson@tinfulton.com

Sworn to and subscribed before me,
this the 4th day of October, 2023.

Notary Public
My Commission Expires: April 11, 2028

REGINA J. MOORE
Notary Public, North Carolina
Mecklenburg County
My Commission Expires
April 11, 2028

# Attachment 1



August 16, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 773055844826

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | T.WILLIAMS | **Delivery Location:** | |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday; Adult Signature Required | | RALEIGH, NC, |
| | | **Delivery date:** | Aug 16, 2023 12:29 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 773055844826 | **Ship Date:** | Aug 15, 2023 |
| | | **Weight:** | 0.5 LB/0.23 KG |
| **Recipient:** | | **Shipper:** | |
| RALEIGH, NC, US, | | Charlotte, NC, US, | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

Thank you for choosing FedEx

# Attachment 2



August 17, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 773055788693

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | N.CROWDER | **Delivery Location:** | |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday; Adult Signature Required | | SANFORD, NC, |
| | | **Delivery date:** | Aug 17, 2023 14:00 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 773055788693 | **Ship Date:** | Aug 15, 2023 |
| | | **Weight:** | 0.5 LB/0.23 KG |
| **Recipient:** | | **Shipper:** | |
| SANFORD, NC, US, | | Charlotte, NC, US, | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

Thank you for choosing FedEx

# Attachment 3



August 16, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 773055900602

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | J.KWICK | **Delivery Location:** | |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday; Adult Signature Required | | PLANO, TX, |
| | | **Delivery date:** | Aug 16, 2023 10:47 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 773055900602 | **Ship Date:** | Aug 15, 2023 |
| | | **Weight:** | 0.5 LB/0.23 KG |
| **Recipient:** | | **Shipper:** | |
| PLANO, TX, US, | | Charlotte, NC, US, | |

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx

# Attachment 4



August 16, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 773055943145

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | J.KWICK | **Delivery Location:** | |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday; Adult Signature Required | | PLANO, TX, |
| | | **Delivery date:** | Aug 16, 2023 10:47 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 773055943145 | **Ship Date:** | Aug 15, 2023 |
| | | **Weight:** | 0.5 LB/0.23 KG |
| **Recipient:** | | **Shipper:** | |
| PLANO, TX, US, | | Charlotte, NC, US, | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

Thank you for choosing FedEx