IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:23-cv-00423-WO-JLW

| | |
|---|---|
| TIMIA CHAPLIN and PAULINO CASTELLANOS, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>WILLIE R. ROWE, in his official capacity as the Sheriff of Wake County; JOHN DOE SURETY, as surety for the Sheriff of Wake County; BRIAN ESTES, in his official capacity as the Sheriff of Lee County; JOHN DOE SURETY, as surety for the Sheriff of Lee County; TYLER TECHNOLOGIES, INC.; and DOES 1 THROUGH 20, INCLUSIVE,<br><br>*Defendants*. | **CERTIFICATE OF WORD COUNT**<br>Local Civil Rule 7.3(d) |

Pursuant to Local Civil Rule 7.3(d), undersigned counsel for plaintiffs Timia Chaplin and Paulino Castellanos ("Plaintiffs") hereby submit this Certificate of Word Count, certifying that Plaintiffs' filing entitled Memorandum of Law in Support of Plaintiffs' Motion to Extend the Time to Move for Class Certification Under Local Rule 23.1 (ECF No. 24) complies with all word count requirements set forth in the Local Rules. Specifically, the brief filed at ECF No. 24 does not exceed 6,250 words as determined by the word count feature of the word processing software used to assemble the brief.

* * * Signature Block Appears on Next Page * * *

Respectfully submitted, this the 5th day of October, 2023,

        TIN FULTON WALKER & OWEN, PLLC

        /s/ Gagan Gupta
        _____
        Gagan Gupta (NCSB #: 53119)
        Email: ggupta@paynterlaw.com
        Zachary Ezor (NCSB #: 55070)
        Email: zezor@tinfulton.com
        Abraham Rubert-Schewel (NCSB #: 56863)
        Email: schewel@tinfulton.com
        TIN FULTON WALKER & OWEN, PLLC
        119 Orange Street
        Durham, NC 27701
        Telephone: (919) 307-8400

        *Counsel for plaintiffs*

Served on all parties: Via ECF