IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:23-cv-00423-WO-JLW

| | | |
|---|---|---|
| TIMIA CHAPLIN and PAULINO CASTELLANOS, on behalf of themselves and all others similarly situated, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **DEFENDANT BRIAN ESTES'** |
| | ) | **RESPONSE TO PLAINTIFFS'** |
| WILLIE R. ROWE, in his official capacity as | ) | **MOTION TO EXTEND TIME** |
| the Sheriff of Wake County; JOHN DOE | ) | **TO MOVE FOR CLASS** |
| SURETY, as surety for the Sheriff of Wake | ) | **CERTIFICATION** |
| County; BRIAN ESTES, in his official | ) | |
| capacity as the Sheriff of Lee County; JOHN | ) | |
| DOE SURETY, as surety for the Sheriff of | ) | |
| Lee County; TYLER TECHNOLOGIES, | ) | |
| INC.; and DOES 1 THROUGH 20, | ) | |
| INCLUSIVE, | ) | |
| | ) | |
| Defendants. | ) | |

_____

NOW COMES the defendant Brian Estes, in his official capacity as Sheriff of Lee

County, and files this response to Plaintiff's Motion to Extend Time to Move for Class

Certification.  (Doc. 23).

The defendant Estes agrees with defendant Tyler Technologies Inc.'s Response to

Plaintiffs' Motion to Extend Time to Move for Class Certification (Doc. 26), and hereby

incorporate the arguments in defendant Tyler Technologies, Inc.'s Response (Doc. 26) as

if fully set forth herein.

WHEREFORE, the defendant Brian Estes, in his official capacity as Sheriff of Lee County, respectfully requests that the Court deny Plaintiffs' Motion or hold it in abeyance pending resolution of the motions to dismiss.

Respectfully submitted this the 20th day of October, 2023.

/s/ *James R. Morgan, Jr.*
James R. Morgan, Jr.
N.C. State Bar No. 12496
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC  27101
Telephone: (336) 721-3710
Facsimile: (336) 733-8394
E-mail:  Jim.Morgan@wbd-us.com
*Attorney for Defendant Brian Estes*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2023, I electronically filed the foregoing **DEFENDANT BRIAN ESTES' RESPONSE TO PLAINTIFFS' MOTION TO EXTEND TIME TO MOVE FOR CLASS CERTIFICATION** with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all Counsel of record.

/s/ *James R. Morgan, Jr.*
James R. Morgan, Jr.
N.C. State Bar No. 12496
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC  27101
Telephone: (336) 721-3710
Facsimile: (336) 733-8394
E-mail:  Jim.Morgan@wbd-us.com
*Attorney for Defendant Brian Estes*

3