IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

NO. 1:23-CV-00423

| | |
|---|---|
| TIMIA CHAPLIN and PAULINO CASTELLANOS, on behalf of themselves and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> WILLIE R. ROWE, in his official capacity as the Sheriff of Wake County; JOHN DOE SURETY, as surety for the Sheriff of Wake County; BRIAN ESTES, in his official capacity as the Sheriff of Lee County; JOHN DOE SURETY, as surety for the Sheriff of Lee County; TYLER TECHNOLOGIES, INC.; and DOES 1 THROUGH 20, INCLUSIVE, <br><br> Defendants. | **DEFENDANT WILLIE L. ROWE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO EXTEND TIME TO MOVE FOR CLASS CERTIFICATION** |

**NOW COMES** the defendant, denominated by the Plaintiff as Willie R. Rowe (hereinafter "Defendant Sheriff Rowe"), in his official capacity as Sheriff of Wake County, and who hereby files this Response in Opposition to Plaintiff's Motion to Extend Time to Move for Class Certification. [D.E. 23].

Defendant Sheriff Rowe agrees with Defendant Tyler Technologies Inc.'s Response to Plaintiffs' Motion to Extend Time to Move for Class Certification [D.E. 26], and hereby incorporates the arguments in Defendant Tyler Technologies, Inc.'s Response [D.E. 26] as if fully set forth herein.

**WHEREFORE**, the Defendant Sheriff Rowe, in his official capacity as Sheriff of Wake County, respectfully requests that the Court deny Plaintiffs' Motion or hold it in abeyance pending resolution of the motions to dismis

This the 20th day of October, 2023.

Respectfully submitted,

/s/ Robert J. Lane
Robert J. Lane
P. O. Box 550
Raleigh, N.C. 27602
Tel: (919) 856-5380
Fax: (919) 743-7389
E-Mail: Robert.Lane@wake.gov
N.C. State Bar # 53767
*Attorney for Defendant Wake County Sheriff Willie Rowe*

/s/ Roger A. Askew
Roger A. Askew
Senior Deputy County Attorney
P. O. Box 550
Raleigh, N.C. 27602
Tel: (919) 856-5500
Fax: (919) 856-5504
E-Mail: Roger.Askew@wake.gov
N.C. State Bar # 18081
*Attorney for Defendant Wake County Sheriff Willie Rowe*

**CERTIFICATE OF SERVICE**

The undersigned certifies to this Court that **DEFENDANT WILLIE L. ROWE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO EXTEND TIME TO MOVE FOR CLASS CERTIFICATION** has been electronically filed with the Clerk of Court pursuant to M.D.N.C. Local Civil Rule 5.3(a), using the CM/ECF system, which will send notification of such filing to the following:

Gagan Gupta
Abraham Rubert-Schewel
Zachary William Ezor
Tin Fulton Walker & Owen, PLLC
115 E. Main Street
Durham, NC 27701
ggupta@tinfulton.com
schewel@tinfulton.com
zezor@tinfulton.com
*Attorneys for Plaintiffs*

This the 20th day of October 2023.

                Respectfully submitted,

                /s/ Robert J. Lane
                Robert J. Lane
                P. O. Box 550
                Raleigh, N.C. 27602
                Tel: (919) 856-5380
                Fax: (919) 743-7389
                E-Mail: Robert.Lane@wake.gov
                N.C. State Bar # 53767
                *Attorney for Defendant Wake County Sheriff Willie Rowe*