IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:23-cv-00423-WO-JLW

| | |
|---|---|
| TIMIA CHAPLIN and PAULINO CASTELLANOS, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>WILLIE R. ROWE, in his official capacity as the Sheriff of Wake County; JOHN DOE SURETY, as surety for the Sheriff of Wake County; BRIAN ESTES, in his official capacity as the Sheriff of Lee County; JOHN DOE SURETY, as surety for the Sheriff of Lee County; TYLER TECHNOLOGIES, INC.; and DOES 1 THROUGH 20, INCLUSIVE,<br><br>*Defendants*. | **ORDER EXTENDING PLAINTIFFS' TIME TO REPSOND OR FILE AMENDED COMPLAINT** |

This matter was heard by the undersigned on Plaintiffs' motion, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Civil Rule 6.1(a), seeking an extension of time to respond or amend in response to all Defendants' motions to dismiss the action.

The Court finds that the time for responding or amending has not expired, all named Defendants consent to Plaintiffs' motion, and good cause exists to grant the motion.

IT IS THEREFORE ORDERED that Plaintiffs shall have up to and including November 3, 2023, to respond or amend in response to all Defendants' motions to dismiss the action.

This the _____ day of _____, 2023.

_____