IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:23-cv-00423-WO-JLW

| | |
|---|---|
| TIMIA CHAPLIN, KEVIN SPRUILL, ROTESHA MCNEIL, QIANA ROBERTSON, YOUSEF JALLAL, MESSIEJAH BRADLEY, PAULINO CASTELLANOS, ROBERT LEWIS AND ALLEN SIFFORD, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br>  v.<br><br>WILLIE R. ROWE, in his capacity as Sheriff of Wake County, BRIAN ESTES, in his official capacity as the Sheriff of Lee County, THE OHIO CASUALTY INSURANCE COMPANY, as the surety for the Sheriff of Wake County and as surety for the Sheriff of Lee County, TYLER TECHNOLOGIES, INC., NORTH CAROLINA ADMINISTRATIVE OFFICE OF THE COURTS, RYAN BOYCE, in his official capacity as the Executive Director of the North Carolina Administrative Office of the Courts, BRAD FOWLER, in his official capacity as the ecourts Executive Sponsor and Chief Business Officer of the North Carolina Administrative Office of the Courts, BLAIR WILLIAMS, in his official capacity as the Wake County Clerk of Superior Court, SUSIE K. THOMAS, in her official capacity as the Lee County Clerk of Superior Court, JOHN DOE | TYLER TECHNOLOGIES, INC.'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT |

1

| |
|---|
| SURETY, as the surety for the Wake County Clerk of Superior Court and the Lee County Clerk of Superior Court, and DOES 1 THROUGH 20, INCLUSIVE,<br><br>      **Defendants.** |

Pursuant to Local Rule 6.1(a) and Rule 6(b) of the Federal Rules of Civil Procedure, Defendant Tyler Technologies, Inc. ("Tyler Technologies"), moves this Court for a thirty-day extension of time, through and including December 13, 2023, to answer or otherwise respond to Plaintiffs' First Amended Complaint – Class Action ("First Amended Complaint"). In support of this motion, Tyler Technologies states the following:

1. Plaintiffs filed their original complaint on May 23, 2023.

2. Tyler Technologies timely filed its Motion to Dismiss the Complaint on September 20, 2023.

3. Plaintiffs filed motions seeking to extend the time by which they were required to respond to the motions to dismiss filed by Tyler Technologies and the other defendants. Plaintiffs sought, and were granted, an

2

Case 1:23-cv-00423-WO-JLW   Document 33   Filed 11/02/23   Page 2 of 5

extension of time of up to thirty-six days from their original response deadlines. (*See, e.g.*, ECF No. 17, 18, 21).

 4. Plaintiffs filed their First Amended Complaint on October 27, 2023. Service on this date would result in a response date of November 13, 2023.

 5. The time within which Tyler Technologies must answer or otherwise respond to the First Amended Complaint has not expired.

 6. Tyler Technologies requests an extension of time to respond to the First Amended Complaint. Plaintiffs' First Amended Complaint adds seven new named plaintiffs and six new defendants to this litigation. The First Amended Complaint also adds additional allegations, including allegations about the seven new named plaintiffs and new factual allegations against Tyler Technologies. The requested extension will facilitate Tyler Technologies' preparation of a focused response to these new allegations and new plaintiffs.

 7. Furthermore, lead counsel for Tyler Technologies has long-scheduled international travel plans for November

3

3-10, 2023, and will, therefore, be out of the country for much of the time leading up to the current deadline in which to file a response. The requested extension takes into account this conflict as well as the upcoming Thanksgiving holidays.

8. This Motion is made in good faith and not for the purpose of undue delay.

9. Tyler Technologies' counsel has conferred with the Plaintiffs' counsel, and Plaintiffs' counsel consents to the requested extension.

10. Tyler Technologies reserves all defenses, claims and arguments.

WHEREFORE, Tyler Technologies respectfully requests the Court extend by thirty days Tyler Technologies' deadline to answer or otherwise respond to the First Amended Complaint, through and including December 13, 2023.

This 2nd day of November, 2023.

s/ Gregory L. Skidmore
Gregory L. Skidmore
N.C. Bar No. 35571
gskidmore@robinsonbradshaw.com

H. Hunter Bruton
N.C. Bar No. 50601
hbruton@robinsonbradshaw.com

**ROBINSON, BRADSHAW & HINSON, P.A.**
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

*Attorneys for Defendant Tyler Technologies, Inc.*