IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

NO. 1:23-CV-00423

| | |
|---|---|
| TIMIA CHAPLIN, *et al.*, | ) ) ) |
| Plaintiff, | ) ) |
| v. | **DEFENDANT SHERIFF L. ROWE'S CONSENT MOTION FOR EXTENSION OF TIME** |
| WILLIE R. ROWE, *et al.*, | ) ) |
| Defendants. | ) ) ) |

**NOW COMES** Defendant Willie L. Rowe, in his official capacity as Sheriff of Wake County, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6(b) and L.R. 6.1, hereby respectfully moves this Court for an Order extending the time for Defendant Willie L. Rowe to answer the First Amended Complaint filed herein in the above-referenced matter. In support of this motion ("Motion"), Defendant state as follows:

1. Plaintiffs filed their original complaint on May 23, 2023.

2. Defendant Willie L. Rowe filed his Motion to Dismiss on September 6, 2023.

3. Plaintiffs filed their First Amended Complaint on October 27, 2023, rendering the Motion to Dismiss moot.

4. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Defendant Willie L. Rowe is to serve his responsive pleading within twenty-one (21) days after being served with the summons and complaint. Accordingly, Defendants' response is due on or before November 13, 2023.

5. Undersigned counsel is in need of additional time to properly prepare a response to Plaintiff's Complaint.

6. The time in which Defendant Willie L. Rowe must answer or otherwise respond to the First Amended Complaint has not expired.

7. Counsel for Defendant has conferred with Counsel for Plaintiff who consents to a thirty (30) day extension.

**WHEREFORE**, Undersigned Counsel respectfully requests that the time within which Defendant Willie L. Rowe may serve a response to Plaintiff's Complaint be extended thirty (30) days, up to and including **Wednesday, December 13, 2023.**

This the 6th day of November 2023.

Respectfully submitted,

/s/ Robert J. Lane
Robert J. Lane
P. O. Box 550
Raleigh, N.C. 27602
Tel: (919) 856-5380
Fax: (919) 743-7389
E-Mail: Robert.Lane@wake.gov
N.C. State Bar # 53767
*Attorney for Sheriff Willie Rowe*

/s/ Roger A. Askew
Roger A. Askew
Senior Deputy County Attorney
P. O. Box 550
Raleigh, N.C. 27602
Tel: (919) 856-5500
Fax: (919) 856-5504
E-Mail: Roger.Askew@wake.gov
N.C. State Bar # 18081
*Attorney for Sheriff Willie Rowe*

## CERTIFICATE OF SERVICE

The undersigned certifies to this Court that **DEFENDANT SHERIFF L. ROWE'S CONSENT MOTION FOR EXTENSION OF TIME** and (Proposed) ORDER FOR EXTENSION OF TIME has been electronically filed with the Clerk of Court pursuant to M.D.N.C Local Civil Rule 5.3(a), using the CM/ECF system, which will send notification of the filing to the following.

Gagan Gupta
ggupta@tinfulton.com
Abraham Rubert-Schewel
schewel@tinfulton.com
Zachary William Ezor
zezor@tinfulton.com
Tin Fulton Walker & Owen, PLLC
115 E. Main Street
Durham, NC 27701
*Attorneys for Plaintiffs*

This the 6th day of November 2023.

Respectfully submitted,

/s/ Robert J. Lane
Robert J. Lane
P. O. Box 550
Raleigh, N.C. 27602
Tel: (919) 856-5380
Fax: (919) 743-7389
E-Mail: Robert.Lane@wake.gov
N.C. State Bar # 53767
*Attorney for Sheriff Willie Rowe*