IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

NO. 1:23-CV-00423

| | |
|---|---|
| TIMIA CHAPLIN, *et al.*, | ) |
| Plaintiff, | ) |
| v. | ) **(Proposed)** |
| | ) **ORDER FOR EXTENSION OF TIME** |
| WILLIE R. ROWE, *et al.*, | ) |
| Defendants. | ) |

Upon the motion of Defendant Sheriff Rowe, and for good cause shown, the time in which Defendant Sheriff Rowe shall answer or reply to Plaintiff's First Amended Complaint be extended to and including **Wednesday, December 13, 2023.**

This the ____ day of November, 2023.

_____

Clerk, Magistrate or District Court Judge

Proposed Order submitted by:

/s/ Robert J. Lane
Robert J. Lane
P. O. Box 550
Raleigh, N.C. 27602
Tel: (919) 856-5380
Fax: (919) 856-6874
E-Mail: Robert.Lane@wake.gov
N.C. State Bar # 53767
*Attorney for Defendant Sheriff Rowe*