IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:23-cv-00423-WO-JLW

| | |
|---|---|
| TIMIA CHAPLIN; KEVIN SPRUILL; ROTESHA MCNEIL; QIANA ROBERTSON; YOUSEF JALLAL; MESSIEJAH BRADLEY; PAULINO CASTELLANOS; ROBERT LEWIS; AND ALLEN SIFFORD, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>WILLIE R. ROWE, in his official capacity as the Sheriff of Wake County; BRIAN ESTES, in his official capacity as the Sheriff of Lee County; THE OHIO CASUALTY INSURANCE COMPANY, as the surety for the Sheriff of Wake County and as surety for the Sheriff of Lee County; TYLER TECHNOLOGIES, INC.; NORTH CAROLINA ADMINISTRATIVE OFFICE OF THE COURTS; RYAN BOYCE, in his official capacity as the Executive Director of the North Carolina Administrative Office of the Courts; BRAD FOWLER, in his official capacity as the eCourts Executive Sponsor and Chief Business Officer of the North Carolina Administrative Office of the Courts; BLAIR WILLIAMS, in his official capacity as the Wake County Clerk of Superior Court; SUSIE K. THOMAS, in her official capacity as the Lee County Clerk of Superior Court; JOHN DOE SURETY, as the surety for the Wake County Clerk of Superior Court and the Lee County Clerk of Superior Court; and DOES 1 THROUGH 20, INCLUSIVE,<br><br>        Defendants. | **ORDER GRANTING DEFENDANT BRIAN ESTES' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |

FOR GOOD CAUSE SHOWN, the Motion of Defendant Brian Estes, in his official capacity as the Sheriff of Lee County, for an extension of time in which to answer or otherwise respond to Plaintiffs' First Amended Complaint is hereby GRANTED.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

The time in which Defendant Brian Estes may file and serve his answer or other responsive pleading to the Plaintiffs' First Amended Complaint is extended up to and through December 13, 2023.

This the _____ day of November, 2023.

_____

2

Case 1:23-cv-00423-WO-JLW   Document 35-1   Filed 11/07/23   Page 2 of 2