IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Case No.: 1:23-cv-00423-WO-JLW

| | |
|---|---|
| CHAPLIN, et al. | ) |
| | ) |
|     *Plaintiffs*, | ) |
| | ) **NOTICE OF APPEARANCE** |
| v. | ) |
| | ) |
| ROWE, et al. | ) |
|     *Defendants*. | ) |

NOW COMES the undersigned, Special Deputy Attorney General Elizabeth Curran O'Brien, and makes an appearance in this matter on behalf of Defendants North Carolina Administrative Office of the Courts, Ryan Boyce, in his official capacity as the Executive Director of the North Carolina Administrative Office of the Courts, Brad Fowler, in his official capacity as the eCourts Executive Sponsor and Chief Business Officer of the North Carolina Administrative Office of the Courts, Blair Williams, in his official capacity as the Wake County Clerk of Superior Court, and Susie K. Thomas, in her official capacity as the Lee County Clerk of Superior Court.

Pursuant to Rule 7.1 of the Federal Rules of Procedure, a disclosure of corporate affiliations/financial interest disclosure statement is not required to be filed on behalf of the aforementioned Defendants who are state officers of North Carolina's judicial department. N.C. Gen. Stat. Chapter 7A.

Respectfully submitted this the 17th day of November, 2023.

                JOSHUA H. STEIN
                Attorney General

                <u>/s/Elizabeth Curran O'Brien</u>
                Special Deputy Attorney General
                N.C. State Bar No. 28885
                E-mail: eobrien@ncdoj.gov
                N.C. Department of Justice
                P.O. Box 629
                Raleigh, NC 27602-0629
                Telephone: (919) 716-6800
                Fax: (919) 716-6755
                *Counsel for Defendants NCAOC, Boyce, Fowler, Williams and Thomas*

## **CERTIFICATE OF SERVICE**

      This is to certify that the undersigned has this day electronically filed the foregoing **NOTICE OF APPEARANCE** using the CM/ECF system, which will send notification of such filing to all the counsel of record for the parties who participate in the CM/ECF system.

      This the 17th day of November, 2023.

/s/ Elizabeth Curran O'Brien
Elizabeth Curran O'Brien
Special Deputy Attorney General
N.C. Department of Justice