IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:23-cv-00423-WO-JLW

| | |
|---|---|
| TIMIA CHAPLIN; KEVIN SPRUILL; ROTESHA MCNEIL; QIANA ROBERTSON; YOUSEF JALLAL; MESSIEJAH BRADLEY; PAULINO CASTELLANOS; ROBERT LEWIS; and ALLEN SIFFORD, on behalf of themselves and all others similarly situated,<br><br>                *Plaintiffs*,<br><br>   v.<br><br>WILLIE R. ROWE, in his official capacity as the Sheriff of Wake County; BRIAN ESTES, in his official capacity as the Sheriff of Lee County; THE OHIO CASUALTY INSURANCE COMPANY, as surety for the Sheriff of Wake County and as surety for the Sheriff of Lee County; TYLER TECHNOLOGIES, INC.; NORTH CAROLINA ADMINISTRATIVE OFFICE OF THE COURTS; RYAN BOYCE, in his official capacity as the Executive Director of the North Carolina Administrative Office of the Courts; BRAD FOWLER, in his official capacity as the eCourts Executive Sponsor and Chief Business Officer of the North Carolina Administrative Office of the Courts; BLAIR WILLIAMS, in his official capacity as the Wake County Clerk of Superior Court; SUSIE K. THOMAS, in her official capacity as the Lee County Clerk of Superior Court; JOHN DOE SURETY, as the surety for the Wake County Clerk of Superior Court and the Lee County Clerk of Superior Court; and DOES 1 THROUGH 20, INCLUSIVE,<br><br>                *Defendants*. | **NOTICE OF SPECIAL APPEARANCE** |

The undersigned, A. Dami Animashaun, hereby enters a notice of special appearance as counsel of record in this action for Timia Chaplin, Kevin Spruill, Rotesha McNeil, Qiana Robertson, Yousef Jallal, Messiejah Bradley, Paulino Castellanos, Robert Lewis, and Allen Sifford, individually and on behalf of all others similarly situated (collectively, "Plaintiffs"). I enter this notice in the above-captioned matter in association with Local Civil Rule 83.1(d) counsel, Gagan Gupta. I am a member in good standing of the bars of the State of California and State of New York.

I certify that I will submit any documents to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the Court.

Respectfully submitted this the 23rd day of November 2023.

/s/ A. Dami Animashaun
A. Dami Animashaun
Email: dami@animashaun.me
933 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: 929-266-3971

/s/ Gagan Gupta
Gagan Gupta (NCSB #: 53119)
Email: ggupta@tinfulton.com
TIN FULTON WALKER & OWEN PLLC
119 Orange Street
Durham, NC 27701
Telephone: (919) 307-8400

*Counsel for Plaintiffs on behalf of themselves and all others similarly situated*