IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:23-cv-00423-WO-JLW

| | |
|---|---|
| TIMIA CHAPLIN; KEVIN SPRUILL; ROTESHA MCNEIL; QIANA ROBERTSON; YOUSEF JALLAL; MESSIEJAH BRADLEY; PAULINO CASTELLANOS; ROBERT LEWIS; and ALLEN SIFFORD, on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs*,<br><br> v.<br><br>WILLIE R. ROWE, in his official capacity as the Sheriff of Wake County; BRIAN ESTES, in his official capacity as the Sheriff of Lee County; THE OHIO CASUALTY INSURANCE COMPANY, as surety for the Sheriff of Wake County and as surety for the Sheriff of Lee County; TYLER TECHNOLOGIES, INC.; NORTH CAROLINA ADMINISTRATIVE OFFICE OF THE COURTS; RYAN BOYCE, in his official capacity as the Executive Director of the North Carolina Administrative Office of the Courts; BRAD FOWLER, in his official capacity as the eCourts Executive Sponsor and Chief Business Officer of the North Carolina Administrative Office of the Courts; BLAIR WILLIAMS, in his official capacity as the Wake County Clerk of Superior Court; SUSIE K. THOMAS, in her official capacity as the Lee County Clerk of Superior Court; JOHN DOE SURETY, as the surety for the Wake County Clerk of Superior Court and the Lee County Clerk of Superior Court; and DOES 1 THROUGH 20, INCLUSIVE,<br><br>    *Defendants*. | **ORDER EXTENDING PLAINTIFFS' TIME TO MOVE FOR CLASS CERTIFICATION UNDER LOCAL RULE 23.1** |

This matter was heard by the undersigned on Plaintiffs' motion, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Civil Rule 6.1(a), seeking an extension of time to move for class certification under Local Rule 23.1(b).

The Court finds that the time to move for class certification has not expired, that all named Defendants whose counsel have made an appearance in this matter to date consent to Plaintiffs' motion, and good cause exists to grant the motion.

IT IS THEREFORE ORDERED that the deadline to move for class certification is hereby stayed pending resolution of all motions to dismiss filed by Defendants. The Court further orders the parties to conduct a Rule 26 conference within 30 days of the Court's resolution of all motions to dismiss, and that the parties, within 14 days following the Rule 26 conference, jointly submit to the Court a proposed deadline for class-certification motions and briefings.

This the _____ day of _____, 2023.

_____