IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| TIMIA CHAPLIN, PAULINO CASTELLANOS, KEVIN SPRUILL, YOUSEF JALLAL, MESSIEJAH BRADLEY, ROTESHA MCNEIL, ALLEN SIFFORD, QIANA ROBERTSON, and ROBERT LEWIS, on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| WILLIE R. ROWE, in his official capacity as the Sheriff of Wake County, BRIAN ESTES, in his Official capacity as the Sheriff of Lee County, TYLER TECHNOLOGIES, INC., JOHN DOE SURETY, as the surety for the Sheriff of Wake County Defendant, JOHN DOE SURETY, as surety for the Sheriff of Lee County, DOES 1 THROUGH 20, INCLUSIVE, THE OHIO CASUALTY INSURANCE COMPANY, SURETY as surety for the Sheriff of Wake County and as surety for the Sheriff of Lee County, RYAN BOYCE, in his official capacity as the Executive Director of the North Carolina Administrative Office of the Courts, NORTH CAROLINA ADMINISTRATIVE OFFICE OF THE COURTS, BRAD FOWLER in his official capacity as the eCourts Executive | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 1:23-cv-423 |

Sponsor and Chief Business         )
Officer of the North               )
Carolina Administrative            )
Office of the Courts, BLAIR        )
WILLIAMS, in his official          )
capacity as the Wake County        )
Clerk of Superior Court,           )
SUSIE K. THOMAS, in her            )
official capacity as the           )
Lee County Clerk of Superior       )
Court, and NORTH CAROLINA          )
ADMINISTRATIVE OFFICE OF           )
THE COURTS,                        )
                                   )
            Defendants.            )

## ORDER

This matter comes before the court on Defendant Tyler Technologies, Inc.'s Consent Motion for Extension of Time to Respond to First Amended Complaint. (Doc. 46.) Defendant Tyler Technologies, Inc. ("Tyler Technologies") moves the court for an extension of time from December 13, 2023 until January 16, 2024, to answer or otherwise respond to Plaintiffs' First Amended Complaint – Class Action, (Doc. 30). Having considered the motion, with the consent of Plaintiffs, and for good cause shown,

**IT IS HEREBY ORDERED** that Defendant Tyler Technologies, Inc.'s Consent Motion for Extension of Time to Respond to First Amended Complaint, (Doc. 46), is **GRANTED**, and Defendant Tyler Technologies may have to and including January 16, 2024, in which to answer or otherwise respond to Plaintiffs' First

Amended Complaint.

This the 5th day of December, 2023.

_____
United States District Judge

- 3 -