IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
NO. 1:23-CV-00423

| | |
|---|---|
| TIMIA CHAPLIN; KEVIN SPRUILL; ROTESHA MCNEIL; QIANA ROBERTSON; YOUSEF JALLAL; MESSIEJAH BRADLEY; PAULINO CASTELLANOS; ROBERT LEWIS; and ALLEN SIFFORD, on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| WILLIE R. ROWE, in his official capacity as the Sheriff of Wake County; BRIAN ESTES, in his official capacity as the Sheriff of Lee County; THE OHIO CASUALTY INSURANCE COMPANY, as surety for the Sheriff of Wake County and as surety for the Sheriff of Lee County; TYLER TECHNOLOGIES, INC.; NORTH CAROLINA ADMINISTRATIVE OFFICE OF THE COURTS; RYAN BOYCE, in his official capacity as the Executive Director of the North Carolina Administrative Office of the Courts; BRAD FOWLER, in his official capacity as the eCourts Executive Sponsor and Chief Business Officer of the North Carolina Administrative Office of the Courts; BLAIR WILLIAMS, in his official capacity as the Wake County Clerk of Superior Court; SUSIE K. THOMAS, in her official capacity as the Lee County Clerk of Superior Court; SUSIE K. THOMAS, in her official capacity as the Lee County Clerk of Superior Court; JOHN DOE SURETY, as the surety for the Wake County Clerk of Superior Court and the Lee County Clerk of Superior Court; and DOES 1 THROUGH 20, INCLUSIVE, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**DEFENDANT WAKE COUNTY SHERIFF WILLIE ROWE'S
CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND
TO FIRST AMENDED COMPLAINT**

NOW COMES the defendant, WILLIE R. ROWE, in his official capacity as the Sheriff of Wake County ("Defendant Rowe"), by and through counsel, and pursuant to Fed. R. Civ. P 6(b) and LCvR 6.1, and hereby respectfully moves the Court for an extension of time, through and including January 16, 2024, to answer the or otherwise file responsive pleadings to Plaintiffs' First Amended Complaint – Class Action ("First Amended Complaint"). The requested extension will align Defendant Rowe's response date with a number of other defendants in the case. In support of this request, Defendant Rowe shows unto the Court the following:

1. Plaintiffs filed their original complaint on May 23, 2023.

2. Defendant Rowe timely filed his Motion to Dismiss the Complaint on September 6, 2023.

3. Plaintiffs filed their First Amended Complaint on October 27, 2023. The original response date was November 13, 2023.

4. Defendant Rowe filed a Motion for Extension of Time to respond to the First Amended Complaint on November 6, 2023. Plaintiffs consented to this extension, and the Court granted Defendant Rowe's motion extending the deadline to respond to the First Amended Complaint through and including December 13, 2023.

5. The time within which Defendant Rowe must answer or otherwise respond to the First Amended Complaint has not expired.

6. Since that time, five of the six new defendants added in the First Amended Complaint have waived service, giving them a response date of January 16, 2024. [DE Nos. 39-43]. Also, Defendant Tyler Technologies filed a Motion for Extension of Time to respond to the

First Amended Complaint and the Court granted the Motion extending the time to respond to January 16, 2023. [DE No. 47].

7. Defendant Rowe requests an extension of time to align its response date with that of the above-referenced defendants.

8. This Motion is made in good faith and not for the purpose of delay.

9. Defendant Rowe's counsel has conferred with Plaintiffs' counsel, and Plaintiffs' counsel consents to the requested extension.

WHEREFORE, Defendant Rowe prays the Court enter an order extending the time in which Defendant Rowe may file an answer or responsive pleading to the First Amended Complaint, through and including January 16, 2024.

Respectfully submitted this the 5th day of December, 2023.

WAKE COUNTY ATTORNEY'S OFFICE

/s/ *Roger A. Askew*
Roger A. Askew, NCSB # 18081
Senior Deputy County Attorney
Post Office Box 550
Raleigh, North Carolina 27602
Phone: (919) 856-5500
Fax:   (919) 856-5504
*Attorney for Defendant Wake County Sheriff*
 *Willie Rowe*

/s/ *Robert J. Lane*
Robert J. Lane, NCSB # 53767
Assistant County Attorney
Post Office Box 550
Raleigh, North Carolina 27602
Phone: (919) 856-5500
Fax:   (919) 856-5504
*Attorney for Defendant Wake County Sheriff*
 *Willie Rowe*

# CERTIFICATE OF SERVICE

I, the undersigned attorney for defendant WILLIE R. ROWE, in his official capacity as the Sheriff of Wake County, WAKE COUNTY, NORTH CAROLINA, hereby certifies that on the day indicated below the foregoing and attached **DEFENDANT WAKE COUNTY SHERIFF WILLIE ROWE'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT** was electronically filed with the Clerk of Court using the CM/ECF filing system and served via electronic transmission through the Court's CM/ECF system in accordance with Rule 5(b)(2)(D) of the Federal Rules of Civil Procedure and applicable local rules upon the CM/ECF participants:

>Gagan Gupta (NCSB #: 53119)
>Email: ggupta@tinfulton.com
>Abraham Rubert-Schewel (NCSB #: 56863)
>Email: schewel@tinfulton.com
>Zachary William Ezor (NCSB #: 55070)
>Email: Zezor@tinfulton.com
>TIN FULTON WALKER & OWEN PLLC
>119 Orange Street
>Durham, NC 27701
>*Counsel for Plaintiffs*
>
>Gregory L. Skidmore
>Email: gskidmore@robinsonbradshaw.com
>Hampton Hunter Brown
>Email: hbruton@robinsonbradshaw.com
>Robinson Bradshaw
>101 N. Tryon Street, Suite 1900
>Charlotte, NC 28246
>*Counsel for Tyler Technologies*
>
>James R. Morgan, Jr.
>Email: Jim.Morgan@wbd-us.com
>Womble Bond Dickinson LLP
>One West Fourth Street
>Winston-Salem, NC 27101
>*Counsel for Brian Estes*

Elizabeth Curran O'Brien
Email: Eobrien@ncdoj.gov
NC Department of Justice
PO Box 629
Raleigh, NC 27602
*Counsel for Ryan Boyce, NC Administrative Office of the Courts,
 Brad Fowler, Blair Williams and Susie K. Thomas*

This the 5th day of December, 2023.

/s/ *Roger A. Askew*
Roger A. Askew, NCSB # 18081
Senior Deputy County Attorney
Wake County Attorney's Office
P.O. Box 500
Raleigh, NC 27602
Telephone: 919-856-5500
Facsimile: 919-856-5504
E-Mail: Roger.askew@wakegov.com
*Attorney for Defendant Wake County Sheriff
 Willie Rowe*