IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TIMIA CHAPLIN, PAULINO          )
CASTELLANOS, KEVIN SPRUILL,     )
YOUSEF JALLAL, MESSIEJAH        )
BRADLEY, ROTESHA MCNEIL,        )
ALLEN SIFFORD, QIANA            )
ROBERTSON, and ROBERT           )
LEWIS, on behalf of             )
themselves and all others       )
similarly situated,             )
                                )
                Plaintiffs,     )
                                )
        v.                      )
                                )
WILLIE R. ROWE, in his          )          1:23-cv-423
official capacity as the        )
Sheriff of Wake County,         )
BRIAN ESTES, in his             )
Official capacity as the        )
Sheriff of Lee County,          )
TYLER TECHNOLOGIES, INC.,       )
JOHN DOE SURETY, as the         )
surety for the Sheriff          )
of Wake County Defendant,       )
JOHN DOE SURETY, as surety      )
for the Sheriff of Lee          )
County, DOES 1 THROUGH 20,      )
INCLUSIVE, THE OHIO CASUALTY    )
INSURANCE COMPANY, SURETY       )
as surety for the Sheriff       )
of Wake County and as           )
surety for the Sheriff          )
of Lee County, RYAN BOYCE,      )
in his official capacity        )
as the Executive Director       )
of the North Carolina           )
Administrative Office of        )
the Courts, NORTH CAROLINA      )
ADMINISTRATIVE OFFICE OF        )
THE COURTS, BRAD FOWLER         )
in his official capacity        )
as the eCourts Executive        )

Sponsor and Chief Business        )
Officer of the North              )
Carolina Administrative           )
Office of the Courts, BLAIR       )
WILLIAMS, in his official         )
capacity as the Wake County       )
Clerk of Superior Court,          )
SUSIE K. THOMAS, in her           )
official capacity as the          )
Lee County Clerk of Superior      )
Court, and NORTH CAROLINA         )
ADMINISTRATIVE OFFICE OF          )
THE COURTS,                       )
                                  )
            Defendants.           )

## ORDER

This matter comes before the court on Defendant Wake County Sheriff Willie Rowe's Consent Motion for Extension of Time to Respond to First Amended Complaint. (Doc. 48.) Defendant Willie Rowe, in his official capacity as the Sheriff of Wake County ("Defendant Rowe") moves the court for an extension of time until January 16, 2024, to answer or otherwise file responsive pleadings to Plaintiffs' First Amended Complaint – Class Action, (Doc. 30). Having considered the motion, with the consent of Plaintiffs, and for good cause shown,

**IT IS THEREFORE ORDERED** that Defendant Wake County Sheriff Willie Rowe's Consent Motion for Extension of Time to Respond to First Amended Complaint, (Doc. 48), is **GRANTED,** and Defendant Rowe may have to and including January 16, 2024, in which to file an answer or responsive pleading to Plaintiffs' First

- 2 -

Amended Complaint.

This the 12th day of December, 2023.

_____
United States District Judge

- 3 -