IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:23-cv-00423-WO-JLW

| | |
|---|---|
| TIMIA CHAPLIN; KEVIN SPRUILL; ROTESHA MCNEIL; QIANA ROBERTSON; YOUSEF JALLAL; MESSIEJAH BRADLEY; PAULINO CASTELLANOS; ROBERT LEWIS; and ALLEN SIFFORD, on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>WILLIE R. ROWE, in his official capacity as the Sheriff of Wake County; BRIAN ESTES, in his official capacity as the Sheriff of Lee County; THE OHIO CASUALTY INSURANCE COMPANY, as surety for the Sheriff of Wake County and as surety for the Sheriff of Lee County; TYLER TECHNOLOGIES, INC.; NORTH CAROLINA ADMINISTRATIVE OFFICE OF THE COURTS; RYAN BOYCE, in his official capacity as the Executive Director of the North Carolina Administrative Office of the Courts; BRAD FOWLER, in his official capacity as the eCourts Executive Sponsor and Chief Business Officer of the North Carolina Administrative Office of the Courts; BLAIR WILLIAMS, in his official capacity as the Wake County Clerk of Superior Court; SUSIE K. THOMAS, in her official capacity as the Lee County Clerk of Superior Court; JOHN DOE SURETY, as the surety for the Wake County Clerk of Superior Court and the Lee County Clerk of Superior Court; and DOES 1 THROUGH 20, INCLUSIVE,<br><br>    *Defendants*. | **CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT BRIAN ESTES'S MOTION TO DISMISS** |

Plaintiffs in the above-captioned action, by and through undersigned counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Civil Rule 6.1(a), hereby respectfully request the Court for permission to extend the time to respond to the Motion to Dismiss the First Amended Complaint filed by Defendant Brian Estes, the Sheriff of Lee County, *see* ECF No. 49, by forty-one (41) days to February 6, 2024. Defendant Estes consents to this motion. In support of this motion, Plaintiffs state the following:

1. Plaintiffs initiated this action on May 23, 2023. *See* ECF No. 1.

2. Plaintiffs filed a First Amended Complaint ("Complaint") on October 27, 2023. *See* ECF No. 30. This is the operative Complaint.

3. On December 6, 2023, Defendant Estes filed a Motion to Dismiss the Complaint. *See* ECF No. 49. Under Local Rule 7.3(f), Plaintiffs' deadline to respond to this motion is December 27, 2023.

4. On December 12, 2023, Defendant The Ohio Casualty Insurance Company filed an Answer. *See* ECF No. 51.

5. Currently, pursuant to extension orders and waivers of service, the deadline for the remaining Defendants to answer or move to dismiss the Complaint is January 16, 2023. *See* ECF Nos. 39-43, 47, 52. Under Local Rule 7.3(f), Plaintiffs' deadline for responding to any motions to dismiss filed by the remaining Defendants would be February 6, 2024.

6. As the forgoing shows, the dates on which Plaintiffs' responses fall due are currently different by more than a month. Plaintiffs therefore request a forty-one (41) day extension to respond to Defendant Estes's Motion to Dismiss, which would consolidate all responsive deadlines to this and any future motions to dismiss filed by the remaining Defendants to February 6, 2024.

2

7. Plaintiffs' motion is filed in good faith and not for purposes of gamesmanship or delay.

8. Pursuant to Local Civil Rule 6.1 and prior to filing this motion, counsel for Plaintiffs consulted with counsel for Defendant Estes, who consented to this motion.

9. Plaintiffs respectfully submit that good cause exists for granting this motion, based on the above-described circumstances.

WHEREFORE, Plaintiffs move to extend the time to respond to the Motion to Dismiss filed by Defendant Estes', *see* ECF No. 49, and for an order scheduling Plaintiffs' new deadline for February 6, 2024, inclusive.

\* \* \* Signature Block Appears on Next Page \* \* \*

Respectfully submitted this the 20th day of December, 2023.

/s/ Gagan Gupta
Gagan Gupta (NCSB #: 53119)
Email: ggupta@tinfulton.com
Abraham Rubert-Schewel (NCSB #: 56863)
Email: schewel@tinfulton.com
Zachary William Ezor (NCSB #: 55070)
Email: zezor@tinfulton.com
TIN FULTON WALKER & OWEN PLLC
119 Orange Street, FLOOR 2
Durham, NC 27701
Telephone: (919) 307-8400

A. Dami Animashaun*
Email: dami@animashaun.me
933 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: 929-266-3971

*reflects attorney appearing pursuant to LR 83.1(d)

*Counsel for Plaintiffs on behalf of themselves and all others similarly situated*

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the attorney is, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on this day, copies of the foregoing will be served on the following by electronic mail or by the Court's Case Management / Electronic Case Filing ("CM/ECF") system:

Robert Lane
WAKE COUNTY SHERIFF'S OFFICE
330 S. Salisbury Street
Raleigh, NC 27602
Telephone: (919) 856-5380
Email: robert.lane@wake.gov

Roger A. Askew
WAKE COUNTY ATTORNEY'S OFFICE
P.O. Box 550
Raleigh, NC 27602
Telephone: (919) 856-5500
Email: roger.askew@wakegov.com

*Counsel for Defendant Willie R. Rowe*

Gregory L. Skidmore
ROBINSON BRADSHAW
101 N. Tryon Street, Suite 1900
Charlotte, NC 28246
Telephone: (704) 377-8144
Email: gskidmore@robinsonbradshaw.com

Hampton Hunter Brown
ROBINSON BRADSHAW
1450 Raleigh Road, Suite 100
Chapel Hill, NC 27517
Telephone: (919) 328-8800
Email: hbruton@robinsonbradshaw.com

*Counsel for Defendant Tyler Technologies, Inc.*

James R. Morgan, Jr.
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 721-3710
Email: Jim.Morgan@wbd-us.com

*Counsel for Defendant Brian Estes*

Frederick M. Thurman, Jr.
SHUMAKER, LOOP & KENDRICK, LLP
101 S. Tryon Street, Suite 2200
Charlotte, NC 28280
Telephone: (704) 375-0057
Email: fthurman@slk-law.com

*Counsel for Defendant The Ohio Casualty Insurance Company (as Surety)*

Elizabeth Curran O'Brien
NORTH CAROLINA DEPARTMENT OF JUSTICE
P.O. Box 629
Raleigh, NC 27602
Telephone: (919) 716-0091
Email: eobrien@ncdoj.gov

*Counsel for Defendants North Carolina Administrative Office of the Courts, Ryan Boyce, Brad Fowler, Blair Williams and Susie K. Thomas*

\* \* \* Signature Block Appears on Next Page \* \* \*

The undersigned attorney certifies under penalty of perjury that the forgoing is true and correct.

Respectfully submitted this the 20th day of December, 2023.

/s/ Gagan Gupta
Gagan Gupta (NCSB #: 53119)

*Counsel for Plaintiffs on behalf of themselves and all others similarly situated*