IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:23-cv-00423-WO-JLW

| | |
|---|---|
| TIMIA CHAPLIN, KEVIN SPRUILL, ROTESHA MCNEIL, QIANA ROBERTSON, YOUSEF JALLAL, MESSIEJAH BRADLEY, PAULINO CASTELLANOS, ROBERT LEWIS AND ALLEN SIFFORD, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br>　v.<br><br>WILLIE R. ROWE, in his capacity as Sheriff of Wake County, BRIAN ESTES, in his official capacity as the Sheriff of Lee County, THE OHIO CASUALTY INSURANCE COMPANY, as the surety for the Sheriff of Wake County and as surety for the Sheriff of Lee County, TYLER TECHNOLOGIES, INC., NORTH CAROLINA ADMINISTRATIVE OFFICE OF THE COURTS, RYAN BOYCE, in his official capacity as the Executive Director of the North Carolina Administrative Office of the Courts, BRAD FOWLER, in his official capacity as the ecourts Executive Sponsor and Chief Business Officer of the North Carolina Administrative Office of the Courts, BLAIR WILLIAMS, in his official capacity as the Wake County Clerk of Superior Court, SUSIE K. THOMAS, in her official capacity as the Lee County Clerk of Superior Court, JOHN DOE | ORDER |

1

| |
|---|
| **SURETY, as the surety for the Wake County Clerk of Superior Court and the Lee County Clerk of Superior Court, and DOES 1 THROUGH 20, INCLUSIVE,** |
| **Defendants.** |

UPON CONSIDERATION of Defendants' Consent Motion for Extension of Time to Respond to Motion for Class Certification Under Local Rule 23.1, and for GOOD CAUSE shown, the Motion is hereby GRANTED.

The time within which Defendants shall respond to the Class Certification Motion is extended by twenty-one (21) days, through and including January 26, 2024.

2