IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| TIMIA CHAPLIN, PAULINO CASTELLANOS, KEVIN SPRUILL, YOUSEF JALLAL, MESSIEJAH BRADLEY, ROTESHA MCNEIL, ALLEN SIFFORD, QIANA ROBERTSON, and ROBERT LEWIS, on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| WILLIE R. ROWE, in his official capacity as the Sheriff of Wake County, BRIAN ESTES, in his Official capacity as the Sheriff of Lee County, TYLER TECHNOLOGIES, INC., JOHN DOE SURETY, as the surety for the Sheriff of Wake County Defendant, JOHN DOE SURETY, as surety for the Sheriff of Lee County, DOES 1 THROUGH 20, INCLUSIVE, THE OHIO CASUALTY INSURANCE COMPANY, SURETY as surety for the Sheriff of Wake County and as surety for the Sheriff of Lee County, RYAN BOYCE, in his official capacity as the Executive Director of the North Carolina Administrative Office of the Courts, NORTH CAROLINA ADMINISTRATIVE OFFICE OF THE COURTS, BRAD FOWLER in his official capacity as the eCourts Executive | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 1:23-cv-423 |

| | |
|---|---|
| Sponsor and Chief Business Officer of the North Carolina Administrative Office of the Courts, BLAIR WILLIAMS, in his official capacity as the Wake County Clerk of Superior Court, and SUSIE K. THOMAS, in her official capacity as the Lee County Clerk of Superior Court,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

This matter comes before the court upon Plaintiffs' Consent Motion for Extension of Time to Respond to Defendant Brian Estes's Motion to Dismiss. (Doc. 55.) Plaintiffs move the court to extend the time to respond to Defendant Brian Estes's Motion to Dismiss the First Amended Complaint by forty-one (41) days, until February 6, 2024. Having considered the motion, with the consent of Defendant Estes, and for good cause shown,

**IT IS THEREFORE ORDERED** that Plaintiffs' Consent Motion for Extension of Time to Respond to Defendant Brian Estes's Motion to Dismiss, (Doc. 55), is **GRANTED,** and Plaintiffs may have an additional forty-one (41) days, to and including February 6, 2024, in which to respond to Defendant Estes's Motion to Dismiss.

- 2 -

Case 1:23-cv-00423-WO-JLW   Document 57   Filed 12/22/23   Page 2 of 3

This the 22nd day of December, 2023.

```
_____
         William L. Osteen, Jr.
       United States District Judge
```