IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:23-cv-00423-WO-JLW

| | |
|---|---|
| TIMIA CHAPLIN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **RESPONSE IN OPPOSITION TO** |
| ) | **CLASS CERTIFICATION MOTION** |
| WILLIE R. ROWE, *et al.,* ) | |
| ) | |
| Defendants. ) | |
| ) | |

Defendant The Ohio Casualty Insurance Company ("Ohio Casualty") joins in and adopts the responses and arguments made by Defendants Willie R. Rowe and Brian Estes in opposition to Plaintiffs' class certification motion. As surety for Defendants Rowe and Estes, Ohio Casualty's liability, if any, is wholly derivative of that of Defendants Rowe and Estes and limited to the penal sum of Ohio Casualty's bonds.

This the 8th day of January, 2024.

                                                                     /s/Frederick M. Thurman, Jr.
                                                                     Frederick M. Thurman, Jr.
                                                                     N.C. Bar No. 26159
                                                                     SHUMAKER, LOOP & KENDRICK, LLP
                                                                     101 South Tryon Street, Suite 2200
                                                                     Charlotte, NC 28280
                                                                     (704) 375-0057
                                                                     fthurman@shumaker.com
                                                                     *Attorneys for Defendant*
                                                                     *The Ohio Casualty Insurance Company*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing has been served via the Court's online filing system on all counsel of record.

This the 8th day of January, 2024.

    /s/Frederick M. Thurman, Jr.
Frederick M. Thurman, Jr.
N.C. Bar No. 26159
SHUMAKER, LOOP & KENDRICK, LLP
101 South Tryon Street, Suite 2200
Charlotte, NC  28280
(704) 375-0057
fthurman@shumaker.com
*Attorneys for Defendant*
*The Ohio Casualty Insurance Company*