UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:23-cv-00423-WO-JLW

TIMIA CHAPLIN, KEVIN SPRUILL, ROTESHA
MCNEIL, QIANA ROBERTSON, YOUSEF JALLAL,
MESSIEJAH BRADLEY, PAULINO CASTELLANOS,
ROBERT LEWIS AND ALLEN SIFFORD, on behalf of
themselves and all others similarly
situated,

        Plaintiffs,

   v.

WILLIE R. ROWE, in his capacity as Sheriff
of Wake County, BRIAN ESTES, in his official
capacity as the Sheriff of Lee County, THE
OHIO CASUALTY INSURANCE COMPANY, as the
surety for the Sheriff of Wake County and as
surety for the Sheriff of Lee County, TYLER
TECHNOLOGIES, INC., NORTH CAROLINA
ADMINISTRATIVE OFFICE OF THE COURTS, RYAN
BOYCE, in his official capacity as the
Executive Director of the North Carolina
Administrative Office of the Courts, BRAD
FOWLER, in his official capacity as the
eCourts Executive Sponsor and Chief Business
Officer of the North Carolina Administrative
Office of the Courts, BLAIR WILLIAMS, in his
official capacity as the Wake County Clerk
of Superior Court, SUSIE K. THOMAS, in her
official capacity as the Lee County Clerk of
Superior Court, JOHN DOE SURETY, as the
surety for the Wake County Clerk of Superior
Court and the Lee County Clerk of Superior
Court, and DOES 1 THROUGH 20, INCLUSIVE,

        Defendants.

DEFENDANT TYLER TECHNOLOGIES, INC.'SMOTION TO DISMISS
PLAINTIFFS' COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)

1

Defendant Tyler Technologies, Inc. ("Tyler") moves this Court to dismiss Plaintiffs' First Amended Complaint – Class Action(ECF No. 30) under Rule 12(b)(6) of the Federal Rules of Civil Procedure. As shown in the Memorandum of Law in Support of Tyler's Motion to Dismiss filed contemporaneously with this motion, the Complaint should be dismissed for failure to state a claim upon which relief can be granted as to Tyler.

WHEREFORE, for the reasons stated in the Memorandum of Law in Support of Defendant Tyler Technologies, Inc.'s Motion to Dismiss, Tyler respectfully asks that the Court dismiss Plaintiffs' Complaint with prejudice.

This 16th day of January, 2024.

s/ Gregory L. Skidmore
Gregory L. Skidmore
N.C. Bar No. 35571
gskidmore@robinsonbradshaw.com

H. Hunter Bruton
N.C. Bar No. 50601
hbruton@robinsonbradshaw.com

Garrett A. Steadman
N.C. Bar No. 55449
gsteadman@robinsonbradshaw.com

**ROBINSON, BRADSHAW & HINSON, P.A.**

2

101 North Tryon Street,
Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

*Attorneys for Defendant Tyler
Technologies, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing was electronically filed using the Court's e-filing system, which will automatically and electronically notify the following CM/ECF-registered counsel of record:

Gagan Gupta
ggupta@tinfulton.com

Abraham Rubert-Schewel
schewel@tinfulton.com

Zachary William Ezor
zezor@tinfulton.com
Tin Fulton Walker & Owen PLLC
115 E. Main Street
Durham, NC 27701
Telephone: (919) 307-8400

A. Dami Animashaun
dami@animashaun.me
933 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (929) 266-3971

*Attorneys for Plaintiffs Timia Chaplin*
*And Paulino Castellanos, on behalf*
*Of themselves and all others similarly*
*Situated*

Robert Lane
robert.lane@wake.gov
Wake County Sheriff's Office

4

330 S. Salisbury Street
Raleigh, NC 27602
Telephone: (919) 856-5380

Roger Askew
roger.askew@wakegov.com
Senior Deputy County Attorney
Wake County Attorney's Office
P.O. Box 500
Raleigh, NC 27602
Telephone: (919) 856-5500

*Attorneys for Defendant Wake County Sheriff
Willie Rowe*

James R. Morgan Jr.
Jim.Morgan@wbd-us.com
Womble Bond Dickinson (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone:  (336)721-3710

*Attorney for Defendant Brian Estes*

This 16th day of January, 2024.

                              s/ Gregory L. Skidmore
                              Gregory L. Skidmore

5