IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Case No.: 1:23-cv-00423-WO-JLW

| | |
|---|---|
| CHAPLIN, et al. | ) |
| *Plaintiffs*, | ) **NCAOC AND CLERK** |
| v. | ) **DEFENDANTS' MOTION** |
| ROWE, et al. | ) **TO DISMISS** |
| *Defendants*. | ) |

NOW COME Defendants North Carolina Administrative Office of the Courts, Ryan Boyce, in his official capacity as the Director of the North Carolina Administrative Office of the Courts, Brad Fowler, in his official capacity as the eCourts Executive Sponsor and Chief Business Officer of the North Carolina Administrative Office of the Courts, Blair Williams, in his official capacity as the Wake County Clerk of Superior Court, and Susie K. Thomas, in her official capacity as the Lee County Clerk of Superior Court, for the purpose of moving this Court to dismiss the claims against them pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, as more fully set forth in the memorandum of law filed herewith.

1

Respectfully submitted this the 16th day of January, 2024.

        JOSHUA H. STEIN
        Attorney General

        /s/Elizabeth Curran O'Brien
        Special Deputy Attorney General
        N.C. State Bar No. 28885
        E-mail: eobrien@ncdoj.gov
        N.C. Department of Justice
        P.O. Box 629
        Raleigh, NC 27602-0629
        Telephone: (919) 716-6800
        Fax: (919) 716-6755
        *Counsel for Defendants NCAOC, Boyce, Fowler, Williams and Thomas*

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day electronically filed the foregoing **NCAOC AND CLERK DEFENDANTS' MOTION TO DISMISS** using the CM/ECF system, which will send notification of such filing to all the counsel of record for the parties who participate in the CM/ECF system.

This the 16th day of January, 2024.

/s/ Elizabeth Curran O'Brien
Elizabeth Curran O'Brien
Special Deputy Attorney General
N.C. Department of Justice