IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:23-CV-00423-WO-JLW

TIMIA CHAPLIN, et al.

    Plaintiffs,

v.

WILLIE ROWE, et al.

    Defendants.

**ORDER EXTENDING PLAINTIFFS' TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS**

  This matter was heard by the undersigned on a motion, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, by Plaintiffs to extend time to respond or amend in response to Defendants Tyler Technologies, Inc., Sheriff Willie Rowe, Sheriff Brian Estes, and the State Defendants'[1] motions to dismiss.

  It appears to the Court that the time for responding or amending in response to the motion to dismiss has not expired, that Defendants' counsel has not objected to the motion, and that good cause exists to grant this motion.

  IT IS THEREFORE ORDERED that Plaintiffs shall have up to and including March 7, 2024, to respond or amend in response to Defendants Tyler Technologies, Inc., Sheriff Willie Rowe, Sheriff Brian Estes, and the State Defendants' motions to dismiss.

  This the ___ day of _____ 2024.

---

[1] The State Defendants include the North Carolina Administrative Office of the Courts, Ryan Boyce, Brad Fowler, Blair Williams and Susie Thomas.