IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TIMIA CHAPLIN, PAULINO CASTELLANOS, KEVIN SPRUILL, YOUSEF JALLAL, MESSIEJAH BRADLEY, ROTESHA MCNEIL, ALLEN SIFFORD, QIANA ROBERTSON, and ROBERT LEWIS, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIE R. ROWE, in his official capacity as the Sheriff of Wake County, BRIAN ESTES, in his Official capacity as the Sheriff of Lee County, TYLER TECHNOLOGIES, INC., JOHN DOE SURETY, as the surety for the Sheriff of Wake County Defendant, JOHN DOE SURETY, as surety for the Sheriff of Lee County, DOES 1 THROUGH 20, INCLUSIVE, THE OHIO CASUALTY INSURANCE COMPANY, SURETY as surety for the Sheriff of Wake County and as surety for the Sheriff of Lee County, RYAN BOYCE, in his official capacity as the Executive Director of the North Carolina Administrative Office of the Courts, NORTH CAROLINA ADMINISTRATIVE OFFICE OF THE COURTS, BRAD FOWLER in his official capacity as the eCourts Executive | 1:23-cv-423 |

Sponsor and Chief Business       )
Officer of the North             )
Carolina Administrative          )
Office of the Courts, BLAIR      )
WILLIAMS, in his official        )
capacity as the Wake County      )
Clerk of Superior Court,         )
and SUSIE K. THOMAS, in her      )
official capacity as the         )
Lee County Clerk of Superior     )
Court,                           )
                                 )
           Defendants.           )

## ORDER

This matter comes before the court upon Plaintiffs' Consent Motion for Extension of Time to Respond to Defendants' Motions to Dismiss. (Doc. 71.) Plaintiffs move the court to extend the time by thirty (30) days, until March 7, 2024, to respond to Defendants' Tyler Technologies, Inc., Sheriff Willie Rowe, Sheriff Brian Estes, and the State Defendants' motions to dismiss Plaintiffs' complaint. Having considered the motion, with the consent of Defendants' counsel, and for good cause shown,

**IT IS THEREFORE ORDERED** that Plaintiffs' Consent Motion for Extension of Time to Respond to Defendants' Motions to Dismiss, (Doc. 71.), is **GRANTED**, and the deadline for Plaintiffs to respond to Defendants Tyler, Sheriff Rowe, Sheriff Estes, and the State Defendants' motions to dismiss, (Docs. 49, 65, 67, 69), is hereby extended through and including March 7, 2024.

This the 24th day of January, 2024.

_____
United States District Judge