# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF NORTH CAROLINA

TIMIA CHAPLIN, et al.,

        Plaintiffs,
   v.                                 Case Number: 1:23cv423

WILLIE R. ROWE, et al.,

        Defendants.

# NOTICE OF HEARING

**TAKE NOTICE** that a proceeding in this case has been **set** as indicated below:

    **PLACE:**         United States District Court
                        324 W. Market Street, Greensboro, NC 27401
    **COURTROOM NO:**  1
    **DATE & TIME:**   February 27, 2024 at 11:00 a.m.
    **PROCEEDING:**    Status Conference

_____

John S. Brubaker, Clerk

By: <u>/s/Joy K. Daniel</u>, Deputy Clerk

Date: February 6, 2024

TO: ALL COUNSEL OF RECORD