IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:23-cv-00423-WO-JLW

| | |
|---|---|
| TIMIA CHAPLIN, PAULINO CASTELLANOS, KEVIN SPRUILL, YOUSEF JALLAL, MESSIEJAH BRADLEY, ROTESHA MCNEIL, ALLEN SIFFORD, QIANA ROBERTSON, and ROBERT LEWIS, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIE R. ROWE, in his official capacity as the Sheriff of Wake County; BRIAN ESTES, in his official capacity as the Sheriff of Lee County; TYLER TECHNOLOGIES, INC.; JOHN DOE SURETY, as surety for the Sheriff of Wake County Defendant; JOHN DOE SURETY, as surety for the Sheriff of Lee County; DOES 1 THROUGH 20, INCLUSIVE; THE OHIO CASUALTY INSURANCE COMPANY, SURETY as surety for the Sheriff of Wake County and as surety for the Sheriff of Lee County, RYAN BOYCE, in his official capacity as the Executive Director of the North Carolina Administrative Office of the Courts; NORTH CAROLINA ADMINISTRATIVE OFFICE OF THE COURTS; BRAD FOWLER in his official capacity as the eCourts Executive Sponsor and Chief Business Officer of the North Carolina Administrative Office of the Courts; BLAIR WILLIAMS, in his official capacity as the Wake County Clerk of Superior Court, and SUSIE K. THOMAS, | **NOTICE OF APPEARANCE** |

| | |
|---|---|
| in her official capacity as the Lee County Clerk of Superior Court, | )<br>)<br>) |
| Defendants. | ) |

_____

NOW COMES Nicholas D. Acevedo of the law firm Womble Bond Dickinson (US) LLP, admitted to practice by this Court, and hereby files this entry of appearance as counsel for defendant Brian Estes, in his official capacity as the Sheriff of Lee County, in this matter.

This the 19th day of February, 2024.

                                              */s/ Nicholas D. Acevedo*
                                              Nicholas D. Acevedo
                                              N.C. State Bar No. 59228
                                              WOMBLE BOND DICKINSON (US) LLP
                                              One West Fourth Street
                                              Winston-Salem, NC 27101
                                              Telephone: (336) 721-3545
                                              Facsimile: (336) 721-3660
                                              Email: Nick.Acevedo@wbd-us.com
                                              *Attorney for Defendant Brian Estes, in his official capacity as the Sheriff of Lee County*

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2024, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

    */s/ Nicholas D. Acevedo*
Nicholas D. Acevedo
N.C. State Bar No. 59228
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 721-3545
Facsimile: (336) 721-3660
Email: Nick.Acevedo@wbd-us.com
*Attorney for Defendant Brian Estes, in his official capacity as the Sheriff of Lee County*