# EXHIBIT A

| | |
|---|---|
| TIMIA CHAPLIN; SARAH FIELDS; SAYELINE NUNEZ; THOMAS HAYWARD; KEVIN SPRUILL; ROTESHA MCNEIL; QIANA ROBERTSON; YOUSEF JALLAL; MESSIEJAH BRADLEY; DENNIS KEITH LASSITER; PAULINO CASTELLANOS; ROBERT LEWIS; and ALLEN SIFFORD, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>GARY L. MCFADDEN, officially, as the Sheriff of Mecklenburg County; JOHN DOE SURETY, as surety for the Sheriff of Mecklenburg County; WILLIE R. ROWE, officially, as the Sheriff of Wake County; BRIAN ESTES, officially, as the Sheriff of Lee County; THE OHIO CASUALTY INSURANCE COMPANY, as surety for the Sheriffs of Wake County and Lee County; TYLER TECHNOLOGIES, INC; RYAN BOYCE, officially, as the Executive Director of the North Carolina Administrative Office of the Courts; BRAD FOWLER, officially, as the eCourts Executive Sponsor and Chief Business Officer of the North Carolina Administrative Office of the Courts; ELISA CHINN-GARY, individually and officially, as the Mecklenburg County Clerk of Superior Court; BLAIR WILLIAMS, individually and officially, as the Wake County Clerk of Superior Court; SUSIE K. THOMAS, individually and officially, as the Lee County Clerk of Superior Court; and DOES 1 THROUGH 20, INCLUSIVE,<br><br>*Defendants*. | **AFFIDAVIT OF SERVICE** |

I, Walker Davidson, with respect to the civil action referenced above, and being duly sworn and deposed, says as follows:

1. I am a paralegal employed by Tin Fulton Walker & Owen PLLC, counsel of record for plaintiffs in the above-captioned action ("Plaintiffs"), on behalf of themselves and all others similarly situated.

2. On behalf of Plaintiffs, a Second Amended Complaint was filed in the above-captioned action on or about February 28, 2024. On or about March 1, 2024, the Court issued a related Summons for defendant Gary L. McFadden, officially, as the Sheriff of Mecklenburg County.

3. On or about March 4, 2021, a copy of the Second Amended Complaint and Summons for defendant Sheriff McFadden (collectively, the "Service of Process Packet") were deposited with FedEx for mailing and addressed to defendant Sheriff McFadden at 700 East Fourth Street, Charlotte, NC 28202.

4. The Service of Process Packet was served on defendant Sheriff McFadden on March 5, 2024, as evidenced by the FedEx delivery receipt, a true and correct copy of which is attached hereto as **Attachment 1**.

This the 12TH day of March, 2024.

_____
Walker Davidson
Tin Fulton Walker & Owen PLLC
301 E. Park Avenue
Charlotte, NC 28203
Telephone: (704) 338-1220

Sworn to and subscribed before me this the 12TH day of March, 2024.

(Official Seal)

_Regina J. M____
*Official Signature of Notary*

REGINA J. MOORE
Notary Public, North Carolina
Mecklenburg County
My Commission Expires
April 11, 2028

_Regina J. Moore_ Notary Public
*Notary's Printed Name*

My commission expires: April 11, 2028

3

# ATTACHMENT 1



March 05, 2024

Dear Customer,

The following is the proof-of-delivery for tracking number: 775400269706

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | J.PARKER | **Delivery Location:** | |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday | | CHARLOTTE, NC, |
| | | **Delivery date:** | Mar 5, 2024 09:48 |

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 775400269706 | **Ship Date:** | Mar 4, 2024 |
| | | **Weight:** | 1.0 LB/0.45 KG |

**Recipient:**  
CHARLOTTE, NC, US,

**Shipper:**  
Charlotte, NC, US,

**Reference** Timia Chaplin

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

Thank you for choosing FedEx