UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO: 1:23-cv-423

TIMIA CHAPLIN, et al.

    Plaintiffs,

v.

GARY L. MCFADDEN, et al.

    Defendants

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT**

NOW COMES Defendant GARRY L. MCFADDEN, officially, as the Sheriff of Mecklenburg County, the Moving Defendant, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rules 6.1, and 77.2 and files this Motion for a fourteen day extension of time to respond to Plaintiffs' Second Amended Complaint. In support of this motion, the Moving Defendant states as follows:

1. Plaintiffs filed their Complaint on May 23, 2023, their First Amended Complaint on October 27, 2023, and their Second Amended Complaint on February 28, 2024. Their Second Amended Complaint added Garry L. McFadden, officially as the Sheriff of Mecklenburg County.

2. Defendant McFadden was served with the Second Amended Complaint on March 5, 2024, and his answer or other responsive pleading is due on or before March 26, 2024.

3. The Moving Defendant needs additional time to investigate the allegations contained in the Second Amended Complaint.

4. This Motion is made in good faith and not for delay or an improper purpose.

5. Pursuant to Local Civil Rule 6.1 and prior to filing this motion, counsel for the Moving Defendant consulted with counsel for Plaintiffs, who consent to this motion.

WHEREFORE, the Moving Defendant hereby requests a fourteen day extension of time to respond to Second Amended Complaint through and including Tuesday, April 9, 2024.

Respectfully submitted, this the 26th day of March, 2024.

**WOMBLE BOND DICKINSON (US) LLP**

s/*Sean F. Perrin*
Sean F. Perrin (NCSB No. 22253)
301 S. College Street, Suite 3500
Charlotte, North Carolina 28202
Telephone No. (704) 331-4992
Fax No. (704) 338-7814
E-mail: Sean.Perrin@wbd-us.com

*Counsel for Defendant Garry L. McFadden, officially, as the Sheriff of Mecklenburg County*