UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO: 1:23-cv-423

TIMIA CHAPLIN, et al.

    Plaintiffs,

v.

GARY L. MCFADDEN, et al.

    Defendants

**ORDER**

FOR GOOD CAUSE SHOWN, the Motion of the Defendant GARRY L. MCFADDEN, officially, as the Sheriff of Mecklenburg County, for an extension of time in which to file and serve an answer under Federal Rules of Civil Procedure 6 or other responsive pleading under Rule 12, in response to the Plaintiffs' Second Amended Complaint, is hereby GRANTED.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

The time in which Defendant GARRY L. MCFADDEN, officially, as the Sheriff of Mecklenburg County, may file and serve his answer or other responsive pleading to Plaintiffs' Second Amended Complaint is extended up to and through April 9, 2024.

This the _____ day of _____, 2024.

_____