UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO: 1:23-cv-423

| | |
|---|---|
| TIMIA CHAPLIN, et al.<br><br>    Plaintiffs,<br>v.<br><br>GARY L. MCFADDEN, et al.<br><br>    Defendants | **NOTICE OF APPEARANCE** |

NOW COMES Sean F. Perrin of Womble Bond Dickinson (US) LLP, and files this notice of appearance as counsel for Defendant Garry McFadden, officially, as the Sheriff of Mecklenburg County, in this action.

Respectfully submitted, this the 26th day of March, 2024.

**WOMBLE BOND DICKINSON (US) LLP**

s/*Sean F. Perrin*
Sean F. Perrin (NCSB No. 22253)
301 S. College Street, Suite 3500
Charlotte, North Carolina 28202
Telephone No. (704) 331-4992
Fax No. (704) 338-7814
E-mail: Sean.Perrin@wbd-us.com

*Counsel for Defendant Garry L. McFadden, officially, as the Sheriff of Mecklenburg County*