IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Case No.: 1:23-cv-00423-WO-JLW

| | |
|---|---|
| CHAPLIN, et al. ) | |
| ) | |
| *Plaintiffs,* ) | **[PROPOSED] ORDER** |
| ) | |
| v. ) | |
| ) | |
| ROWE, et al. ) | |
| ) | |
| *Defendants.* ) | |

For good cause shown, the Court GRANTS the Judicial Defendants' consent motion to expand the word limit to 10,000 words for the memoranda of law in support of their motion to dismiss.

IT IS SO ORDERED.

This ____ day of _____, 2024.

_____