IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
TIMIA CHAPLIN, PAULINO            )
CASTELLANOS, KEVIN SPRUILL,       )
YOUSEF JALLAL, MESSIEJAH          )
BRADLEY, ROTESHA MCNEIL, ALLEN    )
SIFFORD, QIANA ROBERTSON, ROBERT  )
LEWIS, SARAH FIELDS, SAYELINE     )
NUNEZ, THOMAS HAYWARD, and        )
DENNIS KEITH LASSITER, on behalf  )
of themselves and all others      )
similarly situated,               )
                                  )
                Plaintiffs,       )
                                  )
    v.                            )       1:23-cv-423
                                  )
WILLIE R. ROWE in his official    )
capacity as the Sheriff of        )
Wake County, BRIAN ESTES in       )
his official capacity as the     )
Sheriff of Lee County, TYLER      )
TECHNOLOGIES, INC., JOHN DOE      )
SURETY as the surety for the      )
Sheriff of Wake County, JOHN      )
DOE SURETY as surety for the      )
Sheriff of Lee County, DOES 1     )
THROUGH 20, INCLUSIVE, THE        )
OHIO CASUALTY INSURANCE COMPANY,  )
SURETY as surety for the Sheriff  )
of Wake County and as surety for  )
the Sheriff of Lee County, RYAN   )
BOYCE in his official capacity    )
as the Executive Director of the  )
North Carolina Administrative     )
Office of the Courts, NORTH       )
CAROLINA ADMINISTRATIVE OFFICE    )
OF THE COURTS, BRAD FOWLER in     )
his official capacity as the      )
eCourts Executive Sponsor and     )
Chief Business Officer of the     )
North Carolina Administrative     )
Office of the Courts, BLAIR       )
WILLIAMS in his official          )
```

| | |
|---|---|
| capacity as the Wake County Clerk of Superior Court, SUSIE K. THOMAS in her official capacity as the Lee County Clerk of Superior Court, GARY L. MCFADDEN, ELISA CHINN-GARY, NORTH CAROLINA ADMINISTRATIVE OFFICE OF THE COURTS, | ) ) ) ) ) ) ) ) ) |
| Defendants, | ) ) |

## ORDER

This matter comes before the court upon the Judicial Defendants' Consent Motion to Expand Word Limit for their Memorandum of Law in Support of their Motion to Dismiss. (Doc. 84.) Defendants Ryan Boyce, Brad Fowler, Blair Williams, Susie K. Thomas, and Elisa Chinn-Gary ("Judicial Defendants"), move the court to increase the word limit to 10,000 words for their memorandum of law in support of their motion to dismiss. Having considered the motion, with the consent of Plaintiffs, and for good cause shown,

**IT IS THEREFORE ORDERED** that the Judicial Defendants' Consent Motion to Expand Word Limit for their Memorandum of Law in Support of their Motion to Dismiss, (Doc. 84), is **GRANTED** and the word limit of the Judicial Defendants memorandum of law in support of their motion to dismiss is enlarged from 6,250 words and shall not exceed 10,000 words.

This the 4th day of April, 2024.

_____
United States District Judge