UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:23-cv-00423-WO-JLW

TIMIA CHAPLIN; SARAH FIELDS; SAYELINE NUNEZ; THOMAS HAYWARD; KEVIN SPRUILL; ROTESHA MCNEIL; QIANA ROBERTSON; YOUSEF JALLAL; MESSIEJAH BRADLEY; DENNIS KEITH LASSITER; PAULINO CASTELLANOS; ROBERT LEWIS; and ALLEN SIFFORD, on behalf of themselves and all others similarly situated,

      Plaintiffs,

  v.

GARY L. MCFADDEN, officially as the Sheriff of Mecklenburg County, JOHN DOE Surety, as surety for the Sheriff of Mecklenburg County; WILLIE R. ROWE, in his capacity as Sheriff of Wake County; BRIAN ESTES, in his official capacity as the Sheriff of Lee County; THE OHIO CASUALTY INSURANCE COMPANY, as the surety for the Sheriff of Wake County and as surety for the Sheriff of Lee County; TYLER TECHNOLOGIES, INC.; RYAN BOYCE, in his official capacity as the Executive Director of the North Carolina Administrative Office of the Courts; BRAD FOWLER, in his official capacity as the eCourts Executive Sponsor and Chief Business Officer of the North Carolina Administrative Office of the Courts; ELISA CHINN-GARY, individually and officially, as the Mecklenburg County Clerk of Superior Court; BLAIR WILLIAMS, in his official capacity as the Wake County Clerk of Superior Court; SUSIE K. THOMAS, in her official capacity as the Lee County Clerk of Superior Court; and DOES 1 THROUGH 20, INCLUSIVE,

      Defendants.

**DEFENDANT TYLER TECHNOLOGIES, INC.'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**

1

Defendant Tyler Technologies, Inc. ("Tyler") moves this Court to dismiss Plaintiffs' Second Amended Complaint – Class Action (ECF No. 77) under Rule 12(b)(6) of the Federal Rules of Civil Procedure. As shown in the Memorandum of Law in Support of Tyler's Motion to Dismiss filed contemporaneously with this motion, the Second Amended Complaint should be dismissed for failure to state a claim upon which relief can be granted as to Tyler.

WHEREFORE, for the reasons stated in the Memorandum of Law in Support of Defendant Tyler Technologies, Inc.'s Motion to Dismiss, Tyler respectfully asks that the Court dismiss Plaintiffs' Second Amended Complaint with prejudice.

This 9th day of April, 2024.

s/ Gregory L. Skidmore
Gregory L. Skidmore
N.C. Bar No. 35571
gskidmore@robinsonbradshaw.com

H. Hunter Bruton
N.C. Bar No. 50601
hbruton@robinsonbradshaw.com

Garrett A. Steadman
N.C. Bar No. 55449
gsteadman@robinsonbradshaw.com

**ROBINSON, BRADSHAW & HINSON, P.A.**
101 North Tryon Street,
Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

*Attorneys for Defendant Tyler Technologies, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed using the Court's e-filing system, which will automatically and electronically notify the following CM/ECF-registered counsel of record:

Gagan Gupta
ggupta@tinfulton.com

Abraham Rubert-Schewel
schewel@tinfulton.com

Zachary William Ezor
zezor@tinfulton.com
Tin Fulton Walker & Owen PLLC
115 E. Main Street
Durham, NC 27701
Telephone: (919) 307-8400

A. Dami Animashaun
dami@animashaun.me
933 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (929) 266-3971


*Attorneys for Plaintiffs Timia Chaplin*
*And Paulino Castellanos, on behalf*
*Of themselves and all others similarly*
*Situated*


Robert Lane
robert.lane@wake.gov
Wake County Sheriff's Office
330 S. Salisbury Street

Raleigh, NC 27602
Telephone: (919) 856-5380

Roger Askew
roger.askew@wakegov.com
Senior Deputy County Attorney
Wake County Attorney's Office
P.O. Box 500
Raleigh, NC 27602
Telephone: (919) 856-5500

*Attorneys for Defendant Wake County Sheriff Willie Rowe*


James R. Morgan Jr.
Jim.Morgan@wbd-us.com
Womble Bond Dickinson (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336)721-3710

*Attorney for Defendant Brian Estes*


This 9th day of April, 2024.

                                    s/ Gregory L. Skidmore
                                    Gregory L. Skidmore