IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO: 1:23-cv-423

| | |
|---|---|
| TIMIA CHAPLIN, *et al.* <br><br> Plaintiffs, <br> v. <br><br> GARRY L. MCFADDEN, *et al.* <br><br> Defendants. | **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Michael A. Ingersoll of the law firm Womble Bond Dickinson (US) LLP enters an appearance on behalf of Defendant Garry L. McFadden in this case.

This the 9th day of April, 2024.

/s/Michael A. Ingersoll
Michael A. Ingersoll (NCSB 52217)
WOMBLE BOND DICKINSON (US) LLP
301 S. College Street, Ste. 3500
Charlotte, North Carolina 28202
Telephone No. (704) 331-4900
E-mail: Mike.Ingersoll@wbd-us.com

*Counsel for Defendant Garry L. McFadden*

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2024, I filed the foregoing **NOTICE OF APPEARANCE** using the CM/ECF system, which will send notification of the filing to all counsel of record.

*/s/Michael A. Ingersoll*