# EXHIBIT 1

| Document Type | Page |
|---|---|
| A. Certificate of True Copy | 1 |
| B. Docket Portal | 2 |
| C. Warrant for Arrest | 5 |
| D. Return of Service for Warrant for Arrest | 14 |
| E. Release Order Dated October 7, 2023 | 15 |
| F. Criminal Complaint for Warrant of Summons | 19 |
| G. Release Order Dated October 9, 2023 | 21 |
| H. Order of Assignment or Denial of Counsel | 23 |
| I. Order to Modify Condition of Release | 25 |
| J. Legacy Case Scan | 28 |
| K. Screenshot of Release Order | 52 |

# STATE OF NORTH CAROLINA
In The General Court Of Justice

_____Mecklenburg_____ County

## CERTIFICATE OF TRUE COPY

---

## OFFICE OF THE CLERK OF THE SUPERIOR COURT

As a Clerk of the Superior Court of this County, State of North Carolina, I certify that the attached copies of the documents described below are true and accurate copies of the originals now on file in this office.

*Number And Description Of Attached Documents:*

Record for the case of State v. Fields, 23CR429789-590 (Meck. Dist. Ct.). Personal identifying information and victim information has been redacted from documents.

Attachment A: Docket sheet (Case Summary, Case Information, Assignment Information, Party Information, Case Events, Hearings, Bond Settings), publicly available on Portal at: https://portal-nc.tylertech.cloud/Portal/. Case filings are included with the associated Case Event and the "created time" listed under each document reflects the time that the document was created in or scanned into and available through the Enterprise Justice Case Manger And Portal applications.

Attachment B: Warrant for Arrest

Attachment C: Return of Service for Warrant to Arrest

Attachment D: Release Order dated Oct. 7, 2023

Attachment E: Criminal Complaint for Warrant of Summons-Domestic Violence

Attachment F: Release Order dated Oct 9 2023

Attachment G: Order of Assignment or Denial of Counsel

Attachment H: Order to Modify Condition of Release

Attachment I: Legacy Case Scan consisting of documents that originated in paper prior to going live on on eCourts on October 9, 2023. Note the documents contained in this scan are duplicates of Exhibits B, C, D, and E, which were separately scanned into the Enterprise Justice system and attached to a Case Event once eCourts went live on October 9, 2023.

Attachment J: Screenshoot of the Release Order #RO-23-711649 from the eWarrants system. Documenting Release Order was Amended in eWarrants system on 10/9/23 at 4:37 PM.



Witness my hand and the seal of the Superior Court

| | |
|---|---|
| *Date* | 04/04/2024 |
| *Clerk Of Superior Court* | Elisa Chinn-Gary |
| *Name Of Undersigned Clerk (type or print)* | Latrina Anthony |
| *Signature* | |

☐ Deputy CSC   ☒ Assistant CSC   ☐ Clerk Of Superior Court

AOC-G-101, Rev. 3/19
© 2019 Administrative Office of the Courts

0001

| STATE OF NORTH CAROLINA VS SARAH FIELDS | § | | |
|---|---|---|---|
| | § | Location: | **Mecklenburg District Court** |
| | § | Filed on: | **10/07/2023** |
| | § | Electronic Warrants Warrant ID: | **wP6dv6XvWaXgwRnDg3ELFM** |
| | § | Criminal Process Number: | **WFA-23-707603** |
| | § | Criminal Process Number: | **RO-23-711649** |
| | § | Electronic Warrants Warrant ID: | **7KUXMs3EjfGpzd7X5zRjGA** |

---

## Case Information

| Offense | | Statute | Degree | Offense Date | Filed Date | | |
|---|---|---|---|---|---|---|---|
| 1. | COMMUNICATING THREATS | 14-277.1 | M1 | 10/01/2023 | 10/07/2023 | Case Type: | Criminal |
| | | | | | | Case Status: | **10/07/2023** **Pending** |
| | Arrest Date: 10/07/2023 | | | | | | |
| 2. | SIMPLE ASSAULT | 14-33(A) | M2 | 10/01/2023 | 10/07/2023 | | |
| | Arrest Date: 10/07/2023 | | | | | | |

### Related Cases

### Bonds

**Unsecured Bond**     #23B070887
10/10/2023                    Posted
Counts: 1, 2

---

## Assignment Information

**Current Case Assignment**
Case Number    23CR429789-590
Court                  Mecklenburg District Court
Date Assigned  10/08/2023

---

## Party Information

| Defendant | **FIELDS, SARAH**<br>7407 Pine Bluff Cir<br>Charlotte, NC 28214-2133<br>White<br>Female | **DEFENDER, PUBLIC**<br>*Public Defender*<br><br>**Yankelowitz, Joseph**<br>*Retained* |
|---|---|---|
| State | **STATE OF NORTH CAROLINA**<br>Other | **Pendergrass, Samantha D.**<br>*Retained* |
| Complainant | **XXXXX, XXXXX**<br>Black<br>Male | |

---

## Case Events

| 10/25/2023 | Legacy Complete Case Scan | Index # 8 |
| | Created: 02/29/2024 5:01 PM | |

10/10/2023    Bond Posted
         Created: 10/10/2023 2:35 AM      Index # 5

10/09/2023    Modification of Bond    (Judicial Officer: MERCER, FRITZ Y, Jr.)      Index # 6
         Created: 10/10/2023 9:34 AM

10/09/2023    Counsel Appointed - Public Defender
         Created: 10/10/2023 9:34 AM

10/09/2023    Order of Assignment of Counsel or Denial of Counsel    (Judicial Officer: MERCER, FRITZ Y, Jr.)      Index # 7
         Created: 10/10/2023 9:34 AM

10/07/2023    Affidavit      Index # 9
         *Criminal Affidavit*
         Created: 02/29/2024 5:02 PM

10/07/2023    Release Order Modified
         *Location: MECKLENBURG COUNTY COURTHOUSE*
         Crim Proc #: RO-23-711649
         Created: 10/09/2023 4:39 PM

10/07/2023    Release Order Issued      Index # 4
         *Location: MECKLENBURG COUNTY COURTHOUSE*
         Crim Proc #: RO-23-711649
         Created: 10/09/2023 3:45 PM

10/07/2023    Warrant for Arrest Returned Served      Index # 2
         *Location: MECKLENBURG COUNTY COURTHOUSE*
         Crim Proc #: WFA-23-707603
         Created: 10/08/2023 7:55 AM

10/07/2023    Warrant For Arrest Issued      Index # 1
         *Location: MECKLENBURG COUNTY COURTHOUSE*
         Crim Proc #: WFA-23-707603
         Created: 10/08/2023 6:44 AM

---

## Hearings

---

04/08/2024    **Electronic Warrants Assigned**    (9:00 AM)    (Judicial Officer: MCTHENIA, PAIGE BARNS)
         Resource: Location 590-4130 Mecklenburg Co. Courthouse, Courtroom 4130
         Created: 10/09/2023 4:39 PM

10/09/2023    **First Appearance Hearing**    (10:00 AM)    (Judicial Officer: MERCER, FRITZ Y, Jr.)
         Resource: Location 590-5170 Mecklenburg Co. Courthouse, Courtroom 5170
         **MINUTES - 10/09/2023**

                 Modification of Bond    (Judicial Officer: MERCER, FRITZ Y, Jr.)      Index # 6
                 Created: 10/10/2023 9:34 AM
                 Counsel Appointed - Public Defender
                 Created: 10/10/2023 9:34 AM

                 Order of Assignment of Counsel or Denial of Counsel    (Judicial Officer: MERCER, FRITZ Y, Jr.)
                 Created: 10/10/2023 9:34 AM
         Index # 7
         Hearing Held;

Case 1:23-cv-00423-WO-JLW    Document 94-1    Filed 04/09/24    Page 4 of 53

*Hearing Held*
Created:   10/09/2023 10:31 AM

---

## Bond Settings

---

10/09/2023  **Amended Bond Setting**
 Set By Clerk $1,000.00 Unsecured Bond
Conditions:
    - Arrestable Restrictions- Default

**23CR429789-590**

## WARRANT FOR ARREST
### THE STATE OF NORTH CAROLINA VS.

Name And Address Of Defendant
SARAH FIELDS
7407 Pine Bluff Cir

Charlotte    NC    28214-2133
Mecklenburg COUNTY

## STATE OF NORTH CAROLINA

_____ MECKLENBURG _____ County

In The General Court Of Justice
District Court Division

| Race | Sex | Date Of Birth | Age |
|------|-----|---------------|-----|
| W | F | 01/03/1990 | 33 |

Name Of Defendant's Employer

Date Of Offense
10/01/2023

☒ **Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan**

Date Of Arrest & Check Digit No. (as shown on fingerprint card)

Complainant Name (and address, if Complainant is an officer)
█████████████

Witness Information

### OFFENSE(S) (see AOC-CR-100 Continuation(s) for charging text)

| Count No. | Offense | Offense in Violation Of G.S. | Offense Code |
|-----------|---------|------------------------------|--------------|
| 1 | M - COMMUNICATING THREATS | 14-277.1 | 5328 |
| 2 | M - SIMPLE ASSAULT | 14-33(A) | 1368 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**TO ANY OFFICER WITH AUTHORITY AND JURISDICTION TO EXECUTE A WARRANT FOR ARREST FOR THE OFFENSE(S) CHARGED IN THIS WARRANT:**
I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully, and feloniously did commit the offense(s) set forth above and on the attached AOC-CR-100 Continuation(s), which is (are) incorporated by reference. This act(s) was in violation of the law referred to in this Warrant For Arrest. This Warrant For Arrest is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Date Issued | Name Of Issuing Official | Signature | |
|-------------|--------------------------|-----------|---|
| 10/07/2023 | N.Weeks | _(signature)_ | ☒ Magistrate ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court<br>☐ District Court Judge ☐ Superior Court Judge |

| Location Of Court | Court Date | Court Time |
|-------------------|-----------|-----------|

### WAIVER OF PROBABLE CAUSE HEARING
The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant | Name Of Attorney | Signature Of Attorney |
|-------------|------------------------|------------------|-----------------------|

0005
(Over)

AOC-CR-100, Rev. 3/23, © 2023 Administrative Office of the Courts

**Domestic VRA Case**

| STATE VERSUS | MECKLENBURG County | File No. 23CR429789-590 |
|---|---|---|

| | |
|---|---|
| *Name Of Defendant*<br>SARAH FIELDS | **NOTE:** *Use this page to set forth the charging text for each offense listed on the AOC-CR-100. G.S. 15A-924(a)(5).* |
| *Date Of Issuance Of Warrant For Arrest*<br>10/07/2023 | |

## OFFENSES (continued)

**Count 1.    Offense:** M - COMMUNICATING THREATS

*Charging Text For This Count*
On or about the date of offense shown and in the county named above the defendant unlawfully and willfully did threaten to physically injure the person of ▮▮▮▮▮▮. The threat was communicated to ▮▮▮▮▮▮ by ORALLY STATED IN PERSON TO THE VICTIM SHE WOULD KILL HIM AND THAT HE WOULD BE DEAD BY THE END OF THIS YEAR, NEXT YEAR AT THE VERY LATEST. SHE WAS VERY SPECIFIC IN HER TIMELINE. and the threat was made in a manner and under circumstances which would cause a reasonable person to believe that the threat was likely to be carried out and the person threatened believed that the threat would be carried out.

**Count 2.    Offense:** M - SIMPLE ASSAULT

*Charging Text For This Count*
On or about the date of offense shown and in the county named above the defendant unlawfully and willfully did assault and strike ▮▮▮▮▮▮ by HITTING THE VICTIM ACROSS HIS HEAD AND BODY WITH A CLOSED FIST BEFORE PLACING BOTH HANDS AROUND HIS NECK AND BEGAN CHOKING HIM .

Case 1:23-cv-00423-WO-JLW   Document 94-1   Filed 04/09/24   Page 7 of 53

| Name Of Defendant | |
|---|---|
| SARAH FIELDS | |
| Date Of Issuance Of Warrant For Arrest | |
| 10/07/2023 | |

**NOTE:** *Use this page to set forth the charging text for each offense listed on the AOC-CR-100. G.S. 15A-924(a)(5).*

## OFFENSES (continued)

**Count 3.   Offense:**

*Charging Text For This Count*

**Count 4.   Offense:**

*Charging Text For This Count*

| STATE VERSUS | MECKLENBURG County | File No. 23CR429789-590 |
|---|---|---|

| Name Of Defendant |
|---|
| SARAH FIELDS |

| Date Of Issuance Of Warrant For Arrest |
|---|
| 10/07/2023 |

**NOTE:** *Use this page to set forth the charging text for each offense listed on the AOC-CR-100. G.S. 15A-924(a)(5).*

## OFFENSES (continued)

**Count 5.    Offense:**

*Charging Text For This Count*

**Count 6.    Offense:**

*Charging Text For This Count*

Case 1:23-cv-00423-WO-JLW   Document 94-1   Filed 04/09/24   Page 9 of 53

| | |
|---|---|
| *Name Of Defendant*<br>SARAH  FIELDS | **NOTE:** *Use this page to set forth the charging text for each offense listed on the AOC-CR-100. G.S. 15A-924(a)(5).* |
| *Date Of Issuance Of Warrant For Arrest*<br>10/07/2023 | |

**OFFENSES (continued)**

**Count 7.    Offense:**

*Charging Text For This Count*

**Count 8.    Offense:**

*Charging Text For This Count*

Case 1:23-cv-00423-WO-JLW   Document 94-1   Filed 04/09/24   Page 10 of 53

| | |
|---|---|
| *Name Of Defendant*<br>SARAH FIELDS | **NOTE:** *Use this page to set forth the charging text for each offense listed on the AOC-CR-100. G.S. 15A-924(a)(5).* |
| *Date Of Issuance Of Warrant For Arrest*<br>10/07/2023 | |

## OFFENSES (continued)

**Count 9.    Offense:**

*Charging Text For This Count*

**Count 10.    Offense:**

*Charging Text For This Count*

<table>
<tr><td colspan="2"><h2>STATE VERSUS</h2></td><td>MECKLENBURG County</td><td>File No.<br>23CR429789-590</td></tr>
</table>

| Name Of Defendant<br>SARAH FIELDS | |
|---|---|
| Date Of Issuance Of Warrant For Arrest<br>10/07/2023 | If the Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. |

<strong>RETURN OF SERVICE</strong>

I certify that the Warrant For Arrest issued in this case on the date noted above for the defendant named above, was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|
| | | | |

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ The Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (type or print) |
|---|---|
| | |

Department Or Agency Of Officer

<strong>REDELIVERY/REISSUANCE</strong>

| Date | Name Of Clerk (type or print) | Signature Of Clerk | ☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court |
|---|---|---|---|
| | | | |

<strong>RETURN FOLLOWING REDELIVERY/REISSUANCE</strong>

I certify that the Warrant For Arrest issued in this case on the date noted above for the defendant named above, was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|
| | | | |

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ The Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (type or print) |
|---|---|
| | |

Department Or Agency Of Officer

AOC-CR-100 Return, Rev. 3/23
© 2023 Administrative Office of the Courts

0011

| STATE VERSUS | | MECKLENBURG County | File No. |
|---|---|---|---|

**STATE VERSUS**

MECKLENBURG County

File No. 23CR429789-590

Name Of Defendant
SARAH FIELDS

Date Of Issuance Of Warrant For Arrest
10/07/2023

NOTE: *Use this page to enter judgment on a Warrant For Arrest. Use this Judgment page only if imposing a single, consolidated judgment for all offenses of conviction charged under this file number. Do not use this Judgment page to impose sentence: (i) if imposing separate judgments for separate offenses of conviction charged under this file number; (ii) to impose supervised probation; or (iii) for DWI sentences under G.S. 20-179. For DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). For structured sentencing offenses, use AOC-CR-602 (active) or AOC-CR-604 (probation).*

## JUDGMENT

District Attorney

☐ Def. Waived Attorney   ☐ Def. Found Not Indigent
☐ Def. Denied Appointed Counsel

Attorney For Defendant

☐ Appointed
☐ Retained

**PRIOR CONVICTIONS:**
No./Level:   0 ☐ I (0)   ___ ☐ II (1-4)   ___ ☐ III (5+)

**OFFENSES:** The following offenses, which are set forth by Count No. in the Warrant For Arrest issued in this case on the date noted above for the defendant named above, are the subject of this Judgment:

**Count 1** PLEA: ☐ guilty ☐ not guilty ☐ no contest _____ VERDICT: ☐ guilty ☐ not guilty _____ M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 2** PLEA: ☐ guilty ☐ not guilty ☐ no contest _____ VERDICT: ☐ guilty ☐ not guilty _____ M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 3** PLEA: ☐ guilty ☐ not guilty ☐ no contest _____ VERDICT: ☐ guilty ☐ not guilty _____ M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 4** PLEA: ☐ guilty ☐ not guilty ☐ no contest _____ VERDICT: ☐ guilty ☐ not guilty _____ M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 5** PLEA: ☐ guilty ☐ not guilty ☐ no contest _____ VERDICT: ☐ guilty ☐ not guilty _____ M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 6** PLEA: ☐ guilty ☐ not guilty ☐ no contest _____ VERDICT: ☐ guilty ☐ not guilty _____ M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 7** PLEA: ☐ guilty ☐ not guilty ☐ no contest _____ VERDICT: ☐ guilty ☐ not guilty _____ M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 8** PLEA: ☐ guilty ☐ not guilty ☐ no contest _____ VERDICT: ☐ guilty ☐ not guilty _____ M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 9** PLEA: ☐ guilty ☐ not guilty ☐ no contest _____ VERDICT: ☐ guilty ☐ not guilty _____ M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 10** PLEA: ☐ guilty ☐ not guilty ☐ no contest _____ VERDICT: ☐ guilty ☐ not guilty _____ M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

(Over)

| STATE VERSUS | MECKLENBURG County | File No. 23CR429789-590 |
|---|---|---|

Name Of Defendant
SARAH FIELDS

**\*NOTE:** *Use this Judgment page only if imposing a **single**, consolidated judgment for all offenses of conviction charged under this file number. Do **not** use this Judgment page to impose sentence: (i) if imposing separate judgments for separate offenses of conviction charged under this file number; (ii) to impose supervised probation; or (iii) for DWI sentences under G.S. 20-179. For DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). For structured sentencing offenses, use AOC-CR-602 (active) or AOC-CR-604 (probation).*

## JUDGMENT (continued)

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the plea(s) on Side One. On the verdict(s) from Side One, it is **ORDERED** that all offenses of conviction, if more than one, be consolidated for judgment with Count No. _____ *(list count of lead offense)* and that the defendant:

☐ pay the following fine/penalty and costs:

| Amount Of Fine/Penalty | Costs |
|---|---|
| $ | $ |

☐ be imprisoned for a term of _____ days in custody of the ☐ sheriff. ☐ MCP. ☐ Other:* _____. Pretrial credit _____ days served.

☐ Work release ☐ is recommended. ☐ is not recommended. **(NOTE:** *to order work release, use form AOC-CR-602 to impose judgment.)*

☐ The Court finds that a ☐ longer ☐ shorter period of probation than that which is specified in G.S. 15A-1343.2(d) is necessary.

☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions:
    1. commit no criminal offense in any jurisdiction.   2. possess no firearm, explosive or other deadly weapon listed in G.S. 14-269.
    3. remain gainfully and suitably employed, or faithfully pursue a course of study or of vocational training that will equip the defendant for suitable employment and abide by all rules of the institution.
    4. satisfy child support and family obligations, as required by the Court.  5. Submit to the taking of digitized photographs, including photographs of the defendant's face, scars, marks, and tattoos, to be included in the defendant's records.   6. pay to the Clerk the costs of court and any additional sums shown below.

| Costs | Fine | Restitution** | Attorney's Fee | Community Service Fee | Other | Total Amount Due |
|---|---|---|---|---|---|---|
| $ | $ | $ | $ | $ | $ | $ |

**\*\***Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: **(NOTE TO CLERK:** *Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims' Restitution)/ Certification Of Identity (Witness Attendance)."*)

☐  7. complete _____ hours of community service during the first _____days of probation, as directed by the judicial services coordinator, and pay the fee prescribed by G.S. 143B-1483 within _____ days.

☐  8. not be found in or on the premises of the complainant or _____.

☐  9. not assault, communicate with or be in the presence of the complainant or _____.

☐ 10. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319 required)

☐ 11. Other: _____
_____
_____
_____.

☐ The Court finds just cause to waive costs as ordered on attached ☐ AOC-CR-415. ☐ AOC-CR-618. ☐ Other: _____.

It is **ORDERED** that this: ☐ Judgment is continued upon payment of costs.
    ☐ case be consolidated for judgment with _____.
    ☐ sentence is to run at the expiration of the sentence in _____.

☐ **COMMITMENT:** It is **ORDERED** that the Clerk deliver <u>two</u> certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

**PROBABLE CAUSE:** ☐ Probable cause is found as to all Counts except _____, and the defendant is bound over to Superior Court for action by the grand jury.
    ☐ No probable cause is found as to Count(s) _____ of this Warrant and the Count(s) is dismissed.

| Date | Name Of District Court Judge Or Magistrate (type or print) | Signature Of District Court Judge Or Magistrate |
|---|---|---|

## APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the ☐ District ☐ Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Name Of District Court Judge Or Magistrate (type or print) | Signature Of District Court Judge Or Magistrate |
|---|---|---|

## CERTIFICATION

| I certify that this Judgment is a true and complete copy of the original which is on file in this case. | Date | Date Delivered To Sheriff | Signature | ☐ Dep. CSC ☐ Asst. CSC ☐ Clerk Of Superior Court |
|---|---|---|---|---|

0013

AOC-CR-100 Judgment, Side Two, Rev. 3/23, © 2023 Administrative Office of the Courts

| STATE VERSUS | | | MECKLENBURG County | File No. 23CR429789-590 |
|---|---|---|---|---|

**Name Of Defendant**
SARAH FIELDS

**Date Of Issuance Of Warrant For Arrest**
10/07/2023

If the Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon.

## RETURN OF SERVICE

I certify that the Warrant For Arrest issued in this case on the date noted above for the defendant named above, was received and served as follows:

| Date Received 10/07/2023 | Date Served 10/07/2023 | Time Served 0455 | Date Returned 10/07/2023 |
|---|---|---|---|

☒ By arresting the defendant and bringing the defendant before:

**Name Of Judicial Official**
Magistrate

☐ The Warrant WAS NOT served for the following reason:

**Signature Of Officer Making Return**
Matthew DeRoller

**Name Of Officer (type or print)**
Matthew DeRoller

**Department Or Agency Of Officer**
CMPD

## REDELIVERY/REISSUANCE

| Date | Name Of Clerk (type or print) | Signature Of Clerk | ☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court |
|---|---|---|---|

## RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that the Warrant For Arrest issued in this case on the date noted above for the defendant named above, was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|

☐ By arresting the defendant and bringing the defendant before:

**Name Of Judicial Official**

☐ The Warrant WAS NOT served for the following reason:

**Signature Of Officer Making Return**

**Name Of Officer (type or print)**

**Department Or Agency Of Officer**

DV HOLD

# STATE OF NORTH CAROLINA

_____MECKLENBURG_____ County

**STATE VERSUS**

File No.
23CR429789-590

In The General Court Of Justice
☒ District ☐ Superior Court Division

Name And Address Of Defendant
SARAH FIELDS
7401PINE BLUFF CIR
CHARLOTTE, NC 28214

**CONDITIONS OF RELEASE
AND RELEASE ORDER**

G.S. Chapter 15A, Art. 25, 26

| Process No.<br># | Amount Of Bond<br>$ |
|---|---|

File Numbers And Offenses
23CR429789    14-277.1 (M) COMMUNICATING THREATS
             14--33 (A) (M) SIMPLE ASSUALT

☐ See Attachment.

| Location Of Court<br>CHARLOTTE MECKLENBURG COUNTY COURT - CTRM 5170 | ☒ District ☐ Superior | Date<br>10/09/2023 | Time<br>9 | ☒ AM ☐ PM |
|---|---|---|---|---|

**To The Defendant Named Above**, you are ORDERED to appear before the Court as provided above and at all subsequent continued dates. If you fail to appear, you will be arrested and you may be charged with the crime of willful failure to appear. You also may be arrested without a warrant if you violate any condition of release in this Order or in any document incorporated by reference.

The defendant has been advised of charge(s) against him/her and his/her right to communicate with counsel and friends.
☐ Your release is authorized upon execution of your: ☐ WRITTEN PROMISE to appear ☐ UNSECURED BOND in the amount shown above
☐ CUSTODY RELEASE ☐ SECURED BOND in the amount shown above (**NOTE:** _Give a copy of this order to any surety who posts bond._)
☐ HOUSE ARREST with ELECTRONIC MONITORING administered by _(agency)_ _____ and the SECURED
BOND above. You may leave your residence for the purpose(s) of ☐ employment ☐ counseling ☐ course of study ☐ vocational training

☒ Your release is not authorized.
☐ The defendant is required to provide _(check all that apply)_ ☐ fingerprints under G.S. 15A-502. ☐ a DNA sample under G.S. 15A-266.3A.
Prior to release, the defendant shall provide his/her _(check all that apply)_ ☐ fingerprints. ☐ DNA sample.
☐ The defendant has been ☐ (i) charged with a felony while on probation _(complete AOC-CR-272, Side One)_. ☐ (ii) arrested for violation of probation with a pending felony charge or prior conviction requiring registration under G.S. 14, Article 27A _(complete AOC-CR-272, Side Two)_.
☐ This Order is entered upon defendant's warrantless arrest for violation of conditions of release entered previously for the above-captioned case in the Order dated _____.
☐ The defendant is charged with an offense subject to G.S. 15A-534.1, and no judge has acted under that statute within 48 hours of defendant's arrest.
☐ The defendant was arrested or surrendered after failing to appear as required under a prior release order.
☐ This was the defendant's second or subsequent failure to appear in this case.
☐ Your release is subject to the conditions as shown on the attached ☐ AOC-CR-242. ☐ AOC-CR-270. ☐ AOC-CR-630. ☐ AOC-CR-631.
☐ AOC-CR-660. ☐ Other: _____.

Additional Information
DV HOLD

| Date<br>10/07/2023 | Name Of Judicial Official<br>B.STRANG | Signature Of Judicial Official<br>B. Klar | ☒ Magistrate ☐ Deputy CSC ☐ Assistant CSC<br>☐ Clerk Of Superior Court ☐ DC Judge ☐ SC Judge |
|---|---|---|---|

## ORDER OF COMMITMENT

**To The Custodian Of The Detention Facility Named Below**, you are ORDERED to receive in your custody the defendant named above who may be released if authorized above. If the defendant is not sooner released, you are ORDERED to: ☐ produce him/her in Court as provided above.
☐ hold him/her ☐ as provided on the attached AOC-CR-272. ☐ for the following purpose: _____

☒ _[for charges covered by G.S. 15A-534.1 (domestic violence) or 15A-534.7 (threat of mass violence)]_ produce him/her at the first session of District or Superior Court held in this county after the entry of this Order or, if no session is held before _(enter date and time 48 hours after time of arrest)_ __10/09/2023__, __4:18 AM__
☒ AM ☐ PM    produce him/her before a magistrate at that time to determine conditions of pretrial release.

| Name Of Detention Facility | Date | Name Of Judicial Official | Signature Of Judicial Official |
|---|---|---|---|

(Over)
AOC-CR-200, Rev. 2/21, © 2021 Administrative Office of the Courts

0015

Case 1:23-cv-00423-WO-JLW    Document 94-1    Filed 04/09/24    Page 16 of 53

| WRITTEN PROMISE TO APPEAR OR CUSTODY RELEASE | |

I, the undersigned, promise to appear at all hearings, trials or otherwise as the Court may require and to abide by any restrictions set out above. I understand and agree that this promise is effective until the entry of judgment in the District Court from which no appeal is taken or until the entry of judgment in Superior Court. If I am released to the custody of another person, I agree to be placed in that person's custody, and that person agrees by his/her signature to supervise me.

| Date | Signature Of Defendant | Signature Of Person Agreeing To Supervise Defendant |
|------|------------------------|------------------------------------------------------|
| | | |
| Name Of Person Agreeing To Supervise Defendant (type or print) | | Address Of Person Agreeing To Supervise Defendant |

| DEFENDANT RELEASED ON BAIL | | |

| Date | Time | | Signature Of Custodian |
|------|------|--|------------------------|
| | | ☐ AM ☐ PM | |

| CONDITIONS OF RELEASE MODIFICATIONS | |

The Conditions of Release on the reverse are modified as follows:

| Modification | Date | Signature Of Judicial Official |
|--------------|------|-------------------------------|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| SUPPLEMENTAL ORDERS FOR COMMITMENT | |

The defendant is next Ordered produced in Court as follows:

| Date | Time | Place | Purpose | Signature Of Judicial Official |
|------|------|-------|---------|-------------------------------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| DEFENDANT RECEIVED BY DETENTION FACILITY | |

| Date | Time | Signature Of Custodian |
|------|------|------------------------|
| 10/7/23 | 05:46 AM | Easley X5324 |
| | | |
| | | |

| DEFENDANT RELEASED FOR COURT APPEARANCE | |

| Date | Time | Signature Of Custodian |
|------|------|------------------------|
| | | |
| | | |
| | | |
| | | |
| | | |

**NOTE TO CUSTODIAN:** *This form shall accompany the defendant to court for all appearances.*

AOC-CR-200, Side Two, Rev. 2/21
© 2021 Administrative Office of the Courts

0016



# STATE OF NORTH CAROLINA

_____MECKLENBURG_____ County

| | |
|---|---|
| **File No.** | 23CR429789-590 |

In The General Court Of Justice
☐ District ☐ Superior Court Division

## STATE VERSUS

*Name And Address Of Defendant*
SARA FIELDS
7401 PINE BLUFF CIR

CHARLOTTE NC 28214

## CONDITIONS OF RELEASE AND RELEASE ORDER

G.S. Chapter 15A, Art. 25, 26

#

*Amount Of Bond*
$ 1,000.00

*Offenses And Additional File Numbers*
M- COMMUNICATING THREATS
M-SIMPLE ASSAULT

☐ See Attachment

*Location Of Court*
MECKLENBURG COUNTY COURTHOUSE COURTROOM 5170    ☒ District ☐ Superior   *Date* 10/09/2023   *Time* 0900   ☒ AM ☐ PM

**To The Defendant Named Above,** you are ORDERED to appear before the Court as provided above and at all subsequent continued dates. If you fail to appear, you will be arrested and you may be charged with the crime of willful failure to appear. You also may be arrested without a warrant if you violate any condition of release in this Order or in any document incorporated by reference.

The defendant has been advised of charge(s) against him/her and his/her right to communicate with counsel and friends.
☐ Your release is authorized upon execution of your: ☐ WRITTEN PROMISE to appear ☐ UNSECURED BOND in the amount shown above
☐ CUSTODY RELEASE ☒ SECURED BOND in the amount shown above (**NOTE:** *Give a copy of this order to any surety who posts bond.*)
☐ HOUSE ARREST with ELECTRONIC MONITORING administered by *(agency)* _____ and the SECURED BOND above. You may leave your residence for the purpose(s) of ☐ employment ☐ counseling ☐ course of study ☐ vocational training

☐ Your release is not authorized.
☐ The defendant is required to provide *(check all that apply)* ☐ fingerprints under G.S. 15A-502. ☐ a DNA sample under G.S. 15A-266.3A.
   Prior to release, the defendant shall provide his/her *(check all that apply)* ☐ fingerprints. ☐ DNA sample.
☐ The defendant has been ☐ (i) charged with a felony while on probation *(complete AOC-CR-272, Side One).* ☐ (ii) arrested for violation of probation with a pending felony charge or prior conviction requiring registration under G.S. 14, Article 27A *(complete AOC-CR-272, Side Two).*
☐ This Order is entered upon defendant's warrantless arrest for violation of conditions of release entered previously for the above-captioned case in the Order dated _____
☐ The defendant was arrested or surrendered after failing to appear as required under a prior release order.
☐ This was the defendant's second or subsequent failure to appear in this case.
☐ Your release is subject to the conditions as shown on the attached ☐ AOC-CR-270. ☐ Other: _____

*Additional Information*

| *Date* 10/09/2023 | *Signature Of Judicial Official* C.TERRY | ☒ Magistrate ☐ Deputy CSC ☐ Assistant CSC |
|---|---|---|
| | | ☐ Clerk Of Superior Court ☐ District Court Judge ☐ Superior Court Judge |

## ORDER OF COMMITMENT

To The Custodian Of The Detention Facility Named Below, you are ORDERED to receive in your custody the defendant named above who may be released if authorized above. If the defendant is not sooner released, you are ORDERED to: ☒ produce him/her in Court as provided above.
☐ hold him/her ☐ as provided on the attached AOC-CR-272. ☐ for the following purpose: COURTROOM 5170 10/09/2023 @0900AM

☐ [for charges covered by G.S. 15A-534.1 (domestic violence) or 15A-534.7 (threat of mass violence)] produce him/her at the first session of District or Superior Court held in this county after the entry of this Order or, if no session is held before *(enter date and time 48 hours after time of arrest)* _____
☐ AM ☐ PM   produce him/her before a magistrate of this county at that time to determine conditions of pretrial release.

| *Name Of Detention Facility* MECKLENBURG COUNTY JAIL | *Date* 10/09/2023 | *Signature Of Judicial Official* C.TERRY |
|---|---|---|

## WRITTEN PROMISE TO APPEAR OR CUSTODY RELEASE

I, the undersigned, promise to appear at all hearings, trials or otherwise as the Court may require and to abide by any restrictions set out above. I understand and agree that this promise is effective until the entry of judgment in the District Court from which no appeal is taken or until the entry of judgment in Superior Court. If I am released to the custody of another person, I agree to be placed in that person's custody, and that person agrees by his/her signature to supervise me.

| *Date* | *Signature Of Defendant* | *Signature Of Person Agreeing To Supervise Defendant* |
|---|---|---|
| *Name Of Person Agreeing to Supervise Defendant (type or print)* | | *Address Of Person Agreeing To Supervise Defendant* |

## DEFENDANT RELEASED ON BAIL

| *Date* | *Time* ☐ AM ☐ PM | *Signature Of Jailer* |
|---|---|---|

AOC-CR-200, Rev. 12/18, © 2018 Administrative Office of the Courts



## CONDITIONS OF RELEASE MODIFICATIONS

The Conditions of Release on the reverse are modified as follows:

| Modification | Date | Signature Of Judicial Official |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## SUPPLEMENTAL ORDERS FOR COMMITMENT

The defendant is next Ordered produced in Court as follows:

| Date | Time | Place | Purpose | Signature Of Judicial Official |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## DEFENDANT RECEIVED BY DETENTION FACILITY

| Date | Time | Signature Of Jailer |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

## DEFENDANT RELEASED FOR COURT APPEARANCE

| Date | Time | Signature Of Jailer |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**NOTE TO CUSTODIAN:** *This form shall accompany the defendant to court for all appearances.*

AOC-CR-200, Side Two, Rev. 12/18

© 2018 Administrative Office of the Courts

0018

# CRIMINAL COMPLAINT FOR A WARRANT OF SUMMONS-DOMESTIC VIOLENCE

Complaint Number: 2023 1006085301

## VICTIM INFORMATION



## SUSPECT INFORMATION

Name: Sarah Fields  Race: WHITE Sex: F Date of Birth: 01-03-1990 Age: 33

Home Address/City/State/Zip code: 7407 Pine Bluff Circle

Phone: [redacted] Driver's License State: NC Driver's License: _____

Place of Employment: River Oaks Academy

Address/City/State/Zip: 1015 MT Holly - Huntersville

What hours/days do they work? Mon - Fri  8:30 am - 2:00 pm

## QUESTIONS ABOUT THE INCIDENT

1. When (date and time) and where did this happen? My home 10:35 p.m. Sunday Oct 1

2. What did the suspect do? She put both hands around my neck and Choked me

3. Did the suspect threaten you? [ ] No [X] Yes *If yes*, what did the suspect threaten to do?
To kill me _____ Do you believe the suspect would do that? [ ] No [X] Yes

4. Were you injured? [ ] No [X] Yes *If yes*, do you have any visible bruises, cuts or other injuries?
Please describe: No visible bruises but She did have her nails scratchin

5. Did the defendant use a weapon? [X] No [ ] Yes   If yes, what kind? _____

6. Was any property damaged? [X] No [ ] Yes *If yes*, what was damaged and give amount ($) of damage? _____

7. Why did this happen? She was arguing and wanted me to shut up.

### CONTINUED ON BACK →

Magistrate PS1-08/2018

0019

8. Did anyone other than you and the suspect see/hear this happen? [ ] No [X] Yes

| Name | Address | Phone Number | Relationship to you | Child/Adult |

I have audio recording that I Shared with Mother and
Sister, T▓▓ L▓ (sister) ▓▓▓▓▓▓▓▓▓▓ /G▓▓ F▓▓ (mom)

9. What do you want the courts to do? I want a Restraining order, And Arrest, out of house

10. Have you ever taken a warrant out on the suspect? *If yes*, state what charge, when *and* what happened in court NO

11. Has the suspect ever taken a warrant out on you? *If yes*, what charge, when *and* what happened in court NO

12. What is your relationship to the suspect? X Spouse/Ex-spouse ____ dating relationship
____ Child/Parent/Family Member ___ Other (Explain) _____

13. Have you ever lived together? [ ] No [X] Yes

14. Has this ever happened before? [ ] No [X] Yes
   If yes, how many times and when (dates): Do not recall dates

15. Did the police come out? [ ] No [X] Yes Did they make a report? [ ] No [X] Yes

16. What do you want the court to do? Restraining order, Arrest, ⊕ out of house

17. Do you have a 50B (protective order)? [X] No [ ] Yes

18. What else can you tell us about the incident: She Threaten to kill me, and
have Some one attack me. I have audio recordings of the
incident

**THE INFORMATION PROVIDED IN THIS CRIMINAL COMPLAINT IS TRUE TO THE BEST OF MY
KNOWLEDGE AND BELIEF, UNDER PENALTY OF PERJURY.**

▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**Signature**

10-07-2023

**Date**

Magistrate Comments:

Magistrate PS1-08/2018

# STATE OF NORTH CAROLINA

_____ County
MECKLENBURG

### STATE VERSUS

Name And Address Of Defendant
SARAH FIELDS
7407 Pine Bluff Cir

Charlotte                    NC      28214-2133

File No.
23CR429789-590

In The General Court Of Justice
☒ District  ☐ Superior Court Division

## CONDITIONS OF RELEASE AND RELEASE ORDER

G.S. Chapter 15A, Art. 25, 26

| Process No. | Amount Of Bond |
|---|---|
| # RO-23-711649 | $ 1,000.00 |

File Numbers And Offenses
23CR429789-590    WFA; M - COMMUNICATING THREATS; M - SIMPLE ASSAULT;

☐ See Attachment.

Location Of Court
Mecklenburg Co. Courthouse, Courtroom 4130

☒ District ☐ Superior | Date 04/08/2024 | Time 9:00 AM

**To The Defendant Named Above**, you are ORDERED to appear before the Court as provided above and at all subsequent continued dates. If you fail to appear, you will be arrested and you may be charged with the crime of willful failure to appear. You also may be arrested without a warrant if you violate any condition of release in this Order or in any document incorporated by reference.

The defendant has been advised of charge(s) against him/her and his/her right to communicate with counsel and friends.
☒ Your release is authorized upon execution of your: ☐ WRITTEN PROMISE to appear  ☒ UNSECURED BOND in the amount shown above
☐ CUSTODY RELEASE    ☐ SECURED BOND in the amount shown above (**NOTE:** Give a copy of this order to any surety who posts bond.)
☐ HOUSE ARREST with ELECTRONIC MONITORING administered by (agency) _____ and the SECURED BOND above. You may leave your residence for the purpose(s) of ☐ employment ☐ counseling ☐ course of study ☐ vocational training
    PD APPOINTED

☐ Your release is not authorized.
☐ The defendant is required to provide (check all that apply) ☐ fingerprints under G.S. 15A-502. ☐ a DNA sample under G.S. 15A-266.3A. Prior to release, the defendant shall provide his/her (check all that apply) ☐ fingerprints. ☐ DNA sample.
☐ The defendant has been ☐ (i) charged with a felony while on probation (complete AOC-CR-272, Side One). ☐ (ii) arrested for violation of probation with a pending felony charge or prior conviction requiring registration under G.S. 14, Article 27A (complete AOC-CR-272, Side Two).
☐ This Order is entered upon defendant's warrantless arrest for violation of conditions of release entered previously for the above-captioned case in the Order dated _____
☒ The defendant is charged with an offense subject to G.S. 15A-534.1, and no judge has acted under that statute within 48 hours of defendant's arrest.
☐ The defendant was arrested or surrendered after failing to appear as required under a prior release order.
☐ This was the defendant's second or subsequent failure to appear in this case.
☐ Your release is subject to the conditions as shown on the attached ☐ AOC-CR-242. ☐ AOC-CR-270. ☐ AOC-CR-630. ☐ AOC-CR-631.
      ☐ AOC-CR-660. ☐ Other: _____.

Additional Information

| Date 10/09/2023 | Name Of Judicial Official HONORABLE M NEWTON, by and through Marcia Caviness | Signature Of Judicial Official Marcia Caviness | ☐ Magistrate ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court ☐ DC Judge ☐ SC Judge |

### ORDER OF COMMITMENT

**To The Custodian Of The Detention Facility Named Below**, you are ORDERED to receive in your custody the defendant named above who may be released if authorized above. If the defendant is not sooner released, you are ORDERED to: ☒ produce him/her in Court as provided above.
☐ hold him/her ☐ as provided on the attached AOC-CR-272. ☐ for the following purpose: _____.

☒ [for charges covered by G.S. 15A-533(h), 15A-534.1, 15A-534.7, or 15A-534.8] produce him/her at the first session of District or Superior Court held in this county after the entry of this Order or, if no session is held before (for G.S. 15A-534.8, enter date and time 24 hours after arrest; for all others, 48 hours after arrest) 10/09/2023
12:00 AM, produce him/her before a magistrate of this county at that time to determine conditions of pretrial release.

| Name Of Detention Facility MECK COUNTY JAIL | Date 10/09/2023 | Name Of Judicial Official HONORABLE M NEWTON, by and through Marcia Caviness | Signature Of Judicial Official Marcia Caviness |

AOC-CR-200, Rev. 10/23, © 2023 Administrative Office of the Courts

0021

**Domestic VRA Case**

## WRITTEN PROMISE TO APPEAR OR CUSTODY RELEASE

I, the undersigned, promise to appear at all hearings, trials or otherwise as the Court may require and to abide by any restrictions set out above. I understand and agree that this promise is effective until the entry of judgment in the District Court from which no appeal is taken or until the entry of judgment in Superior Court. If I am released to the custody of another person, I agree to be placed in that person's custody, and that person agrees by his/her signature to supervise me.

| Date | Signature Of Defendant | Signature Of Person Agreeing To Supervise Defendant |
|---|---|---|
| | | |

| Name Of Person Agreeing To Supervise Defendant (type or print) | Address Of Person Agreeing To Supervise Defendant |
|---|---|
| | |

## DEFENDANT RELEASED ON BAIL

| Date | Time | Signature Of Custodian |
|---|---|---|
| | | |

## CONDITIONS OF RELEASE MODIFICATIONS

The Conditions of Release on the reverse are modified as follows:

| Modification | Date | Signature Of Judicial Official |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## SUPPLEMENTAL ORDERS FOR COMMITMENT

The defendant is next Ordered produced in Court as follows:

| Date | Time | Place | Purpose | Signature Of Judicial Official |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DEFENDANT RECEIVED BY DETENTION FACILITY

| Date | Time | Signature Of Custodian |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

## DEFENDANT RELEASED FOR COURT APPEARANCE

| Date | Time | Signature Of Custodian |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**NOTE TO CUSTODIAN:** *This form shall accompany the defendant to court for all appearances.*

AOC-CR-200, Side Two, Rev. 10/23
© 2023 Administrative Office of the Courts

0022

(TYPE OR PRINT IN BLACK INK)

**STATE OF NORTH CAROLINA**

Mecklenburg County

File No.
23CR429789-590

Additional File Nos.

In The General Court Of Justice
District Court Division

| Name Of Defendant, Petitioner, Respondent |
|---|
| Sarah Fields |

Street Address Of Defendant, Petitioner, Respondent
7407 Pine Bluff Cir
Charlotte NC  28214-2133

**ORDER OF ASSIGNMENT
OR
DENIAL OF COUNSEL**

Permanent Mailing Address Of Defendant, Petitioner, Respondent *(if different from above)*

Telephone Number Of Defendant, Petitioner, Respondent

☒ *Check here if defendant is in jail*

G.S. 7A-146(11), 7A-292(15), 7A-450, 7A-451(a), 15A-1340.23(d)

| Date Of Offense | Most Serious Class Of Offense |
|---|---|
| 10/01/2023;
10/01/2023 | COMMUNICATING THREATS; SIMPLE ASSAULT |

Offense(s)
See *Offense Listing* on Side Two.

**INSTRUCTIONS:** *The Court should complete Part I. or II. of this form. Do not use this form for first-degree murder cases or murder cases where the degree is undesignated, except for cases where the defendant was under 18 years of age at the time of the offense, or for capital post-conviction cases or appeals to the Court of Appeals or Supreme Court. For adult first-degree murder cases or murder cases where the degree is undesignated at the trial level, the Office of Indigent Defense Services will use form AOC-CR-624. For capital post-conviction cases, the Office of Indigent Defense Services will use form AOC-CR-625. For appellate cases, the Court will use form AOC-CR-350.*

## I. ASSIGNMENT OF COUNSEL

From the petition heard in this matter, the affidavit made by the applicant named above, and the inquiry made by the Court, which is documented in the record, it is determined that the applicant is not financially able to provide the necessary expenses of legal representation, and: *(check one)*

☐ 1. is charged with a Class 3 misdemeanor that was committed on or after December 1, 2013, and: *(check one)*

  ☐ a. the Court has found that the defendant has more than three prior convictions; it is ORDERED that the applicant is indigent and is entitled to the services of counsel as contemplated by law.

  ☐ b. the Court has not found at this time that the defendant has more than three prior convictions, the defendant is in custody, the Court does not intend at this appearance to modify the defendant's conditions of release to allow the defendant to be released pending trial without posting a secured bond, and the defendant has a constitutional right to meaningful access to the courts; it is ORDERED that the applicant is indigent and is entitled to the services of counsel as contemplated by law; and that the attorney named below or the public defender in the judicial district shall provide representation that is limited pursuant to G.S. 15A-141(3) and 15A-143 to the time period of the applicant's pretrial confinement on the Class 3 misdemeanor charge.

☒ 2. is charged with a felony, a misdemeanor other than a Class 3, or a Class 3 misdemeanor that was committed before December 1, 2013, or is a petitioner or respondent in a proceeding or action listed in G.S. 7A-451(a);

  List G.S. 7A-451(a) action, felony, or non-Class 3 misdemeanor: _____

  Therefore, it is ORDERED that the applicant is indigent and is entitled to the services of counsel as contemplated by law; and that the attorney named below or the public defender in this judicial district shall provide representation.

It is further ORDERED the defendant shall be represented by:
  ☐ the attorney named below.   ☒ the public defender in this judicial district.

| Name Of Appointed Attorney (if applicable) 10/9/2023 3:57:56 PM | Next Court Date |
|---|---|
| PUBLIC DEFENDER | 4/8/2024 |

| Date | Signature | |
|---|---|---|
| 10/10/2023 | | ☒ Judge ☐ Clerk Of Superior Court ☐ Asst. CSC
☐ Deputy CSC ☐ Magistrate |

**NOTE:** *A magistrate may appoint counsel if designated to do so by the Chief District Court Judge. See G.S. 7A-146(11) and G.S. 7A-292(15).*

Material opposite unmarked squares is to be disregarded as surplusage.
(Over)

AOC-CR-224 (ICMS), Rev. 4/23
© 2023 Administrative Office of the Courts

From the petition heard in this matter, the affidavit made by the applicant named above, and the inquiry made by the Court, which is documented in the record, it is determined that the applicant: *(check all that apply)*

☐ 1. is charged with a felony, a misdemeanor higher than a Class 3, or a Class 3 misdemeanor that was committed before December 1, 2013, but will not receive an active or suspended term of imprisonment if he/she is convicted of the offense(s) for which he/she is charged; it is ORDERED that the defendant's petition is denied.

☐ 2. is charged with a Class 3 misdemeanor that was committed on or after December 1, 2013, the Court has found that the defendant has fewer than four prior convictions, and the case shall proceed as a fine only case; it is ORDERED that the defendant's petition is denied.

☐ 3. will not receive an active or suspended term of imprisonment if he/she is found in contempt; it is ORDERED that the defendant's petition is denied.

☐ 4. is financially able to provide the necessary expenses of legal representation; it is ORDERED that the applicant is not indigent and his/her petition is denied.

| Date<br>10/10/2023 | Signature | ☐ Judge    ☐ Clerk Of Superior Court    ☐ Asst. CSC<br>☐ Deputy CSC    ☐ Magistrate |
| --- | --- | --- |

**NOTE:** *A magistrate may appoint counsel if designated to do so by the Chief District Court Judge. See G.S. 7A-146(11) and G.S. 7A-292(15).*

## OFFENSE LISTING

**Offense(s)** *(list offense(s) only if file no. has not been assigned)*
COMMUNICATING THREATS; SIMPLE ASSAULT

# STATE OF NORTH CAROLINA

Mecklenburg County

*File No.*
23CR429789-590

In The General Court Of Justice
District Court

| STATE VERSUS | ORDER TO MODIFY |
|---|---|

*Name Of Defendant*
Sarah Fields

**ORDER TO MODIFY
CONDITIONS OF RELEASE**

*Process No.*
#WFA-23-707603

*Amount Of Bond*

*File Numbers And Offenses*

| 23CR429789-590 | COMMUNICATING THREATS |
|---|---|
| | SIMPLE ASSAULT |

## G.S. 15A-533 ELIGIBILITY FOR CONDITIONS OF RELEASE FINDINGS
*Only a judge may determine whether release is appropriate.*

### Serious Felony Offenses
*Only a district or superior court judge may consider release in his or her discretion. Defendant may be held without conditions of release in the discretion of the presiding judge.*

☐ The defendant is charged with an offense enumerated in G.S. 15A-533(b): ☐ first or second degree murder (or attempt to commit either), ☐ first or second degree kidnapping, ☐ first or second degree forcible rape or sex offense, ☐ statutory rape or statutory sex offense, ☐ human trafficking, ☐ assault with a deadly weapon with intent to kill inflicting serious injury, ☐ discharging a weapon into occupied property, ☐ first degree burglary, ☐ first degree arson or ☐ robbery with a firearm or other dangerous weapon.

### Trafficking Offenses
*Only a district or superior court judge may consider release upon a finding that the defendant has overcome the rebuttable presumption that no condition of release will reasonably assure the defendant's appearance and that defendant's release poses an unreasonable risk to the community. (G.S. 15A-533(d), (e), or (f).)*

☐ There is reasonable cause to believe that the defendant committed an offense involving trafficking in a controlled substance **AND**
☐ The drug trafficking offense was committed while the defendant was on pretrial release for another offense; **AND**
☐ the person has previously been convicted of a Class A through E felony or an offense involving trafficking in a controlled substance and not more than five years has elapsed since the date of the conviction or the person's release from prison for the offense, whichever is later. G.S. 15A-533(d)

### Criminal Street Gang Offenses
*Only a district or superior court judge may consider release upon a finding that the defendant has overcome the rebuttable presumption that no condition of release will reasonably assure the defendant's appearance and that defendant's release poses an unreasonable risk to the community. (G.S. 15A-533(d), (e), or (f).)*

☐ There is reasonable cause to believe that the defendant committed an offense for the benefit of, at the direction of, or in association with, any criminal street gang, as defined in G.S. 14-50.16A. **AND** ☐ The offense was committed while the defendant was on pretrial release for another offense; **AND** ☐ the person has previously been convicted of an offense described in G.S. 14-50.16 through 14-50.20 or (ii) has been convicted of a criminal offense and received an enhanced sentence for that offense pursuant to G.S. 15A-1340.16E, and not more than five years has elapsed since the date of conviction or the person's release whichever is later. G.S. 15A-533(e)

### Firearms Offenses
*Only a district or superior court judge may consider release upon a finding that the defendant has overcome the rebuttable presumption that no condition of release will reasonably assure the defendant's appearance and that defendant's release poses an unreasonable risk to the community. (G.S. 15A-533(d), (e), or (f).)*

☐ There is reasonable cause to believe that the defendant committed an offense involving the illegal use, possession, or discharge of a firearm which is a felony or class A1 misdemeanor **AND** ☐ The offense was committed while the person was on pretrial release for another felony or Class A1 misdemeanor involving the illegal use, possession, or discharge of a firearm **OR** ☐ the person has previously been convicted of a felony or Class A1 misdemeanor involving the illegal use, possession, or discharge of a firearm and not more than five years has elapsed since the date of the conviction or the person's release from prison for the offense, whichever is later. G.S. 15A-533(f).

### Defendant charged with new offense while on pretrial release:

☐ defendant is charged with a new offense while on pretrial release for another offense.

_____

Case 1:23-cv-00423-WO-JLW   Document 94-1   Filed 04/09/24   Page 26 of 53

| G.S. 15A-534 FINDINGS TO DETERMINE CONDITIONS OF RELEASE |
|---|

☒ Nature and circumstances of the offense charged _____

    ☒ **Domestic Violence:** defendant is charged with assault on, stalking, communicating a threat to, or committing a felony upon a spouse, former spouse, a person with whom the defendant lives or has lived as if married, or a person with whom the defendant is or has been in a dating relationship as defined in G.S. 50B-19(b)(6).

    ☐ **Threats of Mass Violence.** The defendant is charged with communicating a threat of mass violence on educational property in violation of G.S. 14-277.6 or communicating a threat of mass violence at a place of religious worship in violation of G.S. 14-277.7.

☒ Weight of the evidence against the defendant _____

☐ The defendant's family ties, employment, financial resources, character and mental condition _____

☐ The defendant intoxicated to such a degree that he would be endangered by being released without supervision _____

☐ Length of residency in the community _____

☐ Record of convictions _____

☐ History of flight to avoid prosecution or failure to appear at court proceedings _____

    ☐ The defendant was arrested or surrendered after failing to appear as required under a prior release order;

    ☐ This was the defendant's second or subsequent failure to appear in this case.

☐ This finding is entered upon defendant's warrantless arrest for violation of conditions of release entered previously for the above-captioned case in the Order dated _____

☐ Defendant has violated previously imposed conditions of release imposed by order entered on _____ in that defendant _____

☒ Other No prior or pending matters

**New Felony Charge While on Probation:**

☐ defendant is charged with a felony **AND** the defendant is on probation. ☐ the defendant poses a danger to the public, and therefore will be held on a secured bond or a secured bond with house arrest; or ☐ the defendant does not pose a danger to the public, and therefore conditions of release are set out as provided in G.S. Chapter 15A, Article 26 or ☐ there is insufficient information to determine whether the defendant poses a danger to the public, and the undersigned is in need of the following information: _____. The defendant will be brought back no later than _____ *(date)* at _____ *(time)* no later than 7 days from arrest to determine conditions of release (or sooner if the information is obtained).  G.S. 15A-534(d2).

**Conditions of release for probation violation arrest with pending felony:**

☐ defendant is arrested for violating probation **AND** the ☐ defendant is charged with a felony or ☐ has been convicted of an offense at any time that requires registration under Article 27A of Chapter 14 of the General Statutes or an offense that would have required registration but for the effective date of the law establishing the Sex Offender and Public Protection Registration Program. The judicial official must determine conditions of release as follows: ☐ the defendant poses a danger to the public, and therefore release is denied pending the defendant's probation revocation hearing as ordered and pursuant to G.S. 15A-1345(b1)(1); or ☐ the defendant does not pose a danger to the public, and therefore conditions of release are set out as provided in G.S. Chapter 15A, Article 26 or ☐ there is insufficient information to determine whether the defendant poses a danger to the public, and the undersigned is in need of the following information: _____. The defendant will be brought back no later than _____ *(date)* at _____ *(time)* no later than 7 days from arrest to determine conditions of release (or sooner if the information is obtained). G.S. 15A-1345(b1).

Case 1:23-cv-00423-WO-JLW   Document 94-1   Filed 04/09/24   Page 27 of 53

## G.S. 15A-534 ORDER: CONDITIONS OF RELEASE

You are ORDERED to appear before the Court as provided below and at all subsequent continued dates. If you fail to appear, you will be arrested, and you may be charged with the crime of willful failure to appear. You are to commit no crimes while you are on pretrial release. You also may be arrested without a warrant if you violate any condition of release in this Order or in any document incorporated by reference.

Location of Court: , District Court   Date:    Time:

**Based on the above findings, the undersigned hereby orders the following conditions of release:**

☐ Your release is not authorized.

☐ You shall be released upon a written promise to appear.

☒ You shall be released upon the execution of an unsecured appearance bond in the amount of: $1,000.

☐ You shall be released to the custody of the following person or organization agreeing to supervise you: _____ *(name of designated person or organization)*.

☐ You shall be released to Mecklenburg County Pretrial Services in accordance with their terms of supervision is authorized. G.S. 15A-535(b);

☐ You are required to post an appearance bond in the amount of $_____ secured by a cash deposit of the full amount of the bond, or by a mortgage pursuant to G.S. 58-74-5, or by at least one solvent surety. Other conditions of release ☐ will not assure your appearance, ☐ will pose a danger of injury to any person, or ☐ is likely to result in destruction of evidence, subornation of perjury, or intimidation of witnesses.

**Additional Conditions for Conduct while waiting for trial. (You must comply with these additional conditions of release. These conditions apply even if you are not released from custody).**

☐ Sex crimes against children or crimes of violence against children. You are charged with a crime involving a child. You must stay away from the home, temporary residence, school, business or place of employment of the alleged victim. You must refrain from communicating or attempting to communicate, directly or indirectly with the victim, except under circumstances specified in an order entered by a judge with knowledge of the pending charge and you must refrain from assaulting, beating, intimidating, stalking, threatening or harming the alleged victim. ****If deviating from these requirements, the judicial fact finder must make written findings as to why this is not in the best interest of the victim. G.S. 15A-534.4.

☒ Domestic violence. You are charged with a crime involving domestic violence.
  ☒ No contact. You must stay away from the home, temporary residence, school, business or place of employment of the alleged victim.
  ☒ No communication. You must stay away from the home, temporary residence, school, business or place of employment of the alleged victim.
  ☒ Do not threaten, assault, beat, intimidate, stalk or harass the alleged victim.
  ☐ Do not remove, damage or injure the property listed.
  ☐ You may visit your child or children at times and places provided by the terms of any existing order entered by a judge.
  ☒ You may retrieve personal property from a shared residence only with the assistance of Law Enforcement.

☐ Violent crime / crimes involving a firearm. You are charged with a violent crime, or a crime involving a firearm. ☐ You are to have no contact with any alleged victims. You may not possess any firearms while you wait for disposition of your case. Law enforcement may check at appropriate times for lawful compliance of this condition while you are subject to electronic monitoring. (See Electronic Monitoring Order for additional conditions with that program). All other provisions of this order are incorporated into your conditions of release.

☐ You are required to comply with the CMPD Electronic Monitoring Program:
  ☐ **CURFEW:** You will have a 6pm to 6am curfew or ☐ You will be at home for 24 hours.
  ☐ CMPD is authorized to extend or modify curfew hours or approve address changes without further court order.
  ☐ Territorial / No Contact Restrictions: (must use for release upon threat of mass violence) / or in discretion of judicial official:
  _____
  ☐ Other: _____

**To The Custodian Of The Detention Facility of Mecklenburg County you are ORDERED to receive in your custody the defendant named above who may be released if authorized above. If the defendant is not sooner released, you are ORDERED to: produce him/her in Court as provided above.**

| Date<br>10/09/2023 | Judicial Official's Name/Title<br>Matthew Newton | Signature<br>Signed: 10/09/2023 1:24:13 PM |
|---|---|---|

Case 1:23-cv-00423-WO-JLW   Document 94-1   Filed 04/09/24   Page 28 of 53

| File No. | Law Enforcement Case No. | | LID No. | |
|---|---|---|---|---|
| 23CR429789-590 | | | | |

**WARRANT FOR ARREST**

**THE STATE OF NORTH CAROLINA VS.**

Name And Address Of Defendant
SARAH FIELDS
7407 Pine Bluff Cir

Charlotte          NC     28214-2133
Mecklenburg COUNTY

## STATE OF NORTH CAROLINA

MECKLENBURG _____ County

In The General Court Of Justice
District Court Division

**OFFENSE(S)** *(see AOC-CR-100 Continuation(s) for charging text)*

| Count No. | Offense | Offense In Violation Of G.S. | Offense Code |
|---|---|---|---|
| 1 | M - COMMUNICATING THREATS | 14-277.1 | 5328 |
| 2 | M - SIMPLE ASSAULT | 14-33(A) | 1368 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| W | F | 01/03/1990 | 33 |

Name Of Defendant's Employer

Date Of Offense
10/01/2023

☒ Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan

Date Of Arrest & Check Digit No. (as shown on fingerprint card)

Complainant Name (and address, if Complainant is an officer)

Witness Information

---

**TO ANY OFFICER WITH AUTHORITY AND JURISDICTION TO EXECUTE A WARRANT FOR ARREST FOR THE OFFENSE(S) CHARGED IN THIS WARRANT:**
I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully, and feloniously did commit the offense(s) set forth above and on the attached AOC-CR-100 Continuation(s), which is (are) incorporated by reference. This act(s) was in violation of the law referred to in this Warrant For Arrest. This Warrant For Arrest is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Date Issued | Name Of Issuing Official | Signature | ☒ Magistrate ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court |
|---|---|---|---|
| 10/07/2023 | N.Weeks | | ☐ District Court Judge ☐ Superior Court Judge |

| Location Of Court | Court Date | Court Time |
|---|---|---|
| | | |

**WAIVER OF PROBABLE CAUSE HEARING**

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant | Name Of Attorney | Signature Of Attorney |
|---|---|---|---|
| | | | |

AOC-CR-100, Rev. 3/23, © 2023 Administrative Office of the Courts

0028
(Over)
Original

**Domestic VRA Case**

| STATE VERSUS | MECKLENBURG County | File No. 23CR429789-590 |
|---|---|---|

Name Of Defendant
SARAH FIELDS

Date Of Issuance Of Warrant For Arrest
10/07/2023

**NOTE:** Use this page to set forth the charging text for each offense listed on the AOC-CR-100. G.S. 15A-924(a)(5).

## OFFENSES (continued)

**Count 1.    Offense:** M - COMMUNICATING THREATS

Charging Text For This Count
On or about the date of offense shown and in the county named above the defendant unlawfully and willfully did threaten to physically injure the person of ████████ . The threat was communicated to ████████ by ORALLY STATED IN PERSON TO THE VICTIM SHE WOULD KILL HIM AND THAT HE WOULD BE DEAD BY THE END OF THIS YEAR, NEXT YEAR AT THE VERY LATEST. SHE WAS VERY SPECIFIC IN HER TIMELINE. and the threat was made in a manner and under circumstances which would cause a reasonable person to believe that the threat was likely to be carried out and the person threatened believed that the threat would be carried out.

**Count 2.    Offense:** M - SIMPLE ASSAULT

Charging Text For This Count
On or about the date of offense shown and in the county named above the defendant unlawfully and willfully did assault and strike ████████ by HITTING THE VICTIM ACROSS HIS HEAD AND BODY WITH A CLOSED FIST BEFORE PLACING BOTH HANDS AROUND HIS NECK AND BEGAN CHOKING HIM .

AOC-CR-100 Continuation, Rev. 3/23
© 2023 Administrative Office of the Courts

0029
Original

Continuation Page ____ of ____ Continuation Pages

| STATE VERSUS | MECKLENBURG County | File No. 23CR429789-590 |
|---|---|---|

Name Of Defendant
SARAH FIELDS

Date Of Issuance Of Warrant For Arrest
10/07/2023

**NOTE:** *Use this page to set forth the charging text for each offense listed on the AOC-CR-100. G.S. 15A-924(a)(5).*

### OFFENSES (continued)

**Count 3.  Offense:**

*Charging Text For This Count*

**Count 4.  Offense:**

*Charging Text For This Count*

AOC-CR-100 Continuation, Rev. 3/23
© 2023 Administrative Office of the Courts

0030
Original

Continuation Page _____ of _____ Continuation Pages

Case 1:23-cv-00423-WO-JLW   Document 94-1   Filed 04/09/24   Page 31 of 53

| STATE VERSUS | MECKLENBURG County | File No. 23CR429789-590 |
|---|---|---|

| | |
|---|---|
| Name Of Defendant<br>SARAH FIELDS | NOTE: *Use this page to set forth the charging text for each offense listed on the AOC-CR-100. G.S. 15A-924(a)(5).* |
| Date Of Issuance Of Warrant For Arrest<br>10/07/2023 | |

| OFFENSES (continued) | |
|---|---|

**Count 5.** **Offense:**

*Charging Text For This Count*

**Count 6.** **Offense:**

*Charging Text For This Count*

Case 1:23-cv-00423-WO-JLW   Document 94-1   Filed 04/09/24   Page 32 of 53

| STATE VERSUS | MECKLENBURG County | File No. 23CR429789-590 |
|---|---|---|

| Name Of Defendant |
|---|
| SARAH FIELDS |
| Date Of Issuance Of Warrant For Arrest |
| 10/07/2023 |

NOTE: *Use this page to set forth the charging text for each offense listed on the AOC-CR-100. G.S. 15A-924(a)(5).*

## OFFENSES (continued)

**Count 7. Offense:**

Charging Text For This Count

**Count 8. Offense:**

Charging Text For This Count

Case 1:23-cv-00423-WO-JLW   Document 94-1   Filed 04/09/24   Page 33 of 53

| STATE VERSUS | MECKLENBURG County | File No. 23CR429789-590 |
|---|---|---|

| | |
|---|---|
| Name Of Defendant<br>SARAH FIELDS | NOTE: *Use this page to set forth the charging text for each offense listed on the AOC-CR-100. G.S. 15A-924(a)(5).* |
| Date Of Issuance Of Warrant For Arrest<br>10/07/2023 | |

## OFFENSES (continued)

**Count 9.    Offense:**

*Charging Text For This Count*

**Count 10.    Offense:**

*Charging Text For This Count*

AOC-CR-100 Continuation, Rev. 3/23
© 2023 Administrative Office of the Courts

0033

Original

**Continuation Page ____ of ____ Continuation Pages**

| STATE VERSUS | MECKLENBURG County | File No. 23CR429789-590 |
|---|---|---|

Name Of Defendant
**SARAH FIELDS**

Date Of Issuance Of Warrant For Arrest
10/07/2023

NOTE: *Use this page to enter Judgment on a Warrant For Arrest. Use this Judgment page only if imposing a single, consolidated judgment for all offenses of conviction charged under this file number. Do not use this Judgment page to impose sentence: (i) if imposing separate judgments for separate offenses of conviction charged under this file number; (ii) to impose supervised probation; or (iii) for DWI sentences under G.S. 20-179. For DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). For structured sentencing offenses, use AOC-CR-602 (active) or AOC-CR-604 (probation).*

## JUDGMENT

District Attorney

☐ Def. Waived Attorney ☐ Def. Found Not Indigent
☐ Def. Denied Appointed Counsel

Attorney For Defendant

☐ Appointed ☐ Retained

PRIOR CONVICTIONS: No./Level: 0 ☐ I (0) ___ ☐ II (1-4) ___ ☐ III (5+)

**OFFENSES:** The following offenses, which are set forth by Count No. in the Warrant For Arrest issued in this case on the date noted above for the defendant named above, are the subject of this Judgment:

| | PLEA | VERDICT | M.CL. |
|---|---|---|---|
| Count 1 | ☐ guilty ☐ not guilty ☐ no contest | ☐ guilty ☐ not guilty | ☐ A1 ☐ 1 ☐ 2 ☐ 3 |
| Count 2 | ☐ guilty ☐ not guilty ☐ no contest | ☐ guilty ☐ not guilty | ☐ A1 ☐ 1 ☐ 2 ☐ 3 |
| Count 3 | ☐ guilty ☐ not guilty ☐ no contest | ☐ guilty ☐ not guilty | ☐ A1 ☐ 1 ☐ 2 ☐ 3 |
| Count 4 | ☐ guilty ☐ not guilty ☐ no contest | ☐ guilty ☐ not guilty | ☐ A1 ☐ 1 ☐ 2 ☐ 3 |
| Count 5 | ☐ guilty ☐ not guilty ☐ no contest | ☐ guilty ☐ not guilty | ☐ A1 ☐ 1 ☐ 2 ☐ 3 |
| Count 6 | ☐ guilty ☐ not guilty ☐ no contest | ☐ guilty ☐ not guilty | ☐ A1 ☐ 1 ☐ 2 ☐ 3 |
| Count 7 | ☐ guilty ☐ not guilty ☐ no contest | ☐ guilty ☐ not guilty | ☐ A1 ☐ 1 ☐ 2 ☐ 3 |
| Count 8 | ☐ guilty ☐ not guilty ☐ no contest | ☐ guilty ☐ not guilty | ☐ A1 ☐ 1 ☐ 2 ☐ 3 |
| Count 9 | ☐ guilty ☐ not guilty ☐ no contest | ☐ guilty ☐ not guilty | ☐ A1 ☐ 1 ☐ 2 ☐ 3 |
| Count 10 | ☐ guilty ☐ not guilty ☐ no contest | ☐ guilty ☐ not guilty | ☐ A1 ☐ 1 ☐ 2 ☐ 3 |

(Over)

| STATE VERSUS | MECKLENBURG County | File No. 23CR429789-590 |
|---|---|---|

**Name Of Defendant**
SARAH FIELDS

**\*NOTE:** Use this Judgment page only if imposing a single, consolidated judgment for all offenses of conviction charged under this file number. Do not use this Judgment page to impose sentence: (i) if imposing separate judgments for separate offenses of conviction charged under this file number; (ii) to impose supervised probation; or (iii) for DWI sentences under G.S. 20-179. For DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). For structured sentencing offenses, use AOC-CR-602 (active) or AOC-CR-604 (probation).

## JUDGMENT (continued)

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the plea(s) on Side One. On the verdict(s) from Side One, it is ORDERED that all offenses of conviction, if more than one, be consolidated for judgment with Count No. _____ (list count of lead offense) and that the defendant:

☐ pay the following fine/penalty and costs:

| Amount Of Fine/Penalty | Costs |
|---|---|
| $ | $ |

☐ be imprisoned for a term of _____ days in custody of the ☐ sheriff. ☐ MCP. ☐ Other:* _____. Pretrial credit _____ days served.

☐ Work release ☐ is recommended. ☐ is not recommended. **(NOTE:** To order work release, use form AOC-CR-602 to impose judgment.)

☐ The Court finds that a ☐ longer ☐ shorter period of probation than that which is specified in G.S. 15A-1343.2(d) is necessary.

☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions:
1. commit no criminal offense in any jurisdiction. 2. possess no firearm, explosive or other deadly weapon listed in G.S. 14-269.
3. remain gainfully and suitably employed, or faithfully pursue a course of study or of vocational training that will equip the defendant for suitable employment and abide by all rules of the institution.
4. satisfy child support and family obligations, as required by the Court. 5. Submit to the taking of digitized photographs, including photographs of the defendant's face, scars, marks, and tattoos, to be included in the defendant's records. 6. pay to the Clerk the costs of court and any additional sums shown below.

| Costs | Fine | Restitution** | Attorney's Fee | Community Service Fee | Other | Total Amount Due |
|---|---|---|---|---|---|---|
| $ | $ | $ | $ | $ | $ | $ |

**\*\*Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (NOTE TO CLERK:** Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, *Certification Of Identity (Victims' Restitution)/ Certification Of Identity (Witness Attendance).* )

☐ 7. complete _____ hours of community service during the first _____ days of probation, as directed by the judicial services coordinator, and pay the fee prescribed by G.S. 143B-1483 within _____ days.

☐ 8. not be found in or on the premises of the complainant or _____.

☐ 9. not assault, communicate with or be in the presence of the complainant or _____.

☐ 10. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319 required)

☐ 11. Other: _____.

☐ The Court finds just cause to waive costs as ordered on attached ☐ AOC-CR-415. ☐ AOC-CR-618. ☐ Other: _____.

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____.
☐ sentence is to run at the expiration of the sentence in _____.

☐ **COMMITMENT:** It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

**PROBABLE CAUSE:** ☐ Probable cause is found as to all Counts except _____, and the defendant is bound over to Superior Court for action by the grand jury.
☐ No probable cause is found as to Count(s) _____ of this Warrant and the Count(s) is dismissed.

| Date | Name Of District Court Judge Or Magistrate (type or print) | Signature Of District Court Judge Or Magistrate |
|---|---|---|

## APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the ☐ District ☐ Superior Court.

☐ The current pretrial release order is modified as follows: _____.

| Date | Name Of District Court Judge Or Magistrate (type or print) | Signature Of District Court Judge Or Magistrate |
|---|---|---|

## CERTIFICATION

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | |
|---|---|---|---|

0035

☐ Dep. CSC ☐ Asst. CSC
☐ Clerk Of Superior Court

AOC-CR-100 Judgment, Side Two, Rev. 3/23, © 2023 Administrative Office of the Courts
Original

| STATE VERSUS | MECKLENBURG County | File No. 23CR429789-590 |
|---|---|---|

Name Of Defendant
**SARAH FIELDS**

If the Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon.

Date Of Issuance Of Warrant For Arrest
10/07/2023

## RETURN OF SERVICE

I certify that the Warrant For Arrest issued in this case on the date noted above for the defendant named above, was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|
| 10/07/2023 | 10/07/2023 | 0455 | 10/07/2023 |

☒ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official
Magistrate

☐ The Warrant WAS NOT served for the following reason:

Signature Of Officer Making Return
*Matthew DeBoller*

Name Of Officer (type or print)
Matthew DeBoller

Department Or Agency Of Officer
CMPD

## REDELIVERY/REISSUANCE

| Date | Name Of Clerk (type or print) | Signature Of Clerk | |
|---|---|---|---|

☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court

## RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that the Warrant For Arrest issued in this case on the date noted above for the defendant named above, was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ The Warrant WAS NOT served for the following reason:

Signature Of Officer Making Return

Name Of Officer (type or print)

Department Or Agency Of Officer

AOC-CR-100 Return, Rev. 3/23
© 2023 Administrative Office of the Courts

0036

Original

# STATE OF NORTH CAROLINA

MECKLENBURG County

| File No. |
| --- |
| 23CR429789-590 |

In The General Court Of Justice
☒ District ☐ Superior Court Division

## STATE VERSUS

Name And Address Of Defendant
SARAH FIELDS
7401PINE BLUFF CIR
CHARLOTTE, NC 28214

## CONDITIONS OF RELEASE AND RELEASE ORDER

G.S. Chapter 15A, Art. 25, 26

| Process No. # | Amount Of Bond $ |
| --- | --- |

File Numbers And Offenses
23CR429789    14-277.1 (M) COMMUNICATING THREATS
14--33 (A) (M) SIMPLE ASSUALT

☐ See Attachment.

| Location Of Court CHARLOTTE MECKLENBURG COUNTY COURT - CTRM 5170 | ☒ District ☐ Superior | Date 10/09/2023 | Time 9 | ☒ AM ☐ PM |
| --- | --- | --- | --- | --- |

To The Defendant Named Above, you are ORDERED to appear before the Court as provided above and at all subsequent continued dates. If you fail to appear, you will be arrested and you may be charged with the crime of willful failure to appear. You also may be arrested without a warrant if you violate any condition of release in this Order or in any document incorporated by reference.

The defendant has been advised of charge(s) against him/her and his/her right to communicate with counsel and friends.
☐ Your release is authorized upon execution of your: ☐ WRITTEN PROMISE to appear ☐ UNSECURED BOND in the amount shown above ☐ CUSTODY RELEASE ☐ SECURED BOND in the amount shown above (NOTE: Give a copy of this order to any surety who posts bond.)
☐ HOUSE ARREST with ELECTRONIC MONITORING administered by (agency) _____ and the SECURED BOND above. You may leave your residence for the purpose(s) of ☐ employment ☐ counseling ☐ course of study ☐ vocational training

☒ Your release is not authorized.
☐ The defendant is required to provide (check all that apply) ☐ fingerprints under G.S. 15A-502. ☐ a DNA sample under G.S. 15A-266.3A. Prior to release, the defendant shall provide his/her (check all that apply) ☐ fingerprints. ☐ DNA sample.
☐ The defendant has been ☐ (i) charged with a felony while on probation (complete AOC-CR-272, Side One). ☐ (ii) arrested for violation of probation with a pending felony charge or prior conviction requiring registration under G.S. 14, Article 27A (complete AOC-CR-272, Side Two).
☐ This Order is entered upon defendant's warrantless arrest for violation of conditions of release entered previously for the above-captioned case in the Order dated _____
☐ The defendant is charged with an offense subject to G.S. 15A-534.1, and no judge has acted under that statute within 48 hours of defendant's arrest.
☐ The defendant was arrested or surrendered after failing to appear as required under a prior release order.
☐ This was the defendant's second or subsequent failure to appear in this case.
☐ Your release is subject to the conditions as shown on the attached ☐ AOC-CR-242. ☐ AOC-CR-270. ☐ AOC-CR-630. ☐ AOC-CR-631. ☐ AOC-CR-660. ☐ Other: _____

Additional Information
DV HOLD

| Date 10/07/2023 | Name Of Judicial Official B.STRANG | Signature Of Judicial Official | ☒ Magistrate ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court ☐ DC Judge ☐ SC Judge |
| --- | --- | --- | --- |

## ORDER OF COMMITMENT

To The Custodian Of The Detention Facility Named Below, you are ORDERED to receive in your custody the defendant named above who may be released if authorized when released. If the defendant is not sooner released, you are ORDERED to: ☐ produce him/her in Court as provided above.
☐ hold him/her ☐ as provided on the attached AOC-CR-272. ☐ for the following purpose: _____

☒ [for charges covered by G.S. 15A-534.1 (domestic violence) or 15A-534.7 (threat of mass violence)] produce him/her at the first session of District or Superior Court held in this county after the entry of this Order or, if no session is held before (enter date and time 48 hours after time of arrest) **10/09/2023** , **4:18 AM**
☒ AM ☐ PM    produce him/her before a magistrate of this county at that time to determine conditions of pretrial release.

| Name Of Detention Facility | Date | Name Of Judicial Official | Signature Of Judicial Official |
| --- | --- | --- | --- |

Case 1:23-cv-00423-WO-JLW    Document 94-1    Filed 04/09/24    Page 38 of 53

## WRITTEN PROMISE TO APPEAR OR CUSTODY RELEASE

I, the undersigned, promise to appear at all hearings, trials or otherwise as the Court may require and to abide by any restrictions set out above. I understand and agree that this promise is effective until the entry of judgment in the District Court from which no appeal is taken or until the entry of judgment in Superior Court. If I am released to the custody of another person, I agree to be placed in that person's custody, and that person agrees by his/her signature to supervise me.

| Date | Signature Of Defendant | Signature Of Person Agreeing To Supervise Defendant |
|---|---|---|
| | | |
| Name Of Person Agreeing To Supervise Defendant (type or print) | | Address Of Person Agreeing To Supervise Defendant |

## DEFENDANT RELEASED ON BAIL

| Date | Time | | Signature Of Custodian |
|---|---|---|---|
| | | ☐ AM  ☐ PM | |

## CONDITIONS OF RELEASE MODIFICATIONS

The Conditions of Release on the reverse are modified as follows:

| Modification | Date | Signature Of Judicial Official |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## SUPPLEMENTAL ORDERS FOR COMMITMENT

The defendant is next Ordered produced in Court as follows:

| Date | Time | Place | Purpose | Signature Of Judicial Official |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DEFENDANT RECEIVED BY DETENTION FACILITY

| Date | Time | Signature Of Custodian |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

## DEFENDANT RELEASED FOR COURT APPEARANCE

| Date | Time | Signature Of Custodian |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**NOTE TO CUSTODIAN:** *This form shall accompany the defendant to court for all appearances.*

AOC-CR-200, Side Two, Rev. 2/21
© 2021 Administrative Office of the Courts

0038

# CRIMINAL COMPLAINT FOR A WARRANT OF SUMMONS-DOMESTIC VIOLENCE

Complaint Number: 2023 1006085301

## VICTIM INFORMATION

[redacted]

## SUSPECT INFORMATION

Name: Sarah Fields   Race: WHITE Sex: F   Date of Birth: 01-03-1990   Age: 33

Home Address/City/State/Zip code: 7407 Pine Bluff Circle

Phone: [redacted]   Driver's License State: NC   Driver's License: _____

Place of Employment: River Oaks Academy

Address/City/State/Zip: 1015 MT Holly ~ Huntersville

What hours/days do they work? Mon - Fri 8:30 am - 2:00 pm

## QUESTIONS ABOUT THE INCIDENT

1. When (date and time) and where did this happen? My home  10:35 p.m.  Sunday Oct 1

2. What did the suspect do? She put both hands around my neck and Choked me

3. Did the suspect threaten you? [ ] No [X] Yes *If yes*, what did the suspect threaten to do?
To kill me _____ Do you believe the suspect would do that? [ ] No [X] Yes

4. Were you injured? [ ] No [X] Yes *If yes*, do you have any visible bruises, cuts or other injuries?
Please describe: No visible bruises but she did have her nails scratchin

5. Did the defendant use a weapon? [X] No [ ] Yes   If yes, what kind? _____

6. Was any property damaged? [X] No [ ] Yes *If yes*, what was damaged and give amount ($) of damage? _____

7. Why did this happen? She was arguing and wanted me to shut up.

**CONTINUED ON BACK →**

Magistrate PS1-08/2018

8. Did anyone other than you and the suspect see/hear this happen? [ ] No [X] Yes

Name          Address          Phone Number          Relationship to you          Child/Adult

*I have audio recording that I Shared with Mother and*
*sister, T__ L__ (sister) ███████████ /G___ F___ (mom)*

9. What do you want the courts to do? *I want a Restraining order, And Arrest, out of house*

10. Have you ever taken a warrant out on the suspect? *If yes, state what charge, when and what happened in court* *NO*

11. Has the suspect ever taken a warrant out on you? *If yes, what charge, when and what happened in court* *NO*

12. What is your relationship to the suspect? *X* Spouse/Ex-spouse ____ dating relationship
____ Child/Parent/Family Member ___ Other (Explain) _____

13. Have you ever lived together? [ ] No [X] Yes

14. Has this ever happened before? [ ] No [X] Yes
If yes, how many times and when (dates): *Do not recall dates*

15. Did the police come out? [ ] No [X] Yes Did they make a report? [ ] No [X] Yes

16. What do you want the court to do? *Restraining order, Arrest, ⊗ out of house*

17. Do you have a 50B (protective order)? [X] No [ ] Yes

18. What else can you tell us about the incident: *She Threaten to kill me, and*
*have Someone attack me. I have audio recordings of the*
*incident*

**THE INFORMATION PROVIDED IN THIS CRIMINAL COMPLAINT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, UNDER PENALTY OF PERJURY.**

███████████████████

**Signature**

*10-07-2023*

**Date**

Magistrate Comments:

check digit:
PID: 507464

# MECKLENBURG COUNTY ARREST PROCESSING CENTER

# ARREST SUMMARY

## SUBJECT

| Arrest # | 1890376 | | PID | | | |
|----------|---------|---|-----|---|---|---|

| Last Name | | First Name | | Middle Name | Suffix |
|-----------|---|------------|---|-------------|--------|
| FIELDS | | SARAH | | | |

## Address

7407 PINE BLUFF CIRCLE CHARLOTTE, NC 28214

| Date of Birth | Age | Race | Gender | SSN Source | SSN |
|---------------|-----|------|--------|------------|-----|
| 1/3/1990 | 33 | WHITE | Female | | |

| Occupation | DL # | DL State | DL Source | DL Exp. Date | DL Class |
|------------|------|----------|-----------|--------------|----------|
| | | North Carolina | DMV DL/ ID CARD | | OPERATORS LICENSE NUMBER |

| Height | Weight | Eye Color | Hair Color | Birth City | Birth State |
|--------|--------|-----------|------------|------------|-------------|
| 5' 4" | | 150 HAZEL | Black | MILWAUKEE | Wisconsin |

| Birth Country | Military Branch | Military Discharge Date | | | |
|---------------|-----------------|-------------------------|---|---|---|
| United States of America (USA) | | | | | |

## ARREST DETAIL

| Arrest Date | Offense Start Date | Offense Start Time | Impaired |
|-------------|--------------------|--------------------|---------| 
| 10/7/2023 4:18 AM | 10/7/2023 | 4:15 AM | No |

| Cooperative | Use of Force | Weapon Possession | Weapon Type |
|-------------|--------------|-------------------|-------------|
| Yes | | No | |

| Arrest Place Type | Arrest location | | | | |
|-------------------|-----------------|---|---|---|---|
| Private Residence | 7407 PINE BLUFF CIRCLE CHARLOTTE, NC 28214 | | | | |

## Additional Information

MECK CO 23CR429789-590

UNABLE TO ATTACH DOCUMENT IN AP SYSTEM

## CHARGES

| Charge Code | Charge Type | Charge Description | Complaint # | Process Number |
|-------------|-------------|--------------------|-------------|----------------|

---

v0.1      **1 of 2**      10/7/2023 4:52:28 AM

0041

Case 1:23-cv-00423-WO-JLW   Document 94-1   Filed 04/09/24   Page 42 of 53

# MECKLENBURG COUNTY ARREST PROCESSING CENTER

**ARREST SUMMARY**

## OFFICERS

| Officer Code | Officer Last Name | Officer Type | Subpoena Required |
|---|---|---|---|
| P6714 | PARKER | Assisting | |
| P6747 | DEROLLER | Arresting | |
| P6813 | CLINTON | Assisting | |

## VICTIMS

| Last Name | First Name | Address | Phone | Subpoena Required |
|---|---|---|---|---|

## WARRANT

Case 1:23-cv-00423-WO-JLW   Document 94-1   Filed 04/09/24   Page 43 of 53

| File No. | Law Enforcement Case No. | LID No. |
|---|---|---|
| 23CR429789-590 | | |

**WARRANT FOR ARREST**

**THE STATE OF NORTH CAROLINA VS.**

Name And Address Of Defendant
SARAH FIELDS
7407 Pine Bluff Cir

Charlotte      NC    28214-2133
Mecklenburg COUNTY

# STATE OF NORTH CAROLINA

MECKLENBURG   County

In The General Court Of Justice
District Court Division

**OFFENSE(S)** *(see AOC-CR-100 Continuation(s) for charging text)*

| Count No. | Offense | Offense in Violation Of G.S. | Offense Code |
|---|---|---|---|
| 1 | M - COMMUNICATING THREATS | 14-277.1 | 5328 |
| 2 | M - SIMPLE ASSAULT | 14-33(A) | 1368 |
| | | | |
| | | | |
| | | | |
| | | | |

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| W | F | 01/03/1990 | 33 |

Name Of Defendant's Employer

Date Of Offense
10/01/2023

[X] Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan

Date Of Arrest & Check Digit No. (as shown on fingerprint card)

Complainant Name (and address, if Complainant is an officer)

██████████

SW 10/7/23 @ 4:55am

Witness Information

**TO ANY OFFICER WITH AUTHORITY AND JURISDICTION TO EXECUTE A WARRANT FOR ARREST FOR THE OFFENSE(S) CHARGED IN THIS WARRANT:**
I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully, and feloniously did commit the offense(s) set forth above and on the attached AOC-CR-100 Continuation(s), which is (are) incorporated by reference. This act(s) was in violation of the law referred to in this Warrant For Arrest. This Warrant For Arrest is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Date Issued | Name Of Issuing Official | Signature | |
|---|---|---|---|
| 10/07/2023 | N.Weeks | | [X] Magistrate    ☐ Deputy CSC    ☐ Assistant CSC    ☐ Clerk Of Superior Court<br>☐ District Court Judge    ☐ Superior Court Judge |

| Location Of Court | | Court Date | Court Time |
|---|---|---|---|
| | | | |

**WAIVER OF PROBABLE CAUSE HEARING**

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant | Name Of Attorney | Signature Of Attorney |
|---|---|---|---|
| | | 0043 | |

(Over)

**Domestic VRA Case**

| STATE VERSUS | MECKLENBURG County | File No. 23CR429789-590 |
|---|---|---|

| Name Of Defendant<br>SARAH FIELDS | |
|---|---|
| Date Of Issuance Of Warrant For Arrest<br>10/07/2023 | **NOTE:** *Use this page to set forth the charging text for each offense listed on the AOC-CR-100. G.S. 15A-924(a)(5).* |

| | OFFENSES (continued) | |
|---|---|---|

**Count 1.    Offense:** M - COMMUNICATING THREATS

Charging Text For This Count

On or about the date of offense shown and in the county named above the defendant unlawfully and willfully did threaten to physically injure the person of ████████ . The threat was communicated to ████████ by ORALLY STATED IN PERSON TO THE VICTIM SHE WOULD KILL HIM AND THAT HE WOULD BE DEAD BY THE END OF THIS YEAR, NEXT YEAR AT THE VERY LATEST. SHE WAS VERY SPECIFIC IN HER TIMELINE. and the threat was made in a manner and under circumstances which would cause a reasonable person to believe that the threat was likely to be carried out and the person threatened believed that the threat would be carried out.

**Count 2.    Offense:** M - SIMPLE ASSAULT

Charging Text For This Count

On or about the date of offense shown and in the county named above the defendant unlawfully and willfully did assault and strike ████████ by HITTING THE VICTIM ACROSS HIS HEAD AND BODY WITH A CLOSED FIST BEFORE PLACING BOTH HANDS AROUND HIS NECK AND BEGAN CHOKING HIM .

Other Agency Copy - Not for Service

Name Of Defendant
SARAH FIELDS

Date Of Issuance Of Warrant For Arrest
10/07/2023

**NOTE:** *Use this page to set forth the charging text for each offense listed on the AOC-CR-100. G.S. 15A-924(a)(5).*

| OFFENSES (continued) |
|---|

**Count 3.  Offense:**

*Charging Text For This Count*

**Count 4.  Offense:**

*Charging Text For This Count*

AOC-CR-100 Continuation, Rev. 3/23
© 2023 Administrative Office of the Courts

0045

**Continuation Page** \_\_\_\_ **of** \_\_\_\_ **Continuation Pages**

| STATE VERSUS | MECKLENBURG County | File No. 23CR429789-590 |
|---|---|---|

Name Of Defendant
SARAH FIELDS

Date Of Issuance Of Warrant For Arrest
10/07/2023

**NOTE:** *Use this page to set forth the charging text for each offense listed on the AOC-CR-100. G.S. 15A-924(a)(5).*

| | OFFENSES (continued) | |
|---|---|---|

**Count 5.    Offense:**

*Charging Text For This Count*

**Count 6.    Offense:**

*Charging Text For This Count*

Case 1:23-cv-00423-WO-JLW   Document 94-1   Filed 04/09/24   Page 47 of 53

| STATE VERSUS | MECKLENBURG County | File No. 23CR429789-590 |
|---|---|---|

| | |
|---|---|
| Name Of Defendant<br>SARAH FIELDS | **NOTE:** *Use this page to set forth the charging text for each offense listed on the AOC-CR-100. G.S. 15A-924(a)(5).* |
| Date Of Issuance Of Warrant For Arrest<br>10/07/2023 | |

| OFFENSES (continued) |
|---|

**Count 7.  Offense:**

Charging Text For This Count



**Count 8.  Offense:**

Charging Text For This Count

AOC-CR-100 Continuation, Rev. 3/23
© 2023 Administrative Office of the Courts

Case 1:23-cv-00423-WO-JLW   Document 94-1   Filed 04/09/24   Page 48 of 53

| STATE VERSUS | MECKLENBURG County | File No. 23CR429789-590 |
|---|---|---|

Name Of Defendant
SARAH FIELDS

Date Of Issuance Of Warrant For Arrest
10/07/2023

**NOTE:** *Use this page to set forth the charging text for each offense listed on the AOC-CR-100. G.S. 15A-924(a)(5).*

| OFFENSES (continued) | |
|---|---|

**Count 9.   Offense:**

*Charging Text For This Count*

**Count 10.   Offense:**

*Charging Text For This Count*

AOC-CR-100 Continuation, Rev. 3/23
© 2023 Administrative Office of the Courts

0048

Other Agency Copy - Not for Service

Continuation Page _____ of _____ Continuation Pages

Case 1:23-cv-00423-WO-JLW   Document 94-1   Filed 04/09/24   Page 49 of 53

| STATE VERSUS | MECKLENBURG County | File No. 23CR429789-590 |
|---|---|---|

**Name Of Defendant**
SARAH FIELDS

**Date Of Issuance Of Warrant For Arrest**
10/07/2023

If the Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon.

## RETURN OF SERVICE

I certify that the Warrant For Arrest issued in this case on the date noted above for the defendant named above, was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|
| | | | |

☐ By arresting the defendant and bringing the defendant before:

**Name Of Judicial Official**

☐ The Warrant WAS NOT served for the following reason:

**Signature Of Officer Making Return** | **Name Of Officer (type or print)**

**Department Or Agency Of Officer**

## REDELIVERY/REISSUANCE

| Date | Name Of Clerk (type or print) | Signature Of Clerk | |
|---|---|---|---|
| | | | ☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court |

## RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that the Warrant For Arrest issued in this case on the date noted above for the defendant named above, was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|
| | | | |

☐ By arresting the defendant and bringing the defendant before:

**Name Of Judicial Official**

☐ The Warrant WAS NOT served for the following reason:

**Signature Of Officer Making Return** | **Name Of Officer (type or print)**

**Department Or Agency Of Officer**

AOC-CR-100 Return, Rev. 3/23
© 2023 Administrative Office of the Courts

0049

| STATE VERSUS | MECKLENBURG County | File No. 23CR429789-590 |
|---|---|---|

**Name Of Defendant**
SARAH FIELDS

**Date Of Issuance Of Warrant For Arrest**
10/07/2023

NOTE: Use this page to enter judgment on a *Warrant For Arrest*. Use this Judgment page only if imposing a single, consolidated judgment for all offenses of conviction charged under this file number. Do *not* use this Judgment page to impose sentence: (i) if imposing separate judgments for separate offenses of conviction charged under this file number; (ii) to impose supervised probation; or (iii) for DWI sentences under G.S. 20-179. For DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). For structured sentencing offenses, use AOC-CR-602 (active) or AOC-CR-604 (probation).

## JUDGMENT

**District Attorney**

☐ Def. Waived Attorney  ☐ Def. Found Not Indigent
☐ Def. Denied Appointed Counsel

**Attorney For Defendant**

☐ Appointed
☐ Retained

**PRIOR CONVICTIONS:**
No./Level: 0 ☐ I (0)   ☐ II (1-4)   ☐ III (5+)

**OFFENSES:** The following offenses, which are set forth by Count No. in the Warrant For Arrest issued in this case on the date noted above for the defendant named above, are the subject of this Judgment:

**Count 1** PLEA: ☐ guilty ☐ not guilty ☐ no contest _____ VERDICT: ☐ guilty ☐ not guilty _____ M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 2** PLEA: ☐ guilty ☐ not guilty ☐ no contest _____ VERDICT: ☐ guilty ☐ not guilty _____ M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 3** PLEA: ☐ guilty ☐ not guilty ☐ no contest _____ VERDICT: ☐ guilty ☐ not guilty _____ M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 4** PLEA: ☐ guilty ☐ not guilty ☐ no contest _____ VERDICT: ☐ guilty ☐ not guilty _____ M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 5** PLEA: ☐ guilty ☐ not guilty ☐ no contest _____ VERDICT: ☐ guilty ☐ not guilty _____ M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 6** PLEA: ☐ guilty ☐ not guilty ☐ no contest _____ VERDICT: ☐ guilty ☐ not guilty _____ M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 7** PLEA: ☐ guilty ☐ not guilty ☐ no contest _____ VERDICT: ☐ guilty ☐ not guilty _____ M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 8** PLEA: ☐ guilty ☐ not guilty ☐ no contest _____ VERDICT: ☐ guilty ☐ not guilty _____ M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 9** PLEA: ☐ guilty ☐ not guilty ☐ no contest _____ VERDICT: ☐ guilty ☐ not guilty _____ M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 10** PLEA: ☐ guilty ☐ not guilty ☐ no contest _____ VERDICT: ☐ guilty ☐ not guilty _____ M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

(Over)

AOC-CR-100 Judgment, Rev. 3/23
© 2023 Administrative Office of the Courts

| STATE VERSUS | | MECKLENBURG County | File No. 23CR429789-590 |
|---|---|---|---|

| Name Of Defendant | |
|---|---|
| SARAH FIELDS | **\*NOTE:** *Use this Judgment page only if imposing a single, consolidated judgment for all offenses of conviction charged under this file number. Do not use this Judgment page to impose sentence: (i) if imposing separate judgments for separate offenses of conviction charged under this file number, (ii) to impose supervised probation; or (iii) for DWI sentences under G.S. 20-179. For DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). For structured sentencing offenses, use AOC-CR-602 (active) or AOC-CR-604 (probation).* |

## JUDGMENT (continued)

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the plea(s) on Side One. On the verdict(s) from Side One, it is **ORDERED** that all offenses of conviction, if more than one, be consolidated for judgment with Count No. _____ *(list count of lead offense)* and that the defendant:

☐ pay the following fine/penalty and costs:

| Amount Of Fine/Penalty | Costs |
|---|---|
| $ | $ |

☐ be imprisoned for a term of _____ days in custody of the ☐ sheriff. ☐ MCP. ☐ Other:\* _____. Pretrial credit _____ days served.
☐ Work release ☐ is recommended. ☐ is not recommended. **(NOTE:** *To order work release, use form AOC-CR-602 to impose judgment.)*
☐ The Court finds that a ☐ longer ☐ shorter period of probation than that which is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation\* for _____ months, subject to the following conditions:
   1. commit no criminal offense in any jurisdiction.   2. possess no firearm, explosive or other deadly weapon listed in G.S. 14-269.
   3. remain gainfully and suitably employed, or faithfully pursue a course of study or of vocational training that will equip the defendant for suitable employment and abide by all rules of the institution.
   4. satisfy child support and family obligations, as required by the Court.   5. Submit to the taking of digitized photographs, including photographs of the defendant's face, scars, marks, and tattoos, to be included in the defendant's records.   6. pay to the Clerk the costs of court and any additional sums shown below.

| Costs | Fine | Restitution\*\* | Attorney's Fee | Community Service Fee | Other | Total Amount Due |
|---|---|---|---|---|---|---|
| $ | $ | $ | $ | $ | $ | $ |

\*\*Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (NOTE TO CLERK: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims' Restitution)/ Certification Of Identity (Witness Attendance).")

☐ 7. complete _____ hours of community service during the first _____ days of probation, as directed by the judicial services coordinator, and pay the fee prescribed by G.S. 143B-1483 within _____ days.
☐ 8. not be found in or on the premises of the complainant or _____.
☐ 9. not assault, communicate with or be in the presence of the complainant or _____.
☐ 10. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319 required)
☐ 11. Other: _____
_____
_____
_____

☐ The Court finds just cause to waive costs as ordered on attached ☐ AOC-CR-415. ☐ AOC-CR-618. ☐ Other: _____.
It is **ORDERED** that this: ☐ Judgment is continued upon payment of costs.
                ☐ case be consolidated for judgment with _____.
                ☐ sentence is to run at the expiration of the sentence in _____.
☐ **COMMITMENT:** It is **ORDERED** that the Clerk deliver <u>two</u> certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.
**PROBABLE CAUSE:** ☐ Probable cause is found as to all Counts except _____, and the defendant is bound over to Superior Court for action by the grand jury.
                 ☐ No probable cause is found as to Count(s) _____ of this Warrant and the Count(s) is dismissed.

| Date | Name Of District Court Judge Or Magistrate (type or print) | Signature Of District Court Judge Or Magistrate |
|---|---|---|
| | | |

## APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the ☐ District ☐ Superior Court.
☐ The current pretrial release order is modified as follows: _____

| Date | Name Of District Court Judge Or Magistrate (type or print) | Signature Of District Court Judge Or Magistrate |
|---|---|---|
| | | |

## CERTIFICATION

| I certify that this Judgment is a true and complete copy of the original which is on file in this case. | Date | Date Delivered To Sheriff | Signature | ☐ Dep. CSC ☐ Asst. CSC ☐ Clerk Of Superior Court |
|---|---|---|---|---|

