# EXHIBIT 2

| Document Type | Page |
|---|---|
| A. Certificate of True Copy | 1 |
| B. Portal Docket 20240401 | 2 |
| C. Magistrate Order 20231009 | 6 |
| D. Release Order 20231009 | 14 |
| E. Release Order 20231010 | 16 |
| F. Order to Modify Conditions of Release | 18 |
| G. Appearance Bond | 21 |
| H. Defendants Plea of Guilty | 23 |
| I. Judgment | 25 |
| J. Screenshot of Release Order in eWarrants System_Redacted | 27 |

# STATE OF NORTH CAROLINA

In The General Court Of Justice

Mecklenburg _____ County

**CERTIFICATE OF TRUE COPY**

## OFFICE OF THE CLERK OF THE SUPERIOR COURT

As a Clerk of the Superior Court of this County, State of North Carolina, I certify that the attached copies of the documents described below are true and accurate copies of the originals now on file in this office.

*Number And Description Of Attached Documents:*

Record for the case of State v. Nunez, 23CR431326-590 (Meck. Dist. Ct.). Personal identifying information and victim information has been redacted from documents.

Attachment A: Docket sheet (Case Summary, Case Information, Assignment Information, Party Information, Case Events, Hearings, Bond Settings), publicly available on Portal at: https://portal-nc.tylertech.cloud/Portal/. Case filings are included with the associated Case Event and the "created time" listed under each document reflects the time that the document was created in or scanned into and available through the Enterprise Justice Case Manger And Portal applications.

Attachment B: Magistrate's Order

Attachment C: Release Order (Magistrate Stanley)

Attachment D: Release Order (Judge Newton)

Attachment E: Order to Modify Conditions of Release

Attachment F: Appearance Bond

Attachment G: Defendant's Plea of Guilty

Attachment H: Judgment

Attachment I: Screenshot of the Release Order #RO-23-712504 from the eWarrants system. Documenting Release Order was Amended in eWarrants system on 10/10/23 at 12:26 PM.

Witness my hand and the seal of the Superior Court



| | |
|---|---|
| *Date* | 04/01/2024 |
| *Clerk Of Superior Court* | Elisa Chinn-Gary |
| *Name Of Undersigned Clerk (type or print)* | Latrina Anthony |
| *Signature* | |

☐ Deputy CSC   ☒ Assistant CSC   ☐ Clerk Of Superior Court

AOC-G-101, Rev. 3/19
© 2019 Administrative Office of the Courts

Case 1:23-cv-00423-WO-JLW   Document 94-2   Filed 04/09/24   Page 2 of 28

# Case Summary

### Case No. 23CR431326-590

| | | | |
|---|---|---|---|
| **STATE OF NORTH CAROLINA VS SAYELINE NUNEZ** | § | Location: | **Mecklenburg District Court** |
| | § | Filed on: | **10/09/2023** |
| | § | Electronic Warrants Warrant ID: | **dYGRYNc7JH6U91TsR1Qyy3** |
| | § | Criminal Process Number: | **MO-23-712392** |
| | § | Criminal Process Number: | **RO-23-712504** |
| | § | Electronic Warrants Warrant ID: | **rV6H4zAv1WCiqtCApHmjTu** |

---

## Case Information

| Offense | Statute | Degree | Offense Date | Filed Date | | |
|---|---|---|---|---|---|---|
| 1.  Attempted Financial Card Fraud | 14-113.13 | M1 | 10/09/2023 | 10/09/2023 | Case Type: | Criminal |
| | | | | | Case Status: | **12/04/2023** **Disposed** |

Arrest
   Date:  10/09/2023

Offense Reports
   Control #:  20231009160700
   Agency:  Charlotte Mecklenburg Police Department
   601 East Trade St
   Charlotte, NC, 28202

*Filed As:* FINANCIAL CARD FRAUD (F)
   *Original Statute:* 14-113.13
   *Original Degree:* FI
   *Amended Date:* 12/04/2023

## Related Cases

## Bonds

**Unsecured Bond**          #23B071513
10/11/2023                  Posted
Counts: 1

---

## Assignment Information

**Current Case Assignment**
Case Number    23CR431326-590
Court          Mecklenburg District Court
Date Assigned  10/09/2023

---

## Party Information

| Defendant | NUNEZ, SAYELINE<br>HOMELESS<br>CHARLOTTE, NC 28202<br>White<br>Female<br>Height:  5′ 6″     Weight:  170 | **DEFENDER, PUBLIC**<br>*Public Defender*<br><br>**BULLARD, SETH RICHARD**<br>*Retained* |
|---|---|---|
| State | **STATE OF NORTH CAROLINA**<br>Other | **ROBERTSON, HOPE ALEXA**<br>*Retained* |
| Complainant | **SELLS, R** | |

Case 1:23-cv-00423-WO-JLW   Document 94-2   Filed 04/09/24   Page 3 of 28

| Law Enforcement Officer | SELLS, R |
|---|---|

## Case Events

| | | |
|---|---|---|
| 12/04/2023 | Judgment and Sentencing     (Judicial Officer: REDWING, DENNIS J)<br>Created:   12/04/2023 2:29 PM | Index # 7 |
| 10/30/2023 | Legacy Complete Case Scan<br>Created:   10/30/2023 9:28 AM | Index # 6 |
| 10/11/2023 | Bond Posted<br>Created:   10/11/2023 10:17 AM | Index # 5 |
| 10/10/2023 | Order of Assignment of Counsel or Denial of Counsel<br>Created:   10/10/2023 12:31 PM | Index # 4 |
| 10/10/2023 | Modification of Bond<br>Created:   10/10/2023 12:31 PM | Index # 3 |
| 10/10/2023 | Counsel Appointed - Public Defender<br>Created:   10/10/2023 12:31 PM | |
| 10/10/2023 | Release Order Modified<br>*Location: MECKLENBURG COUNTY COURTHOUSE*<br>Crim Proc #:   RO-23-712504<br>Created:   10/10/2023 12:27 PM | |
| 10/09/2023 | Affidavit<br>*Arrest Narrative*<br>Created:   02/29/2024 5:32 PM | Index # 8 |
| 10/09/2023 | Release Order Issued<br>*Location: MECKLENBURG COUNTY COURTHOUSE*<br>Crim Proc #:   RO-23-712504<br>Created:   10/09/2023 8:07 PM | Index # 2 |
| 10/09/2023 | Magistrate Order Issued<br>*Location: MECKLENBURG COUNTY COURTHOUSE*<br>Crim Proc #:   MO-23-712392<br>Party:   Defendant NUNEZ, SAYELINE<br>Created:   10/09/2023 8:05 PM | Index # 1 |

## Dispositions

12/04/2023 **Active** (Judicial Officer: REDWING, DENNIS J)
        1. Attempted Financial Card Fraud
            10/09/2023 (M1) 14-113.13 (2699)

---

        Confinement
            Minimum: 1 Day
            Prior Record Points: 0
            Conclusions of Law and Judicial Findings

Case 1:23-cv-00423-WO-JLW   Document 94-2   Filed 04/09/24   Page 4 of 28

Findings Not Required for Disposed Offense(s)
Adult
Agency Responsible for Confinement: Sheriff
Location of Confinement: Mecklenburg
Jail Credit Calculator
  Total Days: 1
  Total Credit for Time Served: 1
  Days Credited Towards Sentence: 1
Created:   12/04/2023 2:31 PM

12/04/2023    **Disposition** (Judicial Officer: REDWING, DENNIS J)
1. Attempted Financial Card Fraud
    District Guilty - Judge
Created:   12/04/2023 2:31 PM

12/04/2023    **Plea** (Judicial Officer: REDWING, DENNIS J)
NUNEZ, SAYELINE
1. Attempted Financial Card Fraud
   Guilty
Created:   12/04/2023 2:31 PM

---

## Hearings

---

12/04/2023    **Disposition Hearing**   (1:30 PM)   (Judicial Officer: REDWING, DENNIS J)
Resource: Location 590-1150 Mecklenburg Co. Courthouse, Courtroom 1150
10/30/2023 Reset by Court to 12/04/2023
**MINUTES - 12/04/2023**
                                                                                    Index # 7
Judgment and Sentencing     (Judicial Officer: REDWING, DENNIS J)
         Created:   12/04/2023 2:29 PM
**Plea** (Judicial Officer: REDWING, DENNIS J)
NUNEZ, SAYELINE
1. Attempted Financial Card Fraud
   Guilty
Created:   12/04/2023 2:31 PM
**Disposition** (Judicial Officer: REDWING, DENNIS J)
  1. Attempted Financial Card Fraud
     District Guilty - Judge
Created:   12/04/2023 2:31 PM
**Active** (Judicial Officer: REDWING, DENNIS J)
  1. Attempted Financial Card Fraud
     10/09/2023 (M1) 14-113.13 (2699)

Confinement
  Minimum: 1 Day
  Prior Record Points: 0
  Conclusions of Law and Judicial Findings
    Findings Not Required for Disposed Offense(s)
  Adult
  Agency Responsible for Confinement: Sheriff
  Location of Confinement: Mecklenburg
  Jail Credit Calculator
    Total Days: 1
    Total Credit for Time Served: 1
    Days Credited Towards Sentence: 1
Created:   12/04/2023 2:31 PM
Hearing Held;
*Parties Present:*   State   STATE OF NORTH CAROLINA
                      *Defense Attorney*   BULLARD, SETH RICHARD
                      *Defendant*   NUNEZ, SAYELINE

        *Hearing Held*

Case 1:23-cv-00423-WO-JLW   Document 94-2   Filed 04/09/24   Page 5 of 28

Created: 10/10/2023 12:27 PM

10/10/2023    **First Appearance Hearing**   (11:00 AM)

     Resource: Location 590-5170 Mecklenburg Co. Courthouse, Courtroom 5170

     **MINUTES - 10/10/2023**

     Index # 3

     Modification of Bond

       Created: 10/10/2023 12:31 PM

     Counsel Appointed - Public Defender

       Created: 10/10/2023 12:31 PM

     Index # 4

     Order of Assignment of Counsel or Denial of Counsel

       Created: 10/10/2023 12:31 PM

     Hearing Held;

     *Hearing Held*

   Created: 10/09/2023 8:06 PM

---

## Bond Settings

---

10/10/2023    **Amended Bond Setting**

     Set By Clerk $2,500.00 Unsecured Bond

Case 1:23-cv-00423-WO-JLW    Document 94-2    Filed 04/09/24    Page 6 of 28

| File No. | | Law Enforcement Case No. 20231009160700 | LID No. |
|---|---|---|---|
| 23CR431326-590 | | CHARLOTTE MECKLENBURG POLICE DEPARTMENT | |

## MAGISTRATE'S ORDER
### THE STATE OF NORTH CAROLINA VS.

Name And Address Of Defendant
SAYELINE NUNEZ
HOMELESS

CHARLOTTE    NC    28202
MECKLENBURG COUNTY

# STATE OF NORTH CAROLINA

_____ MECKLENBURG _____ County

In The General Court Of Justice
District Court Division

### OFFENSE(S) (see AOC-CR-116 Continuation(s) for charging text)

| Race W | Sex F | Date Of Birth 07/18/1997 | Age 26 | Count No. 1 | Offense<br>**F - FINANCIAL CARD FRAUD (F)** | Offense in Violation Of G.S. 14-113.13 | Offense Code 2616 |
|---|---|---|---|---|---|---|---|

Name Of Defendant's Employer

Date Of Offense
10/09/2023

☐ Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan

Date Of Arrest & Check Digit No. (as shown on fingerprint card)
10/09/2023    ████████

Arresting Officer (name, address or department)
R SELLS
CHARLOTTE MECKLENBURG POLICE DEPARTMENT
601 East Trade St
CHARLOTTE    NC    28202
MECKLENBURG

Witness Information

**I, the undersigned, find that the defendant named above has been arrested without a warrant and the defendant's detention is justified because there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully, and feloniously did commit the offense(s) set forth above and on the attached AOC-CR-116 Continuation(s), which is (are) incorporated by reference.**
**This act(s) was in violation of the law referred to in this Magistrate's Order. This Magistrate's Order is issued upon information furnished under oath by the arresting officer(s) shown. A copy of this Order has been delivered to the defendant.**

| Date Issued 10/09/2023 | Name Of Issuing Official STANLEY | Signature | ☒ Magistrate   ☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court<br>☐ District Court Judge   ☐ Superior Court Judge |
|---|---|---|---|

| Location Of Court<br>Mecklenburg Co. Courthouse, Courtroom 5170 | Court Date<br>10/10/2023 | Court Time<br>11:00 AM |
|---|---|---|

### WAIVER OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant | Name Of Attorney | Signature Of Attorney |
|---|---|---|---|

0006
(Over)

AOC-CR-116, Rev. 3/23, © 2023 Administrative Office of the Courts

VRA Case

| **STATE VERSUS** | MECKLENBURG County | File No. 23CR431326-590 |
|---|---|---|

| Name Of Defendant<br>SAYELINE NUNEZ | **NOTE:** *Use this page to set forth the charging text for each offense listed on the AOC-CR-116. G.S. 15A-924(a)(5).* |
|---|---|
| Date Of Issuance Of Magistrate's Order<br>10/09/2023 | |

## OFFENSES (continued)

**Count 1.** **Offense:** F – FINANCIAL CARD FRAUD (F)

Charging Text For This Count

On or about the date of offense shown and in the county named above the defendant unlawfully, willfully, and feloniously did with the intent to defraud D██████ M████ R████ , commit the offense of financial transaction card fraud. The defendant was authorized by ARBEST BANK , the issuer of the financial transaction card in question, to furnish goods, money, services, and things of value upon presentation of a financial transaction card from such issuer by an authorized cardholder. The financial transaction card fraud was committed by furnishing $734.31 WORTH OF HOTEL ROOMS upon presentation of a financial transaction card, ARBEST BANK DEBIT CARD , obtained and retained by financial transaction card theft under G. S. 14-113.9 . The services described above were obtained and furnished within a period of six months, 10/09/2023 , and had a value in excess of $500.00.

**Count 2.** **Offense:**

Charging Text For This Count

Case 1:23-cv-00423-WO-JLW   Document 94-2   Filed 04/09/24   Page 8 of 28

| STATE VERSUS | MECKLENBURG County | File No. 23CR431326-590 |
|---|---|---|

**Name Of Defendant**
SAYELINE NUNEZ

**Date Of Issuance Of Magistrate's Order**
10/09/2023

**NOTE:** *Use this page to set forth the charging text for each offense listed on the AOC-CR-116. G.S. 15A-924(a)(5).*

### OFFENSES (continued)

**Count 3.  Offense:**

*Charging Text For This Count*

**Count 4.  Offense:**

*Charging Text For This Count*

Case 1:23-cv-00423-WO-JLW   Document 94-2   Filed 04/09/24   Page 9 of 28

<table>
<tr><td rowspan="3">**STATE VERSUS**</td><td>MECKLENBURG County</td><td>File No.</td></tr>
<tr><td colspan="2">23CR431326-590</td></tr>
</table>

| **STATE VERSUS** | MECKLENBURG _____ County | File No. |
| | | 23CR431326-590 |

*Name Of Defendant*
SAYELINE NUNEZ

*Date Of Issuance Of Magistrate's Order*
10/09/2023

**NOTE:** *Use this page to set forth the charging text for each offense listed on the AOC-CR-116. G.S. 15A-924(a)(5).*

**Count 5.  Offense:**

*Charging Text For This Count*

**Count 6.  Offense:**

*Charging Text For This Count*

Case 1:23-cv-00423-WO-JLW   Document 94-2   Filed 04/09/24   Page 10 of 28

| Name Of Defendant | |
|---|---|
| SAYELINE  NUNEZ | **NOTE:** *Use this page to set forth the charging text for each offense listed on the AOC-CR-116. G.S. 15A-924(a)(5).* |
| Date Of Issuance Of Magistrate's Order | |
| 10/09/2023 | |

## OFFENSES (continued)

**Count 7.   Offense:**

*Charging Text For This Count*

**Count 8.   Offense:**

*Charging Text For This Count*

Case 1:23-cv-00423-WO-JLW   Document 94-2   Filed 04/09/24   Page 11 of 28

| STATE VERSUS | MECKLENBURG County | File No. 23CR431326-590 |
|---|---|---|

| Name Of Defendant |
|---|
| SAYELINE NUNEZ |

| Date Of Issuance Of Magistrate's Order |
|---|
| 10/09/2023 |

**NOTE:** *Use this page to set forth the charging text for each offense listed on the AOC-CR-116. G.S. 15A-924(a)(5).*

| OFFENSES (continued) |
|---|

**Count 9.    Offense:**

*Charging Text For This Count*

**Count 10.    Offense:**

*Charging Text For This Count*

| STATE VERSUS | _____ MECKLENBURG _____ County | File No. |
|---|---|---|
| | | 23CR431326-590 |

**Name Of Defendant**
SAYELINE NUNEZ

**Date Of Issuance Of Magistrate's Order**
10/09/2023

NOTE: ***Use this page to enter judgment on a Magistrate's Order.*** *Use this Judgment page only if imposing a **single**, consolidated judgment for all offenses of conviction charged under this file number.* **Do not** *use this Judgment page to impose sentence: (i) if imposing separate judgments for separate offenses of conviction charged under this file number; (ii) to impose supervised probation; or (iii) for DWI sentences under G.S. 20-179. For DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). For structured sentencing offenses, use AOC-CR-602 (active) or AOC-CR-604 (probation).*

## JUDGMENT

| District Attorney | ☐ Def. Waived Attorney  ☐ Def. Found Not Indigent  ☐ Def. Denied Appointed Counsel | Attorney For Defendant | ☐ Appointed  ☐ Retained | **PRIOR CONVICTIONS:**  No./Level:  0 ☐ I (0) ___ ☐ II (1-4) ___ ☐ III (5+) |

**OFFENSES:** The following offenses, which are set forth by Count No. in the Magistrate's Order issued in this case on the date noted above for the defendant named above, are the subject of this Judgment:

**Count 1**  **PLEA:** ☐ guilty ☐ not guilty ☐ no contest _____  **VERDICT:** ☐ guilty ☐ not guilty _____  M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 2**  **PLEA:** ☐ guilty ☐ not guilty ☐ no contest _____  **VERDICT:** ☐ guilty ☐ not guilty _____  M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 3**  **PLEA:** ☐ guilty ☐ not guilty ☐ no contest _____  **VERDICT:** ☐ guilty ☐ not guilty _____  M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 4**  **PLEA:** ☐ guilty ☐ not guilty ☐ no contest _____  **VERDICT:** ☐ guilty ☐ not guilty _____  M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 5**  **PLEA:** ☐ guilty ☐ not guilty ☐ no contest _____  **VERDICT:** ☐ guilty ☐ not guilty _____  M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 6**  **PLEA:** ☐ guilty ☐ not guilty ☐ no contest _____  **VERDICT:** ☐ guilty ☐ not guilty _____  M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 7**  **PLEA:** ☐ guilty ☐ not guilty ☐ no contest _____  **VERDICT:** ☐ guilty ☐ not guilty _____  M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 8**  **PLEA:** ☐ guilty ☐ not guilty ☐ no contest _____  **VERDICT:** ☐ guilty ☐ not guilty _____  M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 9**  **PLEA:** ☐ guilty ☐ not guilty ☐ no contest _____  **VERDICT:** ☐ guilty ☐ not guilty _____  M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 10**  **PLEA:** ☐ guilty ☐ not guilty ☐ no contest _____  **VERDICT:** ☐ guilty ☐ not guilty _____  M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

(Over)

| STATE VERSUS | MECKLENBURG County | File No. 23CR431326-590 |
|---|---|---|

**Name Of Defendant**
SAYELINE NUNEZ

*NOTE:* Use this Judgment page only if imposing a **single**, consolidated judgment for all offenses of conviction charged under this file number. Do **not** use this Judgment page to impose sentence: (i) if imposing separate judgments for separate offenses of conviction charged under this file number; (ii) to impose supervised probation; or (iii) for DWI sentences under G.S. 20-179. For DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). For structured sentencing offenses, use AOC-CR-602 (active) or AOC-CR-604 (probation).

## JUDGMENT (continued)

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea(s) on Side One. On the verdict(s) from Side One, it is **ORDERED** that all offenses of conviction, if more than one, be consolidated for judgment with Count No. _____ *(list count of lead offense)* and that the defendant:

☐ pay the following fine/penalty and costs:

| Amount Of Fine/Penalty | Costs |
|---|---|
| $ | $ |

☐ be imprisoned for a term of _____ days in custody of the ☐ sheriff. ☐ MCP. ☐ DAC.* Pretrial credit _____ days served.
☐ Work release ☐ is recommended. ☐ is not recommended. (**NOTE:** *To order work release, use form AOC-CR-602 to impose judgment.*)
☐ The Court finds that a ☐ longer ☐ shorter period of probation than that which is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions:
  1. commit no criminal offense in any jurisdiction.   2. possess no firearm, explosive or other deadly weapon listed in G.S. 14-269.
  3. remain gainfully and suitably employed, or faithfully pursue a course of study or of vocational training that will equip the defendant for suitable employment and abide by all rules of the institution.
  4. satisfy child support and family obligations, as required by the Court.   5. Submit to the taking of digitized photographs, including photographs of the defendant's face, scars, marks, and tattoos, to be included in the defendant's records.   6. pay to the Clerk the costs of court and any additional sums shown below.

| Costs | Fine | Restitution** | Attorney's Fee | Community Service Fee | Other | Total Amount Due |
|---|---|---|---|---|---|---|
| $ | $ | $ | $ | $ | $ | $ |

**Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (**NOTE TO CLERK:** *Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims' Restitution)/ Certification Of Identity (Witness Attendance)."*)

☐ 7. complete _____ hours of community service during the first _____ days of probation, as directed by the judicial services coordinator, and pay the fee prescribed by G.S. 143B-1483 within _____ days.
☐ 8. not be found in or on the premises of the complainant or _____.
☐ 9. not assault, communicate with or be in the presence of the complainant or _____.
☐ 10. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319 required)
☐ 11. Other: _____
_____
_____
_____.

☐ The Court finds just cause to waive costs as ordered on attached ☐ AOC-CR-415. ☐ AOC-CR-618. ☐ Other: _____.
It is **ORDERED** that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____.
☐ sentence is to run at the expiration of the sentence in _____.
☐ **COMMITMENT:** It is **ORDERED** that the Clerk deliver **two** certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.
**PROBABLE CAUSE:** ☐ Probable cause is found as to all Counts except _____, and the defendant is bound over to Superior Court for action by the grand jury.
☐ No probable cause is found as to Count(s) _____ of this Magistrate's Order and the Count(s) is dismissed.

| Date | Name Of District Court Judge Or Magistrate (type or print) | Signature Of District Court Judge Or Magistrate |
|---|---|---|

## APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the ☐ District ☐ Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Name Of District Court Judge Or Magistrate (type or print) | Signature Of District Court Judge Or Magistrate |
|---|---|---|

## CERTIFICATION

| I certify that this Judgment is a true and complete copy of the original which is on file in this case. | Date | Date Delivered To Sheriff | Signature | ☐ Dep. CSC ☐ Asst. CSC ☐ Clerk Of Superior Court |
|---|---|---|---|---|

0013

AOC-CR-116 Judgment, Side Two, Rev. 3/23, © 2023 Administrative Office of the Courts

# STATE OF NORTH CAROLINA

**MECKLENBURG** County

File No.
23CR431326-590

In The General Court Of Justice
☒ District ☐ Superior Court Division

## STATE VERSUS

Name And Address Of Defendant
SAYELINE NUNEZ
HOMELESS

CHARLOTTE     NC    28202

## CONDITIONS OF RELEASE AND RELEASE ORDER

G.S. Chapter 15A, Art. 25, 26

| Process No. | Amount Of Bond |
|---|---|
| # RO-23-712504 | $ 2,500.00 |

**File Numbers And Offenses**

23CR431326-590    MAG ORDR; F - FINANCIAL CARD FRAUD (F);

☐ See Attachment.

---

Location Of Court
Mecklenburg Co. Courthouse, Courtroom 5170 | ☒ District ☐ Superior | Date 10/10/2023 | Time 11:00 AM

**To The Defendant Named Above,** you are ORDERED to appear before the Court as provided above and at all subsequent continued dates. If you fail to appear, you will be arrested and you may be charged with the crime of willful failure to appear. You also may be arrested without a warrant if you violate any condition of release in this Order or in any document incorporated by reference.

The defendant has been advised of charge(s) against him/her and his/her right to communicate with counsel and friends.
☒ Your release is authorized upon execution of your: ☐ WRITTEN PROMISE to appear ☐ UNSECURED BOND in the amount shown above
☐ CUSTODY RELEASE ☒ SECURED BOND in the amount shown above (**NOTE:** *Give a copy of this order to any surety who posts bond.*)
☐ HOUSE ARREST with ELECTRONIC MONITORING administered by *(agency)* _____ and the SECURED BOND above. You may leave your residence for the purpose(s) of ☐ employment ☐ counseling ☐ course of study ☐ vocational training

☐ Your release is not authorized.
☒ The defendant is required to provide *(check all that apply)* ☒ fingerprints under G.S. 15A-502. ☐ a DNA sample under G.S. 15A-266.3A. Prior to release, the defendant shall provide his/her *(check all that apply)* ☒ fingerprints. ☐ DNA sample.
☐ The defendant has been ☐ (i) charged with a felony while on probation *(complete AOC-CR-272, Side One)*. ☐ (ii) arrested for violation of probation with a pending felony charge or prior conviction requiring registration under G.S. 14, Article 27A *(complete AOC-CR-272, Side Two)*.
☐ This Order is entered upon defendant's warrantless arrest for violation of conditions of release entered previously for the above-captioned case in the Order dated _____.
☐ The defendant is charged with an offense subject to G.S. 15A-534.1, and no judge has acted under that statute within 48 hours of defendant's arrest.
☐ The defendant was arrested or surrendered after failing to appear as required under a prior release order.
☐ This was the defendant's second or subsequent failure to appear in this case.
☐ Your release is subject to the conditions as shown on the attached ☐ AOC-CR-242. ☐ AOC-CR-270. ☐ AOC-CR-630. ☐ AOC-CR-631. ☐ AOC-CR-660. ☐ Other: _____.

*Additional Information*

| Date 10/09/2023 | Name Of Judicial Official STANLEY | Signature Of Judicial Official | ☒ Magistrate ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court ☐ DC Judge ☐ SC Judge |

## ORDER OF COMMITMENT

**To The Custodian Of The Detention Facility Named Below,** you are ORDERED to receive in your custody the defendant named above who may be released if authorized above. If the defendant is not sooner released, you are ORDERED to: ☒ produce him/her in Court as provided above.
☐ hold him/her ☐ as provided on the attached AOC-CR-272. ☐ for the following purpose: CTRM 5170 TUE 10.10 @ 11AM.

☐ *[for charges covered by G.S. 15A-533(h), 15A-534.1, 15A-534.7, or 15A-534.8]* produce him/her at the first session of District or Superior Court held in this county after the entry of this Order or, if no session is held before *(for G.S. 15A-534.8, enter date and time 24 hours after arrest; for all others, 48 hours after arrest)* _____, produce him/her before a magistrate of this county at that time to determine conditions of pretrial release.

| Name Of Detention Facility MCSO | Date 10/09/2023 | Name Of Judicial Official STANLEY *(over)* | Signature Of Judicial Official |

VRA Case

## WRITTEN PROMISE TO APPEAR OR CUSTODY RELEASE

I, the undersigned, promise to appear at all hearings, trials or otherwise as the Court may require and to abide by any restrictions set out above. I understand and agree that this promise is effective until the entry of judgment in the District Court from which no appeal is taken or until the entry of judgment in Superior Court. If I am released to the custody of another person, I agree to be placed in that person's custody, and that person agrees by his/her signature to supervise me.

| Date | Signature Of Defendant | Signature Of Person Agreeing To Supervise Defendant |
|------|------------------------|------------------------------------------------------|
| | | |

| Name Of Person Agreeing To Supervise Defendant (type or print) | Address Of Person Agreeing To Supervise Defendant |
|----------------------------------------------------------------|----------------------------------------------------|
| | |

## DEFENDANT RELEASED ON BAIL

| Date | Time | Signature Of Custodian |
|------|------|------------------------|
| | | |

## CONDITIONS OF RELEASE MODIFICATIONS

The Conditions of Release on the reverse are modified as follows:

| Modification | Date | Signature Of Judicial Official |
|--------------|------|--------------------------------|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## SUPPLEMENTAL ORDERS FOR COMMITMENT

The defendant is next Ordered produced in Court as follows:

| Date | Time | Place | Purpose | Signature Of Judicial Official |
|------|------|-------|---------|--------------------------------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DEFENDANT RECEIVED BY DETENTION FACILITY

| Date | Time | Signature Of Custodian |
|------|------|------------------------|
| | | |
| | | |
| | | |
| | | |
| | | |

## DEFENDANT RELEASED FOR COURT APPEARANCE

| Date | Time | Signature Of Custodian |
|------|------|------------------------|
| | | |
| | | |
| | | |
| | | |
| | | |

**NOTE TO CUSTODIAN:** *This form shall accompany the defendant to court for all appearances.*

AOC-CR-200, Side Two, Rev. 10/23
© 2023 Administrative Office of the Courts

0015

# STATE OF NORTH CAROLINA

_____MECKLENBURG_____ County

File No.
23CR431326-590

In The General Court Of Justice
☒ District ☐ Superior Court Division

## STATE VERSUS

**Name And Address Of Defendant**
SAYELINE NUNEZ
HOMELESS

CHARLOTTE                    NC      28202

## CONDITIONS OF RELEASE AND RELEASE ORDER

G.S. Chapter 15A, Art. 25, 26

| Process No. | Amount Of Bond |
|---|---|
| # RO-23-712504 | $         2,500.00 |

**File Numbers And Offenses**

23CR431326-590    MAG ORDR; F - FINANCIAL CARD FRAUD (F);

☐ See Attachment.

---

**Location Of Court**
Mecklenburg Co. Courthouse, Courtroom 1150

☒ District ☐ Superior    **Date** 10/30/2023    **Time** 1:30 PM

**To The Defendant Named Above,** you are ORDERED to appear before the Court as provided above and at all subsequent continued dates. If you fail to appear, you will be arrested and you may be charged with the crime of willful failure to appear. You also may be arrested without a warrant if you violate any condition of release in this Order or in any document incorporated by reference.

The defendant has been advised of charge(s) against him/her and his/her right to communicate with counsel and friends.

☒ Your release is authorized upon execution of your: ☐ WRITTEN PROMISE to appear ☒ UNSECURED BOND in the amount shown above
☐ CUSTODY RELEASE    ☐ SECURED BOND in the amount shown above (**NOTE:** Give a copy of this order to any surety who posts bond.)
☐ HOUSE ARREST with ELECTRONIC MONITORING administered by (agency) _____ and the SECURED BOND above. You may leave your residence for the purpose(s) of ☐ employment ☐ counseling ☐ course of study ☐ vocational training

☐ Your release is not authorized.
☒ The defendant is required to provide (check all that apply) ☒ fingerprints under G.S. 15A-502. ☐ a DNA sample under G.S. 15A-266.3A.
Prior to release, the defendant shall provide his/her (check all that apply) ☒ fingerprints. ☐ DNA sample.
☐ The defendant has been ☐ (i) charged with a felony while on probation (complete AOC-CR-272, Side One). ☐ (ii) arrested for violation of probation with a pending felony charge or prior conviction requiring registration under G.S. 14, Article 27A (complete AOC-CR-272, Side Two).
☐ This Order is entered upon defendant's warrantless arrest for violation of conditions of release entered previously for the above-captioned case in the Order dated _____
☐ The defendant is charged with an offense subject to G.S. 15A-534.1, and no judge has acted under that statute within 48 hours of defendant's arrest.
☐ The defendant was arrested or surrendered after failing to appear as required under a prior release order.
☐ This was the defendant's second or subsequent failure to appear in this case.
☐ Your release is subject to the conditions as shown on the attached ☐ AOC-CR-242. ☐ AOC-CR-270. ☐ AOC-CR-630. ☐ AOC-CR-631.
☐ AOC-CR-660. ☐ Other: _____.

**Additional Information**

| Date 10/10/2023 | Name Of Judicial Official HONORABLE M NEWTON, by and through Marcia Caviness | Signature Of Judicial Official _Marcia Caviness_ | ☐ Magistrate ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court ☐ DC Judge ☐ SC Judge |

## ORDER OF COMMITMENT

**To The Custodian Of The Detention Facility Named Below,** you have in your custody the defendant named above who may be released if authorized above. If the defendant is not sooner released, you are ORDERED to: ☒ produce him/her in Court as provided above.
☐ hold him/her ☐ as provided on the attached AOC-CR-272. ☐ for the following purpose: _____.

☐ [for charges covered by G.S. 15A-533(h), 15A-534.1, 15A-534.7, or 15A-534.8] produce him/her at the first session of District or Superior Court held in this county after the entry of this Order or, if no session is held before (for G.S. 15A-534.8, enter date and time 24 hours after arrest; for all others, 48 hours after arrest) _____, produce him/her before a magistrate of this county at that time to determine conditions of pretrial release.

| Name Of Detention Facility MCSO | Date 10/10/2023 | Name Of Judicial Official HONORABLE M NEWTON, by and through Marcia Caviness | Signature Of Judicial Official _Marcia Caviness_ |

## WRITTEN PROMISE TO APPEAR OR CUSTODY RELEASE

I, the undersigned, promise to appear at all hearings, trials or otherwise as the Court may require and to abide by any restrictions set out above. I understand and agree that this promise is effective until the entry of judgment in the District Court from which no appeal is taken or until the entry of judgment in Superior Court. If I am released to the custody of another person, I agree to be placed in that person's custody, and that person agrees by his/her signature to supervise me.

| Date | Signature Of Defendant | Signature Of Person Agreeing To Supervise Defendant |
|---|---|---|
| | | |

| Name Of Person Agreeing To Supervise Defendant (type or print) | Address Of Person Agreeing To Supervise Defendant |
|---|---|
| | |

## DEFENDANT RELEASED ON BAIL

| Date | Time | Signature Of Custodian |
|---|---|---|
| | | |

## CONDITIONS OF RELEASE MODIFICATIONS

The Conditions of Release on the reverse are modified as follows:

| Modification | Date | Signature Of Judicial Official |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## SUPPLEMENTAL ORDERS FOR COMMITMENT

The defendant is next Ordered produced in Court as follows:

| Date | Time | Place | Purpose | Signature Of Judicial Official |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DEFENDANT RECEIVED BY DETENTION FACILITY

| Date | Time | Signature Of Custodian |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

## DEFENDANT RELEASED FOR COURT APPEARANCE

| Date | Time | Signature Of Custodian |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**NOTE TO CUSTODIAN:** *This form shall accompany the defendant to court for all appearances.*

AOC-CR-200, Side Two, Rev. 10/23
© 2023 Administrative Office of the Courts

0017

# STATE OF NORTH CAROLINA

In The General Court Of Justice

District Court

Mecklenburg County

| STATE VERSUS | ORDER TO MODIFY |
|---|---|
| | **CONDITIONS OF RELEASE** |

Name Of Defendant
Sayeline Nunez

Process No.
#MO-23-712392; RO-23-712504

Amount Of Bond

File Numbers And Offenses

| 23CR431326-590 | FINANCIAL CARD FRAUD (F) |
|---|---|
| | |

## G.S. 15A-533 ELIGIBILITY FOR CONDITIONS OF RELEASE FINDINGS

*Only a judge may determine whether release is appropriate.*

### Serious Felony Offenses

*Only a district or superior court judge may consider release in his or her discretion. Defendant may be held without conditions of release in the discretion of the presiding judge.*

☐ The defendant is charged with an offense enumerated in G.S. 15A-533(b): ☐ first or second degree murder (or attempt to commit either), ☐ first or second degree kidnapping, ☐ first or second degree forcible rape or sex offense, ☐ statutory rape or statutory sex offense, ☐ human trafficking, ☐ assault with a deadly weapon with intent to kill inflicting serious injury, ☐ discharging a weapon into occupied property, ☐ first degree burglary, ☐ first degree arson or ☐ robbery with a firearm or other dangerous weapon.

### Trafficking Offenses

*Only a district or superior court judge may consider release upon a finding that the defendant has overcome the rebuttable presumption that no condition of release will reasonably assure the defendant's appearance and that defendant's release poses an unreasonable risk to the community. (G.S. 15A-533(d), (e), or (f).)*

☐ There is reasonable cause to believe that the defendant committed an offense involving trafficking in a controlled substance **AND**
☐ The drug trafficking offense was committed while the defendant was on pretrial release for another offense; **AND**
☐ the person has previously been convicted of a Class A through E felony or an offense involving trafficking in a controlled substance and not more than five years has elapsed since the date of the conviction or the person's release from prison for the offense, whichever is later. G.S. 15A-533(d)

### Criminal Street Gang Offenses

*Only a district or superior court judge may consider release upon a finding that the defendant has overcome the rebuttable presumption that no condition of release will reasonably assure the defendant's appearance and that defendant's release poses an unreasonable risk to the community. (G.S. 15A-533(d), (e), or (f).)*

☐ There is reasonable cause to believe that the defendant committed an offense for the benefit of, at the direction of, or in association with, any criminal street gang, as defined in G.S. 14-50.16A. **AND** ☐ The offense was committed while the defendant was on pretrial release for another offense; **AND** ☐ the person has previously been convicted of an offense described in G.S. 14-50.16 through 14-50.20 or (ii) has been convicted of a criminal offense and received an enhanced sentence for that offense pursuant to G.S. 15A-1340.16E, and not more than five years has elapsed since the date of conviction or the person's release whichever is later. G.S. 15A-533(e)

### Firearms Offenses

*Only a district or superior court judge may consider release upon a finding that the defendant has overcome the rebuttable presumption that no condition of release will reasonably assure the defendant's appearance and that defendant's release poses an unreasonable risk to the community. (G.S. 15A-533(d), (e), or (f).)*

☐ There is reasonable cause to believe that the defendant committed an offense involving the illegal use, possession, or discharge of a firearm which is a felony or class A1 misdemeanor **AND** ☐ The offense was committed while the person was on pretrial release for another felony or Class A1 misdemeanor involving the illegal use, possession, or discharge of a firearm **OR** ☐ the person has previously been convicted of a felony or Class A1 misdemeanor involving the illegal use, possession, or discharge of a firearm and not more than five years has elapsed since the date of the conviction or the person's release from prison for the offense, whichever is later. G.S. 15A-533(f).

### Defendant charged with new offense while on pretrial release:

☐ defendant is charged with a new offense while on pretrial release for another offense.

_____

☐ Nature and circumstances of the offense charged _____

    ☐ <u>**Domestic Violence:**</u> defendant is charged with assault on, stalking, communicating a threat to, or committing a felony upon a spouse, former spouse, a person with whom the defendant lives or has lived as if married, or a person with whom the defendant is or has been in a dating relationship as defined in G.S. 50B-19(b)(6).

    ☐ <u>**Threats of Mass Violence.**</u> The defendant is charged with communicating a threat of mass violence on educational property in violation of G.S. 14-277.6 or communicating a threat of mass violence at a place of religious worship in violation of G.S. 14-277.7.

☐ Weight of the evidence against the defendant _____

☐ The defendant's family ties, employment, financial resources, character and mental condition _____

☐ The defendant intoxicated to such a degree that he would be endangered by being released without supervision _____

☐ Length of residency in the community _____

☒ Record of convictions <u>None</u>

☐ History of flight to avoid prosecution or failure to appear at court proceedings _____
    ☐ The defendant was arrested or surrendered after failing to appear as required under a prior release order;
    ☐ This was the defendant's second or subsequent failure to appear in this case.

☐ This finding is entered upon defendant's warrantless arrest for violation of conditions of release entered previously for the above-captioned case in the Order dated _____

☐ Defendant has violated previously imposed conditions of release imposed by order entered on _____ in that defendant _____

☒ Other <u>Insufficient evidence/allegations presented at first appearance to support maintaining a secured bond.</u>

**New Felony Charge While on Probation:**

☐ defendant is charged with a felony **AND** the defendant is on probation. ☐ the defendant poses a danger to the public, and therefore will be held on a secured bond or a secured bond with house arrest; or ☐ the defendant does not pose a danger to the public, and therefore conditions of release are set out as provided in G.S. Chapter 15A, Article 26 or ☐ there is insufficient information to determine whether the defendant poses a danger to the public, and the undersigned is in need of the following information: _____. The defendant will be brought back no later than _____ *(date)* at _____ *(time)* no later than 7 days from arrest to determine conditions of release (or sooner if the information is obtained). G.S. 15A-534(d2).

**Conditions of release for probation violation arrest with pending felony:**

☐ defendant is arrested for violating probation **AND** the ☐ defendant is charged with a felony or ☐ has been convicted of an offense at any time that requires registration under Article 27A of Chapter 14 of the General Statutes or an offense that would have required registration but for the effective date of the law establishing the Sex Offender and Public Protection Registration Program. The judicial official must determine conditions of release as follows: ☐ the defendant poses a danger to the public, and therefore release is denied pending the defendant's probation revocation hearing as ordered and pursuant to G.S. 15A-1345(b1)(1); or ☐ the defendant does not pose a danger to the public, and therefore conditions of release are set out as provided in G.S. Chapter 15A, Article 26 or ☐ there is insufficient information to determine whether the defendant poses a danger to the public, and the undersigned is in need of the following information: _____. The defendant will be brought back no later than _____ *(date)* at _____ *(time)* no later than 7 days from arrest to determine conditions of release (or sooner if the information is obtained). G.S. 15A-1345(b1).

Case 1:23-cv-00423-WO-JLW   Document 94-2   Filed 04/09/24   Page 20 of 28

You are ORDERED to appear before the Court as provided below and at all subsequent continued dates. If you fail to appear, you will be arrested, and you may be charged with the crime of willful failure to appear. You are to commit no crimes while you are on pretrial release. You also may be arrested without a warrant if you violate any condition of release in this Order or in any document incorporated by reference.

Location of Court: ., District Court 1150   Date: 10/30/23   Time: 1:30pm

**Based on the above findings, the undersigned hereby orders the following conditions of release:**

☐ Your release is not authorized.

☐ You shall be released upon a written promise to appear.

☒ You shall be released upon the execution of an unsecured appearance bond in the amount of: $2,500.

☐ You shall be released to the custody of the following person or organization agreeing to supervise you: _____ *(name of designated person or organization).*

☐ You shall be released to Mecklenburg County Pretrial Services in accordance with their terms of supervision is authorized. G.S. 15A-535(b);

☐ You are required to post an appearance bond in the amount of $_____ secured by a cash deposit of the full amount of the bond, or by a mortgage pursuant to G.S. 58-74-5, or by at least one solvent surety. Other conditions of release ☐ will not assure your appearance, ☐ will pose a danger of injury to any person, or ☐ is likely to result in destruction of evidence, subornation of perjury, or intimidation of witnesses.

**Additional Conditions for Conduct while waiting for trial.  (You must comply with these additional conditions of release.  These conditions apply even if you are not released from custody).**

☐ <u>Sex crimes against children or crimes of violence against children.</u> You are charged with a crime involving a child. You must stay away from the home, temporary residence, school, business or place of employment of the alleged victim. You must refrain from communicating or attempting to communicate, directly or indirectly with the victim, except under circumstances specified in an order entered by a judge with knowledge of the pending charge and you must refrain from assaulting, beating, intimidating, stalking, threatening or harming the alleged victim.  ****If deviating from these requirements, the judicial fact finder must make written findings as to why this is not in the best interest of the victim.  G.S. 15A-534.4.

☐ <u>Domestic violence.</u> You are charged with a crime involving domestic violence.
  ☐ No contact. You must stay away from the home, temporary residence, school, business or place of employment of the alleged victim.
  ☐ No communication. You must stay away from the home, temporary residence, school, business or place of employment of the alleged victim.
  ☐ Do not threaten, assault, beat, intimidate, stalk or harass the alleged victim.
  ☐ Do not remove, damage or injure the property listed.
  ☐ You may visit your child or children at times and places provided by the terms of any existing order entered by a judge.
  ☐ You may retrieve personal property from a shared residence only with the assistance of Law Enforcement.

☐ <u>Violent crime / crimes involving a firearm.</u>   You are charged with a violent crime, or a crime involving a firearm. ☐ You are to have no contact with any alleged victims. You may not possess any firearms while you wait for disposition of your case. Law enforcement may check at appropriate times for lawful compliance of this condition while you are subject to electronic monitoring. (See Electronic Monitoring Order for additional conditions with that program). All other provisions of this order are incorporated into your conditions of release.

☐ You are required to comply with the CMPD Electronic Monitoring Program:
  ☐ **CURFEW:** You will have a 6pm to 6am curfew or ☐ You will be at home for 24 hours.
  ☐ CMPD is authorized to extend or modify curfew hours or approve address changes without further court order.
  ☐ <u>Territorial / No Contact Restrictions: (must use for release upon threat of mass violence) / or in discretion of judicial official:</u>
  _____
  ☐ Other: _____

**To The Custodian Of The Detention Facility of Mecklenburg County you are ORDERED to receive in your custody the defendant named above who may be released if authorized above. If the defendant is not sooner released, you are ORDERED to: produce him/her in Court as provided above.**

| Date 10/10/2023 | Judicial Official's Name/Title Matthew Newton | Signature |
|---|---|---|
| | | Signed: 10/10/2023 12:26:24 PM |

Case 1:23-cv-00423-WO-JLW   Document 94-2   Filed 04/09/24   Page 21 of 28

# STATE OF NORTH CAROLINA

Mecklenburg County

*File No.*
23CR431326-590

In The General Court Of Justice
District Court Division

| Name And Mailing Address Of Defendant |
|---|
| NUNEZ, SAYELINE<br>HOMELESS<br>CHARLOTTE NC 28202 |

## APPEARANCE BOND
## FOR
## PRETRIAL RELEASE

G.S. 15A-531, 15A-534, 15A-544.2

| Telephone No. Of Defendant | Total Bond Required<br>2,500.00 | Amount Of This Bond<br>2,500.00 | Bond No.<br>23B071513 |
|---|---|---|---|

| File Numbers And Offenses | |
|---|---|
| 23CR431326-590 | FINANCIAL CARD FRAUD (F) |

10/11/2023 10:24:23 AM

☐ See *Additional File Numbers And Offenses* on Side Two, for which appearance is secured by this Bond.

☒ **Unsecured Appearance Bond** - I, the undersigned defendant, acknowledge that my personal representatives and I are bound to pay the State of North Carolina the sum shown above, subject to the conditions of this Bond stated on the reverse side.

## DEFENDANT AND SURETY SIGNATURES

| Date Of Execution Of Bond<br>10/11/2023 | Signature Of Defendant *(required for all appearance bonds)*<br>10/11/2023 10:24:44 AM |
|---|---|
| Signature Of Surety | Signature Of Surety |

| SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME | SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME |
|---|---|
| Date<br>10/11/2023 | Signature | Date | Signature |

☒ Magistrate ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court    ☐ Magistrate ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court
☐ Custodian Of Detention Facility [G.S. 15A-537(c)]    ☐ Custodian Of Detention Facility [G.S. 15A-537(c)]

*NOTE: If cash deposited, see notes on reverse side.* (see AOC-CR-238 if release after judgment in superior court)
AOC-CR-201 (ICMS), Rev. 2/21
© 2021 Administrative Office of the Courts

Original - File
(Over)

| CONDITIONS |
|---|

The conditions of this Bond are that the above named defendant shall appear in the above entitled action(s) whenever required. It is agreed and understood that this Bond is effective and binding upon the defendant and each surety throughout all stages of the proceedings in the trial divisions of the General Court of Justice until the entry of judgment in the district court from which no appeal is taken or until the entry of judgment in the superior court, unless terminated earlier by operation of law or order of the court. If the defendant appears as ordered until termination of the Bond, then the bond is to be void, but if the defendant fails to appear as required, the Court will forfeit the bond pursuant to Part 2 of Article 26 of Chapter 15A of the General Statutes.

Each accommodation bondsman, by signing on the reverse or on the attached AOC-CR-201A, states: "I have reached the age of 18 years and am a bona fide resident of North Carolina. Aside from love and affection and release of the above named defendant, I have received no consideration for acting as surety. I own sufficient property over and above all liabilities, homestead and other exemptions allowed me by law to enable me to pay this Bond should it be ordered forfeited. I understand that if I sign this Bond without sufficient property, I am guilty of a crime."

| ADDITIONAL FILE NUMBERS AND OFFENSES |
|---|

*Additional File Numbers And Offenses*

☐ See *Additional File Numbers And Offenses* on attached AOC-CR-201A, Side Two, for which appearance is secured by this Bond.

| AFFIDAVIT |
|---|

**NOTE:** *"Professional bondsmen, surety bondsmen [bail agents], and runners shall file with the clerk of court having jurisdiction over the principal an affidavit on a form furnished by the Administrative Office of the Courts." G.S. 58-71-140(d). Check all options that apply.*

☐ 1. I have not, nor has anyone for my use, been promised or received any collateral, security or premium for executing this Bond.

☐ 2. I have been promised a premium in the amount shown below, which is due on the date shown below.

☐ 3. I have received a premium in the amount shown below.

☐ 4. I have been given collateral security by the person named below, of the nature and in the amount shown below.

| Amount Of Premium Promised | Date Premium Due | Amount Of Premium Received | |
|---|---|---|---|
| $ | | $ | **AFFIX BONDSMAN'S SEAL OR POWER OF ATTORNEY CERTIFICATE HERE** |
| Name Of Person From Whom Collateral Received | Nature Of Collateral | Value | |

| RETURN OF CUSTODIAN OF DETENTION FACILITY |
|---|

The defendant named on the reverse was released from my custody on the date shown below upon the execution of this Appearance Bond.

| Date Defendant Released | Name Of Custodian (type or print) | Signature Of Custodian | ☐ Sheriff ☐ Deputy Sheriff ☐ Other _____ |
|---|---|---|---|

**NOTES ON CASH BONDS:**

*(1)* ***To Official Taking The Bond.*** *Use this form for all cash bonds. Complete this form as follows:*
***When Cash Deposited By Defendant Or By Another Person Who Intends For The Cash To Be Used To Satisfy The Defendant's Obligations.***
*Enter defendant's name, address and telephone number at the top of Side One. Check "Cash Appearance Bond By Defendant." Have defendant sign. Do no more. No other person's name should appear on this form. Enter your name, sign and enter receipt number under "Complete If Cash Deposited." Make receipt out to DEFENDANT, not to any other person.*
***When Cash Deposited By Another Person Who Does NOT Intend For The Cash To Be Used To Satisfy The Defendant's Obligations.***
*Enter defendant's name, address and telephone number at the top of Side One. Check "Surety Appearance Bond." Have defendant sign. Enter name, address and telephone number of person depositing cash under "Accommodation Bondsman." Have that person sign under "Signature Of Surety." Complete notarization for that person. Enter your name, sign and enter receipt number under "Complete If Cash Deposited." Make receipt out to person depositing the cash.*

*(2)* ***To Bookkeeper.*** *If case disposed without forfeiture, disburse cash as follows: (1) If "Cash Appearance Bond By Defendant" checked on Side One, disburse to defendant or apply to defendant's obligations if court so orders. (2) If "Surety Appearance Bond" is checked on Side One, disburse only to the person(s) named under "Accommodation Bondsman."*

*(3)* ***Bond By Insurance Company Or Professional Bondsman As Surety Is Same As Cash Except In Child Support.*** *G.S. 15A-531(4) provides that an appearance bond executed by an insurance company or a professional bondsman (or a bail agent or runner on behalf of one of those sureties) is considered the same as a cash deposit, except in child support contempt proceedings for which only cash may satisfy a cash bond requirement.*

AOC-CR-201 (ICMS), Side Two, Rev. 2/21
© 2021 Administrative Office of the Courts

Case 1:23-cv-00423-WO-JLW   Document 94-2   Filed 04/09/24   Page 23 of 28

# STATE OF NORTH CAROLINA

**Mecklenburg** County

File No.
**23 CR 431326**

In The General Court Of Justice
District Court Division

## STATE VERSUS

Name Of Defendant
**Sayeline Nunez**

## DEFENDANT'S PLEA OF GUILTY OR NO CONTEST IN DISTRICT COURT

| Plea (GU=Guilty NC=No Contest GA=Alford plea) | Offense(s) | G.S. No. | Class | Maximum Punishment |
|---|---|---|---|---|
| GU | Attempted Financial Card Fraud | 14-113.13 | 1 | 120 days |
| | FILED | | | |
| | DATE: December 4, 2023 | | | |
| | TIME: 3:17:34 PM | | | |
| | MECKLENBURG COUNTY | | | |
| | CLERK OF SUPERIOR COURT | | | |
| | BY: I. Crandell | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | TOTAL MAXIMUM PUNISHMENT | | 120 days |
|---|---|---|---|
| | MANDATORY MINIMUM FINES & SENTENCES (if any) | | |

Terms Of Plea Agreement (if any)

### DEFENDANT'S STATEMENT WITH PLEA OF (GUILTY) (NO CONTEST)

I plead ☒ guilty (☐ pursuant to *Alford*) ☐ no contest to the charge(s) listed above. I understand that by entering this plea I am giving up the following constitutional rights, among others: (1) the right to plead not guilty and to be tried in district court by a judge, and to confront and to cross-examine the witnesses against me; and (2) the right to remain silent and not to be compelled to incriminate myself. I understand that I have the right to appeal to superior court and to be tried by a jury.

I am not now under the influence of any impairing substance. I understand the nature and elements of the charge(s) against me. I understand the maximum sentence(s) for the charge(s) against me and the minimum sentence(s), if applicable. I understand if I am not a citizen of the United States of America, my plea(s) of guilty or no contest may result in my deportation from this country, my exclusion from admission to this country, or the denial of my naturalization under federal law. Other than any plea agreement between the State and me, no one has made any promises or threats against me in any way to cause me to enter this plea. I enter this plea of my own free will, fully understanding what I am doing.

| Date **12-4-23** | Signature Of Defendant **Sayeline Nunez** Verified by pdfFiller 12/04/2023 | Witnessed By (if not represented) |
|---|---|---|

### CERTIFICATION BY LAWYER (if any) FOR DEFENDANT

I certify that I have explained to the defendant and the defendant has acknowledged to me that the defendant understands the constitutional rights that the defendant waives by entering the plea shown above, the nature and elements of the charge(s) shown above, and the maximum sentence(s) and any mandatory minimum sentence(s) that may be imposed for the charge(s) shown above. I certify that the defendant signed this document in my presence and has acknowledged to me that: (1) the defendant is not now under the influence of any impairing substance; (2) other than any plea agreement between the State and the defendant, the defendant has not been made any promise or threatened to enter this plea against the defendant's wishes; and (3) the defendant enters this plea of the defendant's own free will, fully understanding what the defendant is doing.

| Date **12-4-23** | Signature Of Lawyer For Defendant |
|---|---|

### PLEA ADJUDICATION

Upon consideration of the statement of the defendant set out in this form, the certification set out in this form by the attorney (if any) for the defendant, evidence presented in court, and statements by the District Attorney, defendant, and the defendant's attorney (if any) in open court, the undersigned finds that there is a factual basis for the entry of the plea and that the plea is the informed choice of the defendant and is made freely, voluntarily, and understandingly. The defendant's plea is accepted by the Court and is ordered recorded.

| Date **12/4/2023** | Name Of Presiding Judge (type or print) **Dennis Redwing** | Signature Of Presiding Judge *Dennis G. Redwing* |
|---|---|---|

AOC-CR-322, Rev. 2/21, © 2021 Administrative Office of the Courts

# STATE OF NORTH CAROLINA

_____ MECKLENBURG _____ County

File No. **23 CR431326**

In The General Court Of Justice
☒ District ☐ Superior Court Division

NOTE: Use this form for a criminal or infraction proceeding being conducted by audio and video transmission pursuant to Emergency Directive 3 in the Order of May 1, 2020, by the Chief Justice. This form need not be used for a noncapital case for which the General Statutes expressly authorize audio and video transmission: initial appearances, G.S. 15A-511; bail hearings, G.S. 15A-532 (unless defendant objects); first appearances, G.S. 15A-601; and arraignments, G.S. 15A-941 (for "not guilty" pleas).

## STATE VERSUS

Defendant Name
**Sayeline Nunez**

DATE: December 4, 2023
TIME: 3:17:10 PM
MECKLENBURG COUNTY
CLERK OF SUPERIOR COURT
BY: I. Crandell

**WAIVER OF PERSONAL APPEARANCE AND CONSENT TO AUDIO-VIDEO PROCEEDING**

Order of the Chief Justice of the Supreme Court of North Carolina
1 May 2020

Additional File No.(s) And/Or Offense(s)

| Date Of Proceeding **12-4-23** | Location Of Defendant **New York** | Nature Of Proceeding (e.g., motion hearing, probable cause hearing, plea, sentencing hearing) ARRAIGNMENT |
| Attorney For State **Hope Robertson** | Location Of State's Attorney **COURTROOM** | Attorney For Defendant (if represented) **Seth Bullard** | Location Of Attorney (if represented) **Courtroom** |

NOTE TO CUSTODIAN/COUNSEL: Complete all fields above for the case(s) for which this remote audio-video proceeding is conducted before the defendant's execution of the waiver below. Sign the waiver as witness below after defendant has executed the waiver. Upon completion of the proceeding, deliver this waiver along with any other documents resulting from the audio-video proceeding to the clerk's office for execution by the presiding official.

## ACKNOWLEDGMENT OF RIGHTS AND WAIVER

As the undersigned defendant in this action, I freely and voluntarily declare that:

- I have been advised of my right to appear in a courtroom and be personally present for the proceeding described above;
- I have been advised that I am not required to waive my right to be present, and if I do not waive that right, my case will not be unreasonably delayed;
- I have been advised that I have the right to appear in court for the purpose of confronting and cross-examining any witnesses who may testify in this proceeding;
- if represented by an attorney, I have been afforded the ability to consult privately with my attorney and understand that I will be able to consult with my attorney privately during this proceeding;
- if represented by an attorney, I have had the opportunity to discuss this right to personal appearance with my attorney; and
- I fully understand and appreciate the consequences of my decision to waive the right to appear personally in court for the proceeding described above.

I therefore freely, voluntarily, and knowingly waive my right to be present in the courtroom for this proceeding, including for the purpose of confronting and cross-examining any witnesses who may testify, and I consent to participate in this proceeding by audio and video transmission.

| Date **12-4-23** | Signature Of Defendant **Sayeline Nunez** Verified by pdfFiller 12/04/2023 |
| Name Of Witness **Seth Bullard** | Signature Of Witness **SL Bullard** | ☒ Counsel for Defendant ☐ Other (specify) |

## CERTIFICATE OF JUDICIAL OFFICIAL

I certify that the above named defendant was advised on the Date Of Proceeding above of the right to appear in a courtroom and be personally present for the proceeding described above; that he/she was advised that his/her case would not be unreasonably delayed if that right was not waived; that he/she was advised of the right to appear in court for the purpose of confronting and cross-examining any witnesses who may testify; that he/she understands and appreciates the consequences of his/her decision to waive the right to personal appearance; and that the defendant voluntarily, knowingly and intelligently waived the right to personal appearance and consented to conduct the proceeding described above by audio and video transmission.

Location Of Judicial Official During Proceeding Described Above

| Date **12/4/2023** | Name Of Judicial Official (type or print) **Dennis Redwing** | Signature Of Judicial Official **Dennis Redwing** 12/4/2023 2:53:13 PM | ☒ District Court Judge ☐ Superior Court Judge |

NOTE TO PRESIDING OFFICIAL: Upon verification of the information above that identifies the case(s) and proceeding conducted by audio and video transmission, complete this signature section and file with the clerk of superior court for the county in which the case(s) is pending.

Waiver Of Personal Appearance And Consent To Audio-Video Proceeding [Temporary]
© 2020 Administrative Office of the Courts

Case 1:23-cv-00423-WO-JLW   Document 94-2   Filed 04/09/24   Page 25 of 28

# STATE OF NORTH CAROLINA

## Mecklenburg County

File No.
23CR431326-590

Citation No.

### STATE VERSUS

| Name Of Defendant | In The General Court Of Justice |
|---|---|
| SAYELINE NUNEZ | District Court Division |

**NOTE:** *Use this page to enter judgment on a Citation. Use this Judgment page only if imposing a **single**, consolidated judgment for all offenses of conviction charged under this file number. Do **not** use this Judgment page to impose sentence: (i) if imposing separate judgments for separate offenses of conviction charged under this file number; (ii) to impose supervised probation; or (iii) for DWI sentences under G.S. 20-179. For DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). For structured sentencing offenses, use AOC-CR-602 (active) or AOC-CR-604 (probation).*

## JUDGMENT

| District Attorney | |
|---|---|
| HOPE ALEXA ROBERTSON | ☐ *Def. Waived Attorney*  ☐ *Def. Found Not Indigent* |
| | ☐ *Def. Denied Appointed Counsel* |
| Attorney For Defendant At Time Of Trial Or Plea | ☐ *Appointed* |
| SETH RICHARD BULLARD | ☐ *Retained* |

**PRIOR CONVICTIONS:**

No. 0 Level: 1

**OFFENSES:** The following offenses, which are set forth by Count No. in the Citation numbered above for the defendant named above, are the subject of this Judgment:

**Count 1.  PLEA:** ☒ guilty/resp.  ☐ not guilty/resp.  ☐ no contest

**FINDING/VERDICT:** ☒ guilty/resp.  ☐ not guilty/resp.  ☐ VD    M.CL.: ☐ A1  ☒ 1  ☐ 2  ☐ 3

**Count 2.  PLEA:** ☐ guilty/resp.  ☐ not guilty/resp.  ☐ no contest

**FINDING/VERDICT:** ☐ guilty/resp.  ☐ not guilty/resp.  ☐ VD    M.CL.: ☐ A1  ☐ 1  ☐ 2  ☐ 3

**Count 3.  PLEA:** ☐ guilty/resp.  ☐ not guilty/resp.  ☐ no contest

**FINDING/VERDICT:** ☐ guilty/resp.  ☐ not guilty/resp.  ☐ VD    M.CL.: ☐ A1  ☐ 1  ☐ 2  ☐ 3

**Count 4.  PLEA:** ☐ guilty/resp.  ☐ not guilty/resp.  ☐ no contest

**FINDING/VERDICT:** ☐ guilty/resp.  ☐ not guilty/resp.  ☐ VD    M.CL.: ☐ A1  ☐ 1  ☐ 2  ☐ 3

**Count 5.  PLEA:** ☐ guilty/resp.  ☐ not guilty/resp.  ☐ no contest

**FINDING/VERDICT:** ☐ guilty/resp.  ☐ not guilty/resp.  ☐ VD    M.CL.: ☐ A1  ☐ 1  ☐ 2  ☐ 3

**Count 6.  PLEA:** ☐ guilty/resp.  ☐ not guilty/resp.  ☐ no contest

**FINDING/VERDICT:** ☐ guilty/resp.  ☐ not guilty/resp.  ☐ VD    M.CL.: ☐ A1  ☐ 1  ☐ 2  ☐ 3

**Count 7.  PLEA:** ☐ guilty/resp.  ☐ not guilty/resp.  ☐ no contest

**FINDING/VERDICT:** ☐ guilty/resp.  ☐ not guilty/resp.  ☐ VD    M.CL.: ☐ A1  ☐ 1  ☐ 2  ☐ 3

**Count 8.  PLEA:** ☐ guilty/resp.  ☐ not guilty/resp.  ☐ no contest

**FINDING/VERDICT:** ☐ guilty/resp.  ☐ not guilty/resp.  ☐ VD    M.CL.: ☐ A1  ☐ 1  ☐ 2  ☐ 3

**Count 9.  PLEA:** ☐ guilty/resp.  ☐ not guilty/resp.  ☐ no contest

**FINDING/VERDICT:** ☐ guilty/resp.  ☐ not guilty/resp.  ☐ VD    M.CL.: ☐ A1  ☐ 1  ☐ 2  ☐ 3

**Count 10. PLEA:** ☐ guilty/resp.  ☐ not guilty/resp.  ☐ no contest

**FINDING/VERDICT:** ☐ guilty/resp.  ☐ not guilty/resp.  ☐ VD    M.CL.: ☐ A1  ☐ 1  ☐ 2  ☐ 3

(Over)

| Mecklenburg County | | File No.<br>23CR431326-590 |
|---|---|---|
| **STATE VERSUS** | | Citation No. |
| Name Of Defendant<br>SAYELINE NUNEZ | | |

**\*NOTE:** *Use this Judgment page only if imposing a **single**, consolidated judgment for all offenses of conviction charged under this file number. Do **not** use this Judgment page to impose sentence: (i) if imposing separate judgments for separate offenses of conviction charged under this file number; (ii) to impose supervised probation; or (iii) for DWI sentences under G.S. 20-179. For DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). For structured sentencing offenses, use AOC-CR-602 (active) or AOC-CR-604 (probation).*

## JUDGMENT (continued)

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the plea(s) on Side One; on the verdict(s)/finding(s) from Side One, it is **ORDERED** that all offenses of conviction, if more than one, be consolidated for judgment with Count No. _____ *(list count of lead offense)* and that the defendant:

☐ pay the following fine/penalty and costs:

| Amount Of Fine/Penalty<br>$0.00 | Costs<br>$0.00 |
|---|---|

☒ be imprisoned for a term of 1 days in custody of the ☒ sheriff. ☐ MCP. ☐ Other:* _____.
   Pretrial 1 credit days served.

☐ Work release ☐ is recommended ☐ is not recommended. (**NOTE:** *To order work release, use form AOC-CR-602 to impose judgment.*)

☐ The Court finds that a ☐ longer ☐ shorter period of probation than that which is specified in G.S. 15A-1343.2(d) is necessary.

☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions:
   1. commit no criminal offense in any jurisdiction. 2. possess no firearm, explosive or other deadly weapon listed in G.S. 14-269.
   3. remain gainfully and suitably employed, or faithfully pursue a course of study or of vocational training that will equip the defendant for suitable employment and abide by all rules of the institution. 4. satisfy child support and family obligations, as required by the Court.
   5. Submit to the taking of digitized photographs, including photographs of the defendant's face, scars, marks, and tattoos, to be included in the defendant's records. 6. pay to the Clerk the costs of court and any additional sums shown below.

| Costs<br>$0.00 | Fine<br>$0.00 | Restitution**<br>$0.00 | Attorney's Fee<br>$0.00 | Community Service Fee | Other | Total Amount Due<br>$0.00 |
|---|---|---|---|---|---|---|

**\*\*Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (**NOTE TO CLERK:** *Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims' Restitution)/Certification Of Identity (Witness Attendance)."*)

☐ 7. complete _____ hours of community service during the first _____ days of probation, as directed by the judicial services coordinator, and pay the fee prescribed by G.S. 143B-1483 within _____ days.

☐ 8. not be found in or on the premises of the complainant or _____.

☐ 9. not assault, communicate with or be in the presence of the complainant or _____.

☐ 10. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319 required)

☐ 11. not operate a motor vehicle until properly licensed by DMV.

☐ 12. Other:
   _____
   _____
   _____

☐ The Court finds just cause to waive costs as ordered on attached ☐ AOC-CR-415. ☐ AOC-CR-618. ☐ Other: _____.

It is **ORDERED** that this: ☐ Judgment is continued upon payment of costs.
   ☐ case be consolidated for judgment with _____.
   ☐ sentence is to run at the expiration of the sentence in _____.

☐ **COMMITMENT:** It is **ORDERED** that the Clerk deliver **two** certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

| Date<br>12/04/2023 | Name Of District Court Judge Or Magistrate (type or print)<br>DENNIS J REDWING | Signature Of District Court Judge Or Magistrate<br>*Dennis J Redwing* |
|---|---|---|

## APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the ☐ District ☐ Superior Court.

☐ The current pretrial release order is modified as follows: .

| Date | Name Of District Court Judge Or Magistrate (type or print) | Signature Of District Court Judge Or Magistrate |
|---|---|---|

## CERTIFICATION

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature Of Clerk | ☐ Deputy CSC ☐ Asst. CSC<br>☐ Clerk Of Superior Court |
|---|---|---|---|

AOC-CR-502 (ICMS) Judgment, Side Two, Rev. 2/21, © 2021 Administrative Office of the Courts

