# EXHIBIT 3

| Document Type | Page |
|---|---|
| A. Certificate of True Copy | 1 |
| B. Portal Docket 20240327 | 2 |
| C. Magistrate Order | 6 |
| D. Release Order | 14 |
| E. Release Order Modified | 16 |
| F. Order of Assignment or Denial of Counsel | 18 |
| G. Release Order Modified | 20 |
| H. Appearance Bond | 22 |
| I. Screenshot of eWarrants Release Order_Redacted | 25 |

## STATE OF NORTH CAROLINA
In The General Court Of Justice

Mecklenburg _____ County

**CERTIFICATE OF TRUE COPY**

# OFFICE OF THE CLERK OF THE SUPERIOR COURT

As a Clerk of the Superior Court of this County, State of North Carolina, I certify that the attached copies of the documents described below are true and accurate copies of the originals now on file in this office.

*Number And Description Of Attached Documents:*

Records for the case of State v. Hayward, 23CR472261-590 (Meck. Dist. Ct.). Personal identifying information and victim information has been redacted from documents.

Attachment A: Docket sheet (Case Summary, Case Information, Assignment Information, Party Information, Case Events, Hearings, Bond Settings), publicly available on Portal at: https://portal-nc.tylertech.cloud/Portal/. Case filings are included with the associated Case Event and the "created time" listed under each document reflects the time that the document was created in or scanned into and available through the Enterprise Justice Case Manger And Portal applications.

Attachment B: Magistrate's Order

Attachment C: Release Order

Attachment D: Release Order Modified (Magistrate Strang)

Attachment E: Order of Assignment or Denial of Counsel

Attachment F: Release Order Modified (Judge Fleet)

Attachment G: Appearance Bond

Attachment H: Screenshot of Release Order RO-23-836787 in Warrants system



Witness my hand and the seal of the Superior Court

| | |
|---|---|
| *Date* | 04/01/2024 |
| *Clerk Of Superior Court* | Elisa Chinn-Gary |
| *Name Of Undersigned Clerk (type or print)* | Latrina Anthony |
| *Signature* | *Latrina Anthony* |

☐ Deputy CSC   ☒ Assistant CSC   ☐ Clerk Of Superior Court

AOC-G-101, Rev. 3/19
© 2019 Administrative Office of the Courts

# Case Summary

### Case No. 23CR472261-590

| | | | |
|---|---|---|---|
| **STATE OF NORTH CAROLINA VS THOMAS ANDREW HAYWARD** | § § § | Location: | **Mecklenburg District Court** |
| | | Filed on: | **12/02/2023** |
| | § | Electronic Warrants Warrant ID: | **3Z5LkdZBUwheaxm3CCqwLk** |
| | § | Criminal Process Number: | **MO-23-836643** |
| | § | Criminal Process Number: | **RO-23-836787** |
| | § | Electronic Warrants Warrant ID: | **uPNAAJWEMs477w8jrgsVm4** |

---

## Case Information

| Offense | Statute | Degree | Offense Date | Filed Date | | |
|---|---|---|---|---|---|---|
| 1.  ASSAULT ON A FEMALE | 14-33(C)(2) | MA1 | 12/01/2023 | 12/02/2023 | Case Type: | Criminal |
| | | | | | Case Status: | **12/02/2023  Pending** |

Arrest
  Date:  12/02/2023

Offense Reports
  Control #:  20231202015903
  Agency:  Charlotte Police Department

## Related Cases

## Bonds

| | | |
|---|---|---|
| **Secured Bond - Cash by Accommodation** | #23B097973 | $2,500.00 |
| 12/04/2023 | Posted | |
| Counts: 1 | | |

---

## Assignment Information

**Current Case Assignment**
Case Number   23CR472261-590
Court            Mecklenburg District Court
Date Assigned  12/02/2023

---

## Party Information

| Defendant | **HAYWARD, THOMAS ANDREW** | ~~*MORGAN, MOLLY ELIZABETH (Inactive)*~~ |
|---|---|---|
| | 11728 BORCHETTA DR | ~~*Retained*~~ |
| | CHARLOTTE, NC 28277 | |
| | White | **SEVCIK-TIMBERG, ELI PARKER** |
| | Male | *Retained* |
| | Height:  5′ 8″    Weight:  135 | |
| **State** | **STATE OF NORTH CAROLINA** | Pendergrass, Samantha D. |
| | Other | *Retained* |
| **Complainant** | **LARENTE, EDOUARD** | |
| **Law Enforcement Officer** | **LARENTE, EDOUARD** | |

Case 1:23-cv-00423-WO-JLW   Document 94-3   Filed 04/09/24   Page 3 of 26

| Surety | **BIGGS, THOMAS PATRICK** |
|---|---|
| | 3301 WOODBINE LANE |
| | CHARLOTTE, NC 28210 |
| | Male |

---

## Case Events

| | | |
|---|---|---|
| 01/12/2024 | Subpoena Returned | Index # 11 |
| | Filed By:   State STATE OF NORTH CAROLINA | |
| | Charges: | |
| | 1. ASSAULT ON A FEMALE (1389) | |
| | Created:   03/23/2024 4:37 PM | |
| 01/09/2024 | Motion to Withdraw as Counsel | Index # 8 |
| | Charges: | |
| | 1. ASSAULT ON A FEMALE (1389) | |
| | Created:   01/09/2024 3:44 PM | |
| 01/04/2024 | Subpoena Returned | Index # 10 |
| | *RETURN OF SERVICE- TELEPHONE COMM BY MCSO* | |
| | Filed By:   State STATE OF NORTH CAROLINA | |
| | Charges: | |
| | 1. ASSAULT ON A FEMALE (1389) | |
| | Created:   02/01/2024 6:44 PM | |
| 01/03/2024 | Subpoena Returned | Index # 9 |
| | *PERSONAL DELIVERY* | |
| | Filed By:   State STATE OF NORTH CAROLINA | |
| | Charges: | |
| | 1. ASSAULT ON A FEMALE (1389) | |
| | Created:   01/13/2024 5:09 PM | |
| 12/28/2023 | Notice of Appearance | Index # 7 |
| | *Notice of Appearance* | |
| | Created:   12/28/2023 12:38 PM | |
| 12/04/2023 | Bond Posted | Index # 6 |
| | Created:   12/04/2023 1:05 PM | |
| 12/04/2023 | Attachment | |
| | *Arrest Narrative* | |
| | Created:   12/04/2023 11:14 AM | |
| 12/04/2023 | Release Order Modified | |
| | *Location: MECKLENBURG COUNTY COURTHOUSE* | |
| | Crim Proc #:   RO-23-836787 | |
| | Created:   12/04/2023 10:16 AM | |
| 12/04/2023 | Counsel Appointed - Public Defender | |
| | Created:   12/04/2023 10:13 AM | |
| 12/04/2023 | Order of Assignment of Counsel or Denial of Counsel | Index # 3 |
| | Created:   12/04/2023 10:13 AM | |
| 12/04/2023 | Affidavit of Indigency | Index # 4 |
| | Created:   12/04/2023 10:13 AM | |
| 12/04/2023 | Modification of Bond | Index # 5 |
| | *UPDATED IN EWARRANTS NO CHANGE IN BOND NO CONTACT* | |

Created: 12/04/2023 10:13 AM

12/04/2023   Release Order Modified
     *Location: MECKLENBURG COUNTY COURTHOUSE*
     :   RO-23-836787
     Created:   12/04/2023 2:38 AM

12/02/2023   Release Order Issued                                Index # 2
     *Location: MECKLENBURG COUNTY COURTHOUSE*
     Crim Proc #:   RO-23-836787
     Created:   12/02/2023 5:00 AM

12/02/2023   Magistrate Order Issued                           Index # 1
     *Location: MECKLENBURG COUNTY COURTHOUSE*
     Crim Proc #:   MO-23-836643
     Party:   Defendant HAYWARD, THOMAS ANDREW
     Created:   12/02/2023 4:57 AM

---

## Hearings

---

05/28/2024   **Electronic Warrants Assigned**   (9:00 AM)   (Judicial Officer: MCTHENIA, PAIGE BARNS)
     Resource: Location 590-4130 Mecklenburg Co. Courthouse, Courtroom 4130
     Created:   12/04/2023 10:15 AM

05/28/2024   *CANCELED* **Bench Trial**   (9:00 AM)   (Judicial Officer: MCTHENIA, PAIGE BARNS)
     Resource: Location 590-4130 Mecklenburg Co. Courthouse, Courtroom 4130
     *Release Order Updated in Electronic Warrants*
     Created:   12/04/2023 10:13 AM

12/04/2023   **First Appearance Hearing**   (9:00 AM)
     Resource: Location 590-1150 Mecklenburg Co. Courthouse, Courtroom 1150
     **MINUTES - 12/04/2023**
                 Counsel Appointed - Public Defender
                     Created:   12/04/2023 10:13 AM
                     Index # 3
                 Order of Assignment of Counsel or Denial of Counsel
                     Created:   12/04/2023 10:13 AM
                 Affidavit of Indigency              Index # 4
                     Created:   12/04/2023 10:13 AM
                 Modification of Bond            Index # 5
                     *UPDATED IN EWARRANTS NO CHANGE IN BOND NO CONTACT*
                     Created:   12/04/2023 10:13 AM
         *CANCELED* **Bench Trial**   (05/28/2024 at 9:00 AM)   (Judicial Officer: MCTHENIA, PAIGE BARNS)
             Resource: Location 590-4130 Mecklenburg Co. Courthouse, Courtroom 4130
             *Release Order Updated in Electronic Warrants*
         Created:   12/04/2023 10:13 AM
         Hearing Held;
         *Hearing Held*
     Created:   12/04/2023 2:38 AM

12/04/2023   *CANCELED* **Electronic Warrants Assigned**   (9:00 AM)   (Judicial Officer: FLEET, JENNIFER L)
     Resource: Location 590-1150 Mecklenburg Co. Courthouse, Courtroom 1150
     *Release Order Updated in Electronic Warrants*
     Created:   12/02/2023 5:00 AM

---

## Bond Settings

---

12/04/2023   **Amended Bond Setting**

Case 1:23-cv-00423-WO-JLW   Document 94-3   Filed 04/09/24   Page 5 of 26

## Case Summary

**Case No. 23CR472261-590**

Set By Clerk $2,500.00 Secured Bond - Property by Defendant , Secured Bond - Cash by Accommodation , Secured Bond - Property by Accommodation , Secured Bond - Cash by Defendant , Secured Bond - Professional Surety

Conditions:
- Arrestable Restrictions- Default

| File No. | Law Enforcement Case No. 20231202015903 | LID No. |
|---|---|---|
| 23CR472261-590 | CHARLOTTE POLICE DEPARTMENT | |

## MAGISTRATE'S ORDER
### THE STATE OF NORTH CAROLINA VS.

**Name And Address Of Defendant**
THOMAS ANDREW HAYWARD
11728 BORCHETTA DR

CHARLOTTE      NC      28277
Mecklenburg COUNTY

# STATE OF NORTH CAROLINA

_____ MECKLENBURG _____ County

In The General Court Of Justice
District Court Division

**OFFENSE(S)** *(see AOC-CR-116 Continuation(s) for charging text)*

| Count No. | Offense | Offense in Violation Of G.S. | Offense Code |
|---|---|---|---|
| 1 | M - ASSAULT ON A FEMALE | 14-33(C)(2) | 1389 |

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| W | M | 08/16/1974 | 49 |

**Name Of Defendant's Employer**

**Date Of Offense**
12/01/2023

☐ **Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan**

**Date Of Arrest & Check Digit No. (as shown on fingerprint card)**
12/02/2023

**Arresting Officer (name, address or department)**
EDOUARD LARENTE
CHARLOTTE POLICE DEPARTMENT
4335 Stuart Andrew Blvd
CHARLOTTE      NC      28202
MECKLENBURG

**Witness Information**

I, the undersigned, find that the defendant named above has been arrested without a warrant and the defendant's detention is justified because there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully, and feloniously did commit the offense(s) set forth above and on the attached AOC-CR-116 Continuation(s), which is (are) incorporated by reference.
This act(s) was in violation of the law referred to in this Magistrate's Order. This Magistrate's Order is issued upon information furnished under oath by the arresting officer(s) shown. A copy of this Order has been delivered to the defendant.

| Date Issued 12/02/2023 | Name Of Issuing Official E. HORTON | Signature | ☒ Magistrate ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court ☐ District Court Judge ☐ Superior Court Judge |
|---|---|---|---|

| Location Of Court Mecklenburg Co. Courthouse, Courtroom 5170 | Court Date 12/04/2023 | Court Time 9:00 AM |
|---|---|---|

### WAIVER OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant | Name Of Attorney | Signature Of Attorney |
|---|---|---|---|

0006
(Over)

AOC-CR-116, Rev. 3/23, © 2023 Administrative Office of the Courts

**Domestic VRA Case**

| STATE VERSUS | MECKLENBURG County | File No. 23CR472261-590 |
|---|---|---|

| | |
|---|---|
| Name Of Defendant<br>THOMAS ANDREW HAYWARD | NOTE: *Use this page to set forth the charging text for each offense listed on the AOC-CR-116. G.S. 15A-924(a)(5).* |
| Date Of Issuance Of Magistrate's Order<br>12/02/2023 | |

## OFFENSES (continued)

**Count 1.    Offense:** M - ASSAULT ON A FEMALE

Charging Text For This Count

On or about the date of offense shown and in the county named above the defendant unlawfully and willfully did assault ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, a female person, by SUSPECT AND VICTIM WERE ARGUING.  VICTIM BROKE A PICTURE OF THE TWO AND SUSPECT USED WOOD FROM FRAME AND HIT VICTIM IN THE HEAD WITH IT CAUSING A CUT ON HER HEAD .  The defendant is a male person and was at least 18 years of age when the assault occurred.

**Count 2.    Offense:**

Charging Text For This Count

Case 1:23-cv-00423-WO-JLW   Document 94-3   Filed 04/09/24   Page 8 of 26

| Name Of Defendant | |
|---|---|
| THOMAS ANDREW HAYWARD | |
| Date Of Issuance Of Magistrate's Order | **NOTE:** *Use this page to set forth the charging text for each offense listed on the AOC-CR-116. G.S. 15A-924(a)(5).* |
| 12/02/2023 | |

## OFFENSES (continued)

**Count 3.    Offense:**

*Charging Text For This Count*

**Count 4.    Offense:**

*Charging Text For This Count*

| STATE VERSUS | MECKLENBURG County | File No. 23CR472261-590 |
|---|---|---|

| | |
|---|---|
| Name Of Defendant<br>THOMAS ANDREW HAYWARD | **NOTE:** *Use this page to set forth the charging text for each offense listed on the AOC-CR-116. G.S. 15A-924(a)(5).* |
| Date Of Issuance Of Magistrate's Order<br>12/02/2023 | |

## OFFENSES (continued)

**Count 5.    Offense:**

*Charging Text For This Count*

**Count 6.    Offense:**

*Charging Text For This Count*

| Name Of Defendant<br>THOMAS ANDREW HAYWARD | **NOTE:** *Use this page to set forth the charging text for each offense listed on the AOC-CR-116. G.S. 15A-924(a)(5).* |
|---|---|
| Date Of Issuance Of Magistrate's Order<br>12/02/2023 | |

## OFFENSES (continued)

**Count 7.    Offense:**

*Charging Text For This Count*

**Count 8.    Offense:**

*Charging Text For This Count*

| Name Of Defendant | |
|---|---|
| THOMAS ANDREW HAYWARD | |
| Date Of Issuance Of Magistrate's Order | |
| 12/02/2023 | |

**NOTE:** *Use this page to set forth the charging text for each offense listed on the AOC-CR-116. G.S. 15A-924(a)(5).*

## OFFENSES (continued)

**Count 9.**   **Offense:**

*Charging Text For This Count*

**Count 10.**   **Offense:**

*Charging Text For This Count*

| STATE VERSUS | MECKLENBURG County | File No. 23CR472261-590 |
|---|---|---|

**Name Of Defendant**
THOMAS ANDREW HAYWARD

**Date Of Issuance Of Magistrate's Order**
12/02/2023

**NOTE:** *Use this page to enter judgment on a Magistrate's Order.* Use this Judgment page only if imposing a *single*, consolidated judgment for all offenses of conviction charged under this file number. Do *not* use this Judgment page to impose sentence: (i) if imposing separate judgments for separate offenses of conviction charged under this file number; (ii) to impose supervised probation; or (iii) for DWI sentences under G.S. 20-179. For DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). For structured sentencing offenses, use AOC-CR-602 (active) or AOC-CR-604 (probation).

## JUDGMENT

**District Attorney**

☐ Def. Waived Attorney  ☐ Def. Found Not Indigent
☐ Def. Denied Appointed Counsel

**Attorney For Defendant**

☐ Appointed
☐ Retained

**PRIOR CONVICTIONS:**
No./Level:  0 ☐ I (0)  ___☐ II (1-4)  ___☐ III (5+)

**OFFENSES:** The following offenses, which are set forth by Count No. in the Magistrate's Order issued in this case on the date noted above for the defendant named above, are the subject of this Judgment:

**Count 1**  **PLEA:** ☐ guilty ☐ not guilty ☐ no contest _____  **VERDICT:** ☐ guilty ☐ not guilty _____  **M.CL.:** ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 2**  **PLEA:** ☐ guilty ☐ not guilty ☐ no contest _____  **VERDICT:** ☐ guilty ☐ not guilty _____  **M.CL.:** ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 3**  **PLEA:** ☐ guilty ☐ not guilty ☐ no contest _____  **VERDICT:** ☐ guilty ☐ not guilty _____  **M.CL.:** ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 4**  **PLEA:** ☐ guilty ☐ not guilty ☐ no contest _____  **VERDICT:** ☐ guilty ☐ not guilty _____  **M.CL.:** ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 5**  **PLEA:** ☐ guilty ☐ not guilty ☐ no contest _____  **VERDICT:** ☐ guilty ☐ not guilty _____  **M.CL.:** ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 6**  **PLEA:** ☐ guilty ☐ not guilty ☐ no contest _____  **VERDICT:** ☐ guilty ☐ not guilty _____  **M.CL.:** ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 7**  **PLEA:** ☐ guilty ☐ not guilty ☐ no contest _____  **VERDICT:** ☐ guilty ☐ not guilty _____  **M.CL.:** ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 8**  **PLEA:** ☐ guilty ☐ not guilty ☐ no contest _____  **VERDICT:** ☐ guilty ☐ not guilty _____  **M.CL.:** ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 9**  **PLEA:** ☐ guilty ☐ not guilty ☐ no contest _____  **VERDICT:** ☐ guilty ☐ not guilty _____  **M.CL.:** ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 10**  **PLEA:** ☐ guilty ☐ not guilty ☐ no contest _____  **VERDICT:** ☐ guilty ☐ not guilty _____  **M.CL.:** ☐ A1 ☐ 1 ☐ 2 ☐ 3

(Over)

| **STATE VERSUS** | MECKLENBURG County | File No. |
|---|---|---|
| | | 23CR472261-590 |

Name Of Defendant

THOMAS ANDREW HAYWARD

**\*NOTE:** *Use this Judgment page only if imposing a **single**, consolidated judgment for all offenses of conviction charged under this file number. Do **not** use this Judgment page to impose sentence: (i) if imposing separate judgments for separate offenses of conviction charged under this file number; (ii) to impose supervised probation; or (iii) for DWI sentences under G.S. 20-179. For DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). For structured sentencing offenses, use AOC-CR-602 (active) or AOC-CR-604 (probation).*

## JUDGMENT (continued)

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea(s) on Side One. On the verdict(s) from Side One, it is **ORDERED** that all offenses of conviction, if more than one, be consolidated for judgment with Count No. _____ *(list count of lead offense)* and that the defendant:

☐ pay the following fine/penalty and costs:

| Amount Of Fine/Penalty | Costs |
|---|---|
| $ | $ |

☐ be imprisoned for a term of _____ days in custody of the ☐ sheriff. ☐ MCP. ☐ DAC.\* Pretrial credit _____ days served.
☐ Work release ☐ is recommended. ☐ is not recommended. (**NOTE:** *To order work release, use form AOC-CR-602 to impose judgment.*)
☐ The Court finds that a ☐ longer ☐ shorter period of probation than that which is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation\* for _____ months, subject to the following conditions:
    1. commit no criminal offense in any jurisdiction.    2. possess no firearm, explosive or other deadly weapon listed in G.S. 14-269.
    3. remain gainfully and suitably employed, or faithfully pursue a course of study or of vocational training that will equip the defendant for suitable employment and abide by all rules of the institution.
    4. satisfy child support and family obligations, as required by the Court.    5. Submit to the taking of digitized photographs, including photographs of the defendant's face, scars, marks, and tattoos, to be included in the defendant's records.    6. pay to the Clerk the costs of court and any additional sums shown below.

| Costs | Fine | Restitution\*\* | Attorney's Fee | Community Service Fee | Other | Total Amount Due |
|---|---|---|---|---|---|---|
| $ | $ | $ | $ | $ | $ | $ |

\*\*Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (**NOTE TO CLERK:** *Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims' Restitution)/ Certification Of Identity (Witness Attendance)."*)

☐   7. complete _____ hours of community service during the first _____ days of probation, as directed by the judicial services coordinator, and pay the fee prescribed by G.S. 143B-1483 within _____ days.
☐   8. not be found in or on the premises of the complainant or _____.
☐   9. not assault, communicate with or be in the presence of the complainant or _____.
☐ 10. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319 required)
☐ 11. Other: _____
    _____
    _____
    _____.

☐ The Court finds just cause to waive costs as ordered on attached ☐ AOC-CR-415. ☐ AOC-CR-618. ☐ Other: _____.
It is **ORDERED** that this: ☐ Judgment is continued upon payment of costs.
                     ☐ case be consolidated for judgment with _____.
                     ☐ sentence is to run at the expiration of the sentence in _____.
☐ **COMMITMENT:** It is **ORDERED** that the Clerk deliver **two** certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.
**PROBABLE CAUSE:** ☐ Probable cause is found as to all Counts except _____, and the defendant is bound over to Superior Court for action by the grand jury.
                        ☐ No probable cause is found as to Count(s) _____ of this Magistrate's Order and the Count(s) is dismissed.

| Date | Name Of District Court Judge Or Magistrate (type or print) | Signature Of District Court Judge Or Magistrate |
|---|---|---|
| | | |

## APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the ☐ District ☐ Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Name Of District Court Judge Or Magistrate (type or print) | Signature Of District Court Judge Or Magistrate |
|---|---|---|
| | | |

## CERTIFICATION

| I certify that this Judgment is a true and complete copy of the original which is on file in this case. | Date | Date Delivered To Sheriff | Signature | ☐ Dep. CSC ☐ Asst. CSC ☐ Clerk Of Superior Court |
|---|---|---|---|---|

0013

# STATE OF NORTH CAROLINA

_____MECKLENBURG_____ County

File No.
23CR472261-590

In The General Court Of Justice
☒ District ☐ Superior Court Division

## STATE VERSUS

Name And Address Of Defendant
THOMAS ANDREW HAYWARD
11728 BORCHETTA DR

CHARLOTTE                    NC        28277

## CONDITIONS OF RELEASE AND RELEASE ORDER

G.S. Chapter 15A, Art. 25, 26

| Process No. | Amount Of Bond |
|---|---|
| # RO-23-836787 | $ |

File Numbers And Offenses

23CR472261-590    MAG ORDR; M - ASSAULT ON A FEMALE;

☐ See Attachment.

---

Location Of Court
Mecklenburg Co. Courthouse, Courtroom 5170    ☒ District ☐ Superior    Date 12/04/2023    Time 9:00 AM

**To The Defendant Named Above**, you are ORDERED to appear before the Court as provided above and at all subsequent continued dates. If you fail to appear, you will be arrested and you may be charged with the crime of willful failure to appear. You also may be arrested without a warrant if you violate any condition of release in this Order or in any document incorporated by reference.

The defendant has been advised of charge(s) against him/her and his/her right to communicate with counsel and friends.
☐ Your release is authorized upon execution of your: ☐ WRITTEN PROMISE to appear    ☐ UNSECURED BOND in the amount shown above
☐ CUSTODY RELEASE    ☐ SECURED BOND in the amount shown above (**NOTE:** Give a copy of this order to any surety who posts bond.)
☐ HOUSE ARREST with ELECTRONIC MONITORING administered by (agency) _____ and the SECURED BOND above. You may leave your residence for the purpose(s) of ☐ employment ☐ counseling ☐ course of study ☐ vocational training

☒ Your release is not authorized.
☐ The defendant is required to provide (check all that apply) ☐ fingerprints under G.S. 15A-502. ☐ a DNA sample under G.S. 15A-266.3A.
     Prior to release, the defendant shall provide his/her (check all that apply) ☐ fingerprints. ☐ DNA sample.
☐ The defendant has been ☐ (i) charged with a felony while on probation (complete AOC-CR-272, Side One). ☐ (ii) arrested for violation of probation with a pending felony charge or prior conviction requiring registration under G.S. 14, Article 27A (complete AOC-CR-272, Side Two).
☐ This Order is entered upon defendant's warrantless arrest for violation of conditions of release entered previously for the above-captioned case in the Order dated _____.
☐ The defendant is charged with an offense subject to G.S. 15A-534.1, and no judge has acted under that statute within 48 hours of defendant's arrest.
☐ The defendant was arrested or surrendered after failing to appear as required under a prior release order.
☐ This was the defendant's second or subsequent failure to appear in this case.
☐ Your release is subject to the conditions as shown on the attached ☐ AOC-CR-242. ☐ AOC-CR-270. ☐ AOC-CR-630. ☐ AOC-CR-631.
     ☐ AOC-CR-660. ☐ Other: _____.

Additional Information

| Date | Name Of Judicial Official | Signature Of Judicial Official | ☒ Magistrate ☐ Deputy CSC ☐ Assistant CSC |
|---|---|---|---|
| 12/02/2023 | E. HORTON | | ☐ Clerk Of Superior Court ☐ DC Judge ☐ SC Judge |

## ORDER OF COMMITMENT

**To The Custodian Of The Detention Facility Named Above**, you are ORDERED to receive in your custody the defendant named above who may be released if authorized above. If the defendant is not sooner released, you are ORDERED to: ☒ produce him/her in Court as provided above.
☐ hold him/her ☐ as provided on the attached AOC-CR-272. ☐ for the following purpose: 5170 12/4/2023 AT 9AM _____.

☐ [for charges covered by G.S. 15A-533(h), 15A-534.1, 15A-534.7, or 15A-534.8] produce him/her at the first session of District or Superior Court held in this county after the entry of this Order or, if no session is held before (for G.S. 15A-534.8, enter date and time 24 hours after arrest; for all others, 48 hours after arrest) _____, produce him/her before a magistrate of this county at that time to determine conditions of pretrial release.

| Name Of Detention Facility | Date | Name Of Judicial Official | Signature Of Judicial Official |
|---|---|---|---|
| MECKLENBURG COUNTY | 12/02/2023 | E. HORTON | |
| | | (Over) | |

## WRITTEN PROMISE TO APPEAR OR CUSTODY RELEASE

I, the undersigned, promise to appear at all hearings, trials or otherwise as the Court may require and to abide by any restrictions set out above. I understand and agree that this promise is effective until the entry of judgment in the District Court from which no appeal is taken or until the entry of judgment in Superior Court. If I am released to the custody of another person, I agree to be placed in that person's custody, and that person agrees by his/her signature to supervise me.

| Date | Signature Of Defendant | Signature Of Person Agreeing To Supervise Defendant |
|---|---|---|
| Name Of Person Agreeing To Supervise Defendant (type or print) | | Address Of Person Agreeing To Supervise Defendant |

## DEFENDANT RELEASED ON BAIL

| Date | Time | Signature Of Custodian |
|---|---|---|

## CONDITIONS OF RELEASE MODIFICATIONS

The Conditions of Release on the reverse are modified as follows:

| Modification | Date | Signature Of Judicial Official |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## SUPPLEMENTAL ORDERS FOR COMMITMENT

The defendant is next Ordered produced in Court as follows:

| Date | Time | Place | Purpose | Signature Of Judicial Official |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DEFENDANT RECEIVED BY DETENTION FACILITY

| Date | Time | Signature Of Custodian |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

## DEFENDANT RELEASED FOR COURT APPEARANCE

| Date | Time | Signature Of Custodian |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**NOTE TO CUSTODIAN:** *This form shall accompany the defendant to court for all appearances.*

AOC-CR-200, Side Two, Rev. 10/23
© 2023 Administrative Office of the Courts

0015

# STATE OF NORTH CAROLINA

_____MECKLENBURG_____ County

File No.

23CR472261-590

In The General Court Of Justice
☒ District  ☐ Superior Court Division

## STATE VERSUS

Name And Address Of Defendant
THOMAS ANDREW HAYWARD
11728 BORCHETTA DR

CHARLOTTE                    NC      28277

## CONDITIONS OF RELEASE AND RELEASE ORDER

G.S. Chapter 15A, Art. 25, 26

| Process No. | Amount Of Bond |
|---|---|
| # RO-23-836787 | $        2,500.00 |

File Numbers And Offenses

23CR472261-590    MAG ORDR; M - ASSAULT ON A FEMALE;

☐ See Attachment.

| Location Of Court | | | | |
|---|---|---|---|---|
| Mecklenburg Co. Courthouse, Courtroom 5170 | ☒ District | ☐ Superior | Date 12/04/2023 | Time 9:00 AM |

**To The Defendant Named Above,** you are ORDERED to appear before the Court as provided above and at all subsequent continued dates. If you fail to appear, you will be arrested and you may be charged with the crime of willful failure to appear. You also may be arrested without a warrant if you violate any condition of release in this Order or in any document incorporated by reference.

The defendant has been advised of charge(s) against him/her and his/her right to communicate with counsel and friends.
☒ Your release is authorized upon execution of your: ☐ WRITTEN PROMISE to appear  ☐ UNSECURED BOND in the amount shown above
☐ CUSTODY RELEASE  ☒ SECURED BOND in the amount shown above (**NOTE:** *Give a copy of this order to any surety who posts bond.*)
☐ HOUSE ARREST with ELECTRONIC MONITORING administered by *(agency)* _____ and the SECURED BOND above. You may leave your residence for the purpose(s) of ☐ employment  ☐ counseling  ☐ course of study  ☐ vocational training

☐ Your release is not authorized.
☐ The defendant is required to provide *(check all that apply)* ☐ fingerprints under G.S. 15A-502. ☐ a DNA sample under G.S. 15A-266.3A. Prior to release, the defendant shall provide his/her *(check all that apply)* ☐ fingerprints. ☐ DNA sample.
☐ The defendant has been ☐ (i) charged with a felony while on probation *(complete AOC-CR-272, Side One).* ☐ (ii) arrested for violation of probation with a pending felony charge or prior conviction requiring registration under G.S. 14, Article 27A *(complete AOC-CR-272, Side Two).*
☐ This Order is entered upon defendant's warrantless arrest for violation of conditions of release entered previously for the above-captioned case in the Order dated _____
☐ The defendant is charged with an offense subject to G.S. 15A-534.1, and no judge has acted under that statute within 48 hours of defendant's arrest.
☐ The defendant was arrested or surrendered after failing to appear as required under a prior release order.
☐ This was the defendant's second or subsequent failure to appear in this case.
☐ Your release is subject to the conditions as shown on the attached ☐ AOC-CR-242. ☐ AOC-CR-270. ☐ AOC-CR-630. ☐ AOC-CR-631.
                                      ☐ AOC-CR-660. ☐ Other: _____.

Additional Information

| Date 12/04/2023 | Name Of Judicial Official B.STRANG | Signature Of Judicial Official | ☐ Magistrate ☐ Deputy CSC ☐ Assistant CSC |
|---|---|---|---|
| | | | ☐ Clerk Of Superior Court ☐ DC Judge ☐ SC Judge |

## ORDER OF COMMITMENT

**To The Custodian Of The Detention Facility Named Above,** you are ORDERED to receive in your custody the defendant named above who may be released if authorized above. If the defendant is not sooner released, you are ORDERED to: ☒ produce him/her in Court as provided above.
☐ hold him/her ☐ as provided on the attached AOC-CR-272. ☐ for the following purpose: 5170 12/4/2023 AT 9AM _____.

☐ *[for charges covered by G.S. 15A-533(h), 15A-534.1, 15A-534.7, or 15A-534.8]* produce him/her at the first session of District or Superior Court held in this county after the entry of this Order or, if no session is held before *(for G.S. 15A-534.8, enter date and time 24 hours after arrest; for all others, 48 hours after arrest)* _____, produce him/her before a magistrate of this county at that time to determine conditions of pretrial release.

| Name Of Detention Facility MECKLENBURG COUNTY | Date 12/04/2023 | Name Of Judicial Official B.STRANG | Signature Of Judicial Official |
|---|---|---|---|
| | | *(over)* | |

## WRITTEN PROMISE TO APPEAR OR CUSTODY RELEASE

I, the undersigned, promise to appear at all hearings, trials or otherwise as the Court may require and to abide by any restrictions set out above. I understand and agree that this promise is effective until the entry of judgment in the District Court from which no appeal is taken or until the entry of judgment in Superior Court. If I am released to the custody of another person, I agree to be placed in that person's custody, and that person agrees by his/her signature to supervise me.

| Date | Signature Of Defendant | Signature Of Person Agreeing To Supervise Defendant |
|---|---|---|
| | | |

| Name Of Person Agreeing To Supervise Defendant (type or print) | Address Of Person Agreeing To Supervise Defendant |
|---|---|
| | |

## DEFENDANT RELEASED ON BAIL

| Date | Time | Signature Of Custodian |
|---|---|---|
| | | |

## CONDITIONS OF RELEASE MODIFICATIONS

The Conditions of Release on the reverse are modified as follows:

| Modification | Date | Signature Of Judicial Official |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## SUPPLEMENTAL ORDERS FOR COMMITMENT

The defendant is next Ordered produced in Court as follows:

| Date | Time | Place | Purpose | Signature Of Judicial Official |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DEFENDANT RECEIVED BY DETENTION FACILITY

| Date | Time | Signature Of Custodian |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## DEFENDANT RELEASED FOR COURT APPEARANCE

| Date | Time | Signature Of Custodian |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**NOTE TO CUSTODIAN:** *This form shall accompany the defendant to court for all appearances.*

Case 1:23-cv-00423-WO-JLW   Document 94-3   Filed 04/09/24   Page 18 of 26

# STATE OF NORTH CAROLINA

Mecklenburg County

File No.
23CR472261-590

Additional File Nos.

In The General Court Of Justice
Mecklenburg District Court Division

Name Of Defendant, Petitioner, Respondent
THOMAS ANDREW HAYWARD

Street Address Of Defendant, Petitioner, Respondent
11728 BORCHETTA DR
CHARLOTTE, NC, 28277

Permanent Mailing Address Of Defendant, Petitioner, Respondent *(if different from above)*

Telephone Number Of Defendant, Petitioner, Respondent

[X] Check here if defendant is in jail

## ORDER OF ASSIGNMENT

## OR

## DENIAL OF COUNSEL

G.S. 7A-146(11), 7A-292(15), 7A-450, 7A-451(a), 15A-1340.23(d)

| Date Of Offense | Most Serious Class Of Offense |
|---|---|
| 12/01/2023 | Misdemeanor Class A1 |

Offense(s)
See Offense Listing on Side Two.

**INSTRUCTIONS:** *The Court should complete Part I. or II. of this form. Do not use this form for first-degree murder cases or murder cases where the degree is undesignated, except for cases where the defendant was under 18 years of age at the time of the offense, or for capital post-conviction cases or appeals to the Court of Appeals or Supreme Court. For adult first-degree murder cases or murder cases where the degree is undesignated at the trial level, the Office of Indigent Defense Services will use form AOC-CR-624. For capital post-conviction cases, the Office of Indigent Defense Services will use form AOC-CR-625. For appellate cases, the Court will use form AOC-CR-350.*

## I. ASSIGNMENT OF COUNSEL

From the petition heard in this matter, the affidavit made by the applicant named above, and the inquiry made by the Court, which is documented in the record, it is determined that the applicant is not financially able to provide the necessary expenses of legal representation, and: *(check one)*

[ ] 1. is charged with a Class 3 misdemeanor that was committed on or after December 1, 2013, and: *(check one)*

    [ ] a. the Court has found that the defendant has <u>more than three prior convictions</u>; it is ORDERED that the applicant is indigent and is entitled to the services of counsel as contemplated by law.

    [ ] b. the Court has <u>not</u> found at this time that the defendant has more than three prior convictions, <u>the defendant is in custody</u>, the Court does not intend at this appearance to modify the defendant's conditions of release to allow the defendant to be released pending trial without posting a secured bond, and the defendant has a constitutional right to meaningful access to the courts; it is ORDERED that the applicant is indigent and is entitled to the services of counsel as contemplated by law; and that the attorney named below or the public defender in the judicial district shall provide representation that is limited pursuant to G.S. 15A-141(3) and 15A-143 to the time period of the applicant's pretrial confinement on the Class 3 misdemeanor charge.

[X] 2. is charged with a felony, a misdemeanor other than a Class 3, or a Class 3 misdemeanor that was committed before December 1, 2013, or is a petitioner or respondent in a proceeding or action listed in G.S. 7A-451(a);
*List G.S. 7A-451(a) action, felony, or non-Class 3 misdemeanor:*
Therefore, it is ORDERED that the applicant is indigent and is entitled to the services of counsel as contemplated by law; and that the attorney named below or the public defender in this judicial district shall provide representation.

It is further ORDERED the defendant shall be represented by:
[ ] the attorney named below.  [X] the public defender in this judicial district.

| Name Of Appointed Attorney (if applicable) | Next Court Date |
|---|---|
| | 5/28/2024 |

| Date | Signature | |
|---|---|---|
| 12/4/2023 | by and through /s/ T. Wiggins Mckinney | [X] Judge   [ ] Clerk Of Superior Court   [ ] Asst. CSC [ ] Deputy CSC   [ ] Magistrate |

**NOTE:** *A magistrate may appoint counsel if designated to do so by the Chief District Court Judge. See G.S. 7A-146(11) and G.S. 7A-292(15).*

Material opposite unmarked squares is to be disregarded as surplusage.
(Over)

AOC-CR-224 (ICMS), Rev. 4/23
© 2023 Administrative Office of the Courts

0018

## II. DENIAL OF COUNSEL

From the petition heard in this matter, the affidavit made by the applicant named above, and the inquiry made by the Court, which is documented in the record, it is determined that the applicant: *(check all that apply)*

☐ 1. is charged with a felony, a misdemeanor higher than a Class 3, or a Class 3 misdemeanor that was committed before December 1, 2013, but will not receive an active or suspended term of imprisonment if he/she is convicted of the offense(s) for which he/she is charged; it is ORDERED that the defendant's petition is denied.

☐ 2. is charged with a Class 3 misdemeanor that was committed on or after December 1, 2013, the Court has found that the defendant has fewer than four prior convictions, and the case shall proceed as a fine only case; it is ORDERED that the defendant's petition is denied.

☐ 3. will not receive an active or suspended term of imprisonment if he/she is found in contempt; it is ORDERED that the defendant's petition is denied.

☐ 4. is financially able to provide the necessary expenses of legal representation; it is ORDERED that the applicant is not indigent and his/her petition is denied.

| Date | Signature | | |
|---|---|---|---|
| | | ☒ *Judge*  ☐ *Clerk Of Superior Court*  ☐ *Asst. CSC* | |
| | | ☐ *Deputy CSC*  ☐ *Magistrate* | |

**NOTE:** *A magistrate may appoint counsel if designated to do so by the Chief District Court Judge. See G.S. 7A-146(11) and G.S. 7A-292(15).*

## OFFENSE LISTING

| COUNT | OFFENSE |
|---|---|
| 1 | ASSAULT ON A FEMALE |

# STATE OF NORTH CAROLINA

_____MECKLENBURG_____ County

File No.
23CR472261-590

In The General Court Of Justice
☒ District ☐ Superior Court Division

## STATE VERSUS

Name And Address Of Defendant
THOMAS ANDREW HAYWARD
11728 BORCHETTA DR

CHARLOTTE                     NC          28277

## CONDITIONS OF RELEASE AND RELEASE ORDER

G.S. Chapter 15A, Art. 25, 26

| Process No. | Amount Of Bond |
|---|---|
| # RO-23-836787 | $          2,500.00 |

File Numbers And Offenses

23CR472261-590   MAG ORDR; M - ASSAULT ON A FEMALE;

☐ See Attachment.

| Location Of Court | | | |
|---|---|---|---|
| Mecklenburg Co. Courthouse, Courtroom 4130 | ☒ District ☐ Superior | Date 05/28/2024 | Time 9:00 AM |

**To The Defendant Named Above,** you are ORDERED to appear before the Court as provided above and at all subsequent continued dates. If you fail to appear, you will be arrested and you may be charged with the crime of willful failure to appear. You also may be arrested without a warrant if you violate any condition of release in this Order or in any document incorporated by reference.

The defendant has been advised of charge(s) against him/her and his/her right to communicate with counsel and friends.

☒ Your release is authorized upon execution of your: ☐ WRITTEN PROMISE to appear ☐ UNSECURED BOND in the amount shown above ☐ CUSTODY RELEASE ☒ SECURED BOND in the amount shown above (**NOTE:** _Give a copy of this order to any surety who posts bond._)
☐ HOUSE ARREST with ELECTRONIC MONITORING administered by _(agency)_ _____ and the SECURED BOND above. You may leave your residence for the purpose(s) of ☐ employment ☐ counseling ☐ course of study ☐ vocational training
    NO CONTACT WITH THE VICTIM. DO NOT ASSAULT, THREATEN, HARASS AND/OR INTIMIDATE THE VICTIM

☐ Your release is not authorized.
☐ The defendant is required to provide _(check all that apply)_ ☐ fingerprints under G.S. 15A-502. ☐ a DNA sample under G.S. 15A-266.3A. Prior to release, the defendant shall provide his/her _(check all that apply)_ ☐ fingerprints. ☐ DNA sample.
☐ The defendant has been ☐ (i) charged with a felony while on probation _(complete AOC-CR-272, Side One)._ ☐ (ii) arrested for violation of probation with a pending felony charge or prior conviction requiring registration under G.S. 14, Article 27A _(complete AOC-CR-272, Side Two)._
☐ This Order is entered upon defendant's warrantless arrest for violation of conditions of release entered previously for the above-captioned case in the Order dated _____.
☐ The defendant is charged with an offense subject to G.S. 15A-534.1, and no judge has acted under that statute within 48 hours of defendant's arrest.
☐ The defendant was arrested or surrendered after failing to appear as required under a prior release order.
☐ This was the defendant's second or subsequent failure to appear in this case.
☐ Your release is subject to the conditions as shown on the attached ☐ AOC-CR-242. ☐ AOC-CR-270. ☐ AOC-CR-630. ☐ AOC-CR-631.
    ☐ AOC-CR-660. ☐ Other: _____.

Additional Information

| Date | Name Of Judicial Official | Signature Of Judicial Official | |
|---|---|---|---|
| 12/04/2023 | JENNIFER FLEET, by and through Cherelle Wilson | _(signature)_ | ☐ Magistrate ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court ☐ DC Judge ☐ SC Judge |

## ORDER OF COMMITMENT

**To The Custodian Of The Detention Facility Named Below**, you are ORDERED to receive in your custody the defendant named above who may be released if authorized above. If the defendant is not sooner released, you are ORDERED to: ☒ produce him/her in Court as provided above.
☐ hold him/her ☐ as provided on the attached AOC-CR-272. ☐ for the following purpose: 5170 12/4/2023 AT 9AM _____.

☐ _[for charges covered by G.S. 15A-533(h), 15A-534.1, 15A-534.7, or 15A-534.8]_ produce him/her at the first session of District or Superior Court held in this county after the entry of this Order or, if no session is held before _(for G.S. 15A-534.8, enter date and time 24 hours after arrest; for all others, 48 hours after arrest)_ _____, produce him/her before a magistrate of this county at that time to determine conditions of pretrial release.

| Name Of Detention Facility | Date | Name Of Judicial Official | Signature Of Judicial Official |
|---|---|---|---|
| MECKLENBURG COUNTY | 12/04/2023 | JENNIFER FLEET, by and through Cherelle Wilson | _(signature)_ |

## WRITTEN PROMISE TO APPEAR OR CUSTODY RELEASE

I, the undersigned, promise to appear at all hearings, trials or otherwise as the Court may require and to abide by any restrictions set out above.
I understand and agree that this promise is effective until the entry of judgment in the District Court from which no appeal is taken or until the entry of judgment in Superior Court. If I am released to the custody of another person, I agree to be placed in that person's custody, and that person agrees by his/her signature to supervise me.

| Date | Signature Of Defendant | Signature Of Person Agreeing To Supervise Defendant |
|---|---|---|
| | | |

| Name Of Person Agreeing To Supervise Defendant (type or print) | Address Of Person Agreeing To Supervise Defendant |
|---|---|
| | |

## DEFENDANT RELEASED ON BAIL

| Date | Time | Signature Of Custodian |
|---|---|---|
| | | |

## CONDITIONS OF RELEASE MODIFICATIONS

The Conditions of Release on the reverse are modified as follows:

| Modification | Date | Signature Of Judicial Official |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## SUPPLEMENTAL ORDERS FOR COMMITMENT

The defendant is next Ordered produced in Court as follows:

| Date | Time | Place | Purpose | Signature Of Judicial Official |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DEFENDANT RECEIVED BY DETENTION FACILITY

| Date | Time | Signature Of Custodian |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

## DEFENDANT RELEASED FOR COURT APPEARANCE

| Date | Time | Signature Of Custodian |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**NOTE TO CUSTODIAN:** *This form shall accompany the defendant to court for all appearances.*

AOC-CR-200, Side Two, Rev. 10/23
© 2023 Administrative Office of the Courts

0021

# STATE OF NORTH CAROLINA

Mecklenburg County for Mecklenburg County

| File No. |
|---|
| 23CR472261-590 |

In The General Court Of Justice
District Court Division

## APPEARANCE BOND
### FOR
### PRETRIAL RELEASE

G.S. 15A-531, 15A-534, 15A-544.2

| Name And Mailing Address Of Defendant | | | |
|---|---|---|---|
| HAYWARD, THOMAS 11728 BORCHETTA DR CHARLOTTE NC 28277 | | | |

| Telephone No. Of Defendant | Total Bond Required 2,500.00 | Amount Of This Bond 2,500.00 | Bond No. 23B097973 |
|---|---|---|---|

| File Numbers And Offenses | |
|---|---|
| 23CR472261-590 | ASSAULT ON A FEMALE |

☐ See *Additional File Numbers And Offenses* on Side Two, for which appearance is secured by this Bond.

☒ **Surety Appearance Bond** - We, the undersigned, jointly and severally acknowledge that we and our personal representatives are bound to pay the State of North Carolina the sum shown above, subject to the conditions of this Bond stated on the reverse side. Any undersigned professional bondsman, bail agent, or runner attests that the AFFIDAVIT on the reverse side is complete and true. If a cash deposit is indicated below, surety(ies) has deposited the cash to secure the obligation as surety(ies) on this Bond with the understanding that the deposit will be returned to the surety(ies) upon termination of that obligation as provided by law, and that it will NOT be available to satisfy defendant's obligations. *(For cash bond, see notes on reverse side.)*

## ACCOMMODATION BONDSMAN

☐ See attached AOC-CR-201A for additional accommodation bondsmen executing this Bond.

| Name And Address Of Accommodation Bondsman | Name And Address Of Accommodation Bondsman |
|---|---|
| BIGGS, THOMAS PATRICK 3301 WOODBINE LANE CHARLOTTE NC 28210 | |
| Telephone No. 704-540-2228 | Telephone No. |

## DEFENDANT AND SURETY SIGNATURES

| Date Of Execution Of Bond 12/04/2023 12/04/2023 1:00:18 PM | Signature Of Defendant (required for all appearance bonds) |
|---|---|
| Signature Of Surety | Signature Of Surety |

| SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME | SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME |
|---|---|
| Date 12/04/2023 | Signature | Date 12/5/23 | Signature C. Dukes |
| ☒ Magistrate ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court ☐ Custodian Of Detention Facility [G.S. 15A-537(c)] | ☐ Magistrate ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court ☑ Custodian Of Detention Facility [G.S. 15A-537(c)] |

## COMPLETE IF CASH DEPOSITED

| Signature Of Official Accepting Cash | Name Of Official Accepting Cash (type or print) | Receipt No. I-880520 |
|---|---|---|

**NOTE:** *If cash deposited, see notes on reverse side.* (see AOC-CR-238 if release after judgment in superior court)
AOC-CR-201 (ICMS), Rev. 2/21
© 2021 Administrative Office of the Courts

Original - File
(Over)

Case 1:23-cv-00423-WO-JLW   Document 94-3   Filed 04/09/24   Page 23 of 26

| CONDITIONS | |
|---|---|

The conditions of this Bond are that the above named defendant shall appear in the above entitled action(s) whenever required. It is agreed and understood that this Bond is effective and binding upon the defendant and each surety throughout all stages of the proceedings in the trial divisions of the General Court of Justice until the entry of judgment in the district court from which no appeal is taken or until the entry of judgment in the superior court, unless terminated earlier by operation of law or order of the court. If the defendant appears as ordered until termination of the Bond, then the bond is to be void, but if the defendant fails to appear as required, the Court will forfeit the bond pursuant to Part 2 of Article 26 of Chapter 15A of the General Statutes.

Each accommodation bondsman, by signing on the reverse or on the attached AOC-CR-201A, states: "I have reached the age of 18 years and am a bona fide resident of North Carolina. Aside from love and affection and release of the above named defendant, I have received no consideration for acting as surety. I own sufficient property over and above all liabilities, homestead and other exemptions allowed me by law to enable me to pay this Bond should it be ordered forfeited. I understand that if I sign this Bond without sufficient property, I am guilty of a crime."

| ADDITIONAL FILE NUMBERS AND OFFENSES | |
|---|---|

*Additional File Numbers And Offenses*

☐ See *Additional File Numbers And Offenses* on attached AOC-CR-201A, Side Two, for which appearance is secured by this Bond.

| AFFIDAVIT | |
|---|---|

NOTE: *"Professional bondsmen, surety bondsmen [bail agents], and runners shall file with the clerk of court having jurisdiction over the principal an affidavit on a form furnished by the Administrative Office of the Courts." G.S. 58-71-140(d). Check all options that apply.*

☐ 1. I have not, nor has anyone for my use, been promised or received any collateral, security or premium for executing this Bond.
☐ 2. I have been promised a premium in the amount shown below, which is due on the date shown below.
☐ 3. I have received a premium in the amount shown below.
☐ 4. I have been given collateral security by the person named below, of the nature and in the amount shown below.

| Amount Of Premium Promised | Date Premium Due | Amount Of Premium Received | |
|---|---|---|---|
| $ | | $ | **AFFIX BONDSMAN'S SEAL OR POWER OF ATTORNEY CERTIFICATE HERE** |
| Name Of Person From Whom Collateral Received | Nature Of Collateral | Value | |

| RETURN OF CUSTODIAN OF DETENTION FACILITY | |
|---|---|

The defendant named on the reverse was released from my custody on the date shown below upon the execution of this Appearance Bond.

| Date Defendant Released | Name Of Custodian (type or print) | Signature Of Custodian | ☐ Sheriff ☐ Deputy Sheriff |
|---|---|---|---|
| | | | ☐ Other _____ |

**NOTES ON CASH BONDS:**
*(1) To Official Taking The Bond. Use this form for all cash bonds. Complete this form as follows:*
  *When Cash Deposited By Defendant Or By Another Person Who Intends For The Cash To Be Used To Satisfy The Defendant's Obligations.*
  *Enter defendant's name, address and telephone number at the top of Side One. Check "Cash Appearance Bond By Defendant." Have defendant sign. Do no more. No other person's name should appear on this form. Enter your name, sign and enter receipt number under "Complete If Cash Deposited." Make receipt out to DEFENDANT, not to any other person.*
  *When Cash Deposited By Another Person Who Does NOT Intend For The Cash To Be Used To Satisfy The Defendant's Obligations.*
  *Enter defendant's name, address and telephone number at the top of Side One. Check "Surety Appearance Bond." Have defendant sign. Enter name, address and telephone number of person depositing cash under "Accommodation Bondsman." Have that person sign under "Signature Of Surety." Complete notarization for that person. Enter your name, sign and enter receipt number under "Complete If Cash Deposited." Make receipt out to person depositing the cash.*
*(2) To Bookkeeper. If case disposed without forfeiture, disburse cash as follows: (1) If "Cash Appearance Bond By Defendant" checked on Side One, disburse to defendant or apply to defendant's obligations if court so orders. (2) If "Surety Appearance Bond" is checked on Side One, disburse only to the person(s) named under "Accommodation Bondsman."*
*(3) Bond By Insurance Company Or Professional Bondsman, As Surety Is Same As Cash Except In Child Support. G.S. 15A-531(4) provides that an appearance bond executed by an insurance company or a professional bondsman (or a bail agent or runner on behalf of one of those sureties) is considered the same as a cash deposit, except in child support contempt proceedings for which only cash may satisfy a cash bond requirement.*
AOC-CR-201 (ICMS), Side Two, Rev. 2/21
© 2021 Administrative Office of the Courts

Case 1:23-cv-00423-WO-JLW   Document 94-3   Filed 04/09/24   Page 24 of 26

# CSC/Magistrate Receipt  Total Received ___2500___  Receipt # I - 880520

Date 12-4-23  County Mecklenburg
For County Mecklenburg  Cash ☑  Check ☐  MO ☐
File # 23-CR-472201-590  For Thomas Harrington - AOF
Received of Thomas Buss  Received by ___

| Criminal Cost | Amount | Magistrates | | Amount | Estate/Special Proceeding | | Amount |
|---|---|---|---|---|---|---|---|
| IFC | | CRMC | | | ESTC | | |
| IFDA | | CTWM | | | Other Estate Cost | 21140 | |
| IFTA | | IFMC | | | Trust | 26310 | |
| FTC | | IFWM | | | SPSC | | |
| RDC | | MMVM | | | Foreclosure | 21445 | |
| RTC | | SBM | | | Surplus Funds | 26600 | |
| PDA | | Marriage | 21330 | | Widows Allowance | 21140 | |
| TA | | FOR ALL MAGISTRATE COSTS INDICATE: | | | Upset Bid | 26700 | |
| S | | OFFICER | | | Civil Cost | | . |
| C | | FACILITY | | | CVMC | | |
| | | (If municipal facility) | | | CDDC | | |
| | | Magistrates/Clerks | | | CVDC | | |
| ALL CRIMINAL COSTS | | Cash Bond | 26210 | 2500 | CVSC | | |
| INDICATE: | | Cash Bond-Other Cnty | 292XX | | CVBC | | |
| OFFICER | | Purge Pymt | 26410 | | Judgment | 26115 | |
| FACILITY | | Purge Pymt-Other Cnty | 298XX | | Rent Bond | 26220 | |
| (municipal facility) | | Partial Pay | 20100 | | Alimony | 26420 | |
| eous Receipts | | Restititution | 26110 | | Civil Officer Fee | 22515 | |
| | | Fines | 22700 | | Child Support | 26410 | |
| | | Jail Fees | 22600 | | Other | | |
| | | Other Officer Fees | | | Other- | | |
| | | FTA Fee | 21211 | | Other- | | |
| eck | | FTC Fee | 21213 | | Other- | | |
| cation | | EXP Community Svc | 24202 | | Other- | | |
| Restitution | | Other- | | | Other- | | |

0024

REV. 1/14

Case 1:23-cv-00423-WO-JLW   Document 94-3   Filed 04/09/24   Page 25 of 26



STATE OF NORTH CAROLINA

_____ MECKLENBURG _____ County

STATE VERSUS

Name And Address Of Defendant
THOMAS ANDREW HAYWARD
11728 BORCHETTA DR

CHARLOTTE                          NC        28277

File No.
23CR472261-590

In The General Court Of Justice
☒ District   ☐ Superior Court Division

CONDITIONS OF RELEASE
AND RELEASE ORDER

G.S. (

| Process No. | Amount Of Bond |
|---|---|
| # RO-23-836787 | $ |

File Numbers And Offenses
23CR472261-590   MAG ORDR; M - ASSAULT ON A FEMALE;