# EXHIBIT 4

| Document Type | Page |
|---|---|
| A. Certificate of True Copy | 1 |
| B. Portal Docket 20240327 | 2 |
| C. Release Order | 6 |
| D. Warrant for Arrest Returned Served | 8 |
| E. Indictment | 17 |
| F. Motion for Bond Reduction | 20 |
| G. Order on Motion for Bond Reduction | 22 |
| H. Request for Arraignment | 23 |
| I. Appearance Bond | 24 |

# STATE OF NORTH CAROLINA
### In The General Court Of Justice

LEE _____ County

**CERTIFICATE OF TRUE COPY**

## OFFICE OF THE CLERK OF THE SUPERIOR COURT

As a Clerk of the Superior Court of this County, State of North Carolina, I certify that the attached copies of the documents described below are true and accurate copies of the originals now on file in this office.

*Number And Description Of Attached Documents:*

Records for the case of State v. Castellanos, 23CR230013-520 (Lee Cnty.). Personal identifying information and victim information has been redacted from documents.

Ex A: Docket sheet (Case Summary, Case Information, Assignment Information, Party Information, Case Events, Dispositions, Hearings, Bond Settings), publicly available on Portal at: https://portal-nc.tylertech.cloud/Portal/.

Ex. B: Release Order

Ex. C: Warrant for Arrest Returned Served

Ex. D: Indictment

Ex. E: Motion for Bond Reduction

Ex. F: Order on Motion for Bond Reduction

Ex. G: Request for Arraignment

Ex. H: Appearance Bond



Witness my hand and the seal of the Superior Court

| | |
|---|---|
| *Date* | 03/27/2024 |
| *Clerk Of Superior Court* | Hon. Susie K. Thomas |
| *Name Of Undersigned Clerk (type or print)* | Hon. Susie K. Thomas |
| *Signature* | *Susie K. Thomas* |



☐ Deputy CSC  ☐ Assistant CSC  ☒ Clerk Of Superior Court

AOC-G-101, Rev. 3/19
© 2019 Administrative Office of the Courts

# Case Summary

### Case No. 23CR230013-520

| | | | |
|---|---|---|---|
| **STATE OF NORTH CAROLINA VS PAULINO CASTELLANOS** | § § | Location: | **Lee Superior Court** |
| | | Filed on: | **02/15/2023** |

---

## Case Information

| | Offense | Statute | Degree | Offense Date | Filed Date | | |
|---|---|---|---|---|---|---|---|
| | | | | | | Case Type: | Criminal |
| 1. | RAPE OF A CHILD | 14-27.2A(A) | FB1 | 07/06/2011 | 02/15/2023 | Case Status: | **07/06/2023** **Disposed** |

Offense Reports
Agency:   Sanford Police Department
225 East Weatherspoon St
Sanford, NC, 27330

| | Offense | Statute | Degree | Offense Date | Filed Date |
|---|---|---|---|---|---|
| 2. | INDECENT LIBERTIES WITH CHILD | 14-202.1 | FF | 07/06/2011 | 02/15/2023 |
| 3. | RAPE OF A CHILD | 14-27.2A(A) | FB1 | 07/06/2011 | 02/15/2023 |
| 4. | SEXUAL OFFENSE WITH A CHILD | 14-27.4A(A) | FB1 | 07/06/2011 | 02/15/2023 |
| 5. | SEXUAL OFFENSE WITH A CHILD | 14-27.4A(A) | FB1 | 07/06/2011 | 02/15/2023 |
| 6. | ATTEMPT 1ST DEGREE SEX OFFENSE | 14-27.4 | FB2 | 07/06/2011 | 02/15/2023 |
| 7. | ATTEMPT 1ST DEGREE SEX OFFENSE | 14-27.4 | FB2 | 07/06/2011 | 02/15/2023 |

## Related Cases

## Bonds

**Unsecured Bond**          #23B007445
02/23/2023          Posted
Counts: 1, 2, 3, 4, 5, 6, 7

---

## Assignment Information

**Current Case Assignment**
Case Number     23CR230013-520
Court               Lee Superior Court
Date Assigned   02/22/2023

---

## Party Information

| | | |
|---|---|---|
| **Defendant** | **CASTELLANOS, PAULINO** | |
| | 322 WINTERLOCKEN DR | |
| | SANFORD, NC 27330-8904 | |
| | Other | |
| | Male | |
| **State** | **STATE OF NORTH CAROLINA** | **BARTHOLOMEW, TIFFANY MARIE** |
| | Other | *Retained* |

| Law Enforcement Officer | SOTO, I |
|---|---|
| | 225 EAST WEATHERSPOON ST |
| | LEE County |
| | SANFORD, NC 27330 |

## Case Events

| 06/02/2023 | Motion | Index # 15 |
|---|---|---|
| | *DA's Office* | |
| | Created:  06/02/2023 11:01 AM | |
| 06/02/2023 | Motion | Index # 14 |
| | *Motion in Limine* | |
| | Created:  06/02/2023 8:44 AM | |
| 05/30/2023 | Motion to Continue | |
| | *Motion to Continue* | |
| | Created:  05/30/2023 11:07 AM | |
| 03/17/2023 | Notice of Return of Bill of Indictment | Index # 11 |
| | Created:  03/17/2023 4:23 PM | |
| 03/13/2023 | Indictment Issued | Index # 10 |
| | Charges: | |
| | 1.  RAPE OF A CHILD (3635) | |
| | 2.  INDECENT LIBERTIES WITH CHILD (1118) | |
| | 3.  RAPE OF A CHILD (3635) | |
| | 4.  SEXUAL OFFENSE WITH A CHILD (3636) | |
| | 5.  SEXUAL OFFENSE WITH A CHILD (3636) | |
| | 6.  ATTEMPT 1ST DEGREE SEX OFFENSE (1144) | |
| | 7.  ATTEMPT 1ST DEGREE SEX OFFENSE (1144) | |
| | Created:  03/16/2023 4:05 PM | |
| 02/23/2023 | Bond Posted | Index # 13 |
| | Created:  02/24/2023 9:26 AM | |
| 02/23/2023 | Notice of Return of Bill of Indictment | Index # 8 |
| | Created:  02/23/2023 12:19 PM | |
| 02/16/2023 | Other/Miscellaneous | Index # 5 |
| | *Request for Arraignment* | |
| | Created:  02/16/2023 3:10 PM | |
| 02/15/2023 | Motion for Bond Modification | Index # 4 |
| | *Judgement Order* | |
| | Created:  02/15/2023 3:27 PM | |
| 02/15/2023 | Motion for Bond Modification | Index # 3 |
| | *Bond Reduction* | |
| | Created:  02/15/2023 10:20 AM | |
| 02/13/2023 | Indictment Issued | Index # 6 |
| | Charges: | |
| | 1.  RAPE OF A CHILD (3635) | |
| | 2.  INDECENT LIBERTIES WITH CHILD (1118) | |
| | 3.  RAPE OF A CHILD (3635) | |
| | 4.  SEXUAL OFFENSE WITH A CHILD (3636) | |
| | 5.  SEXUAL OFFENSE WITH A CHILD (3636) | |

Case 1:23-cv-00423-WO-JLW   Document 94-4   Filed 04/09/24   Page 4 of 26

    6. ATTEMPT 1ST DEGREE SEX OFFENSE (1144)
    7. ATTEMPT 1ST DEGREE SEX OFFENSE (1144)
    Created: 02/21/2023 11:33 AM

| | | |
|---|---|---|
| 02/10/2023 | Warrant for Arrest Returned Served<br>Created: 02/22/2023 4:16 PM | Index # 7 |
| 02/10/2023 | Release Order Issued<br>Created: 02/15/2023 8:41 AM | Index # 2 |
| 02/08/2023 | Warrant For Arrest Issued<br>Created: 02/15/2023 8:37 AM | Index # 1 |

## Dispositions

07/06/2023   **Disposition**
    1. RAPE OF A CHILD
      Superior Dismissed by the Court - No Plea Agreement
    2. INDECENT LIBERTIES WITH CHILD
      Superior Dismissed by the Court - No Plea Agreement
    3. RAPE OF A CHILD
      Superior Dismissed by the Court - No Plea Agreement
    4. SEXUAL OFFENSE WITH A CHILD
      Superior Dismissed by the Court - No Plea Agreement
    5. SEXUAL OFFENSE WITH A CHILD
      Superior Dismissed by the Court - No Plea Agreement
    6. ATTEMPT 1ST DEGREE SEX OFFENSE
      Superior Dismissed by the Court - No Plea Agreement
    7. ATTEMPT 1ST DEGREE SEX OFFENSE
      Superior Dismissed by the Court - No Plea Agreement
    Created: 07/06/2023 1:08 PM

## Hearings

07/04/2023   *CANCELED* **Arraignment- In Person** (10:00 AM)
    Resource: Location 520-0002 Lee Co. Courthouse, Courtroom 2
    04/24/2023 Reset by Court to 07/04/2023
    *Moot*
    Created: 03/17/2023 4:32 PM

07/04/2023   *CANCELED* **Arraignment** (10:00 AM)
    Resource: Location 520-0002 Lee Co. Courthouse, Courtroom 2
    03/13/2023 Reset by Court to 03/27/2023
    03/27/2023 Reset by Court to 07/04/2023
    *Moot*
    Created: 02/22/2023 4:42 PM

06/12/2023   **Jury Trial** (10:00 AM) (Judicial Officer: GILCHRIST, C WINSTON)
    Resource: Location 520-0002 Lee Co. Courthouse, Courtroom 2
    03/27/2023 Reset by Court to 06/12/2023
    *Hearing Held*
    Created: 03/09/2023 2:36 PM

02/15/2023   **First Appearance Hearing** (9:00 AM)
    Resource: Location 520-FAPP Lee Co. Courthouse, Courtroom First Appearance
    Created: 02/15/2023 8:43 AM

## Bond Settings

Case 1:23-cv-00423-WO-JLW   Document 94-4   Filed 04/09/24   Page 5 of 26

02/15/2023    **Bond Setting**
        Set by Judge $100,000.00 Unsecured Bond

# STATE OF NORTH CAROLINA

**LEE** County

File No. 23CRS230013-520

In The General Court Of Justice
☒ District ☐ Superior Court Division

## STATE VERSUS

Name And Address Of Defendant
PAULINO CASTELLANOS
322 WINTERLOCKEN DR

SANFORD     NC     27330

## CONDITIONS OF RELEASE AND RELEASE ORDER

G.S. Chapter 15A, Art. 25, 26

| Process No. # | Amount Of Bond $ 500,000.00 |
|---|---|

File Numbers And Offenses

23CR230013    F INDECENT LIBERTIES WITH A CHILD
             F SEX OFFENSE WITH A CHILD
             F RAPE OF A CHILD
             F RAPE OF A CHILD
             F SEX OFFENSE WITH A CHILD
             F ATT 1ST DEG SEX OFFENSE
             F INCEST W/ CHILD<13DEF>4

☐ See Attachment.

| Location Of Court SANFORD NC ROOM 001 | ☒ District ☐ Superior | Date 02/13/2023 | Time 09:00 ☒ AM ☐ PM |
|---|---|---|---|

**To The Defendant Named Above,** you are ORDERED to appear before the Court as provided above and at all subsequent continued dates. If you fail to appear, you will be arrested and you may be charged with the crime of willful failure to appear. You also may be arrested without a warrant if you violate any condition of release in this Order or in any document incorporated by reference.

The defendant has been advised of charge(s) against him/her and his/her right to communicate with counsel and friends.
☒ Your release is authorized upon execution of your: ☐ WRITTEN PROMISE to appear ☐ UNSECURED BOND in the amount shown above
☐ CUSTODY RELEASE ☒ SECURED BOND in the amount shown above (**NOTE:** *Give a copy of this order to any surety who posts bond.*)
☐ HOUSE ARREST with ELECTRONIC MONITORING administered by *(agency)* _____ and the SECURED BOND above. You may leave your residence for the purpose(s) of ☐ employment ☐ counseling ☐ course of study ☐ vocational training
   HAVE NO CONTACT WITH ANY PROSECUTION WITNESS

☐ Your release is not authorized.
☐ The defendant is required to provide *(check all that apply)* ☐ fingerprints under G.S. 15A-502. ☐ a DNA sample under G.S. 15A-266.3A. Prior to release, the defendant shall provide his/her *(check all that apply)* ☐ fingerprints. ☐ DNA sample.
☐ The defendant has been ☐ (i) charged with a felony while on probation *(complete AOC-CR-272, Side One).* ☐ (ii) arrested for violation of probation with a pending felony charge or prior conviction requiring registration under G.S. 14, Article 27A *(complete AOC-CR-272, Side Two).*
☐ This Order is entered upon defendant's warrantless arrest for violation of conditions of release entered previously in the above-captioned case in the Order dated _____
☐ The defendant is charged with an offense subject to G.S. 15A-534.1, and no judge has acted under that statute within 48 hours of defendant's arrest.
☐ The defendant was arrested or surrendered after failing to appear as required under a prior release order.
☐ This was the defendant's second or subsequent failure to appear in this case.
☐ Your release is subject to the conditions as shown on the attached ☐ AOC-CR-242. ☐ AOC-CR-270. ☐ AOC-CR-630. ☐ AOC-CR-631.
                                   ☐ AOC-CR-660. ☐ Other: _____

Additional Information

| Date 02/10/2023 | Name Of Judicial Official H B STRYFFELER | Signature Of Judicial Official H B STRYFFELER | ☒ Magistrate ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court ☐ DC Judge ☐ SC Judge |
|---|---|---|---|

## ORDER OF COMMITMENT

**To The Custodian Of The Detention Facility Named Below,** you are ORDERED to receive in your custody the defendant named above who may be released if authorized above. If the defendant is not sooner released, you are ORDERED to: ☒ produce him/her in Court as provided above.
☐ hold him/her ☐ as provided on the attached AOC-CR-272. ☐ for the following purpose: _____

☐ *[for charges covered by G.S. 15A-534.1 (domestic violence) or 15A-534.7 (threat of mass violence)]* produce him/her at the first session of District or Superior Court held in this county after the entry of this Order or, if no session is held before *(enter date and time 48 hours after time of arrest)* _____
☐ AM ☐ PM    produce him/her before a magistrate of this county after that time to determine conditions of pretrial release.

| Name Of Detention Facility LEE COUNTY JAIL | Date 02/10/2023 | Name Of Judicial Official H B STRYFFELER | Signature Of Judicial Official H B STRYFFELER |
|---|---|---|---|

AOC-CR-200, Rev. 2/21, © 2021 Administrative Office of the Courts

(Over)

0006

## WRITTEN PROMISE TO APPEAR OR CUSTODY RELEASE

I, the undersigned, promise to appear at all hearings, trials or otherwise as the Court may require and to abide by any restrictions set out above. I understand and agree that this promise is effective until the entry of judgment in the District Court from which no appeal is taken or until the entry of judgment in Superior Court. If I am released to the custody of another person, I agree to be placed in that person's custody, and that person agrees by his/her signature to supervise me.

| Date | Signature Of Defendant | Signature Of Person Agreeing To Supervise Defendant |
|---|---|---|
| Name Of Person Agreeing To Supervise Defendant (type or print) | | Address Of Person Agreeing To Supervise Defendant |

## DEFENDANT RELEASED ON BAIL

| Date | Time | ☐ AM ☐ PM | Signature Of Custodian |
|---|---|---|---|

## CONDITIONS OF RELEASE MODIFICATIONS

The Conditions of Release on the reverse are modified as follows:

| Modification | Date | Signature Of Judicial Official |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## SUPPLEMENTAL ORDERS FOR COMMITMENT

The defendant is next Ordered produced in Court as follows:

| Date | Time | Place | Purpose | Signature Of Judicial Official |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DEFENDANT RECEIVED BY DETENTION FACILITY

| Date | Time | Signature Of Custodian |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

## DEFENDANT RELEASED FOR COURT APPEARANCE

| Date | Time | Signature Of Custodian |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**NOTE TO CUSTODIAN:** *This form shall accompany the defendant to court for all appearances.*
AOC-CR-200, Side Two, Rev. 2/21
© 2021 Administrative Office of the Courts

0007

| File No. 23CR230013-520 | Law Enforcement Case No. 17005929 | LID No. | SID No. | FBI No. |
|---|---|---|---|---|
| **WARRANT FOR ARREST** | SANFORD POLICE DEPARTMENT | | | |

**THE STATE OF NORTH CAROLINA VS.**

Name And Address Of Defendant
PAULINO CASTELLANOS
322 WINTERLOCKEN DR

SANFORD    NC    27330-8904
Lee COUNTY

# STATE OF NORTH CAROLINA

LEE _____ County

In The General Court Of Justice
District Court Division

| Race U | Sex M | Date Of Birth 06/09/1956 | Age 66 |
|---|---|---|---|

Social Security No./Tax ID No. ▮▮▮    Drivers License No. & State ▮▮▮

Name Of Defendant's Employer

Date Of Offense 07/06/2011    ☐ Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan

Date Of Arrest & Check Digit No. (as shown on fingerprint card)

Complainant Name (and address, if Complainant is an officer)
I. Soto

**SANFORD POLICE DEPARTMENT**
225 East Weatherspoon St

SANFORD    NC    27330
LEE

Witness Information

**OFFENSE(S)** (see AOC-CR-100 Continuation(s) for charging text)

| Count No. | Offense | Offense in Violation Of G.S. | Offense Code |
|---|---|---|---|
| 1 | F - RAPE OF A CHILD | 14-27.2A(A) | 3635 |
| 2 | F - INDECENT LIBERTIES WITH CHILD | 14-202.1 | 1118 |
| 3 | F - RAPE OF A CHILD | 14-27.2A(A) | 3635 |
| 4 | F - SEXUAL OFFENSE WITH A CHILD | 14-27.4A(A) | 3636 |
| 5 | F - SEXUAL OFFENSE WITH A CHILD | 14-27.4A(A) | 3636 |
| 6 | F - ATTEMPT 1ST DEGREE SEX OFFENSE | 14-27.4 | 1144 |
| 7 | F - INCEST CHILD < 13 DEF >= 4 | 14-178(B)(1)(A) | 3631 |
| | | | |
| | | | |
| | | | |

**TO ANY OFFICER WITH AUTHORITY AND JURISDICTION TO EXECUTE A WARRANT FOR ARREST FOR THE OFFENSE(S) CHARGED IN THIS WARRANT:**
I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully, and feloniously did commit the offense(s) set forth above and on the attached AOC-CR-100 Continuation(s), which is (are) incorporated by reference. This act(s) was in violation of the law referred to in this Warrant For Arrest. This Warrant For Arrest is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Date Issued 02/08/2023 | Name Of Issuing Official Harry Stryffeler | Signature | ☒ Magistrate ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court ☐ District Court Judge ☐ Superior Court Judge |
|---|---|---|---|
| **Location Of Court** | | Court Date | Court Time |

**WAIVER OF PROBABLE CAUSE HEARING**

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant | Name Of Attorney | Signature Of Attorney |
|---|---|---|---|

| STATE VERSUS | LEE County | File No. 23CR230013-520 |
|---|---|---|

**Name Of Defendant**
PAULINO CASTELLANOS

**Date Of Issuance Of Warrant For Arrest**
02/08/2023

NOTE: *Use this page to set forth the charging text for each offense listed on the AOC-CR-100. G.S. 15A-924(a)(5).*

| OFFENSES (continued) |
|---|

**Count 1.** Offense: F – RAPE OF A CHILD

Charging Text For This Count
On or about the date of offense shown and in the county named above the defendant unlawfully, willfully, and feloniously did engage in vaginal intercourse with K.C. , a child who was under the age of 13 years, namely 11 years old. At the time, the defendant was at least 18 years of age, namely 61 years old.

**Count 2.** Offense: F – INDECENT LIBERTIES WITH CHILD

Charging Text For This Count
On or about the date of offense shown and in the county named above the defendant unlawfully, willfully, and feloniously did take and attempt to take immoral, improper, and indecent liberties with K.C. , who was under the age of 16 years at the time, for the purpose of arousing and gratifying  sexual desire.  At the time, the defendant was over 16 years of age and at least five years older than that child. In   violation of G.S. 14-202.1(a)(1).

Case 1:23-cv-00423-WO-JLW   Document 94-4   Filed 04/09/24   Page 10 of 26

| STATE VERSUS | LEE County | File No. 23CR230013-520 |
|---|---|---|

**Name Of Defendant**
PAULINO CASTELLANOS

**Date Of Issuance Of Warrant For Arrest**
02/08/2023

NOTE: *Use this page to set forth the charging text for each offense listed on the AOC-CR-100. G.S. 15A-924(a)(5).*

---

**OFFENSES (continued)**

---

**Count 3.  Offense:**

Charging Text For This Count
On or about the date of offense shown and in the county named above the defendant unlawfully, willfully, and feloniously did engage in vaginal intercourse with K.C. , a child who was under the age of 13 years, namely 11 years old. At the time, the defendant was at least 18 years of age, namely 61 years old.

---

**Count 4.  Offense: F - SEXUAL OFFENSE WITH A CHILD**

Charging Text For This Count
On or about the date of offense shown and in the county named above the defendant unlawfully, willfully, and feloniously did ENGAGES IN A SEXUAL ACT OTHER THAN VAGINAL INTERCOURSE WITH A CHILD UNDER THE AGE OF 13 YEARS AND THE DEFENDANT IS AT LEAST 18 YEARS OLD..

---

AOC-CR-100 Continuation, Rev. 1/23
© 2023 Administrative Office of the Courts

0010

Original

**Continuation Page _____ of _____ Continuation Pages**

| STATE VERSUS | LEE County | File No.<br>23CR230013-520 |
|---|---|---|

Name Of Defendant
**PAULINO CASTELLANOS**

Date Of Issuance Of Warrant For Arrest
02/08/2023

**NOTE:** *Use this page to set forth the charging text for each offense listed on the AOC-CR-100. G.S. 15A-924(a)(5).*

| | OFFENSES (continued) | |
|---|---|---|

**Count 5.   Offense: F - SEXUAL OFFENSE WITH A CHILD**

Charging Text For This Count
On or about the date of offense shown and in the county named above the defendant unlawfully, willfully, and feloniously did ENGAGES IN A SEXUAL ACT OTHER THAN VAGINAL INTERCOURSE WITH A CHILD UNDER THE AGE OF 13 YEARS AND THE DEFENDANT IS AT LEAST 18 YEARS OLD..

**Count 6.   Offense: F - ATTEMPT 1ST DEGREE SEX OFFENSE**

Charging Text For This Count
On or about the date of offense shown and in the county named above the defendant unlawfully, willfully, and feloniously did attempt to engage in a sex offense with K.C. , by force and against that victim's will.

Case 1:23-cv-00423-WO-JLW   Document 94-4   Filed 04/09/24   Page 12 of 26

| STATE VERSUS | LEE County | File No. 23CR230013-520 |
|---|---|---|

Name Of Defendant
PAULINO CASTELLANOS

Date Of Issuance Of Warrant For Arrest
02/08/2023

NOTE: *Use this page to set forth the charging text for each offense listed on the AOC-CR-100. G.S. 15A-924(a)(5).*

## OFFENSES (continued)

**Count 7.    Offense:** F - INCEST CHILD < 13 DEF >= 4

Charging Text For This Count

On or about the date of offense shown and in the county named above the defendant unlawfully, willfully, and feloniously did have carnal intercourse with KC , who is the defendant's grandchild . The defendant committed incest with a child under the age of 13, and the defendant was at   least 12 years old and was at least four years older than the child when the incest occurred.

**Count 8.    Offense:**

Charging Text For This Count

Case 1:23-cv-00423-WO-JLW   Document 94-4   Filed 04/09/24   Page 13 of 26

| STATE VERSUS | | LEE County | File No. 23CR230013-520 |
|---|---|---|---|

**Name Of Defendant**
PAULINO CASTELLANOS

**Date Of Issuance Of Warrant For Arrest**
02/08/2023

**NOTE:** *Use this page to set forth the charging text for each offense listed on the AOC-CR-100. G.S. 15A-924(a)(5).*

| OFFENSES (continued) | |
|---|---|

**Count 9.  Offense:**

*Charging Text For This Count*

**Count 10.  Offense:**

*Charging Text For This Count*

Case 1:23-cv-00423-WO-JLW   Document 94-4   Filed 04/09/24   Page 14 of 26

| **STATE VERSUS** | | LEE_____ County | File No. 23CR230013-520 |
|---|---|---|---|

Name Of Defendant
PAULINO CASTELLANOS

Date Of Issuance Of Warrant For Arrest
02/08/2023

If the Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon.

## RETURN OF SERVICE

I certify that the Warrant For Arrest issued in this case on the date noted above for the defendant named above, was received and served as follows:

| Date Received 2/10/23 | Date Served 2/10/23 | Time Served 11:05 | Date Returned 2/10/23 |
|---|---|---|---|

[X] By arresting the defendant and bringing the defendant before:

Name Of Judicial Official
Magistrate Stryrffeler

[ ] The Warrant WAS NOT served for the following reason:

Signature Of Officer Making Return
Megan Bullock

Name Of Officer (type or print)
M. Bullock

Department Or Agency Of Officer
Sanford Police Department

## REDELIVERY/REISSUANCE

| Date | Name Of Clerk (type or print) | Signature Of Clerk | [ ] Deputy CSC  [ ] Assistant CSC  [ ] Clerk Of Superior Court |
|---|---|---|---|

## RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that the Warrant For Arrest issued in this case on the date noted above for the defendant named above, was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|

[ ] By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

[ ] The Warrant WAS NOT served for the following reason:

Signature Of Officer Making Return

Name Of Officer (type or print)

Department Or Agency Of Officer

AOC-CR-100 Return, Rev. 1/23
© 2023 Administrative Office of the Courts

Original

| STATE VERSUS | | LEE County | File No. 23CR230013-520 |
|---|---|---|---|

**Name Of Defendant**
PAULINO CASTELLANOS

**Date Of Issuance Of Warrant For Arrest**
02/08/2023

**NOTE:** *Use this page to enter judgment on a Warrant For Arrest. Use this Judgment page only if imposing a single, consolidated judgment for all offenses of conviction charged under this file number. Do* ***not*** *use this Judgment page to impose sentence: (i) if imposing separate judgments for separate offenses of conviction charged under this file number; (ii) to impose supervised probation; or (iii) for DWI sentences under G.S. 20-179. For DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). For structured sentencing offenses, use AOC-CR-602 (active) or AOC-CR-604 (probation).*

## JUDGMENT

| District Attorney | ☐ Def. Waived Attorney ☐ Def. Found Not Indigent | Attorney For Defendant | ☐ Appointed | PRIOR CONVICTIONS: |
|---|---|---|---|---|
| | ☐ Def. Denied Appointed Counsel | | ☐ Retained | No./Level: 0 ☐ I (0) __ ☐ II (1-4) __ ☐ III (5+) |

**OFFENSES:** The following offenses, which are set forth by Count No. in the Warrant For Arrest issued in this case on the date noted above for the defendant named above, are the subject of this Judgment:

**Count 1**  PLEA: ☐ guilty ☐ not guilty ☐ no contest _____   VERDICT: ☐ guilty ☐ not guilty _____   M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 2**  PLEA: ☐ guilty ☐ not guilty ☐ no contest _____   VERDICT: ☐ guilty ☐ not guilty _____   M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 3**  PLEA: ☐ guilty ☐ not guilty ☐ no contest _____   VERDICT: ☐ guilty ☐ not guilty _____   M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 4**  PLEA: ☐ guilty ☐ not guilty ☐ no contest _____   VERDICT: ☐ guilty ☐ not guilty _____   M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 5**  PLEA: ☐ guilty ☐ not guilty ☐ no contest _____   VERDICT: ☐ guilty ☐ not guilty _____   M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 6**  PLEA: ☐ guilty ☐ not guilty ☐ no contest _____   VERDICT: ☐ guilty ☐ not guilty _____   M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 7**  PLEA: ☐ guilty ☐ not guilty ☐ no contest _____   VERDICT: ☐ guilty ☐ not guilty _____   M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 8**  PLEA: ☐ guilty ☐ not guilty ☐ no contest _____   VERDICT: ☐ guilty ☐ not guilty _____   M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 9**  PLEA: ☐ guilty ☐ not guilty ☐ no contest _____   VERDICT: ☐ guilty ☐ not guilty _____   M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 10**  PLEA: ☐ guilty ☐ not guilty ☐ no contest _____   VERDICT: ☐ guilty ☐ not guilty _____   M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

(Over)

AOC-CR-100 Judgment, Rev. 1/23
© 2023 Administrative Office of the Courts

0015

Original

| STATE VERSUS | LEE County | File No. 23CR230013-520 |
|---|---|---|

**Name Of Defendant**
PAULINO CASTELLANOS

*NOTE:* Use this Judgment page only if imposing a single, consolidated judgment for all offenses of conviction charged under this file number. Do **not** use this Judgment page to impose sentence: (i) if imposing separate judgments for separate offenses of conviction charged under this file number; (ii) to impose supervised probation; or (iii) for DWI sentences under G.S. 20-179. For DWI, use form AOC-CR-342 (active) or AOC-CR-310 (probation). For structured sentencing offenses, use AOC-CR-602 (active) or AOC-CR-604 (probation).

## JUDGMENT (continued)

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the plea(s) on Side One. On the verdict(s) from Side One, it is **ORDERED** that all offenses of conviction, if more than one, be consolidated for judgment with Count No. _____ (list count of lead offense) and that the defendant:

☐ pay the following fine/penalty and costs:

| Amount Of Fine/Penalty | Costs |
|---|---|
| $ | $ |

☐ be imprisoned for a term of _____ days in custody of the ☐ sheriff. ☐ MCP. ☐ Other:* _____. Pretrial credit _____ days served.

☐ Work release ☐ is recommended. ☐ is not recommended. **(NOTE:** To order work release, use form AOC-CR-602 to impose judgment.)

☐ The Court finds that a ☐ longer ☐ shorter period of probation than that which is specified in G.S. 15A-1343.2(d) is necessary.

☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions:
  1. commit no criminal offense in any jurisdiction.  2. possess no firearm, explosive or other deadly weapon listed in G.S. 14-269.
  3. remain gainfully and suitably employed, or faithfully pursue a course of study or of vocational training that will equip the defendant for suitable employment and abide by all rules of the institution.
  4. satisfy child support and family obligations, as required by the Court.  5. Submit to the taking of digitized photographs, including photographs of the defendant's face, scars, marks, and tattoos, to be included in the defendant's records.  6. pay to the Clerk the costs of court and any additional sums shown below.

| Costs | Fine | Restitution** | Attorney's Fee | Community Service Fee | Other | Total Amount Due |
|---|---|---|---|---|---|---|
| $ | $ | $ | $ | $ | $ | $ |

**Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (NOTE TO CLERK: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims' Restitution)/ Certification Of Identity (Witness Attendance).")

☐ 7. complete _____ hours of community service during the first _____ days of probation, as directed by the judicial services coordinator, and pay the fee prescribed by G.S. 143B-1483 within _____ days.

☐ 8. not be found in or on the premises of the complainant or _____

☐ 9. not assault, communicate with or be in the presence of the complainant or _____

☐ 10. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319 required)

☐ 11. Other: _____
_____
_____

☐ The Court finds just cause to waive costs as ordered on attached ☐ AOC-CR-415. ☐ AOC-CR-618. ☐ Other: _____.

It is **ORDERED** that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____.
☐ sentence is to run at the expiration of the sentence in _____.

☐ **COMMITMENT:** It is **ORDERED** that the Clerk deliver **two** certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

**PROBABLE CAUSE:** ☐ Probable cause is found as to all Counts except _____, and the defendant is bound over to Superior Court for action by the grand jury.
☐ No probable cause is found as to Count(s) _____ of this Warrant and the Count(s) is dismissed.

| Date | Name Of District Court Judge Or Magistrate (type or print) | Signature Of District Court Judge Or Magistrate |
|---|---|---|

## APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the ☐ District ☐ Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Name Of District Court Judge Or Magistrate (type or print) | Signature Of District Court Judge Or Magistrate |
|---|---|---|

## CERTIFICATION

| I certify that this Judgment is a true and complete copy of the original which is on file in this case. | Date | Date Delivered To Sheriff | Signature | ☐ Dep. CSC ☐ Asst. CSC ☐ Clerk Of Superior Court |
|---|---|---|---|---|

0016

AOC-CR-100 Judgment, Side Two, Rev. 1/23, © 2023 Administrative Office of the Courts
Original

# STATE OF NORTH CAROLINA

LEE County

In The General Court Of Justice
Superior Court Division

## STATE VERSUS

Name And Address Of Defendant
PAULINO CASTELLANOS
322 WINTERLOCKEN DRIVE
SANFORD, NC 27330

## INDICTMENT

☐ This is a superseding indictment.

| Race | Sex | Date Of Birth |
|------|-----|---------------|
| H | M | 06/09/1956 |

| | Offense(s) | Date Of Offense OR Date Range Of Offense | G.S. No. | CL. |
|------|-----------|------------------------------------------|----------|-----|
| I. | STATUTORY RAPE OF A CHILD BY AN ADULT | 7/6/2011 - 8/9/2017 | 14-27.2A | B1 |
| II. | INDECENT LIBERTIES WITH A CHILD | 7/6/2011 - 8/9/2017 | 14-202.1 | E |
| III. | STATUTORY RAPE OF A CHILD BY AN ADULT | 7/6/2011 - 8/9/2017 | 14-27.2A | B1 |
| IV. | STATUTORY SEX OFFENSE OF A CHILD BY AN ADULT | 7/6/2011 - 8/9/2017 | 14-27.4A | B1 |
| V. | STATUTORY SEX OFFENSE OF A CHILD BY AN ADULT | 7/6/2011 - 8/9/2017 | 14-27.4A | B1 |
| VI. | ATT STAT RAPE OF A CHILD BY AN ADULT | 7/6/2011 - 8/9/2017 | 14-27.2A | B2 |
| VII. | ATT STAT RAPE OF A CHILD BY AN ADULT | 7/6/2011 - 8/9/2017 | 14-27.2A | B2 |
| VIII. | | | | |
| IX. | | | | |
| X. | | | | |

I. The jurors for the State upon their oath present that on or about the date(s) of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did

engage in vaginal intercourse with K.C., a child who was under the age of 13 years, namely 5-11 years old. At the time, the defendant was at least 19 years of age, namely 55-61 years old.

AOC-CR-122, Rev. 2/21
© 2021 Administrative Office of the Courts

(Over)

0017

23CR230013-520
IND 6
Indictment Issued
4638

**Name Of Defendant**
PAULINO CASTELLANOS

V. And the jurors for the State upon their oath present that on or about the date(s) of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did

engage in a sexual act with K.C., a child who was under the age of 13 years, namely, 5-11 years old. At the time, the defendant was at least 18 years of age, namely 55 -61 years old.

VI. And the jurors for the State upon their oath present that on or about the date(s) of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did

attempt to engage vaginal intercourse with K.C., a child who was under the age of 13 years, namely 5-11 years old. At the time, the defendant was at least 19 years of age, namely 55-61 years old.

VII. And the jurors for the State upon their oath present that on or about the date(s) of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did

attempt to engage in vaginal intercourse with K.C., a child who was under the age of 13 years, namely 5-11 years old. At the time, the defendant was at least 19 years of age, namely 55-61 years old.

(Over)

| | |
|---|---|
| **STATE VERSUS** | File No. 23CRS230013 |

Name Of Defendant
PAULINO CASTELLANOS

| **SIGNATURE OF PROSECUTOR** | |
|---|---|

Signature Of Prosecutor

| **WITNESSES** | |
|---|---|
| ☒ I. SOTO, SANFORD POLICE DEPARTMENT | ☐ |
| ☐ | ☐ |
| ☐ | ☐ |
| ☐ | ☐ |

The Witnesses marked "X" were sworn by the undersigned Foreperson of the Grand Jury and, after hearing testimony, this Bill was found to be:

☒ A TRUE BILL by twelve or more grand jurors, and I the undersigned Foreperson of the Grand Jury, attest the concurrence of twelve or more grand jurors in this Bill of Indictment.

☐ NOT A TRUE BILL.

Date 02/13/2023

Signature Of Grand Jury Foreperson

NORTH CAROLINA
LEE COUNTY

IN THE GENERAL COURT OF JUSTICE
DISTRICT COURT DIVISION
FILE NO.: 23CR230013-520

STATE OF NORTH CAROLINA )
)
Vs. )
)
PAULINO CASTELLANOS, )
    Defendant. )

MOTION FOR BOND REDUCTION

---

      NOW COMES Nicolle T. Phair, Attorney for the above-named Defendant and respectfully shows the Court that the Defendant is presently confined in the Lee County Jail. Counsel believes there is good cause to set an UNSECURED bond of $ 50,000.00 as adequate to assure the presence of the defendant for trial. In that the Defendant has charges of INDECENT LIBERTIES WITH A CHILD F- SEX OFFENCE WITH A CHILD F RAPE OF A CHILD F- RAPE OF A CHILD F- SEX OFFENSE WITH A CHILD F- ATT 1ST DEG SEX OFFENSE F-INCEST WITH CHILD offense that arise from pending charges in 2017.

The bond should be UNSECURED in that:
1)There has been no new conduct since 2017, and defendant has been out on bond
2)Defendant maintains his innocence and has no prior record
3)Defendant is married and has serious health issues, including being confined to a wheelchair
4)The case is set for trial in June and Defendant needs to assist attorney in trial
5)The alleged prosecuting witnesses are in Concord and Defendant has not had contact with them since 2017.
6)Defendant has always been present for court and is not a flight risk at all as he has family in Lee County and has been here for over thirty years.
7)Justice would be served in un-securing his bond.

      WHEREFORE, the defendant prays that an Order be issued setting the bond herein from $ 500,000.00 secured bond to $50,000.00 UNSECURED.

This the 15th day of February 2023.

## CERTIFICATE OF SERVICE

**This is to certify that the undersigned has this day served the attached Motion for Bond Reduction to the following person in this cause by:**

     **__X__ Hand delivering a copy thereof to/Electronic Service:**

**Lee County District Attorney**
**Lee County Courthouse**
**1400 S. Horner Blvd,**
**Sanford NC, 27330**

BY: _Nicolle T. Phair_

**Nicolle T. Phair**
**Attorney for Defendant**
**Post Office Box 1213**
**Sanford, N. C. 27331**
**(919) 718-0078**

# STATE OF NORTH CAROLINA

| | |
|---|---|
| | File No.<br>23CR230013-520 |

_____Lee_____ County

In The General Court Of Justice
☐ District    ☒ Superior Court Division

**NOTE:** *The AOC-CR-645 (Optional Form For Criminal Judgment (District Court)) and other criminal judgment forms are available for use in district court cases. For superior court cases, other criminal judgment forms are available for use.*

## STATE VERSUS

Name Of Defendant
Paulino Castellanos

**JUDGMENT/ORDER OR
OTHER DISPOSITION**

| Race | Sex | Date Of Birth |
|---|---|---|
| H | Male | 06/09/1956 |

| Attorney For State<br>Tiffany Barthalomew | ☐ Def. Found<br>Not Indigent | ☐ Def. Waived<br>Attorney | ☐ Attorney<br>Denied | Attorney For Defendant<br>Nicolle T.Phair | ☒ Appointed<br>☐ Retained | Crt Rptr Initials |
|---|---|---|---|---|---|---|

Offense(s)
Bond reduction to $100,000.00 UNSECURED. With Pre trial release with electronic monitoring

  Defendant may have leave for medical appointments with prior notice

  Defendant shall have no contact with the victim.  Defendant shall be held until EM is available.

## SIGNATURE OF JUDGE

| Date<br>02/15/2023 | Name Of Presiding Judge (type or print)<br>Craig Croom | Signature Of Presiding Judge |
|---|---|---|

Material opposite unmarked squares is to be disregarded as surplusage.

AOC-CR-305, Rev. 2/21
© 2021 Administrative Office of the Court
Electronically F

0022

NORTH CAROLINA
LEE COUNTY

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
FILE NO.: 23CR230013520

STATE OF NORTH CAROLINA            )
                                   )
            vs                     )      REQUEST FOR ARRAIGNMENT
                                   )
PAULINO CASTELLANOS,               )
            Defendant.             )

     NOW COMES the Defendant, Paulino Castellanos, by and through the undersigned counsel, Nicolle T. Phair, pursuant to the "Law of the Land" Clause of Article I, Sections 19, 23 and 27 of the North Carolina Constitution, the Fifth, Sixth, Eighth, and Fourteenth Amendments to the United States Constitution, and N.C. Gen. Stat. § 15A- 941, 952, 953 and hereby submits this written request for arraignment.

This the 15th day of February 2023.

THE PHAIR FIRM

BY: _Nicolle T. Phair_

Nicolle T. Phair
Attorney for the Defendant
P.O. Box 1213
Sanford, NC 27331
919-718-0078

CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day served the attached Request for Arraignment to the following person in this cause by:

     __X__ Hand delivering a copy thereof by: Electronic Service

Lee County District Attorney
1400 South Horner Blvd.
Sanford, NC 27331

This the 16th day of February 2023.

BY: _Nicolle T. Phair_

Nicolle T. Phair

| STATE OF NORTH CAROLINA | | File No.<br>23CR230013-520 | |
|---|---|---|---|
| Lee County for Lee County | | In The General Court Of Justice<br>Superior Court Division | |

| Name And Mailing Address Of Defendant<br>CASTELLANOS, PAULINO<br>322 WINTERLOCKEN DR<br>SANFORD NC 27330-8904 | | **APPEARANCE BOND<br>FOR<br>PRETRIAL RELEASE** | |
|---|---|---|---|

G.S. 15A-531, 15A-534, 15A-544.2

| Telephone No. Of Defendant | Total Bond Required<br>100,000.00 | Amount Of This Bond<br>100,000.00 | Bond No.<br>23B007445 |
|---|---|---|---|

| File Numbers And Offenses | |
|---|---|
| 23CR230013-520 | RAPE OF A CHILD |
| | INDECENT LIBERTIES WITH CHILD |
| | RAPE OF A CHILD |
| | SEXUAL OFFENSE WITH A CHILD |
| | SEXUAL OFFENSE WITH A CHILD |
| | ATTEMPT 1ST DEGREE SEX OFFENSE |
| | INCEST CHILD < 13 DEF >= 4 |

☐ See *Additional File Numbers And Offenses* on Side Two, for which appearance is secured by this Bond.

☒ **Unsecured Appearance Bond** - I, the undersigned defendant, acknowledge that my personal representatives and I are bound to pay the State of North Carolina the sum shown above, subject to the conditions of this Bond stated on the reverse side.

### DEFENDANT AND SURETY SIGNATURES

| Date Of Execution Of Bond<br>02/23/2023 | Signature Of Defendant (required for all appearance bonds)<br>*Paulino Castellanos* |
|---|---|
| Signature Of Surety | Signature Of Surety |

| **SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME** | **SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME** |
|---|---|
| Date<br>02/23/2023      Signature | Date      Signature |
| ☒ Magistrate ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court<br>☐ Custodian Of Detention Facility [G.S. 15A-537(c)] | ☐ Magistrate ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court<br>☐ Custodian Of Detention Facility [G.S. 15A-537(c)] |

NOTE: If cash deposited, see notes on reverse side. (see AOC-CR-238 if release after judgment in superior court)    Original - File<br>(Over)

AOC-CR-201 (ICMS), Rev. 2/21<br>© 2021 Administrative Office of the Courts

Case 1:23-cv-00423-WO-JLW   Document 94-4   Filed 04/09/24   Page 25 of 26

## CONDITIONS

The conditions of this Bond are that the above named defendant shall appear in the above entitled action(s) whenever required. It is agreed and understood that this Bond is effective and binding upon the defendant and each surety throughout all stages of the proceedings in the trial divisions of the General Court of Justice until the entry of judgment in the district court from which no appeal is taken or until the entry of judgment in the superior court, unless terminated earlier by operation of law or order of the court. If the defendant appears as ordered until termination of the Bond, then the bond is to be void, but if the defendant fails to appear as required, the Court will forfeit the bond pursuant to Part 2 of Article 26 of Chapter 15A of the General Statutes.

Each accommodation bondsman, by signing on the reverse or on the attached AOC-CR-201A, states: "I have reached the age of 18 years and am a bona fide resident of North Carolina. Aside from love and affection and release of the above named defendant, I have received no consideration for acting as surety. I own sufficient property over and above all liabilities, homestead and other exemptions allowed me by law to enable me to pay this Bond should it be ordered forfeited. I understand that if I sign this Bond without sufficient property, I am guilty of a crime."

## ADDITIONAL FILE NUMBERS AND OFFENSES

*Additional File Numbers And Offenses*

☐ See *Additional File Numbers And Offenses* on attached AOC-CR-201A, Side Two, for which appearance is secured by this Bond.

## AFFIDAVIT

NOTE: *"Professional bondsmen, surety bondsmen [bail agents], and runners shall file with the clerk of court having jurisdiction over the principal an affidavit on a form furnished by the Administrative Office of the Courts." G.S. 58-71-140(d). Check all options that apply.*

☐ 1. I have not, nor has anyone for my use, been promised or received any collateral, security or premium for executing this Bond.

☐ 2. I have been promised a premium in the amount shown below, which is due on the date shown below.

☐ 3. I have received a premium in the amount shown below.

☐ 4. I have been given collateral security by the person named below, of the nature and in the amount shown below.

| Amount Of Premium Promised | Date Premium Due | Amount Of Premium Received |
|---|---|---|
| $ | | $ |

| Name Of Person From Whom Collateral Received | Nature Of Collateral | Value |
|---|---|---|
| | | |

**AFFIX BONDSMAN'S SEAL OR POWER OF ATTORNEY CERTIFICATE HERE**

## RETURN OF CUSTODIAN OF DETENTION FACILITY

The defendant named on the reverse was released from my custody on the date shown below upon the execution of this Appearance Bond.

| Date Defendant Released | Name Of Custodian (type or print) | Signature Of Custodian | |
|---|---|---|---|
| 2/23/23 | Covington | *(signature)* | ☐ Sheriff  ☐ Deputy Sheriff  ☑ Other Jail |

**NOTES ON CASH BONDS:**
(1) *To Official Taking The Bond. Use this form for all cash bonds. Complete this form as follows:*
   ***When Cash Deposited By Defendant Or By Another Person Who Intends For The Cash To Be Used To Satisfy The Defendant's Obligations.***
   *Enter defendant's name, address and telephone number at the top of Side One. Check "Cash Appearance Bond By Defendant." Have defendant sign. Do no more. No other person's name should appear on this form. Enter your name, sign and enter receipt number under "Complete If Cash Deposited." Make receipt out to DEFENDANT, not to any other person.*
   ***When Cash Deposited By Another Person Who Does NOT Intend For The Cash To Be Used To Satisfy The Defendant's Obligations.***
   *Enter defendant's name, address and telephone number at the top of Side One. Check "Surety Appearance Bond." Enter name, address and telephone number of person depositing cash under "Accommodation Bondsman." Have that person sign under "Signature Of Surety." Complete notarization for that person. Enter your name, sign and enter receipt number under "Complete If Cash Deposited." Make receipt out to person depositing the cash.*
(2) *To Bookkeeper. If case disposed without forfeiture, disburse cash as follows: (1) If "Cash Appearance Bond By Defendant" checked on Side One, disburse to defendant or apply to defendant's obligations if court so orders. (2) If "Surety Appearance Bond" is checked on Side One, disburse only to the person(s) named under "Accommodation Bondsman."*
(3) ***Bond By Insurance Company Or Professional Bondsman As Surety Is Same As Cash Except In Child Support.*** *G.S. 15A-531(4) provides that an appearance bond executed by an insurance company or a professional bondsman (or a bail agent or runner on behalf of one of those sureties) is considered the same as a cash deposit, except in child support contempt proceedings for which only cash may satisfy a cash bond requirement.*

AOC-CR-201 (ICMS), Side Two, Rev. 2/21
© 2021 Administrative Office of the Courts