# EXHIBIT 5

Document Type                                                        Page

A. Certificate of True Copy                                          1

B. Portal Docket 20240328                                           2

C. Warrant for Arrest Returned Served                               6

D. Release Order                                                    15

E. Indictment                                                       17

F. Order on Motion for Bond Reduction                              19

G. Request for Arraignment                                          20

H. Notice Bill of Indictment                                        21

I. Appearance Bond                                                  23

# STATE OF NORTH CAROLINA
In The General Court Of Justice

LEE _____ County

## CERTIFICATE OF TRUE COPY

## OFFICE OF THE CLERK OF THE SUPERIOR COURT

As a Clerk of the Superior Court of this County, State of North Carolina, I certify that the attached copies of the documents described below are true and accurate copies of the originals now on file in this office.

*Number And Description Of Attached Documents:*

Records for the case of State v. Castellanos, 23CR 230002-520 (Lee Cnty.). Personal identifying information and victim information has been redacted from documents.

Ex A: Docket sheet (Case Summary, Case Information, Assignment Information, Party Information, Case Events, Dispositions, Hearings, Bond Settings), publicly available on Portal at: https://portal-nc.tylertech.cloud/Portal/.

Ex. B: Warrant for Arrest Returned Served

Ex. C: Release Order

Ex. D: Indictment

Ex. E: Order on Motion for Bond Reduction

Ex. F: Request for Arraignment

Ex. G: Notice Bill of Indictment

Ex. H: Appearance Bond



Witness my hand and the seal of the Superior Court

| | |
|---|---|
| *Date* | 03/28/2024 |
| *Clerk Of Superior Court* | Hon. Susie K. Thomas |
| *Name Of Undersigned Clerk (type or print)* | Hon. Susie K. Thomas |
| *Signature* | Susie K. Thomas |

☐ Deputy CSC  ☐ Assistant CSC  ☒ Clerk Of Superior Court



AOC-G-101, Rev. 3/19
© 2019 Administrative Office of the Courts

Case 1:23-cv-00423-WO-JLW   Document 94-5   Filed 04/09/24   Page 2 of 25

# Case Summary

### Case No. 23CR230002-520

| | | |
|---|---|---|
| **STATE OF NORTH CAROLINA VS PAULINO CASTELLANOS** | §<br>§ | Location: **Lee Superior Court**<br>Filed on: **02/15/2023** |

---

## Case Information

| Offense | Statute | Degree | Offense Date | Filed Date | |
|---|---|---|---|---|---|
| | | | | | Case Type: Criminal |
| | | | | | Case Status: **02/15/2023** Pending |
| 1. INDECENT LIBERTIES WITH CHILD | 14-202.1 | FF | 07/06/2011 | 02/15/2023 | |
| 2. ATTEMPT 1ST DEGREE SEX OFFENSE | 14-27.4 | FB2 | 07/06/2011 | 02/15/2023 | |

**Related Cases**

**Bonds**

| **Unsecured Bond** | #23B007448 |
|---|---|
| 02/23/2023 | Posted |
| Counts: 1, 2 | |

---

## Assignment Information

**Current Case Assignment**

| | |
|---|---|
| Case Number | 23CR230002-520 |
| Court | Lee Superior Court |
| Date Assigned | 02/22/2023 |

---

## Party Information

| Defendant | **CASTELLANOS, PAULINO**<br>322 WINTERLOCKEN DR<br>SANFORD, NC 27330-8904<br>Other<br>Male | |
|---|---|---|
| State | **STATE OF NORTH CAROLINA**<br>Other | **BARTHOLOMEW, TIFFANY MARIE**<br>*Retained* |
| Law Enforcement Officer | **SOTO, I**<br>225 EAST WEATHERSPOON ST<br>LEE County<br>SANFORD, NC 27330 | |

---

## Case Events

| 09/28/2023 | | Index # 20 |
|---|---|---|
| | Judgment/Other | |
| | *MOTION TO MODFY BOND CONDITIONS IS DENIED WITHOUT PREJUDICE.* | |
| | Created: 09/28/2023 11:13 AM | |
| 07/07/2023 | | Index # 19 |
| | Other/Miscellaneous | |

*STATE WITNESS LIST*
Created: 07/07/2023 8:39 AM

| 07/07/2023 | Other/Miscellaneous | Index # 17 |

*CARRY OVER ORDER*
Created: 07/07/2023 8:34 AM

| 07/07/2023 | Other/Miscellaneous | Index # 15 |

*JURY SEATING CHART*
Created: 07/07/2023 8:28 AM

| 07/07/2023 | Other/Miscellaneous | Index # 13 |

*DEFENSE WITNESS LIST*
Created: 07/07/2023 8:23 AM

| 07/07/2023 | Verdict | Index # 11 |

*MISTRIAL*
Created: 07/05/2023 5:48 PM

| 07/05/2023 | Judgment/Other | Index # 12 |

*MOTION FOR MISTRIAL ALLOWED*
Created: 07/05/2023 5:48 PM

| 06/30/2023 | Other/Miscellaneous | Index # 18 |

*CARRY OVER ORDER*
Created: 07/07/2023 8:35 AM

| 06/16/2023 | Other/Miscellaneous | Index # 16 |

*CARRY OVER ORDER*
Created: 07/07/2023 8:30 AM

| 04/12/2023 | Judgment/Other | Index # 10 |

*FORM 305*
Created: 04/12/2023 2:27 PM

| 02/24/2023 | Attachment |

*APPEARANCE BOND*
Created: 02/24/2023 9:23 AM

| 02/23/2023 | Bond Posted | Index # 9 |

Created: 02/23/2023 2:40 PM

| 02/23/2023 | Notice of Return of Bill of Indictment | Index # 8 |

Created: 02/23/2023 12:18 PM

| 02/16/2023 | Other/Miscellaneous | Index # 5 |

*Request for Arraignment*
Created: 02/16/2023 4:02 PM

| 02/15/2023 | Motion for Bond Modification | Index # 4 |

*Judgement Order*
Created: 02/15/2023 3:27 PM

| 02/13/2023 | Indictment Issued | Index # 6 |

Charges:
  1.  INDECENT LIBERTIES WITH CHILD (1118)
  2.  ATTEMPT 1ST DEGREE SEX OFFENSE (1144)
Created: 02/21/2023 11:33 AM

| 02/10/2023 | Warrant for Arrest Returned Served<br>Created: 02/22/2023 4:14 PM | Index # 7 |
| 02/10/2023 | Release Order Issued<br>Created: 02/15/2023 8:21 AM | Index # 2 |
| 02/08/2023 | Warrant For Arrest Issued<br>Created: 02/15/2023 8:12 AM | Index # 1 |

---

## Dispositions

---

02/28/2023   **Disposition**
    2. ATTEMPT 1ST DEGREE SEX OFFENSE
      VD-Superior Dismissals w/o Leave by DA - No Plea Agreement
    Created: 02/28/2023 7:56 PM

---

## Hearings

---

11/04/2024   **Jury Trial**   (10:00 AM)
    Resource: Location 520-0002 Lee Co. Courthouse, Courtroom 2
    Created: 08/29/2023 4:04 PM

09/28/2023   **Administrative Hearing**   (9:30 AM)   (Judicial Officer: GILCHRIST, C WINSTON)
    Resource: Location 520-0002 Lee Co. Courthouse, Courtroom 2
      *Continued*
    Created: 09/10/2023 3:36 PM

08/29/2023   **Administrative Hearing**   (9:30 AM)   (Judicial Officer: GILCHRIST, C WINSTON)
    Resource: Location 520-0002 Lee Co. Courthouse, Courtroom 2
    **MINUTES - 08/29/2023**
    **Jury Trial**   (11/04/2024 at 10:00 AM)
      Resource: Location 520-0002 Lee Co. Courthouse, Courtroom 2
    Created: 08/29/2023 4:04 PM
    Continued;
      *Continued*
    Created: 08/28/2023 2:15 PM

08/28/2023   **Administrative Hearing**   (9:30 AM)   (Judicial Officer: GILCHRIST, C WINSTON)
    Resource: Location 520-0002 Lee Co. Courthouse, Courtroom 2
    **MINUTES - 08/28/2023**
    **Administrative Hearing**   (08/29/2023 at 9:30 AM)   (Judicial Officer: GILCHRIST, C WINSTON)
      Resource: Location 520-0002 Lee Co. Courthouse, Courtroom 2
      *Continued*
    Created: 08/28/2023 2:15 PM
    Continued;
      *Continued*
    Created: 07/06/2023 2:18 PM

06/12/2023   **Jury Trial**   (10:00 AM)   (Judicial Officer: GILCHRIST, C WINSTON)
    Resource: Location 520-0002 Lee Co. Courthouse, Courtroom 2
    03/27/2023 Reset by Court to 06/12/2023
    **MINUTES - 06/12/2023**
    **Administrative Hearing**   (08/28/2023 at 9:30 AM)   (Judicial Officer: GILCHRIST, C WINSTON)
      Resource: Location 520-0002 Lee Co. Courthouse, Courtroom 2
      *Continued*
    Created: 07/06/2023 2:18 PM
    Hearing Held;
      *Hearing Held*
    Created: 03/09/2023 2:35 PM

Case 1:23-cv-00423-WO-JLW   Document 94-5   Filed 04/09/24   Page 5 of 25

## Case Summary

### Case No. 23CR230002-520

02/15/2023 **First Appearance Hearing** (9:00 AM)
          Resource: Location 520-FAPP Lee Co. Courthouse, Courtroom First Appearance
          Created: 02/15/2023 8:28 AM

---

## Bond Settings

02/15/2023 **Bond Setting**
          Set by Judge $75,000.00 Unsecured Bond

---

## Financial Information

| | | |
|---|---|---:|
| **Defendant** | CASTELLANOS, PAULINO | |
| Total Financial Assessment | | 15.00 |
| Total Payments and Credits | | 0.00 |
| **Balance Due as of 03/28/2024** | | **15.00** |
| 03/24/2023 Transaction Assessment | | 15.00 |

Case 1:23-cv-00423-WO-JLW   Document 94-5   Filed 04/09/24   Page 6 of 25

| File No. 23CR230002-520 | Law Enforcement Case No. 17005929 | LID No. | SID No. | FBI No. | |
|---|---|---|---|---|---|
| **WARRANT FOR ARREST** | SANFORD POLICE DEPARTMENT | | | | |

**THE STATE OF NORTH CAROLINA VS.**

Name And Address Of Defendant
PAULINO CASTELLANOS
322 WINTERLOCKEN DR

SANFORD NC 27330-8904
Lee COUNTY

## STATE OF NORTH CAROLINA

LEE County

In The General Court Of Justice
District Court Division

| | | | | | OFFENSE(S) (see AOC-CR-100 Continuation(s) for charging text) | | | |

| Count No. | Offense | Offense in Violation Of G.S. | Offense Code |
|---|---|---|---|
| 1 | **F - INDECENT LIBERTIES WITH CHILD** | 14-202.1 | 1118 |
| 2 | **F - ATTEMPT 1ST DEGREE SEX OFFENSE** | 14-27.4 | 1144 |

| Race U | Sex M | Date Of Birth 06/09/1956 | Age 66 |
|---|---|---|---|

Social Security No./Tax ID No. | Drivers License No. & State

Name Of Defendant's Employer

Date Of Offense 07/06/2011 | ☐ Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan

Date Of Arrest & Check Digit No. (as shown on fingerprint card)

Complainant Name (and address, if Complainant is an officer)
I. Soto
SANFORD POLICE DEPARTMENT
225 East Weatherspoon St

SANFORD NC 27330
LEE

Witness Information

**TO ANY OFFICER WITH AUTHORITY AND JURISDICTION TO EXECUTE A WARRANT FOR ARREST FOR THE OFFENSE(S) CHARGED IN THIS WARRANT:**
I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully, and feloniously did commit the offense(s) set forth above and on the attached AOC-CR-100 Continuation(s), which is (are) incorporated by reference. This act(s) was in violation of the law referred to in this Warrant For Arrest. This Warrant For Arrest is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Date Issued 02/08/2023 | Name Of Issuing Official Harry Stryffeler | Signature | ☒ Magistrate ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court ☐ District Court Judge ☐ Superior Court Judge |
|---|---|---|---|

| Location Of Court | | Court Date | Court Time |
|---|---|---|---|

**WAIVER OF PROBABLE CAUSE HEARING**

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant | Name Of Attorney | Signature Of Attorney |
|---|---|---|---|

AOC-CR-100, Rev. 1/23, © 2023 Administrative Office of the Courts

0006
(Over)
Original

VRA

| STATE VERSUS | LEE County | File No. 23CR230002-520 |
|---|---|---|

**Name Of Defendant**
PAULINO CASTELLANOS

**Date Of Issuance Of Warrant For Arrest**
02/08/2023

**NOTE:** *Use this page to set forth the charging text for each offense listed on the AOC-CR-100. G.S. 15A-924(a)(5).*

| OFFENSES (continued) |
|---|

**Count 1.** Offense: **F - INDECENT LIBERTIES WITH CHILD**

Charging Text For This Count
On or about the date of offense shown and in the county named above the defendant unlawfully, willfully, and feloniously did take and attempt to take immoral, improper, and indecent liberties with Y.C. , who was under the age of 16 years at the time, for the purpose of arousing and gratifying sexual desire. At the time, the defendant was over 16 years of age and at least five years older than that child. In violation of G.S. 14-202.1(a)(I).

**Count 2.** Offense: **F - ATTEMPT 1ST DEGREE SEX OFFENSE**

Charging Text For This Count
On or about the date of offense shown and in the county named above the defendant unlawfully, willfully, and feloniously did attempt to engage in a sex offense with Y.C. , by force and against that victim's will.

AOC-CR-100 Continuation, Rev. 1/23
© 2023 Administrative Office of the Courts

0007
Original

Continuation Page _____ of _____ Continuation Pages

Case 1:23-cv-00423-WO-JLW   Document 94-5   Filed 04/09/24   Page 8 of 25

| STATE VERSUS | LEE County | File No. 23CR230002-520 |
|---|---|---|

**Name Of Defendant**
PAULINO CASTELLANOS

**Date Of Issuance Of Warrant For Arrest**
02/08/2023

**NOTE:** *Use this page to set forth the charging text for each offense listed on the AOC-CR-100. G.S. 15A-924(a)(5).*

## OFFENSES (continued)

**Count 3. Offense:**

*Charging Text For This Count*

**Count 4. Offense:**

*Charging Text For This Count*

AOC-CR-100 Continuation, Rev. 1/23
© 2023 Administrative Office of the Courts

0008
Original

Continuation Page ____ of ____ Continuation Pages

Case 1:23-cv-00423-WO-JLW   Document 94-5   Filed 04/09/24   Page 9 of 25

| STATE VERSUS | LEE _____ County | File No. 23CR230002-520 |
|---|---|---|

**STATE VERSUS**

Name Of Defendant
PAULINO CASTELLANOS

Date Of Issuance Of Warrant For Arrest
02/08/2023

**NOTE:** *Use this page to set forth the charging text for each offense listed on the AOC-CR-100. G.S. 15A-924(a)(5).*

| | OFFENSES (continued) | |
|---|---|---|

**Count 5.   Offense:**

Charging Text For This Count

**Count 6.   Offense:**

Charging Text For This Count

AOC-CR-100 Continuation, Rev. 1/23
© 2023 Administrative Office of the Courts

0009
Original

**Continuation Page ____ of ____ Continuation Pages**

| | | |
|---|---|---|
| **STATE VERSUS** | LEE _____ County | **File No.** 23CR230002-520 |

| | |
|---|---|
| Name Of Defendant<br>PAULINO CASTELLANOS | **NOTE:** *Use this page to set forth the charging text for each offense listed on the AOC-CR-100. G.S. 15A-924(a)(5).* |
| Date Of Issuance Of Warrant For Arrest<br>02/08/2023 | |

| OFFENSES (continued) | |
|---|---|

**Count 7.    Offense:**

Charging Text For This Count

**Count 8.    Offense:**

Charging Text For This Count

Case 1:23-cv-00423-WO-JLW   Document 94-5   Filed 04/09/24   Page 11 of 25

| STATE VERSUS | | LEE ____ County | File No. 23CR230002-520 |
|---|---|---|---|

**Name Of Defendant**
PAULINO CASTELLANOS

**Date Of Issuance Of Warrant For Arrest**
02/08/2023

**NOTE:** *Use this page to set forth the charging text for each offense listed on the AOC-CR-100. G.S. 15A-924(a)(5).*

| OFFENSES (continued) | |
|---|---|

**Count 9.    Offense:**

*Charging Text For This Count*

**Count 10.    Offense:**

*Charging Text For This Count*

Case 1:23-cv-00423-WO-JLW   Document 94-5   Filed 04/09/24   Page 12 of 25

| STATE VERSUS | _____ LEE _____ County | File No. 23CR230002-520 |
|---|---|---|

Name Of Defendant
PAULINO CASTELLANOS

Date Of Issuance Of Warrant For Arrest
02/08/2023

If the Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon.

## RETURN OF SERVICE

I certify that the Warrant For Arrest issued in this case on the date noted above for the defendant named above, was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|
| 2/10/23 | 2/10/23 | 11:06 AM | 2/10/23 |

☒ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official
Magistrate Stryffeler

☐ The Warrant WAS NOT served for the following reason:

Signature Of Officer Making Return
M. Bullock

Name Of Officer (type or print)
M. Bullock

Department Or Agency Of Officer
Sanford Police Department

## REDELIVERY/REISSUANCE

| Date | Name Of Clerk (type or print) | Signature Of Clerk | |
|---|---|---|---|

☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court

## RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that the Warrant For Arrest issued in this case on the date noted above for the defendant named above, was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ The Warrant WAS NOT served for the following reason:

Signature Of Officer Making Return

Name Of Officer (type or print)

Department Or Agency Of Officer

AOC-CR-100 Return, Rev. 1/23
© 2023 Administrative Office of the Courts

0012

Original

| **STATE VERSUS** | | LEE _____ County | File No. 23CR230002-520 |
|---|---|---|---|

Name Of Defendant
PAULINO CASTELLANOS

Date Of Issuance Of Warrant For Arrest
02/08/2023

**NOTE:** *Use this page to enter judgment on a Warrant For Arrest. Use this Judgment page only if imposing a single, consolidated judgment for all offenses of conviction charged under this file number. Do not use this Judgment page to impose sentence: (i) if imposing separate judgments for separate offenses of conviction charged under this file number; (ii) to impose supervised probation; or (iii) for DWI sentences under G.S. 20-179. For DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). For structured sentencing offenses, use AOC-CR-602 (active) or AOC-CR-604 (probation).*

## JUDGMENT

| District Attorney | ☐ Def. Waived Attorney ☐ Def. Found Not Indigent ☐ Def. Denied Appointed Counsel | Attorney For Defendant | ☐ Appointed ☐ Retained | **PRIOR CONVICTIONS:** No./Level: 0 ☐ I (0) ___ ☐ II (1-4) ___ ☐ III (5+) |
|---|---|---|---|---|

**OFFENSES:** The following offenses, which are set forth by Count No. in the Warrant For Arrest issued in this case on the date noted above for the defendant named above, are the subject of this Judgment:

**Count 1** PLEA: ☐ guilty ☐ not guilty ☐ no contest _____  VERDICT: ☐ guilty ☐ not guilty _____  M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 2** PLEA: ☐ guilty ☐ not guilty ☐ no contest _____  VERDICT: ☐ guilty ☐ not guilty _____  M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 3** PLEA: ☐ guilty ☐ not guilty ☐ no contest _____  VERDICT: ☐ guilty ☐ not guilty _____  M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 4** PLEA: ☐ guilty ☐ not guilty ☐ no contest _____  VERDICT: ☐ guilty ☐ not guilty _____  M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 5** PLEA: ☐ guilty ☐ not guilty ☐ no contest _____  VERDICT: ☐ guilty ☐ not guilty _____  M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 6** PLEA: ☐ guilty ☐ not guilty ☐ no contest _____  VERDICT: ☐ guilty ☐ not guilty _____  M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 7** PLEA: ☐ guilty ☐ not guilty ☐ no contest _____  VERDICT: ☐ guilty ☐ not guilty _____  M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 8** PLEA: ☐ guilty ☐ not guilty ☐ no contest _____  VERDICT: ☐ guilty ☐ not guilty _____  M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 9** PLEA: ☐ guilty ☐ not guilty ☐ no contest _____  VERDICT: ☐ guilty ☐ not guilty _____  M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 10** PLEA: ☐ guilty ☐ not guilty ☐ no contest _____  VERDICT: ☐ guilty ☐ not guilty _____  M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

(Over)

Name Of Defendant

PAULINO CASTELLANOS

**NOTE:** *Use this Judgment page only if imposing a single, consolidated judgment for all offenses of conviction charged under this file number. Do not use this Judgment page to impose sentence: (i) if imposing separate judgments for separate offenses of conviction charged under this file number; (ii) to impose supervised probation; or (iii) for DWI sentences under G.S. 20-179. For DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). For structured sentencing offenses, use AOC-CR-602 (active) or AOC-CR-604 (probation).*

## JUDGMENT (continued)

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the plea(s) on Side One. On the verdict(s) from Side One, it is **ORDERED** that all offenses of conviction, if more than one, be consolidated for judgment with Count No. _____ (list count of lead offense) and that the defendant:

☐ pay the following fine/penalty and costs:

| Amount Of Fine/Penalty | Costs |
|---|---|
| $ | $ |

☐ be imprisoned for a term of _____ days in custody of the ☐ sheriff. ☐ MCP. ☐ Other:* _____. Pretrial credit _____ days served.

☐ Work release ☐ is recommended. ☐ is not recommended. **(NOTE:** *To order work release, use form AOC-CR-602 to impose judgment.)*

☐ The Court finds that a ☐ longer ☐ shorter period of probation than that which is specified in G.S. 15A-1343.2(d) is necessary.

☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions:
1. commit no criminal offense in any jurisdiction. 2. possess no firearm, explosive or other deadly weapon listed in G.S. 14-269.
3. remain gainfully and suitably employed, or faithfully pursue a course of study or of vocational training that will equip the defendant for suitable employment and abide by all rules of the institution.
4. satisfy child support and family obligations, as required by the Court. 5. Submit to the taking of digitized photographs, including photographs of the defendant's face, scars, marks, and tattoos, to be included in the defendant's records. 6. pay to the Clerk the costs of court and any additional sums shown below.

| Costs | Fine | Restitution** | Attorney's Fee | Community Service Fee | Other | Total Amount Due |
|---|---|---|---|---|---|---|
| $ | $ | $ | $ | $ | $ | $ |

**Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (NOTE TO CLERK: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, *Certification Of Identity (Victims' Restitution)/ Certification Of Identity (Witness Attendance).*)

☐ 7. complete _____ hours of community service during the first _____ days of probation, as directed by the judicial services coordinator, and pay the fee prescribed by G.S. 143B-1483 within _____ days.

☐ 8. not be found in or on the premises of the complainant or _____.

☐ 9. not assault, communicate with or be in the presence of the complainant or _____.

☐ 10. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319 required)

☐ 11. Other: _____
_____
_____
_____

☐ The Court finds just cause to waive costs as ordered on attached ☐ AOC-CR-415. ☐ AOC-CR-618. ☐ Other: _____.

It is **ORDERED** that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____.
☐ sentence is to run at the expiration of the sentence in _____.

☐ **COMMITMENT:** It is **ORDERED** that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

**PROBABLE CAUSE:** ☐ Probable cause is found as to all Counts except _____, and the defendant is bound over to Superior Court for action by the grand jury.
☐ No probable cause is found as to Count(s) _____ of this Warrant and the Count(s) is dismissed.

| Date | Name Of District Court Judge Or Magistrate (type or print) | Signature Of District Court Judge Or Magistrate |
|---|---|---|
| | | |

## APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the ☐ District ☐ Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Name Of District Court Judge Or Magistrate (type or print) | Signature Of District Court Judge Or Magistrate |
|---|---|---|
| | | |

## CERTIFICATION

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | |
|---|---|---|---|
| | | | ☐ Dep. CSC ☐ Asst. CSC ☐ Clerk Of Superior Court |

0014

AOC-CR-100 Judgment, Side Two, Rev. 1/23, © 2023 Administrative Office of the Courts

Original

**STATE OF NORTH CAROLINA**

_____ LEE _____ County

File No.
23CRS230002-520

In The General Court Of Justice
☒ District ☐ Superior Court Division

| | |
|---|---|
| **STATE VERSUS** | |

_Name And Address Of Defendant_
PAULINO CASTELLANOS
322 WINTERLOCKEN DR

SANFORD                    NC        27330

**CONDITIONS OF RELEASE
AND RELEASE ORDER**

G.S. Chapter 15A, Art. 25, 26

| Process No. | Amount Of Bond |
|---|---|
| # | $        75,000.00 |

_File Numbers And Offenses_
23CR230002   F INDECENT LIBERTIES WITH A CHILD; ATT 1ST DEG SEX OFF

☐ See Attachment.

| _Location Of Court_ | | | | |
|---|---|---|---|---|
| SANFORD NC ROOM 001 | ☒ District ☐ Superior | _Date_ 02/13/2023 | _Time_ 09:00 ☒ AM ☐ PM | |

**To The Defendant Named Above,** you are ORDERED to appear before the Court as provided above and at all subsequent continued dates. If you fail to appear, you will be arrested and you may be charged with the crime of willful failure to appear. You also may be arrested without a warrant if you violate any condition of release in this Order or in any document incorporated by reference.

The defendant has been advised of charge(s) against him/her and his/her right to communicate with counsel and friends.
☒ Your release is authorized upon execution of your: ☐ WRITTEN PROMISE to appear ☐ UNSECURED BOND in the amount shown above
☐ CUSTODY RELEASE ☒ SECURED BOND in the amount shown above (**NOTE:** _Give a copy of this order to any surety who posts bond._)
☐ HOUSE ARREST with ELECTRONIC MONITORING administered by _(agency)_ _____ and the SECURED
   BOND above. You may leave your residence for the purpose(s) of ☐ employment ☐ counseling ☐ course of study ☐ vocational training
   HAVE NO CONTACT WITH ANY PROSECUTION WITNESS

☐ Your release is not authorized.
☐ The defendant is required to provide _(check all that apply)_ ☐ fingerprints under G.S. 15A-502. ☐ a DNA sample under G.S. 15A-266.3A.
   Prior to release, the defendant shall provide his/her _(check all that apply)_ ☐ fingerprints. ☐ DNA sample.
☐ The defendant has been ☐ (i) charged with a felony while on probation _(complete AOC-CR-272, Side One)_. ☐ (ii) arrested for violation of probation
   with a pending felony charge or prior conviction requiring registration under G.S. 14, Article 27A _(complete AOC-CR-272, Side Two)_.
☐ This Order is entered upon defendant's warrantless arrest for violation of conditions of release entered previously for the above-captioned case in the
   Order dated _____.
☐ The defendant is charged with an offense subject to G.S. 15A-534.1, and no judge has acted under that statute within 48 hours of defendant's arrest.
☐ The defendant was arrested or surrendered after failing to appear as required under a prior release order.
☐ This was the defendant's second or subsequent failure to appear in this case.
☐ Your release is subject to the conditions as shown on the attached ☐ AOC-CR-242. ☐ AOC-CR-270. ☐ AOC-CR-630. ☐ AOC-CR-631.
   ☐ AOC-CR-660. ☐ Other: _____.

_Additional Information_

| _Date_ 02/10/2023 | _Name Of Judicial Official_ H B STRYFFELER | _Signature Of Judicial Official_ H B STRYFFELER | ☒ Magistrate ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court ☐ DC Judge ☐ SC Judge |
|---|---|---|---|

**ORDER OF COMMITMENT**

**To The Custodian Of The Detention Facility Named Below,** you are ORDERED to receive in your custody the defendant named above who may be released if authorized above. If the defendant is not sooner released, you are ORDERED to: ☒ produce him/her in Court as provided above.
☐ hold him/her ☐ as provided on the attached AOC-CR-272. ☐ for the following purpose: _____.

☐ _[for charges covered by G.S. 15A-534.1 (domestic violence) or 15A-534.7 (threat of mass violence)]_ produce him/her at the first session of District or Superior Court held in
   this county after the entry of this Order or, if no session is held before _(enter date and time 48 hours after time of arrest)_ _____, _____,
   ☐ AM ☐ PM   produce him/her before a magistrate of this county at that time to determine conditions of pretrial release.

| _Name Of Detention Facility_ LEE COUNTY JAIL | _Date_ 02/10/2023 | _Name Of Judicial Official_ H B STRYFFELER | _Signature Of Judicial Official_ H B STRYFFELER |
|---|---|---|---|

AOC-CR-200, Rev. 2/21, © 2021 Administrative Office of the Courts

(Over)

Case 1:23-cv-00423-WO-JLW   Document 94-5   Filed 04/09/24   Page 16 of 25

## WRITTEN PROMISE TO APPEAR OR CUSTODY RELEASE

I, the undersigned, promise to appear at all hearings, trials or otherwise as the Court may require and to abide by any restrictions set out above. I understand and agree that this promise is effective until the entry of judgment in the District Court from which no appeal is taken or until the entry of judgment in Superior Court. If I am released to the custody of another person, I agree to be placed in that person's custody, and that person agrees by his/her signature to supervise me.

| Date | Signature Of Defendant | Signature Of Person Agreeing To Supervise Defendant |
|---|---|---|
| | | |
| Name Of Person Agreeing To Supervise Defendant (type or print) | | Address Of Person Agreeing To Supervise Defendant |

## DEFENDANT RELEASED ON BAIL

| Date | Time | Signature Of Custodian |
|---|---|---|
| | ☐ AM  ☐ PM | |

## CONDITIONS OF RELEASE MODIFICATIONS

The Conditions of Release on the reverse are modified as follows:

| Modification | Date | Signature Of Judicial Official |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## SUPPLEMENTAL ORDERS FOR COMMITMENT

The defendant is next Ordered produced in Court as follows:

| Date | Time | Place | Purpose | Signature Of Judicial Official |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DEFENDANT RECEIVED BY DETENTION FACILITY

| Date | Time | Signature Of Custodian |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

## DEFENDANT RELEASED FOR COURT APPEARANCE

| Date | Time | Signature Of Custodian |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**NOTE TO CUSTODIAN:** *This form shall accompany the defendant to court for all appearances.*

AOC-CR-200, Side Two, Rev. 2/21
© 2021 Administrative Office of the Courts

0016

# STATE OF NORTH CAROLINA

LEE _____ County

In The General Court Of Justice
Superior Court Division

| STATE VERSUS |
| --- |

Name And Address Of Defendant
PAULINO CASTELLANOS
322 WINTERLOCKEN DRIVE
SANFORD, NC 27330

## INDICTMENT

☐ This is a superseding indictment.

| Race | Sex | Date Of Birth |
| --- | --- | --- |
| U | M | 06/09/1956 |

| Offense(s) | Date Of Offense OR Date Range Of Offense | G.S. No. | CL. |
| --- | --- | --- | --- |
| **I.** INDECENT LIBERTIES | 7/6/2011 - 8/9/2017 | 14-202.1 | F |
| **II.** | | | |
| **III.** | | | |

I. The jurors for the State upon their oath present that on or about the date(s) of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did

take and attempt to take immoral, improper, and indecent liberties with Y.C., who was under the age of 16 years at the time, for the purpose of arousing and gratifying sexual desire. At the time, the defendant was over 16 years of age and at least five years older than that child.

II. And the jurors for the State upon their oath present that on or about the date(s) of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did

23CR230002-520
IND          6
Indictment Issued
4639

(Over)

III. And the jurors for the State upon their oath present that on or about the date(s) of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did

Signature Of Prosecutor

**WITNESSES**

| | |
|---|---|
| ☒ I. SOTO, SANFORD POLICE DEPARTMENT | ☐ |
| ☐ | ☐ |
| ☐ | ☐ |
| ☐ | ☐ |

The Witnesses marked "X" were sworn by the undersigned Foreperson of the Grand Jury and, after hearing testimony, this Bill was found to be:

☒ A TRUE BILL by twelve or more grand jurors, and I the undersigned Foreperson of the Grand Jury, attest the concurrence of twelve or more grand jurors in this Bill of Indictment.

☐ NOT A TRUE BILL.

Date
02/13/2023

Signature Of Grand Jury Foreperson

# STATE OF NORTH CAROLINA

_____ Lee _____ County

**NOTE:** *The AOC-CR-645 (Optional Form For Criminal Judgment (District Court)) and other criminal judgment forms are available for use in district court cases. For superior court cases, other criminal judgment forms are available for use.*

File No.
23CR230002-520

In The General Court Of Justice
☐ District  ☒ Superior Court Division

## STATE VERSUS

Name Of Defendant
Paulino Castellanos

| Race | Sex | Date Of Birth |
|------|-----|---------------|
| H | Male | 06/09/1956 |

### JUDGMENT/ORDER OR OTHER DISPOSITION

Attorney For State
Tiffany Barthalomew

☐ Def. Found Not Indigent  ☐ Def. Waived Attorney  ☐ Attorney Denied

Attorney For Defendant
Nicolle T.Phair

☒ Appointed
☐ Retained

Crt Rptr Initials

*Offense(s)*
Bond reduction to $75,000.00 UNSECURED. With Pre trial release with electronic monitoring

Defendant may have leave for medical appointment with prior notice.  Defendant shall no contact with the victim.  Defendant held until EM available.

## SIGNATURE OF JUDGE

| Date | Name Of Presiding Judge (type or print) | Signature Of Presiding Judge |
|------|----------------------------------------|------------------------------|
| 2/15  02/15/2023 | Craig Croom | |

*Material opposite unmarked squares is to be disregarded as surplusage.*

AOC-CR-305, Rev. 2/21
© 2021 Administrative Office of the Courts

0019

Electronically F

NORTH CAROLINA
LEE COUNTY

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
FILE NO.: 23CR230002520

STATE OF NORTH CAROLINA   )
                        )
        vs         )    REQUEST FOR ARRAIGNMENT
                        )
PAULINO CASTELLANOS,   )
     Defendant.       )

     NOW COMES the Defendant, Paulino Castellanos, by and through the undersigned counsel, Nicolle T. Phair, pursuant to the "Law of the Land" Clause of Article I, Sections 19, 23 and 27 of the North Carolina Constitution, the Fifth, Sixth, Eighth, and Fourteenth Amendments to the United States Constitution, and N.C. Gen. Stat. § 15A- 941, 952, 953 and hereby submits this written request for arraignment.

This the 15th day of February 2023.

THE PHAIR FIRM

BY: *Nicolle T. Phair*

Nicolle T. Phair
Attorney for the Defendant
P.O. Box 1213
Sanford, NC 27331
919-718-0078

CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day served the attached Request for Arraignment to the following person in this cause by:

     __X__ Hand delivering a copy thereof by: Electronic Service

Lee County District Attorney
1400 South Horner Blvd.
Sanford, NC 27331

This the 16th day of February 2023.

BY: *Nicolle T. Phair*
Nicolle T. Phair

# STATE OF NORTH CAROLINA

Lee County

| | |
|---|---|
| **File No.** | |
| 23CR230002-520 | |

In The General Court Of Justice
Superior Court Division

| STATE VERSUS | NOTICE OF RETURN OF BILL OF INDICTMENT |
|---|---|
| *Name And Address Of Defendant*<br>PAULINO CASTELLANOS<br>322 WINTERLOCKEN DR<br>SANFORD NC 27330-8904 | |

G.S. 15A-630, 15A-941(d)

**To The Defendant Named Above:**

Take notice that the grand jury of the county named above has returned the attached True Bill(s) of Indictment charging you with the offense(s) specified.

You are informed that there are important time limitations on your right to discovery of the evidence against you. *(See G.S. 15A-902, which is printed on the reverse.)*

This Notice is issued upon the order of the presiding judge.

You will be arraigned on the charges contained in this Indictment only if you file a written request for arraignment with the Clerk of Superior Court not later than twenty-one (21) days after the Indictment is served on you. If you do not file a written request for arraignment within that time, the court will enter a not guilty plea on your behalf.

You must appear in Superior Court at the date, time and place shown below to answer the charges in this Indictment.
**NOTE:** *If an earlier court date is set in a release order, you must appear at that time also.*

| Date Of Hearing | Time Of Hearing | Place Of Hearing |
|---|---|---|
| 3/13/2023 | 9:30 AM | Lee Superior Court 0002-Lee County Courthouse |

| **NOTE:** *Attach True Bill(s) of Indictment and a copy of the Order of Arrest, if appropriate.* | Date Issued<br>2/23/2023 |
|---|---|
| | Signature<br>/s/ Angie Clark |
| | Assistant Clerk |

## CERTIFICATE OF NOTICE

I certify that I issued a copy of this Notice to the defendant named above at the address shown by:

☒ 1. Mailing it through the U.S. Postal Service.

☐ 2. Attaching it to an Order for Arrest to be served on the defendant.

    **NOTE TO COURT:** *An Order for Arrest shall **not** be issued for an indicted juvenile whose case began in juvenile court and for which the district court has not yet entered an order for transfer to superior court pursuant to G.S. 7B-2200 or G.S. 7B-2200.5(a)(1).*
    *An Order for Arrest may be issued for a juvenile indicted and subject to adult criminal court jurisdiction:*
- *pursuant to G.S. 7B-1501(7)b. (indicted for Chapter 20 motor vehicle offense).*
- *pursuant to G.S. 7B-1604(b) (i.e., the 'once an adult, always an adult' rule), based on a prior criminal conviction as an adult for*
  - *(i) any felony or*
  - *(ii) any non-motor vehicle misdemeanor or*
  - *(iii) any misdemeanor or infraction involving impaired driving as defined in G.S. 20-4.01(24a).*

☐ 3. Other: *(specify)*

| Date | Signature | |
|---|---|---|
| 2/23/2023 | /s/ Angie Clark | Assistant Clerk |

Original-File  Copy-Defendant
(Over)

AOC-CR-215 (ICMS), Rev. 12/19
© 2019 Administrative Office of the Courts

### G.S. 15A-902 Discovery Procedure

"(a)  A party seeking discovery under this Article must, before filing any motion before a judge, request in writing that the other party comply voluntarily with the discovery request. A written request is not required if the parties agree in writing to voluntarily comply with the provisions of Article 48 of Chapter 15A of the General Statutes. Upon receiving a negative or unsatisfactory response, or upon the passage of seven days following the receipt of the request without response, the party requesting discovery may file a motion for discovery under the provisions of this Article concerning any matter as to which voluntary discovery was not made pursuant to request.

(b)  To the extent that discovery authorized in this Article is voluntarily made in response to a request or written agreement, the discovery is deemed to have been made under an order of the court for the purposes of this Article.

(c)  A motion for discovery under this Article must be heard before a superior court judge.

(d)  If a defendant is represented by counsel, the defendant may as a matter of right request voluntary discovery from the State under subsection (a) of this section not later than the tenth working day after either the probable-cause hearing or the date the defendant waives the hearing. If a defendant is not represented by counsel, or is indicted or consents to the filing of a bill of information before the defendant has been afforded or waived a probable-cause hearing, the defendant may as a matter of right request voluntary discovery from the State under subsection (a) of this section not later than the tenth working day after the later of:

(1) The defendant's consent to be tried upon a bill of information, or the service of notice upon the defendant that a true bill of indictment has been found by the grand jury, or

(2) The appointment of counsel.

For the purposes of this subsection a defendant is represented by counsel only if counsel was retained by or appointed for the defendant prior to or during a probable-cause hearing or prior to execution by the defendant of a waiver of a probable-cause hearing.

(e)  The State may as a matter of right request voluntary discovery from the defendant, when authorized under this Article, at any time not later than the tenth working day after disclosure by the State with respect to the category of discovery in question.

(f)  A motion for discovery made at any time prior to trial may be entertained if the parties so stipulate or if the judge for good cause shown determines that the motion should be allowed in whole or in part."


### G.S. 15A-941(d) Arraignment Before Judge Only Upon Written Request

"(d)  A defendant will be arraigned in accordance with this section only if the defendant files a written request with the clerk of superior court for an arraignment not later than 21 days after service of the bill of indictment. If a bill of indictment is not required to be served pursuant to G.S. 15A-630, then the written request for arraignment must be filed not later than 21 days from the date of the return of the indictment as a true bill. Upon the return of the indictment as a true bill, the court must immediately cause notice of the 21-day time limit within which the defendant may request an arraignment to be mailed or otherwise given to the defendant and to the defendant's counsel of record, if any. If the defendant does not file a written request for arraignment, then the court shall enter a not guilty plea on behalf of the defendant."

AOC-CR-215 (ICMS), Side Two, Rev. 12/19
© 2019 Administrative Office of the Courts

Case 1:23-cv-00423-WO-JLW   Document 94-5   Filed 04/09/24   Page 23 of 25

| STATE OF NORTH CAROLINA | File No. 23CR230002-520 | |
|---|---|---|
| Lee County for Lee County | In The General Court Of Justice<br>Superior Court Division | |

**APPEARANCE BOND**
**FOR**
**PRETRIAL RELEASE**

G.S. 15A-531, 15A-534, 15A-544.2

| Name And Mailing Address Of Defendant | | | |
|---|---|---|---|
| CASTELLANOS, PAULINO<br>322 WINTERLOCKEN DR<br>SANFORD NC 27330-8904 | | | |

| Telephone No. Of Defendant | Total Bond Required<br>75,000.00 | Amount Of This Bond<br>75,000.00 | Bond No.<br>23B007448 |
|---|---|---|---|

| File Numbers And Offenses | |
|---|---|
| 23CR230002-520 | INDECENT LIBERTIES WITH CHILD |
| | ATTEMPT 1ST DEGREE SEX OFFENSE |

☐ See *Additional File Numbers And Offenses* on Side Two, for which appearance is secured by this Bond.

☒ **Unsecured Appearance Bond** - I, the undersigned defendant, acknowledge that my personal representatives and I are bound to pay the State of North Carolina the sum shown above, subject to the conditions of this Bond stated on the reverse side.

## DEFENDANT AND SURETY SIGNATURES

| Date Of Execution Of Bond<br>02/23/2023 | Signature Of Defendant (required for all appearance bonds)<br>*Paulino Castellanos* |
|---|---|
| Signature Of Surety | Signature Of Surety |

| SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME | SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME |
|---|---|
| Date 02/23/2023  Signature | Date  Signature |
| ☒ Magistrate ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court<br>☐ Custodian Of Detention Facility [G.S. 15A-537(c)] | ☐ Magistrate ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court<br>☐ Custodian Of Detention Facility [G.S. 15A-537(c)] |

NOTE: *If cash deposited, see notes on reverse side.* (see AOC-CR-238 if release after judgment in superior court)
AOC-CR-201 (ICMS), Rev. 2/21
© 2021 Administrative Office of the Courts

Original - File
(Over)

Case 1:23-cv-00423-WO-JLW   Document 94-5   Filed 04/09/24   Page 24 of 25

## CONDITIONS

The conditions of this Bond are that the above named defendant shall appear in the above entitled action(s) whenever required. It is agreed and understood that this Bond is effective and binding upon the defendant and each surety throughout all stages of the proceedings in the trial divisions of the General Court of Justice until the entry of judgment in the district court from which no appeal is taken or until the entry of judgment in the superior court, unless terminated earlier by operation of law or order of the court. If the defendant appears as ordered until termination of the Bond, then the bond is to be void, but if the defendant fails to appear as required, the Court will forfeit the Bond pursuant to Part 2 of Article 26 of Chapter 15A of the General Statutes.

Each accommodation bondsman, by signing on the reverse or on the attached AOC-CR-201A, states: "I have reached the age of 18 years and am a bona fide resident of North Carolina. Aside from love and affection and release of the above named defendant, I have received no consideration for acting as surety. I own sufficient property over and above all liabilities, homestead and other exemptions allowed me by law to enable me to pay this Bond should it be ordered forfeited. I understand that if I sign this Bond without sufficient property, I am guilty of a crime."

## ADDITIONAL FILE NUMBERS AND OFFENSES

*Additional File Numbers And Offenses*

☐ See *Additional File Numbers And Offenses* on attached AOC-CR-201A, Side Two, for which appearance is secured by this Bond.

## AFFIDAVIT

NOTE: *"Professional bondsmen, surety bondsmen [bail agents], and runners shall file with the clerk of court having jurisdiction over the principal an affidavit on a form furnished by the Administrative Office of the Courts." G.S. 58-71-140(d). Check all options that apply.*

☐ 1. I have not, nor has anyone for my use, been promised or received any collateral, security or premium for executing this Bond.

☐ 2. I have been promised a premium in the amount shown below, which is due on the date shown below.

☐ 3. I have received a premium in the amount shown below.

☐ 4. I have been given collateral security by the person named below, of the nature and in the amount shown below.

| Amount Of Premium Promised | Date Premium Due | Amount Of Premium Received |
| --- | --- | --- |
| $ | | $ |

| Name Of Person From Whom Collateral Received | Nature Of Collateral | Value |
| --- | --- | --- |
| | | |

**AFFIX BONDSMAN'S SEAL OR POWER OF ATTORNEY CERTIFICATE HERE**

## RETURN OF CUSTODIAN OF DETENTION FACILITY

The defendant named on the reverse was released from my custody on the date shown below upon the execution of this Appearance Bond.

| Date Defendant Released | Name Of Custodian (type or print) | Signature Of Custodian | |
| --- | --- | --- | --- |
| 2/23/23 | Covington | *(signature)* | ☐ Sheriff ☐ Deputy Sheriff ☑ Other Jail |

**NOTES ON CASH BONDS:**

(1) **To Official Taking The Bond.** *Use this form for all cash bonds. Complete this form as follows:*
*When Cash Deposited By Defendant Or By Another Person Who Intends For The Cash To Be Used To Satisfy The Defendant's Obligations. Enter defendant's name, address and telephone number at the top of Side One. Check "Cash Appearance Bond By Defendant." Have defendant sign. Do no more. No other person's name should appear on this form. Enter your name, sign and enter receipt number under "Complete If Cash Deposited." Make receipt out to DEFENDANT, not to any other person.*
*When Cash Deposited By Another Person Who Does NOT Intend For The Cash To Be Used To Satisfy The Defendant's Obligations. Enter defendant's name, address and telephone number at the top of Side One. Check "Surety Appearance Bond." Enter name, address and telephone number of person depositing cash under "Accommodation Bondsman." Have that person sign under "Signature Of Surety." Complete notarization for that person. Enter your name, sign and enter receipt number under "Complete If Cash Deposited." Make receipt out to person depositing the cash.*

(2) **To Bookkeeper.** *If case disposed without forfeiture, disburse cash as follows: (1) If "Cash Appearance Bond By Defendant" checked on Side One, disburse to defendant or apply to defendant's obligations if court so orders. (2) If "Surety Appearance Bond" is checked on Side One, disburse only to the person(s) named under "Accommodation Bondsman."*

(3) **Bond By Insurance Company Or Professional Bondsman As Surety Is Same As Cash Except In Child Support.** *G.S. 15A-531(4) provides that an appearance bond executed by an insurance company or a professional bondsman (or a bail agent or runner on behalf of one of those sureties) is considered the same as a cash deposit, except in child support contempt proceedings for which only cash may satisfy a cash bond requirement.*

AOC-CR-201 (ICMS), Side Two, Rev. 2/21
© 2021 Administrative Office of the Courts

0024