# EXHIBIT 6

| Document Type | Page |
|---|---|
| A. Certificate of True Copy | 1 |
| B. Portal Docket | 2 |
| C. Legacy Case Scan – May 12, 2023 | 5 |
| D. Dismissal | 11 |
| E. Legacy Case Scan – August 31, 2023 | 13 |

**STATE OF NORTH CAROLINA**
In The General Court Of Justice

Wake _____ County

**CERTIFICATE OF TRUE COPY**

## OFFICE OF THE CLERK OF THE SUPERIOR COURT

As a Clerk of the Superior Court of this County, State of North Carolina, I certify that the attached copies of the documents described below are true and accurate copies of the originals now on file in this office.

*Number And Description Of Attached Documents:*

Records for the case of State v. Spruill, 22CR281491-910 (Wake. Dist. Ct.). Personal identifying information and victim information has been redacted from documents.

Attachment A: Docket sheet (Case Summary, Case Information, Assignment Information, Party Information, Case Events, Hearings, Bond Settings), publicly available on Portal at: https://portal-nc.tylertech.cloud/Portal/. Case filings are included with the associated Case Event and the "created time" listed under each document reflects the time that the document was created in or scanned into and available through the Enterprise Justice Case Manger And Portal applications.

Attachment B: Legacy Case Scan (May 12, 2023)

Attachment C: Dismissal

Attachment D: Legacy Case Scan (August 31, 2023)



Witness my hand and the seal of the Superior Court

| | |
|---|---|
| *Date* | 04/05/2024 |
| *Clerk Of Superior Court* | |
| *Name Of Undersigned Clerk (type or print)* | Blair Williams |
| *Signature* | |



☐ Deputy CSC  ☐ Assistant CSC  ☒ Clerk Of Superior Court

AOC-G-101, Rev. 3/19
© 2019 Administrative Office of the Courts

0001

# Case Summary

### Case No. 22CR281491-910

| | | | |
|---|---|---|---|
| **STATE OF NORTH CAROLINA VS Kevin James Spruill** | § | Location: | **Wake District Court** |
| | § | Filed on: | **08/29/2022** |
| | § | Criminal Process Number: | **WFA-22-1105997** |
| | § | ACIS File Number Key: | **9102022281491D** |
| | § | Electronic Warrants Warrant ID: | **diLUzgLabf6jqbLRrjpN78** |

---

## Case Information

| Offense | Statute | Degree | Offense Date | Filed Date | | |
|---|---|---|---|---|---|---|
| 01. OBTAIN PROPERTY FALSE PRETENSE | 14-100 | FH | 06/27/2022 | 08/29/2022 | Case Type: | Criminal |
| | | | | | Case Status: | **08/24/2023** Disposed |

Offense Reports
Control #: 22-001335
Agency: Morrisville Police Department
260 Town Hall Drive No C
Morrisville, NC, 27560

## Related Cases

---

## Assignment Information

---

**Current Case Assignment**
Case Number 22CR281491-910
Court Wake District Court
Date Assigned 08/29/2022

---

## Party Information

---

| Defendant | **Spruill, Kevin James** | **O'NEIL, MOLLY ANN** |
|---|---|---|
| | 138 WESTOVER HILLS D | *Retained* |
| | CARY, NC 27513-2951 | |
| | Black | |
| | Male | |
| | Height: 5′ 9″ | |
| **State** | **STATE OF NORTH CAROLINA** | **Matthews, Rachel S.** |
| | Other | *Retained* |
| **Complainant** | **Lynch, Verdena** | |
| | 260 TOWN HALL DRIVE | |
| | NO C | |
| | MORRISVILLE, NC 27560 | |

---

## Case Events

---

08/31/2023       Legacy Complete Case Scan                                          Index # 5
Created: 08/31/2023 3:51 PM
—

## Case Summary

### Case No. 22CR281491-910

08/24/2023   Voluntary Dismissal     (Judicial Officer: HAUTER, RASHAD AHMED)       Index # 4
          Created:   08/24/2023 9:37 AM

05/12/2023   Legacy Complete Case Scan       Index # 3
          Created:   05/12/2023 11:14 AM

03/08/2023   Warrant for Arrest Returned Served       Index # 2
          *Location: WAKE COUNTY COURTHOUSE*
          Crim Proc #:   WFA-22-1105997
          Created:   03/08/2023 10:29 AM

02/15/2023   Counsel Appointed - Public Defender
          Created:   02/15/2023 12:32 PM

08/29/2022   Warrant For Arrest Issued       Index # 1
          *Location: WAKE COUNTY COURTHOUSE*
          Crim Proc #:   WFA-22-1105997
          Created:   08/29/2022 1:39 PM

08/29/2022   Warrant For Arrest Issued
          *CRRPRC:W*
          Created:   08/29/2022 12:00 AM

---

## Dispositions

08/24/2023   **Disposition** (Judicial Officer: HAUTER, RASHAD AHMED)
        01. OBTAIN PROPERTY FALSE PRETENSE
        VD-District Dismissals w/o Leave by DA - No Plea Agreement
        Created:   08/24/2023 9:38 AM

---

## Hearings

08/24/2023   **Disposition Hearing**   (9:00 AM)   (Judicial Officer: HAUTER, RASHAD AHMED)
        Resource: Location 910-0301 Wake Co. Justice Center, Courtroom 301
        **MINUTES - 08/24/2023**
            Voluntary Dismissal     (Judicial Officer: HAUTER, RASHAD AHMED)     Index # 4
            Created:   08/24/2023 9:37 AM
        **Disposition** (Judicial Officer: HAUTER, RASHAD AHMED)
          01. OBTAIN PROPERTY FALSE PRETENSE
          VD-District Dismissals w/o Leave by DA - No Plea Agreement
        Created:   08/24/2023 9:38 AM
        Resolved;
          *Resolved*
        Created:   07/13/2023 3:26 PM

07/13/2023   **Disposition Hearing**   (9:00 AM)   (Judicial Officer: Sasser, Debra S)
        Resource: Location 910-0301 Wake Co. Justice Center, Courtroom 301
        **MINUTES - 07/13/2023**
        **Disposition Hearing**   (08/24/2023 at 9:00 AM)   (Judicial Officer: HAUTER, RASHAD AHMED)
          Resource: Location 910-0301 Wake Co. Justice Center, Courtroom 301
          *Resolved*
        Created:   07/13/2023 3:26 PM
        Continued;
          *Continued*
        Created:   06/01/2023 11:56 AM

06/01/2023   **Disposition Hearing**   (9:00 AM)   (Judicial Officer: Chasse, Eric C)
        Resource: Location 910-0301 Wake Co. Justice Center, Courtroom 301

Case 1:23-cv-00423-WO-JLW   Document 94-6   Filed 04/09/24   Page 4 of 27

**MINUTES - 06/01/2023**
**Disposition Hearing**   (07/13/2023 at 9:00 AM)   (Judicial Officer: Sasser, Debra S)
   Resource: Location 910-0301 Wake Co. Justice Center, Courtroom 301
      *Continued*
Created:   06/01/2023 11:56 AM
Continued;
   *Continued*
Created:   04/20/2023 11:29 AM

04/20/2023   **Disposition Hearing**   (9:00 AM)   (Judicial Officer: HAUTER, RASHAD AHMED)
   Resource: Location 910-0301 Wake Co. Justice Center, Courtroom 301
   03/08/2023 Continued to 04/20/2023 - Continued by the Court - STATE OF NORTH CAROLINA; Spruill, Kevin James
   **MINUTES - 04/20/2023**
   **Disposition Hearing**   (06/01/2023 at 9:00 AM)   (Judicial Officer: Chasse, Eric C)
      Resource: Location 910-0301 Wake Co. Justice Center, Courtroom 301
         *Continued*
   Created:   04/20/2023 11:29 AM
   Continued;
      *Continued*
   Created:   02/15/2023 12:54 PM

Case 1:23-cv-00423-WO-JLW   Document 94-6   Filed 04/09/24   Page 5 of 27

Trial Date __2_/_15_/_23_ A.M. No. 22CR 281491
__3_/_18_/_23_ a.m. __/__/__ __/__/__
__4_/_20_/_23_ a.m. __/__/__ __/__/__
__11_/_01_/_23_ A.M. __/__/__ __/__/__



Called and Failed _____ / _____ / _____

DFA/WFA _____ / _____ / _____          Stricken _____ / _____ / _____

20-Day FTA _____ / _____ / _____        40-Day FTC _____ / _____ / _____

Forfeiture _____ / _____ / _____          Stricken _____ / _____ / _____

Waived _____ / _____ / _____

0005

5/17

| File No. | Law Enforcement Case No. | LID No. | SID No. | FBI No. |
|---|---|---|---|---|
| **22CR281491-910** | **22-001335** | | | |

**WARRANT FOR ARREST**

**THE STATE OF NORTH CAROLINA VS.**

MORRISVILLE POLICE DEPARTMENT

Name And Address Of Defendant
Kevin James Spruill
138 Westover Hills Dr

Cary          NC     27513-2951
Wake COUNTY

# STATE OF NORTH CAROLINA

WAKE _____ County

In The General Court Of Justice
District Court Division

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| B | M | 9/30/1987 | 34 |

Social Security No./Tax ID No.

Drivers License No. & State

Name Of Defendant's Employer

| Date Of Offense | ☐ **Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan** |
|---|---|
| 6/27/2022 | |

Date Of Arrest & Check Digit No. (as shown on fingerprint card)

Complainant (name, address or department)
R. Lynch
MORRISVILLE POLICE DEPARTMENT
260 Town Hall Drive No
    MORRISVILLE     NC     27560
    WAKE

Names & Addresses Of Witnesses (including counties & telephone nos.)

**OFFENSE(S)** *(see AOC-CR-100 Continuation(s) for charging text)*

| Count No. | Offense | Offense in Violation Of G.S. | Offense Code |
|---|---|---|---|
| 1 | OBTAIN PROPERTY FALSE PRETENSE | 14-100 | 2632 |

**TO ANY OFFICER WITH AUTHORITY AND JURISDICTION TO EXECUTE A WARRANT FOR ARREST FOR THE OFFENSE(S) CHARGED IN THIS WARRANT:**
I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully, and feloniously did commit the offense(s) set forth above and on the attached AOC-CR-100 Continuation(s), which is (are) incorporated by reference. This act(s) was in violation of the law referred to in this Warrant For Arrest. This Warrant For Arrest is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Date Issued | Name Of Issuing Official | Signature | ☒ Magistrate ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court |
|---|---|---|---|
| 8/29/2022 | Christopher Graves | | ☐ District Court Judge ☐ Superior Court Judge |

| Location Of Court | | Court Date | Court Time |
|---|---|---|---|
| | | | |

### WAIVER OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant | Name Of Attorney | Signature Of Attorney |
|---|---|---|---|
| | | | |

AOC-CR-100, Rev. 2/21, © 2021 Administrative Office of the Courts

(Over)
Court

VRA

| STATE VERSUS | WAKE County | File No. 22CR281491-910 |
|---|---|---|

**Name Of Defendant**
Kevin James Spruill

**Date Of Issuance Of Warrant For Arrest**
8/29/2022

**NOTE:** *Use this page to set forth the charging text for each offense listed on the AOC-CR-100. G.S. 15A-924(a)(5).*

## OFFENSES (continued)

**Count 1.** **Offense:** OBTAIN PROPERTY FALSE PRETENSE

*Charging Text For This Count*
On or about the date of offense shown and in the county named above the defendant unlawfully, willfully, and feloniously did knowingly and designedly, with the intent to cheat and defraud, obtain US currency in the amount of $105.92 from Danella Smith by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: used victim's bank account information to purchase items without permission .

**Count 2.** **Offense:**

*Charging Text For This Count*

Case 1:23-cv-00423-WO-JLW    Document 94-6    Filed 04/09/24    Page 8 of 27

| **STATE VERSUS** | | | | WAKE _____ County | | | ▶ File No. 22CR281491-910 |
|---|---|---|---|---|---|---|---|

**STATE VERSUS**

Name Of Defendant
Kevin James Spruill

Date Of Issuance Of Warrant For Arrest
8/29/2022

WAKE _____ County

File No.
22CR281491-910

If the Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon.

## RETURN OF SERVICE

I certify that the Warrant For Arrest issued in this case on the date noted above for the defendant named above, was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ The Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (type or print) |
|---|---|

Department Or Agency Of Officer

## REDELIVERY/REISSUANCE

| Date | Name Of Clerk (type or print) | Signature Of Clerk | ☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court |
|---|---|---|---|

## RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that the Warrant For Arrest issued in this case on the date noted above for the defendant named above, was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ The Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (type or print) |
|---|---|

Department Or Agency Of Officer

AOC-CR-100 Return, Rev. 2/21
© 2021 Administrative Office of the Courts

Court

**(TYPE OR PRINT IN BLACK INK)**     In The General Court Of Justice
☒ District  ☐ Superior Court Division

File No. 22CR 281491

Additional File Nos.

# STATE OF NORTH CAROLINA
### WAKE _____ County

Name Of Applicant
Kevin Spruill

Street Number And Street Name, Including Apartment Or Unit Number If Applicable
138 Westover hills drive
Cary

City, State And Zip Code
Cary, NC 27513

Full Permanent Mailing Address Of Applicant (if different than above)

Telephone Number Of Applicant | Date Of Birth
▓▓▓▓▓▓ | 9/30/87

☒ Defendant  ☐ Parent/Guardian/Trustee  ☐

## AFFIDAVIT OF INDIGENCY

G.S. 7A-450 et seq.

Offense(s)
See *Table Of Charges* on Side Two.

**Applicant:** Do you have other pending criminal charge(s) in which a lawyer has been appointed? ☐ Yes  ☒ No

Name Of Lawyer

Full Social Security No. Of Applicant
▓▓▓▓▓▓▓▓  ☐ Has No Social Security No.

| MONTHLY INCOME (money you make) | | MONTHLY EXPENSES (money you pay out) | |
|---|---|---|---|
| Employment - Applicant | $ 1084 | Number Of Dependents | 0 |
| Name And Address Of Applicant's Employer *(If not employed, state reason; if self-employed, state trade)* Title Boxing Club (Part-time) 2046 renaissance Park Place Cary NC 27513 | | Shelter ☐ Buying ☒ Renting | $ 1273.50 |
| | | Food *(including Food Stamps)* | $ 260 |
| | | Utilities *(power, water, heating, phone, cable, etc.)* | $ 363 |
| Other Income *(Welfare, Food Stamps, S/S, Pensions, etc.)* | $ 1000 | Health Care | $ |
| Employment - Spouse | $ 0 | Installment Payments ☒ Vehicle ☐ Other | $ 463.00 |
| Name And Address Of Spouse's Employer | | Car Expenses *(gas, insurance, etc.)* | $ 238.75 |
| | | Support Payments | $ |
| | | Other: *(specify)* life insurance | $ 31.50 |
| **Total Monthly Income** ▶ | $ 2084 | **Total Monthly Expenses** ▶ | $ 2629.75 |

| DESCRIPTION OF ASSETS AND LIABILITIES | ASSETS (things you own) | LIABILITIES (amounts you owe) |
|---|---|---|
| Cash On Hand And In Bank Accounts *(List Name Of Bank & Account No.)* | $ | |
| Money Owed To Or Held For Applicant | $ | |
| Motor Vehicles *(List Make, Model, Year)* 2015 | $ *(Fair Market Value)* | $ *(Balance Due)* |
| Real Estate | $ *(Fair Market Value)* | $ *(Balance Due)* |
| Personal Property | $ *(Fair Market Value)* | $ *(Balance Due)* |
| Other Debts | | $ |
| Last Income Tax Filed 20 **22** ☐ Refund ☒ Owe | $ | $ |
| Other | $ | $ |
| **Total Assets And Liabilities** ▶ | $ 0 | $ 0 |

| Bond Type | Amount $ | By Whom Posted |
|---|---|---|

**NOTE:** Read the notice on the reverse side before completing this form.
*(Over)*

OK

Case 1:23-cv-00423-WO-JLW   Document 94-6   Filed 04/09/24   Page 10 of 27

| | TABLE OF CHARGES | |
|---|---|---|

The applicant has the following charge(s) pending for trial in this court:

| File No.(s) | Offense(s) |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## NOTICE TO PERSONS REQUESTING A COURT-APPOINTED LAWYER

1. When answering the questions on the Affidavit Of Indigency *(reverse side of this form)*, please do not discuss your case with the interviewer. The interviewer can be called as a witness to testify about any statements made in his/her presence. Please wait and speak with your lawyer. Do not ask the interviewer for any advice or opinion concerning your case.

2. **A COURT-APPOINTED LAWYER IS NOT FREE. If you are convicted or plead guilty or no contest, you may be required to repay the cost of your lawyer as a part of your sentence. The Court may also enter a civil judgment against you, which will accrue interest at the legal rate set out in G.S. 24-1 from the date of the entry of judgment. Your North Carolina Tax Refund or NC Education Lottery winnings may be taken to pay for the cost of your court-appointed lawyer. In addition, if you are convicted or plead guilty or no contest, the Court must charge you an attorney appointment fee and may enter this fee as a civil judgment against you pursuant to G.S. 7A-455.1.**

3. The information you provide may be verified, and your signature below will serve as a release permitting the interviewer to contact your creditors, employers, family members, and others concerning your eligibility for a court-appointed lawyer. A false or dishonest answer concerning your financial status could lead to prosecution for perjury. See G.S. 7A-456(a) ("A false material statement made by a person under oath or affirmation in regard to the question of his indigency constitutes a Class I felony.").

Under penalty of perjury, I declare that the information provided on this form is true and correct to the best of my knowledge, and that I am financially unable to employ a lawyer to represent me. I now request the Court to assign a lawyer to represent me in this case.
I authorize the Court to contact my creditors, employers, or family members, any governmental agencies or any other entities listed below concerning my eligibility for a court-appointed lawyer.

I further authorize my creditors, employers, or family members, any governmental agencies or any other entities listed below to release financial information concerning my eligibility for a court-appointed lawyer upon request of the Court.

*Governmental Agencies Or Other Entities Authorized To Be Contacted And/Or To Release Information*

| **SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME** | | Date 2/15/23 |
|---|---|---|
| Date | Signature | Signature Of Applicant |
| ☒ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court  ☐ Magistrate | | Name Of Applicant (type or print) Kevin Sorvill |
| ☐ Notary | Date My Commission Expires | ☐ Defendant  ☒ Parent/Guardian/Trustee  ☐ ____ |
| **SEAL** | County Where Notarized | |

| **NOTE:** *If you are less than 18 years old, or if you are at least 18 years old but remain dependent on and live with a parent or guardian, state name and address of parent, guardian or trustee below.* |
|---|
| Name Of Parent/Guardian Or Trustee |
| Address | City, State, Zip |

AOC-CR-226, Side Two, Rev. 2/21, © 2021 Administrative Office of the Courts

0010

# STATE OF NORTH CAROLINA

_____ WAKE _____ County

**NOTE:** *Do not use this form for cases covered by G.S. 20-138.4. Use form AOC-CR-339 instead.*

File No.
22CR281491

In The General Court Of Justice
☒ District  ☐ Superior Court Division

## STATE VERSUS

Defendant Name

KEVIN JAMES SPRUILL

## DISMISSAL
## NOTICE OF REINSTATEMENT
### (For Offenses Committed On Or After Dec.1, 2013)

G.S. 15A-302(e), -931, -932

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 22CR281491 | I | OPBFP |

☐ See *Additional File Numbers And Offenses* on Side Two.

☒ **DISMISSAL**

**NOTE:** *Recall all outstanding Orders For Arrest in a dismissed case.*

The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. No crime is charged.

☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:

DEFENDANT PAID FOR THE ALLEGED AMOUNT OUT OF HIS OWN BANK ACCOUNT. WHILE VIC'S BANK ACCOUNT WAS ALSO CHARGED, THERE IS NO EVIDENCE THIS DEF HAD ANYTHING TO DO WITH THAT.

☐ 3. Defendant has agreed to plead guilty to the following charges:

in exchange for a dismissal of the following charges:

☐ 4. The defendant was charged as the result of ☐ defendant's identity being used without permission. ☐ mistaken identity.
(**NOTE TO PROSECUTOR:** *You must notify the Court of this dismissal. The Court should use AOC-CR-283, Order Of Expunction Under G.S. 15A-147(a1) (Identity Theft Or Mistaken Identification) to expunge charges.*)

☐ 5. Other: *(specify)* ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. *(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)* _____

☐ **DISMISSAL WITH LEAVE**

The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.

☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.

☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

**NOTE:** *Pursuant to the repeal of G.S. 15A-1009, the prosecutor can no longer dismiss charges with leave for defendants found incapable to proceed.*

**NOTE:** *This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court.*
*Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served **by the prosecutor** on the chief officer of the custodial facility where the defendant is in custody.*

| Date | Name Of Prosecutor (type or print) | Signature Of Prosecutor |
|---|---|---|
| 08/24/2023 | R. MATTHEWS | *R. Mts. M* |

☐ **REINSTATEMENT**
This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (type or print) | Signature Of Prosecutor |
|---|---|---|
| | | |

AOC-CR-307B, Rev. 3/21, © 2021 Administrative Office of the Courts   0011    (Over)

## ADDITIONAL FILE NUMBERS AND OFFENSES

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
|  |  |  |

## ADDITIONAL INFORMATION PERTAINING TO DISMISSAL

The undersigned prosecutor provides the following additional information pertaining to the dismissal entered in this case:

| Date | Name Of Prosecutor (type or print) | Signature Of Prosecutor |
|---|---|---|
|  |  |  |

| File No. | | Law Enforcement Case No. | 22-001335 | LID No. | SID No. | FBI No. |
|---|---|---|---|---|---|---|
| 22CR281491-910 | | MORRISVILLE POLICE DEPARTMENT | | | | |

**WARRANT FOR ARREST**

**THE STATE OF NORTH CAROLINA VS.**

Name And Address Of Defendant
Kevin James Spruill
138 Westover Hills Dr

Cary      NC      27513-2951
Wake COUNTY

# STATE OF NORTH CAROLINA

WAKE _____ County

In The General Court Of Justice
District Court Division

**OFFENSE(S)** *(see AOC-CR-100 Continuation(s) for charging text)*

| Count No. | Offense | Offense in Violation Of G.S. | Offense Code |
|---|---|---|---|
| 1 | OBTAIN PROPERTY FALSE PRETENSE | 14-100 | 2632 |
| | | | |
| | | | |
| | | | |
| | | | |

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| B | M | 9/30/1987 | 34 |

Social Security No./Tax ID No.     Drivers License No. & State

Name Of Defendant's Employer

| Date Of Offense | ☐ Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan |
|---|---|
| 6/27/2022 | |

Date Of Arrest & Check Digit No. (as shown on fingerprint card)

Complainant (name, address or department)
R. Lynch
MORRISVILLE POLICE DEPARTMENT
260 Town Hall Drive No C
    MORRISVILLE     NC     27560
    WAKE

Names & Addresses Of Witnesses (including counties & telephone nos.)

**TO ANY OFFICER WITH AUTHORITY AND JURISDICTION TO EXECUTE A WARRANT FOR ARREST FOR THE OFFENSE(S) CHARGED IN THIS WARRANT:**

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully, and feloniously did commit the offense(s) set forth above and on the attached AOC-CR-100 Continuation(s), which is (are) incorporated by reference. This act(s) was in violation of the law referred to in this Warrant For Arrest. This Warrant For Arrest is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Date Issued | Name Of Issuing Official | Signature | ☒ Magistrate ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court |
|---|---|---|---|
| 8/29/2022 | Christopher Graves | | ☐ District Court Judge ☐ Superior Court Judge |

| Location Of Court | | Court Date | Court Time |
|---|---|---|---|
| | | | |

**WAIVER OF PROBABLE CAUSE HEARING**

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant | Name Of Attorney | Signature Of Attorney |
|---|---|---|---|
| | | | |

AOC-CR-100, Rev. 2/21, © 2021 Administrative Office of the Courts

0013
(Over)
Original

VRA

| **STATE VERSUS** | WAKE County | File No. |
|---|---|---|
| | | 22CR281491-910 |

Name Of Defendant
Kevin James Spruill

Date Of Issuance Of Warrant For Arrest
8/29/2022

**NOTE:** *Use this page to set forth the charging text for each offense listed on the AOC-CR-100. G.S. 15A-924(a)(5).*

---

**OFFENSES (continued)**

---

**Count 1.    Offense:** OBTAIN PROPERTY FALSE PRETENSE

Charging Text For This Count
On or about the date of offense shown and in the county named above the defendant unlawfully, willfully, and feloniously did knowingly and designedly, with the intent to cheat and defraud, obtain US currency in the amount of $105.92 from Danella Smith by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: used victim's bank account information to purchase items without permission .

---

**Count 2.    Offense:**

Charging Text For This Count

---

Case 1:23-cv-00423-WO-JLW   Document 34-6   Filed 04/09/24   Page 15 of 27

| STATE VERSUS | WAKE _____ County | File No. 22CR281491-910 |
|---|---|---|

**Name Of Defendant**
Kevin James Spruill

**Date Of Issuance Of Warrant For Arrest**
8/29/2022

If the Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon.

## RETURN OF SERVICE

I certify that the Warrant For Arrest issued in this case on the date noted above for the defendant named above, was received and served as follows:

| Date Received 2/9/23 | Date Served 2/9/23 | Time Served 0047a | Date Returned |
|---|---|---|---|

☒ By arresting the defendant and bringing the defendant before:

**Name Of Judicial Official**
Magistrate

☐ The Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (type or print) I. Wm bailey |
|---|---|

**Department Or Agency Of Officer**
DCSO

## REDELIVERY/REISSUANCE

| Date | Name Of Clerk (type or print) | Signature Of Clerk | ☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court |
|---|---|---|---|

## RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that the Warrant For Arrest issued in this case on the date noted above for the defendant named above, was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|

☐ By arresting the defendant and bringing the defendant before:

**Name Of Judicial Official**

☐ The Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (type or print) |
|---|---|

**Department Or Agency Of Officer**

AOC-CR-100 Return, Rev. 2/21
© 2021 Administrative Office of the Courts

0015

Original

# SBI FINAL DISPOSITION REPORT

**WHEN COMPLETED SUBMIT TO:**  **NORTH CAROLINA STATE BUREAU OF INVESTIGATION (SBI)**
3320 GARNER ROAD
PO BOX 29500
RALEIGH, N.C. 27626-0500
ATTN: CRIMINAL INFORMATION
AND IDENTIFICATION SECTION

CKN Number- _____

| TO BE COMPLETED BY ARRESTING AGENCY | TO BE COMPLETED BY CLERK'S OFFICE |
|---|---|

**TO BE COMPLETED BY ARRESTING AGENCY**

SID NO.                         FBI NO.

NAME ON FINGERPRINT CARD SUBMITTED TO SBI

SPRUILL, KEVIN JAMES

LAST          FIRST          MIDDLE

RACE          DATE OF BIRTH
B             09/30/1987

SEX           SOCIAL SECURITY NO.
M

ARREST NO. (OCA)          DATE OF ARREST
23020262                  02/11/2023

OFFENSES CHARGED AT ARREST

OBTAIN PROPERTY FALSE PRETENSE

CONTRIBUTOR OF FINGERPRINTS [include Address & ORI No.]

NC0320000
DURHAM CO S.O.
DURHAM, NC 27702

☐ COURT ORDERED EXPUNGEMENT
[Copy of Certified Court Order Must Be Attached and
Submitted by Arresting Agency]

SIGNATURE

TITLE                         DATE

**TO BE COMPLETED BY CLERK'S OFFICE**

COURT LEVEL:   ☐ DISTRICT        ☐ SU

COURT DOCKET NUMBER          COURT DISPOSITION DATE

☐ DISMISSED                  ☐ DISMISSED WIT

CHARGE CONVICTED OF:

☐ CONSOLIDATED FOR JUDGEMENT WITH CASE NO.-

[Note: If this block is checked, a copy of the final disposition reflectin
original judgement must be attached.]

PLEA ☐                        VERDICT ☐

MISDEMEANOR ☐                 FELONY ☐

SPLIT SENTENCE:     ☐ Yes          ☐ No

JUDGEMENT:

|  | Days | Months | Years |
|---|---|---|---|
| Active Sentence - | ___ | ___ | ___ |
| Probation - | ___ | ___ | ___ |
| Suspended - | ___ | ___ | ___ |

FINE: _____    COST: _____

RESTITUTION: _____    ATTORNEY FEE: _____

☐ CASE APPEALED FROM DISTRICT COURT

☐ CASE APPEALED TO APPELLATE DIVISION

[Submit copy of this form and retain original until
final judgement after Appellate decision.]

ADDITIONAL INFORMATION:

DATE                         COUNTY

SIGNATURE

☐ Deputy CSC    ☐ Assistant CSC    ☐ Clerk of Superior Cour

If additional space is needed, check ☐ and continue on reverse side

0016

# STATE OF NORTH CAROLINA

_____ DURHAM FOR WAKE _____ County

STATE VERSUS

Name And Address Of Defendant
KEVIN JAMES SPRUILL
138 WESTOVER HILLS DR.
CARY, NC 27513

File No. 22CR281491-910

In The General Court Of Justice
☐ District ☐ Superior Court Division

## CONDITIONS OF RELEASE AND RELEASE ORDER

G.S. Chapter 15A, Art. 25, 26

| Process No. # | Amount Of Bond $ 1,500.00 |
|---|---|

File Numbers And Offenses

22CR281491-9: OBTAIN PROPERTY FALSE PRETENSE

☐ See Attachment.

| Location Of Court WCJC | ☒ District ☐ Superior | Date 02/15/2023 | Time 0900 ☒ AM ☐ PM |
|---|---|---|---|

**To The Defendant Named Above,** you are ORDERED to appear before the Court as provided above and at all subsequent continued dates. If you fail to appear, you will be arrested and you may be charged with the crime of willful failure to appear. You also may be arrested without a warrant if you violate any condition of release in this Order or in any document incorporated by reference.

The defendant has been advised of charge(s) against him/her and his/her right to communicate with counsel and friends.
☒ Your release is authorized upon execution of your: ☐ WRITTEN PROMISE to appear ☐ UNSECURED BOND in the amount shown above
☐ CUSTODY RELEASE ☒ SECURED BOND in the amount shown above (**NOTE:** *Give a copy of this order to any surety who posts bond.*)
☐ HOUSE ARREST with ELECTRONIC MONITORING administered by *(agency)* _____ and the SECURED
    BOND above. You may leave your residence for the purpose(s) of ☐ employment ☐ counseling ☐ course of study ☐ vocational training

☐ Your release is not authorized.
☐ The defendant is required to provide *(check all that apply)* ☐ fingerprints under G.S. 15A-502. ☐ a DNA sample under G.S. 15A-266.3A.
    Prior to release, the defendant shall provide his/her *(check all that apply)* ☐ fingerprints. ☐ DNA sample.
☐ The defendant has been ☐ (i) charged with a felony while on probation *(complete AOC-CR-272, Side One)*. ☐ (ii) arrested for violation of probation
    with a pending felony charge or prior conviction requiring registration under G.S. 14, Article 27A *(complete AOC-CR-272, Side Two)*.
☐ This Order is entered upon defendant's warrantless arrest for violation of conditions of release entered previously for the above-captioned case in the
    Order dated _____
☐ The defendant is charged with an offense subject to G.S. 15A-534.1, and no judge has acted under that statute within 48 hours of defendant's arrest.
☐ The defendant was arrested or surrendered after failing to appear as required under a prior release order.
☐ This was the defendant's second or subsequent failure to appear in this case.
☐ Your release is subject to the conditions as shown on the attached ☐ AOC-CR-242. ☐ AOC-CR-270. ☐ AOC-CR-630. ☐ AOC-CR-631.
    ☐ AOC-CR-660. ☐ Other: _____

Additional Information

| Date 02/11/2023 | Name Of Judicial Official R. H. Laws | Signature Of Judicial Official | ☒ Magistrate ☐ Deputy CSC ☐ Assistant CSC<br>☐ Clerk Of Superior Court ☐ DC Judge ☐ SC Judge |
|---|---|---|---|

## ORDER OF COMMITMENT

**To The Custodian Of The Detention Facility Named Below,** you are ORDERED to receive in your custody the defendant named above who may be released if authorized above. If the defendant is not sooner released, you are ORDERED to: ☒ produce him/her in Court as provided above.
☐ hold him/her ☐ as provided on the attached AOC-CR-272. ☐ for the following purpose: _____

☐ *[for charges covered by G.S. 15A-534.1 (domestic violence) or 15A-534.7 (threat of mass violence)]* produce him/her at the first session of District or Superior Court held in
this county after the entry of this Order or, if no session is held before *(enter date and time 48 hours after time of arrest)* _____ , _____ .
☐ AM ☐ PM produce him/her before a magistrate in this county at that time to determine conditions of pretrial release.

| Name Of Detention Facility DCJ | Date 02/11/2023 | Name Of Judicial Official R. H. Laws | Signature Of Judicial Official |
|---|---|---|---|

(Over)

AOC-CR-200, Rev. 2/21, © 2021 Administrative Office of the Courts

0017

## WRITTEN PROMISE TO APPEAR OR CUSTODY RELEASE

I, the undersigned, promise to appear at all hearings, trials or otherwise as the Court may require and to abide by any restrictions set out above. I understand and agree that this promise is effective until the entry of judgment in the District Court from which no appeal is taken or until the entry of judgment in Superior Court. If I am released to the custody of another person, I agree to be placed in that person's custody, and that person agrees by his/her signature to supervise me.

| Date | Signature Of Defendant | Signature Of Person Agreeing To Supervise Defendant |
|---|---|---|
| | | |

| Name Of Person Agreeing To Supervise Defendant (type or print) | Address Of Person Agreeing To Supervise Defendant |
|---|---|
| | |

## DEFENDANT RELEASED ON BAIL

| Date | Time | ☐ AM  ☐ PM | Signature Of Custodian |
|---|---|---|---|
| | | | |

## CONDITIONS OF RELEASE MODIFICATIONS

The Conditions of Release on the reverse are modified as follows:

| Modification | Date | Signature Of Judicial Official |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## SUPPLEMENTAL ORDERS FOR COMMITMENT

The defendant is next Ordered produced in Court as follows:

| Date | Time | Place | Purpose | Signature Of Judicial Official |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DEFENDANT RECEIVED BY DETENTION FACILITY

| Date | Time | Signature Of Custodian |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

## DEFENDANT RELEASED FOR COURT APPEARANCE

| Date | Time | Signature Of Custodian |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**NOTE TO CUSTODIAN:** *This form shall accompany the defendant to court for all appearances.*
AOC-CR-200, Side Two, Rev. 2/21
© 2021 Administrative Office of the Courts

Case 1:23-cv-00423-WO-JLW   Document 94-6   Filed 04/09/24   Page 19 of 27

# STATE OF NORTH CAROLINA

DURHAM FOR WAKE County

STATE VERSUS

**Name And Address Of Defendant**
KEVIN JAMES SPRUILL
138 WESTOVER HILLS DR.
CARY, NC 27513

**File No.** 22CR281491-910

In The General Court Of Justice
☐ District ☐ Superior Court Division

## CONDITIONS OF RELEASE AND RELEASE ORDER

G.S. Chapter 15A, Art. 25, 26

| Process No. # | Amount Of Bond $ 1,500.00 |
|---|---|

**File Numbers And Offenses**

22CR281491-9. OBTAIN PROPERTY FALSE PRETENSE

☐ See Attachment.

| Location Of Court WCJC | ☒ District ☐ Superior | Date 02/15/2023 | Time 0900 ☒ AM ☐ PM |
|---|---|---|---|

**To The Defendant Named Above,** you are ORDERED to appear before the Court as provided above and at all subsequent continued dates. If you fail to appear, you will be arrested and you may be charged with the crime of willful failure to appear. You also may be arrested without a warrant if you violate any condition of release in this Order or in any document incorporated by reference.

The defendant has been advised of charge(s) against him/her and his/her right to communicate with counsel and friends.

☒ Your release is authorized upon execution of your: ☐ WRITTEN PROMISE to appear ☐ UNSECURED BOND in the amount shown above
☐ CUSTODY RELEASE ☒ SECURED BOND in the amount shown above (**NOTE:** *Give a copy of this order to any surety who posts bond.*)
☐ HOUSE ARREST with ELECTRONIC MONITORING administered by *(agency)* _____ and the SECURED BOND above. You may leave your residence for the purpose(s) of ☐ employment ☐ counseling ☐ course of study ☐ vocational training

☐ Your release is not authorized.
☐ The defendant is required to provide *(check all that apply)* ☐ fingerprints under G.S. 15A-502. ☐ a DNA sample under G.S. 15A-266.3A.
   Prior to release, the defendant shall provide his/her *(check all that apply)* ☐ fingerprints. ☐ DNA sample.
☐ The defendant has been ☐ (i) charged with a felony while on probation *(complete AOC-CR-272, Side One).* ☐ (ii) arrested for violation of probation with a pending felony charge or prior conviction requiring registration under G.S. 14, Article 27A *(complete AOC-CR-272, Side Two).*
☐ This Order is entered upon defendant's warrantless arrest for violation of conditions of release entered previously for the above-captioned case in the Order dated _____.
☐ The defendant is charged with an offense subject to G.S. 15A-534.1, and no judge has acted under that statute within 48 hours of defendant's arrest.
☐ The defendant was arrested or surrendered after failing to appear as required under a prior release order.
☐ This was the defendant's second or subsequent failure to appear in this case.
☐ Your release is subject to the conditions as shown on the attached ☐ AOC-242. ☐ AOC-CR-270. ☐ AOC-CR-630. ☐ AOC-CR-631. ☐ AOC-CR-660. ☐ Other: _____

**Additional Information**

| Date 02/11/2023 | Name Of Judicial Official R. H. Laws | Signature Of Judicial Official | ☒ Magistrate ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court ☐ DC Judge ☐ SC Judge |
|---|---|---|---|

## ORDER OF COMMITMENT

**To The Custodian Of The Detention Facility Named Below,** you are ORDERED to receive in your custody the defendant named above who may be released if authorized above. If the defendant is not sooner released, you are ORDERED to: ☒ produce him/her in Court as provided above.
☐ hold him/her ☐ as provided on the attached AOC-CR-272. ☐ for the following purpose: _____

☐ *[for charges covered by G.S. 15A-534.1 (domestic violence) or 15A-534.7 (threat of mass violence)]* produce him/her at the first session of District or Superior Court held in this county after the entry of this Order or, if no session is held before *(enter date and time 48 hours after time of arrest)* _____
☐ AM ☐ PM produce him/her before a magistrate of this county at that time to determine conditions of pretrial release.

| Name Of Detention Facility DCJ | Date 02/11/2023 | Name Of Judicial Official R. H. Laws | Signature Of Judicial Official |
|---|---|---|---|

*(Over)*

AOC-CR-200, Rev. 2/21, © 2021 Administrative Office of the Courts

## WRITTEN PROMISE TO APPEAR OR CUSTODY RELEASE

I, the undersigned, promise to appear at all hearings, trials or otherwise as the Court may require and to abide by any restrictions set out above. I understand and agree that this promise is effective until the entry of judgment in the District Court from which no appeal is taken or until the entry of judgment in Superior Court. If I am released to the custody of another person, I agree to be placed in that person's custody, and that person agrees by his/her signature to supervise me.

| Date | Signature Of Defendant | Signature Of Person Agreeing To Supervise Defendant |
|---|---|---|
| Name Of Person Agreeing To Supervise Defendant (type or print) | | Address Of Person Agreeing To Supervise Defendant |

## DEFENDANT RELEASED ON BAIL

| Date | Time | ☐ AM ☐ PM | Signature Of Custodian |
|---|---|---|---|

## CONDITIONS OF RELEASE MODIFICATIONS

The Conditions of Release on the reverse are modified as follows:

| Modification | Date | Signature Of Judicial Official |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## SUPPLEMENTAL ORDERS FOR COMMITMENT

The defendant is next Ordered produced in Court as follows:

| Date | Time | Place | Purpose | Signature Of Judicial Official |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DEFENDANT RECEIVED BY DETENTION FACILITY

| Date | Time | Signature Of Custodian |
|---|---|---|
| 2-11-2023 | 0155 | R-Colo-65J |
| | | |
| | | |
| | | |

## DEFENDANT RELEASED FOR COURT APPEARANCE

| Date | Time | Signature Of Custodian |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**NOTE TO CUSTODIAN:** *This form shall accompany the defendant to court for all appearances.*

AOC-CR-200, Side Two, Rev. 2/21
© 2021 Administrative Office of the Courts

0020

**POWER AMOUNT**
***\*\*\*$2,000.00\*\*\****

**POWER OF ATTORNEY**
# PALMETTO SURETY CORPORATION
75 Port City Landing, Suite 130, Mount Pleasant, SC 29464

**PSC 2-1965878**

KNOW ALL MEN BY THESE PRESENTS: that PALMETTO SURETY CORPORATION, a corporation duly authorized and existing under the laws of the State of South Carolina, does constitute and appoint the below named agent its true and lawful Attorney-In-Fact for it and in its name, place and stead, to execute, and deliver for and on its behalf, as surety, a bail bond only.

Authority of such Attorney-In-Fact is limited to appearance bonds. No authority is provided herein for the execution of surety immigration bonds or to guarantee alimony payments, fines, wage law claims or other payments of any kind on behalf of below named defendant. The named agent is appointed only to execute the bond consistent with the terms of this power of attorney. The agent is not authorized to act as agent for receipt of service of process in any criminal or civil action.

This power is void if altered or erased or used in any combination with other powers of attorney of this company or any other company to obtain the release of the defendant named below or to satisfy any bond requirement in excess of the stated face amount of this power. This power can only be used once. The obligation of the company shall not exceed the sum of

### \*\*\*Two Thousand Dollars and Zero Cents\*\*\*

and provided this Power-Of-Attorney is filed with the bond and retained as a part of the court records. The said Attorney-In-Fact is hereby authorized to insert in this Power-Of-Attorney the name of the person on whose behalf this bond was given.

IN WITNESS WHEREOF, PALMETTO SURETY CORPORATION has caused these presents to be signed by its duly authorized officer, proper for the purpose and its corporate seal to be hereunto affixed this _____ 11TH _____ day of _____ FEBRUARY 2023 _____.

Bond Amount $ __1,500.00__     Appearance Date __2/15/23__

Defendant: __KEVIN JAMES SPRUILL__     Premium $ __225.00__

Court _____

Case # __22CR281491-910__

Case # _____

Case # _____

County __WAKE__  City __RALEIGH__  St. __NC__  Zip _____

Offense __OBTAIN PROPERTY FALSE-PRETENSE__     IVP

Offense _____ IVP

Executing Agent __Cleost Zyla__     IVP

**Expires September 30, 2023**

**PALMETTO SURETY CORPORATION**

**SEAL**
Charleston, South Carolina

_Sam B Willa_

**Chief Executive Officer**

0021

0022

## CONDITIONS

The conditions of this Bond are that the above named defendant shall appear in the above entitled action(s) whenever required. It is agreed and understood that this Bond is effective and binding upon the defendant and each surety throughout all stages of the proceedings in the trial divisions of the General Court of Justice until the entry of judgment in the district court from which no appeal is taken or until the entry of judgment in the superior court, unless terminated earlier by operation of law or order of the court. If the defendant appears as ordered until termination of the Bond, then the bond is to be void, but if the defendant fails to appear as required, the Court will forfeit the bond pursuant to Part 2 of Article 26 of Chapter 15A of the General Statutes.

Each accommodation bondsman, by signing on the reverse or on the attached AOC-CR-201A, states: "I have reached the age of 18 years and am a bona fide resident of North Carolina. Aside from love and affection and release of the above named defendant, I have received no consideration for acting as surety. I own sufficient property over and above all liabilities, homestead and other exemptions allowed me by law to enable me to pay this Bond should it be ordered forfeited. I understand that if I sign this Bond without sufficient property, I am guilty of a crime."

## ADDITIONAL FILE NUMBERS AND OFFENSES

Additional File Numbers And Offenses

☐ See *Additional File Numbers And Offenses* on attached AOC-CR-201A, Side Two, for which appearance is secured by this Bond.

## AFFIDAVIT

NOTE: *"Professional bondsmen, surety bondsmen (bail agents), and runners shall file with the clerk of court having jurisdiction over the principal an affidavit on a form furnished by the Administrative Office of the Courts." G.S. 58-71-140(d). Check all options that apply.*

☐ 1. I have not, nor has anyone for my use, been promised or received any collateral, security or premium for executing this Bond.

☒ 2. I have been promised a premium in the amount shown below, which is due on the date shown below.

☒ 3. I have received a premium in the amount shown below.

☒ 4. I have been given collateral security by the person named below, of the nature and in the amount shown below.

| Amount Of Premium Promised | Date Premium Due | Amount Of Premium Received | |
|---|---|---|---|
| $ 225·00 | | $ 225·00 | |
| Name Of Person From Whom Collateral Received | Nature Of Collateral | Value | |
| JESSICA M. TAMBA | INDEMNTOR AGREEMENT | | **AFFIX BONDSMAN'S SEAL OR POWER OF ATTORNEY CERTIFICATE HERE** |

## RETURN OF CUSTODIAN OF DETENTION FACILITY

The defendant named on the reverse was released from my custody on the date shown below upon the execution of this Appearance Bond.

| Date Defendant Released | Name Of Custodian (type or print) | Signature Of Custodian | ☐ Sheriff ☐ Deputy Sheriff |
|---|---|---|---|
| 2-11-2023 | J. Roberton- Col. | J. Roberton Col | ☒ Other *Def* |

NOTES ON CASH BONDS:

(1) **To Official Taking The Bond.** Use this form for all cash bonds. Complete this form as follows:

**When Cash Deposited By Defendant Or By Another Person Who Intends For The Cash To Be Used To Satisfy The Defendant's Obligations.** *Enter defendant's name, address and telephone number at the top of Side One. Check "Cash Appearance Bond By Defendant." Have defendant sign. Do no more. No other person's name should appear on this form. Enter your name, sign and enter receipt number under "Complete If Cash Deposited." Make receipt out to DEFENDANT, not to any other person.*

**When Cash Deposited By Another Person Who Does NOT Intend For The Cash To Be Used To Satisfy The Defendant's Obligations.** *Enter defendant's name, address and telephone number at the top of Side One. Check "Surety Appearance Bond." Have defendant sign. Enter name, address and telephone number of person depositing cash under "Accommodation Bondsman." Have that person sign under "Signature Of Surety." Complete notarization for that person. Enter your name, sign and enter receipt number under "Complete If Cash Deposited." Make receipt out to person depositing the cash.*

(2) **To Bookkeeper.** If case disposed without forfeiture, disburse cash as follows: (1) If "Cash Appearance Bond By Defendant" checked on Side One, disburse to defendant or apply to defendant's obligations if court so orders. (2) If "Surety Appearance Bond" is checked on Side One, disburse only to the person(s) named under "Accommodation Bondsman."

(3) **Bond By Insurance Company Or Professional Bondsman As Surety Is Same As Cash Except In Child Support.** G.S. 15A-531(4) provides that an appearance bond executed by an insurance company or a professional bondsman (or a bail agent or runner on behalf of one of those sureties) is considered the same as a cash deposit, except in child support contempt proceedings for which only cash may satisfy a cash bond requirement.

AOC-CR-201, Side Two, Rev. 2/21
© 2021 Administrative Office of the Courts

Case 1:23-cv-00423-WO-JLW   Document 94-6   Filed 04/09/24   Page 24 of 27

# STATE OF NORTH CAROLINA

Durham Forwake _____ County

File No. 22 CR 281491-910

In The General Court Of Justice
☒ District ☐ Superior Court Division

## APPEARANCE BOND
## FOR
## PRETRIAL RELEASE

G.S. 15A-531, 15A-534, 15A-544.2

Name And Mailing Address Of Defendant
KEVIN JAMES SPRUILL
138 WESTOVER HILLS DR
CARY NC 27513

Telephone No. Of Defendant

| Total Bond Required | Amount Of This Bond | Bond No. |
|---|---|---|
| $ 1500.00 | $ 1500.00 | # |

File Numbers And Offenses
22 CR 281491-9 OBTAIN PROPERTY FALSE PRETENSE

☐ See *Additional File Numbers And Offenses* on Side Two, for which appearance is secured by this Bond.

☐ **Unsecured Appearance Bond** - I, the undersigned defendant, acknowledge that my personal representatives and I are bound to pay the State of North Carolina the sum shown above, subject to the conditions of this Bond stated on the reverse side.

☐ **Cash Appearance Bond By Defendant** *(See notes on reverse side.)* - I, the undersigned defendant, acknowledge that I am bound to pay the State of North Carolina the sum shown above, and hereby deposit the cash identified below as security with the understanding that the deposit will be returned upon the Court's determination that the conditions of release have been performed, subject to the conditions of this Bond stated on the reverse side, and that it will be available to satisfy my obligations.

☐ **Defendant's Property Appearance Bond** - I, the undersigned defendant, acknowledge that I am bound to pay the State of North Carolina the sum shown above, subject to the conditions of this Bond stated on the reverse side, and as security for said Bond have executed a mortgage or deed of trust to real or personal property, payable to the State of North Carolina and with power of sale conditioned upon the breach of any condition of this Bond.

☒ **Surety Appearance Bond** - We, the undersigned, jointly and severally acknowledge that we and our personal representatives are bound to pay the State of North Carolina the sum shown above, subject to the conditions of this Bond stated on the reverse side. Any undersigned professional bondsman, bail agent, or runner attests that the AFFIDAVIT on the reverse side is complete and true. If a cash deposit is indicated below, surety(ies) has deposited the cash to secure the obligation as surety(ies) on this Bond with the understanding that the deposit will be returned to the surety(ies) upon termination of that obligation as provided by law, and that it will NOT be available to satisfy defendant's obligations. *(For cash bond, see notes on reverse side.)*

## ACCOMMODATION BONDSMAN

☐ See attached AOC-CR-201A for additional accommodation bondsmen executing this Bond.

| Name And Address Of Accommodation Bondsman | Name And Address Of Accommodation Bondsman |
|---|---|
| | |
| Telephone No. | Telephone No. |

## PROFESSIONAL BONDSMAN

| Name Of Bondsman | Name Of Runner, If Applicable |
|---|---|
| | |

| License No. Of Bondsman | Telephone No. | License No. Of Runner | Telephone No. |
|---|---|---|---|
| | | | |

## INSURANCE COMPANY

| Name Of Insurance Company | Name Of Bail Agent |
|---|---|
| PALMETTO SURETY CORPORATION | CELESTE TAYLOR |

| Power Of Appointment No. Of Bail Agent | License No. Of Bail Agent | Telephone No. |
|---|---|---|
| PSC2-1965878 | 1359312 8 | 9193587086009139 |

## DEFENDANT AND SURETY SIGNATURES

| Date Of Execution Of Bond 2/11/23 | Signature Of Defendant (required for all appearance bonds) |
|---|---|
| Signature Of Surety | Signature Of Surety |

| SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME | SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME |
|---|---|
| Date | Signature | Date 2/11/2023 | Signature |

☐ Magistrate ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | ☒ Magistrate ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court
☐ Custodian Of Detention Facility [G.S. 15A-537(c)] | ☐ Custodian Of Detention Facility [G.S. 15A-537(c)]

## COMPLETE IF CASH DEPOSITED

| Signature Of Official Accepting Cash | Name Of Official Accepting Cash (type or print) | Receipt No. |
|---|---|---|
| | | |

NOTE: If cash deposited, see notes on reverse side.

AOC-CR-201, Rev. 2/21
© 2021 Administrative Office of the Courts

(see AOC-CR-238 if release after judgment in superior court)

Original - File (Over)

0024

# ARREST REPORT

**AGENCY INFO**

| Agency Name | ORI | Date/Time of Arrest | OCA |
|---|---|---|---|
| Durham County Sheriff Office | ▮ | Mo Date Year 02/11/2023 Hrs: 00:47 | ▮ |

Taken Prints ☑ Photos ☐ | Fingerprint Card Check Digit # (CKN) | Arrest Tract | Residence Tract | Arrest Number

**ARRESTEE INFORMATION**

| Name (Last, First, Middle) spruill, kevin, james | D.O.B. 09/30/1987 Mo Date Year | Age 35 | Race B | Sex M | Place of Birth greensboro | Country of Citizenship |
|---|---|---|---|---|---|---|

Current Address 138 WESTOVER HILLS DR CARY NC 27513 | Phone | Occupation | Resident ☐ Unknown ☐ Non-Resident ☑

Employer's Name | Address | Phone

Also Known As(Alias Names) | Hgt 6'02 | Wgt 230 | Hair BLACK | Eye | Skin Tone | Consumed Drug/Alcohol Yes ☐ No ☐ Unk ☐

Scars, Marks, Tattoos | Social Security # | OLN ▮ | State NC | Misc. # and Type

Nearest Relative Name spruill, ellan | Address | Phone ▮

**ARREST INFO**

If Armed, Type of Weapon UNARMED | On-View ☐ Order for Arrest ☐ | Criminal Summons ☐ Citation ☐ Warrant ☐ | Place of Arrest angier ave/stage rd DURHAM

| Charge # 1 OBTAIN PROPERTY FALSE PRETENSE | Fel ☑ Msd ☐ | Counts | DCI Code 26A | Offense Jurisdiction (If not arresting agency) Morrisville PD | Statute# 14-100 | Warr Date Mo Date Year 06/27/2022 |
|---|---|---|---|---|---|---|

| Charge # 2 | Fel ☐ Msd ☐ | Counts | DCI Code | Offense Jurisdiction (If not arresting agency) | Statute# | Warr Date Mo Date Year |
|---|---|---|---|---|---|---|

| Charge # 3 | Fel ☐ Msd ☐ | Counts | DCI Code | Offense Jurisdiction (If not arresting agency) | Statute# | Warr Date Mo Date Year |
|---|---|---|---|---|---|---|

**VEH. INFO.**

VYR | Make | Model | Style | Color | Lic/Lis | VIN

Vehicle: 1: ☐ Left at Scene ☐ Secured ☐ Unsecure Date/Time// Hrs
2 ☐ Released to other at owners request ☐ Name of Other
3 ☐ Impounded ☐ Place of storage | Inventory on File? ☐

**CONFINED BOND INFO**

Date/Time Confined // Hrs: | Place Confined DURHAM COUNTY JAIL | Committing Magistrate DURHAM COUNTY

Type Bond ☐ Written Promise ☐ Unsecured ☐ Secured ☐ No Bond ☐ Other | Amt. Bond $ | Trial Date // | Court of DURHAM-DISTRICT | City DURHAM

Assisting Officer Name/ID Number | Released By Name/Dept/ID | Date/Time Released // Hrs:

**Status Codes** L-Lost S-Stolen R-Recovered D-Damaged Z-Seized B-Burned C-Counterfeit/Forged F-Found (Check "OJ"CJ column if recovered for other jurisdiction)

**DRUGS AT ARREST**

| DCI | Status | Quantity | Type Measure | Suspected Type | Possess | Buy | Sale | Mfg. | Importing | Operating |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Check up to 3 types of activity for each

**COMPLAINANT**

Name: | Complainant ☐ Victim ☐ | Address: | Phone:

**NARRATIVE**

**STATUS**

Arresting Officer Signature/ID # WIMBERLEY, JAKE A JAW85 | Date/Time Submitted Mo Date Year // Hrs; | Supervisor Signature

Case Status: ☐ Further Inv. ☐ Inactive ☑ Closed | Case Disposition: ☐ Cleared By Arrest/No Supplement Needed ☑ Arrest/No Investigation | Arrestee Signature

DCI-608-F | Rev. 3/92

0026