# EXHIBIT 7

Document Type                                                Page

A. Declaration of Blair Williams                              1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Case No.: 1:23-cv-00423-WO-JLW

| | |
|---|---|
| CHAPLIN, et al. | ) |
|     Plaintiffs, | ) **Declaration of Blair Williams** |
| v. | ) |
| ROWE, et al. | ) |
|     Defendants. | ) |

I, Frank "Blair" Williams, having personal knowledge of the matters herein, hereby state:

1. I am currently the elected Wake County Clerk of Superior Court and have held this position since December 5, 2018.

2. As the elected Clerk, I am the custodian of the records of the Wake County, North Carolina Superior and District Courts. *See* N.C.G.S. § 7A-109.

3. In the Second Amended Complaint, Plaintiff Timia Chaplin alleges that she was criminally charged in Wake County

1

on November 23, 2022. [DE 77, ¶ 139] She does not provide a case number.

4. I searched the official records of my office, and I found that no record exists for Timia Chaplin for a criminal case in which the offense date was November 23, 2022.

5. In the Second Amended Complaint, Plaintiff Messiejah Bradley alleges that he was arrested for misdemeanor possession of marijuana in August 2022. [DE 77, ¶ 178] He does not provide a case number.

6. I searched the official records of my office, and I found that no record exists for Messiejah Bradley for a criminal case in which he was arrested for misdemeanor possession of marijuana in August 2022.

7. There are several possibilities to explain the nonexistence of a criminal file within the records of a Clerk of Superior Court, including that a criminal case file was assigned and the file was later expunged pursuant to Article 5 of Chapter 15A of the North Carolina General Statutes.

8. Pursuant to 28 U.S. Code § 1746, I declare under penalty of perjury that the foregoing is true and correct.

This the 8th day of April, 2024.

_____
Frank "Blair" Williams