# EXHIBIT 8

| Document Type | Page |
|---|---|
| A. Certificate of True Copy | 1 |
| B. Portal Docket 20240403 | 2 |
| C. Legacy Case Scan | 5 |
| D. Order for Arrest Returned Served | 10 |
| E. Release Order | 12 |
| F. Release Order Modified | 14 |
| G. Appearance Bond | 16 |

# STATE OF NORTH CAROLINA

In The General Court Of Justice

Wake County

**CERTIFICATE OF TRUE COPY**

## OFFICE OF THE CLERK OF THE SUPERIOR COURT

As a Clerk of the Superior Court of this County, State of North Carolina, I certify that the attached copies of the documents described below are true and accurate copies of the originals now on file in this office.

*Number And Description Of Attached Documents:*

Record for the case of State v. Jallal, 23CR702146-910 (Wake Dist. Ct.). Personal identifying information and victim information has been redacted from documents.

Attachment A: Docket sheet (Case Summary, Case Information, Assignment Information, Party Information, Case Events, Hearings, Bond Settings), publicly available on Portal at: https://portal-nc.tylertech.cloud/Portal/. Case filings are included with the associated Case Event and the "created time" listed under each document reflects the time that the document was created in or scanned into and available through the Enterprise Justice Case Manger And Portal applications.

Attachment B: Legacy Case Scan

Attachment C: Order for Arrest Returned Served

Attachment D: Release Order

Attachment E: Release Order Modified

Attachment F: Appearance Bond



Witness my hand and the seal of the Superior Court

Date: 04/03/2024

Clerk Of Superior Court

Name Of Undersigned Clerk (type or print): Blair Williams

Signature

[ ] Deputy CSC  [ ] Assistant CSC  [X] Clerk Of Superior Court



AOC-G-101, Rev. 3/19
© 2019 Administrative Office of the Courts

# Case Summary

### Case No. 23CR702146-910

| | | | |
|---|---|---|---|
| **STATE OF NORTH CAROLINA VS YOUSEF ABDALLAH JALLAL** | § | Location: | **Wake District Court** |
| | § | Filed on: | **01/12/2023** |
| | § | Electronic Warrants Warrant ID: | **751snfM24iu33i78GZaSnP** |
| | § | Criminal Process Number: | **OFA-23-460450** |
| | § | Criminal Process Number: | **RO-23-562538** |
| | § | Electronic Warrants Warrant ID: | **7SwMH4zcXvUPFiQACqxBih** |

## Case Information

| Offense | Citation | Statute | Degree | Offense Date | Filed Date | Case Type: | Criminal |
|---|---|---|---|---|---|---|---|
| | | | | | | Case Status: | **08/11/2023** Disposed |
| 01. SIMPLE POSSESS SCH VI CS (M) | 2J76159 | 90-95(D)(4) | M3 | 01/12/2023 | 01/12/2023 | | |

    Arrest Date: 08/10/2023

    Offense Reports
        Agency: Raleigh Police Department
                      6716 Six Forks Rd
                      Raleigh, NC, 27615

## Bonds

| **Secured Bond - Professional Surety** | #23B045299 | $1,000.00 |
|---|---|---|
| 08/11/2023 | Posted | |

Counts: 01
Bond Insurance Company: LEXINGTON NATIONAL INSURANCE CORPORATION
PO BOX 6098
LUTHERVILLE, MD 21094
Bond Company: ROBERSON, RICKY
1513 THE ARTS DR
RALEIGH, NC 27611

## Assignment Information

**Current Case Assignment**
Case Number    23CR702146-910
Court             Wake District Court
Date Assigned   01/12/2023

## Party Information

| | | | |
|---|---|---|---|
| **Defendant** | **JALLAL, YOUSEF ABDALLAH**<br>1402 KINGMAN DR<br>KNIGHTDALE, NC 27545<br>Other<br>Male | | **ELLEDGE, PAUL DEVERE**<br>*Retained* |
| **State** | **STATE OF NORTH CAROLINA**<br>Other | | |

# Case Summary

Case No. 23CR702146-910

**Complainant**  HALE, D
    UNKNOWN
    RALEIGH, NC 00000

**Fiduciary**  ROBERSON, RICKY
    1513 THE ARTS DR
    RALEIGH, NC 27611

**Surety**  LEXINGTON NATIONAL INSURANCE CORPORATION
    PO BOX 6098
    LUTHERVILLE, MD 21094

## Case Events

| Date | Event | Index |
|---|---|---|
| 03/28/2024 | Pet-Exp Charges Dismissed or NG 15A-146(a and a1)<br>*THE LEAD CASE IS 20CR732698*<br>Created: 04/01/2024 10:10 AM | Index # 7 |
| 08/11/2023 | Bond Posted<br>Created: 08/11/2023 4:57 AM | Index # 5 |
| 08/10/2023 | SBI Fingerprint Card<br>Created: 08/14/2023 4:03 PM | |
| 08/10/2023 | Release Order Modified<br>*Location: WAKE COUNTY COURTHOUSE*<br>Crim Proc #: RO-23-562538<br>Created: 08/10/2023 10:44 PM | |
| 08/10/2023 | Release Order Issued<br>*Location: WAKE COUNTY COURTHOUSE*<br>Crim Proc #: RO-23-562538<br>Created: 08/10/2023 10:43 PM | Index # 4 |
| 08/10/2023 | Order for Arrest Returned Served<br>*Location: WAKE COUNTY COURTHOUSE*<br>Crim Proc #: OFA-23-460450<br>Created: 08/10/2023 10:42 PM | Index # 3 |
| 07/03/2023 | Order for Arrest Issued<br>*Location: WAKE COUNTY COURTHOUSE*<br>Crim Proc #: OFA-23-460450<br>Created: 07/03/2023 1:42 PM | Index # 2 |
| 06/06/2023 | Called and Failed<br>Created: 06/07/2023 7:41 AM | |
| 03/23/2023 | Legacy Complete Case Scan<br>Created: 03/23/2023 12:21 PM | Index # 1 |
| 01/12/2023 | Motion/Order to Continue<br>*Court Session: 2023-03-14; NIGHT COURT; TRIAL;*<br>Created: 01/12/2023 6:53 PM | |
| 01/12/2023 | Citation Issued<br>*CRRWNO:2J76159 CRRPRC:C*<br>Created: 01/12/2023 12:00 AM | |

## Dispositions

08/11/2023 **Disposition**
    01. SIMPLE POSSESS SCH VI CS (M)
       VD-District Dismissals w/o Leave by DA - No Plea Agreement
    Created: 08/11/2023 10:38 AM

---

## Hearings

08/29/2023 *CANCELED* **Electronic Warrants Assigned** (2:00 PM)
    Resource: Location 910-0202 Wake Co. Justice Center, Courtroom 202
    *Case Disposed*
    Created: 08/10/2023 10:44 PM

08/29/2023 *CANCELED* **Electronic Warrants Assigned** (2:00 PM)
    Resource: Location 910-0203 Wake Co. Justice Center, Courtroom 203
    *Release Order Updated in Electronic Warrants*
    Created: 08/10/2023 10:43 PM

06/06/2023 **Disposition Hearing** (2:00 PM)
    Resource: Location 910-0202 Wake Co. Justice Center, Courtroom 202
    04/11/2023 Reset by Court to 04/11/2023
    04/11/2023 Reset by Court to 04/11/2023
    04/11/2023 Reset by Court to 04/11/2023
    04/11/2023 Continued to 06/06/2023 - Continued by the Court - STATE OF NORTH CAROLINA
    06/06/2023 Reset by Court to 06/06/2023
    **MINUTES - 06/06/2023**
        Called and Failed
            Created: 06/07/2023 7:41 AM
    Called & Failed;
        *Called & Failed*
    Created: 03/17/2023 12:12 PM

03/14/2023 **Disposition Hearing** (7:45 AM)
    Resource: Location 910-0101 Wake Co. Justice Center, Courtroom 101
    03/14/2023 Reset by Court to 03/14/2023
    Created: 02/10/2023 8:59 PM

---

## Bond Settings

08/10/2023 **Amended Bond Setting**
Set By Clerk    $1,000.00    Secured Bond - Property by Defendant , Secured Bond - Cash by Accommodation , Secured Bond - Property by Accommodation , Secured Bond - Cash by Defendant , Secured Bond - Professional Surety

# NORTH CAROLINA UNIFORM CITATION - COURT COPY

**STATE OF NORTH CAROLINA** Wake County District Court  File No. 2023CR 702146  
**Citation No.** 2J76159

TO THE DEFENDANT NAMED BELOW: You have been charged with the misdemeanor(s) or infraction(s) specified below. Read this Citation carefully.

## YOUR COURT DATE AND LOCATION

| Court Day Of Week | Date | Appear In Court | Court Location | Courtroom | Interpreter | Agency Case Number |
|---|---|---|---|---|---|---|
| Tue | 03/14/2023 | 07:45AM - 03:30PM | RALEIGH | 0101 | | P23002448 |

## THE STATE OF NORTH CAROLINA VS.

| Drivers License No. | State | Source | Name Of Defendant | Race |
|---|---|---|---|---|
| [not included on this copy] | NC | DL | JALLAL, YOUSEF ABDALLAH | Other |

| CDL | Class | Address | Sex |
|---|---|---|---|
| No | C | 1402 KINGMAN DR | Male |

| Social Security No. | City | State | Zip | Date Of Birth | Age |
|---|---|---|---|---|---|
| [not included on this copy] | KNIGHTDALE | NC | 27545 | 09/24/2003 | 19 |

## WHAT YOU ARE CHARGED WITH

See Side Two for the charge(s) against you in this Citation.

## YOUR VEHICLE

| Vehicle License No. | State | Trailer Type | CMV | Vehicle Type | Make | Year | Haz. Mat. |
|---|---|---|---|---|---|---|---|
| HJL9468 | NC | | No | Passenger (2 or 4-Door Sedan) | Toyota | 2008 | No |

## OTHER INFORMATION

| Area | Weather | Visibility | Traffic | Accident | Speed |
|---|---|---|---|---|---|
| Residential | Clear | Clear | None | No | |

| Injury or Serious Injury | SHP Code | On Highway No./Street |
|---|---|---|
| Passenger(s) Under 18 | | OT FLOWING DRIVE |

| In Vicinity/City Of | At/Near Intersection |
|---|---|
| RALEIGH | DRY BED LANE |

## CHARGING OFFICER INFORMATION

| Date | Signature Of Officer | No. | Law Enforcement Agency | Troop/Squad | District/Zone |
|---|---|---|---|---|---|
| 01/12/2023 | D HALE | 4620 | RALEIGH POLICE DEPARTMENT | | |

## WITNESSES | OFFICER COMMENTS

| Witness #1 | Witness #2 | Witness #3 | 41 GRAMS MARIJUANA W/PACKAGING |
|---|---|---|---|
| | | | |

(Over)

AOC-CR-500 (eCitation), Rev. 2/21  
© 2021 Administrative Office of the Courts

0005

| STATE OF NORTH CAROLINA Wake | NORTH CAROLINA UNIFORM CITATION - COURT COPY<br>County District Court  File No. 2023CR 702146 | Citation No.<br>2J76159 |

## WHAT YOU ARE CHARGED WITH

**Count 1.** The officer named on Side One has probable cause to believe that on or about <u>Thursday</u>, the <u>12</u> day of <u>January</u>, 2023 at <u>02:12PM</u> in the county named above you did unlawfully and willfully
POSSESS MARIJUANA, A CONTROLLED SUBSTANCE WHICH IS INCLUDED IN SCHEDULE VI OF THE NORTH CAROLINA CONTROLLED SUBSTANCES ACT. (G.S. 90-95(D)(4))

**Count 2.** and on or about _____, the ____ day of _____, ____ at _____ in the county named above you did unlawfully and willfully

**Count 3.** and on or about _____, the ____ day of _____, ____ at _____ in the county named above you did unlawfully and willfully

**Count 4.** and on or about _____, the ____ day of _____, ____ at _____ in the county named above you did unlawfully and willfully

**Count 5.** and on or about _____, the ____ day of _____, ____ at _____ in the county named above you did unlawfully and willfully

**Count 6.** and on or about _____, the ____ day of _____, ____ at _____ in the county named above you did unlawfully and willfully

**Count 7.** and on or about _____, the ____ day of _____, ____ at _____ in the county named above you did unlawfully and willfully

**Count 8.** and on or about _____, the ____ day of _____, ____ at _____ in the county named above you did unlawfully and willfully

**Count 9.** and on or about _____, the ____ day of _____, ____ at _____ in the county named above you did unlawfully and willfully

**Count 10.** and on or about _____, the ____ day of _____, ____ at _____ in the county named above you did unlawfully and willfully

| | |
|---|---|
| **STATE OF NORTH CAROLINA** | File No. 2023CR 702146 |
| Wake County | Citation No. 2J76159 |
| **STATE VERSUS** <br> Name Of Defendant <br> JALLAL, YOUSEF ABDALLAH | In The General Court Of Justice <br> District Court Division |

**NOTE:** *Use this page to enter judgment on a Citation. Use this Judgment page only if imposing a **single**, consolidated judgment for all offenses of conviction charged under this file number. Do **not** use this Judgment page to impose sentence: (i) if imposing separate judgments for separate offenses of conviction charged under this file number; (ii) to impose supervised probation; or (iii) for DWI sentences under G.S. 20-179. For DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). For structured sentencing offenses, use AOC-CR-602 (active) or AOC-CR-604 (probation).*

## JUDGMENT

District Attorney

☐ Def. Waived Attorney  ☐ Def. Found Not Indigent
☐ Def. Denied Appointed Counsel

Attorney For Defendant At Time Of Trial Or Plea

☐ Appointed
☐ Retained

**PRIOR CONVICTIONS:**
No./Level:  0 ☐ I (0)  ___ ☐ II (1-4)  ___ ☐ III (5+)

**OFFENSES:** The following offenses, which are set forth by Count No. in the Citation numbered above for the defendant named above, are the subject of this Judgment:

**Count 1.**  PLEA: ☐ guilty/resp.  ☐ not guilty/resp.  ☐ no contest _____

FINDING/VERDICT: ☐ guilty/resp.  ☐ not guilty/resp.  ☐ VD _____  M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 2.**  PLEA: ☐ guilty/resp.  ☐ not guilty/resp.  ☐ no contest _____

FINDING/VERDICT: ☐ guilty/resp.  ☐ not guilty/resp.  ☐ VD _____  M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 3.**  PLEA: ☐ guilty/resp.  ☐ not guilty/resp.  ☐ no contest _____

FINDING/VERDICT: ☐ guilty/resp.  ☐ not guilty/resp.  ☐ VD _____  M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 4.**  PLEA: ☐ guilty/resp.  ☐ not guilty/resp.  ☐ no contest _____

FINDING/VERDICT: ☐ guilty/resp.  ☐ not guilty/resp.  ☐ VD _____  M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 5.**  PLEA: ☐ guilty/resp.  ☐ not guilty/resp.  ☐ no contest _____

FINDING/VERDICT: ☐ guilty/resp.  ☐ not guilty/resp.  ☐ VD _____  M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 6.**  PLEA: ☐ guilty/resp.  ☐ not guilty/resp.  ☐ no contest _____

FINDING/VERDICT: ☐ guilty/resp.  ☐ not guilty/resp.  ☐ VD _____  M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 7.**  PLEA: ☐ guilty/resp.  ☐ not guilty/resp.  ☐ no contest _____

FINDING/VERDICT: ☐ guilty/resp.  ☐ not guilty/resp.  ☐ VD _____  M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 8.**  PLEA: ☐ guilty/resp.  ☐ not guilty/resp.  ☐ no contest _____

FINDING/VERDICT: ☐ guilty/resp.  ☐ not guilty/resp.  ☐ VD _____  M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 9.**  PLEA: ☐ guilty/resp.  ☐ not guilty/resp.  ☐ no contest _____

FINDING/VERDICT: ☐ guilty/resp.  ☐ not guilty/resp.  ☐ VD _____  M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

**Count 10.**  PLEA: ☐ guilty/resp.  ☐ not guilty/resp.  ☐ no contest _____

FINDING/VERDICT: ☐ guilty/resp.  ☐ not guilty/resp.  ☐ VD _____  M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

(Over)

AOC-CR-500 (eCitation) Judgment, Rev. 2/21
© 2021 Administrative Office of the Courts

0007

| Wake County | File No. 2023CR 702146 |
|---|---|
| **STATE VERSUS** | Citation No. 2J76159 |
| Name Of Defendant: JALLAL, YOUSEF ABDALLAH | |

**\*NOTE:** Use this Judgment page only if imposing a **single**, consolidated judgment for all offenses of conviction charged under this file number. Do **not** use this Judgment page to impose sentence: (i) if imposing separate judgments for separate offenses of conviction charged under this file number; (ii) to impose supervised probation; or (iii) for DWI sentences under G.S. 20-179. For DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). For structured sentencing offenses, use AOC-CR-602 (active) or AOC-CR-604 (probation).

## JUDGMENT (continued)

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the plea(s) on Side One; on the verdict(s)/finding(s) from Side One, it is ORDERED that all offenses of conviction, if more than one, be consolidated for judgment with Count No. _____ (list count of lead offense) and that the defendant:

☐ pay the following fine/penalty and costs. Amount Of Fine/Penalty $ _____ Costs $ _____

☐ be imprisoned for a term of _____ days in custody of the ☐ sheriff. ☐ MCP. ☐ Other:* _____
Pretrial credit _____ days served.

☐ Work release ☐ is recommended ☐ is not recommended. (**NOTE:** To <u>order</u> work release, use form AOC-CR-602 to impose judgment.)

☐ The Court finds that a ☐ longer ☐ shorter period of probation than that which is specified in G.S. 15A-1343.2(d) is necessary.

☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions:
1. commit no criminal offense in any jurisdiction. 2. possess no firearm, explosive or other deadly weapon listed in G.S. 14-269.
3. remain gainfully and suitably employed, or faithfully pursue a course of study or of vocational training that will equip the defendant for suitable employment and abide by all rules of the institution. 4. satisfy child support and family obligations, as required by the Court.
5. Submit to the taking of digitized photographs, including photographs of the defendant's face, scars, marks, and tattoos, to be included in the defendant's records. 6. pay to the Clerk the costs of court and any additional sums shown below.

| Costs | Fine | Restitution** | Attorney's Fee | Community Service Fee | Other | Total Amount Due |
|---|---|---|---|---|---|---|
| $ | $ | $ | $ | $ | $ | $ |

**\*\*Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution:** (**NOTE TO CLERK:** Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims' Restitution)/Certification Of Identity (Witness Attendance).")

☐ 7. complete _____ hours of community service during the first _____ days of probation, as directed by the judicial services coordinator, and pay the fee prescribed by G.S. 143B-708 within _____ days.

☐ 8. not be found in or on the premises of the complainant or _____

☐ 9. not assault, communicate with or be in the presence of the complainant or _____

☐ 10. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319 required)

☐ 11. not operate a motor vehicle until properly licensed by DMV.

☐ 12. Other: _____

☐ The Court finds just cause to waive costs as ordered on attached ☐ AOC-CR-415. ☐ AOC-CR-618. ☐ Other: _____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____

☐ **COMMITMENT:** It is ORDERED that the Clerk deliver <u>two</u> certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

| Date | Name Of District Court Judge Or Magistrate (type or print) | Signature Of District Court Judge Or Magistrate |
|---|---|---|

### APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the ☐ District ☐ Superior Court.
☐ The current pretrial release order is modified as follows: _____

| Date | Name Of District Court Judge Or Magistrate (type or print) | Signature Of District Court Judge Or Magistrate |
|---|---|---|

### CERTIFICATION

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | ☐ Dep. CSC ☐ Asst. CSC ☐ Clerk Of Superior Court |
|---|---|---|---|

AOC-CR-500 (eCitation) Judgment, Side Two, Rev. 2/21, © 2021 Administrative Office of the Courts

0008

Trial Date 3/14/23 NO. 23CR702146
4/11/23 AM ___/___/___  ___/___/___
___/___/___  ___/___/___  ___/___/___
___/___/___  ___/___/___  ___/___/___



Called and Failed ___/___/___
OFA/WFA ___/___/___    Stricken ___/___/___
20-Day FTA ___/___/___    40-Day FTC ___/___/___
Forfeiture ___/___/___    Stricken ___/___/___
Waived ___/___/___

| STATE VERSUS | WAKE County | File No. 23CR702146-910 |
|---|---|---|

**Name Of Defendant**
YOUSEF ABDALLAH JALLAL

If the Order For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon.

**Date Of Issuance Of Order For Arrest**
07/03/2023

## RETURN OF SERVICE

I certify that the Order For Arrest issued in this case on the date noted above for the defendant named above, was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|
| 08/10/2023 | 09/10/2023 | 2215 hrs | 2215 hrs |

☑ By arresting the defendant and bringing the defendant before:

**Name Of Judicial Official**
Magistrate

☐ The Order WAS NOT served for the following reason:

**Signature Of Officer Making Return**
[signature]

**Name Of Officer (type or print)**
A. Robertson 2691

**Department Or Agency Of Officer**
Wake County Sheriff Office

## REDELIVERY/REISSUANCE

| Date | Name Of Clerk (type or print) | Signature Of Clerk | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court |
|---|---|---|---|

### RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that the Order For Arrest issued in this case on the date noted above for the defendant named above, was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|

☐ By arresting the defendant and bringing the defendant before:

**Name Of Judicial Official**

☐ The Order WAS NOT served for the following reason:

**Signature Of Officer Making Return**

**Name Of Officer (type or print)**

**Department Or Agency Of Officer**

| File No. 23CR702146-910 | ☐ See Attachment | Law Enforcement Case No. | | LID No. | |
|---|---|---|---|---|---|

## ORDER FOR ARREST
# OFA-23-460450

### THE STATE OF NORTH CAROLINA VS.

**Name, Address & Telephone No. Of Defendant**
YOUSEF ABDALLAH JALLAL
1402 KINGMAN DR
KNIGHTDALE    NC    27545

## STATE OF NORTH CAROLINA
WAKE County

**In The General Court Of Justice**
☒ District ☐ Superior Court Division

**To any officer with authority and jurisdiction to serve an Order For Arrest:**
The Court finds that:

☐ 1. **FTA - RELEASE ORDER** [G.S. 15A-305(b)(2)] the defendant has been arrested and released from custody and has failed on the date shown to appear as required by the Release Order.
  ☐ This is the defendant's second or subsequent failure to appear on these charges.

☒ 2. **FTA - CRIMINAL SUMMONS OR CITATION** *(Do not use for infraction.)* [G.S. 15A-305(b)(3)] the defendant has failed on the date shown to appear as required by a duly executed Criminal Summons or by a Citation that charged the defendant with a misdemeanor.

☐ 3. **TRUE BILL OF INDICTMENT** [G.S. 15A-305(b)(1)] a Grand Jury has returned a true bill of indictment against the defendant, a copy of which is attached. [**Note To Arresting Officer:** If this option is checked, defendant must be fingerprinted. G.S. 15A-502(a).]

☐ 4. **FTA - SHOW CAUSE AFTER FTC** [G.S. 15A-305(b)(8)] the defendant has failed on the date shown to appear as required in a Show Cause Order entered in this criminal proceeding.

☐ 5. **FTA - SHOW CAUSE ORDER IN ORIGINAL CRIMINAL JUDGMENT** [G.S. 15A-305(b)(8); -1362(c); -1364(a)] the defendant has failed by the date shown to pay a fine or costs or both as required by a judgment entered in this case and has also failed, as required upon such failure, to appear on that date and show cause why the defendant should not be imprisoned.

☐ 6. **PROBABLE CAUSE THAT DEFENDANT MAY FAIL TO APPEAR - CRIMINAL CONTEMPT** [G.S. 15A-305(b)(9); 5A-16] this Court has initiated plenary proceedings for contempt against the defendant under G.S. 5A-16, has issued a show cause order and finds probable cause to believe that the defendant will not appear as required in response to that order.

☐ 7. **PROBATION VIOLATION** [G.S. 15A-305(b)(4); -1345(a)] the probation officer has provided the court with a written statement, signed by the probation officer, alleging that the defendant has violated specified conditions of the defendant's probation and a copy of the written statement is attached.

☐ 8. **Other:** *(specify)*

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| U | M | 09/24/2003 | |

**Name And Address Of Defendant's Employer**

**Date Defendant Failed To Appear**
06/06/2023

| Amount Of Bond | Type Of Bond | Notes |
|---|---|---|
| $ | Official's Discretion | |

### OFFENSE(S)

| Count No. | Offense | In Violation of G.S. | Code | Count No. | Offense | In Violation of G.S. | Code |
|---|---|---|---|---|---|---|---|
| 1 | M - SIMPLE POSSESS SCH VI CS (M) | 90-95(D)(4) | 3540 | | | | |

**TRUE BILL OF INDICTMENT ONLY**
Date Of Arrest & Check Digit No. *(as shown on fingerprint card)*

You are DIRECTED to take the defendant into custody and bring the defendant before a judicial official for the purpose of:
☒ determining conditions of release, and for commitment if the defendant is unable to comply.
☐ commitment since release of the defendant is not authorized.

| Name Of Issuing Official | Signature | Location Of Court | Court Date |
|---|---|---|---|
| B. Williams, by and through G Martinez | | WAKE COUNTY JUSTICE CENTER | 08/29/2023 |

| Date Of Offense | Date Issued | ☐ Magistrate ☐ Deputy CSC ☐ DC Judge | Court Time |
|---|---|---|---|
| 01/12/2023 | 07/03/2023 | ☐ Asst. CSC ☐ Clerk Of Superior Court ☐ SC Judge | 2:00 PM |

AOC-CR-217, Rev. 3/23, © 2023 Administrative Office of the Courts    0011
Original

# STATE OF NORTH CAROLINA

WAKE County

**STATE VERSUS**

Name And Address Of Defendant
YOUSEF ABDALLAH JALLAL
1402 KINGMAN DR

KNIGHTDALE NC 27545

File No. 23CR702146-910

In The General Court Of Justice
☒ District ☐ Superior Court Division

## CONDITIONS OF RELEASE AND RELEASE ORDER

G.S. Chapter 15A, Art. 25, 26

Process No. #RO-23-562538
Amount Of Bond $ 1,000.00

File Numbers And Offenses
23CR702146-910 : M - SIMPLE POSSESS SCH VI CS (M);

☐ See Attachment.

Location Of Court
0202-WAKE JUSTICE CENTER
☒ District ☐ Superior
Date 08/29/2023
Time 2:00 PM

**To The Defendant Named Above**, you are ORDERED to appear before the Court as provided above and at all subsequent continued dates. If you fail to appear, you will be arrested and you may be charged with the crime of willful failure to appear. You also may be arrested without a warrant if you violate any condition of release in this Order or in any document incorporated by reference.

The defendant has been advised of charge(s) against him/her and his/her right to communicate with counsel and friends.
☒ Your release is authorized upon execution of your: ☐ WRITTEN PROMISE to appear ☐ UNSECURED BOND in the amount shown above
  ☐ CUSTODY RELEASE ☒ SECURED BOND in the amount shown above (**NOTE:** Give a copy of this order to any surety who posts bond.)
  ☐ HOUSE ARREST with ELECTRONIC MONITORING administered by (agency) _____ and the SECURED BOND above. You may leave your residence for the purpose(s) of ☐ employment ☐ counseling ☐ course of study ☐ vocational training

☐ Your release is not authorized.
☐ The defendant is required to provide (check all that apply) ☐ fingerprints under G.S. 15A-502. ☐ a DNA sample under G.S. 15A-266.3A. Prior to release, the defendant shall provide his/her (check all that apply) ☐ fingerprints. ☐ DNA sample.
☐ The defendant has been ☐ (i) charged with a felony while on probation (complete AOC-CR-272, Side One). ☐ (ii) arrested for violation of probation with a pending felony charge or prior conviction requiring registration under G.S. 14, Article 27A (complete AOC-CR-272, Side Two).
☐ This Order is entered upon defendant's warrantless arrest for violation of conditions of release entered previously for the above-captioned case in the Order dated _____.
☐ The defendant is charged with an offense subject to G.S. 15A-534.1, and no judge has acted under that statute within 48 hours of defendant's arrest.
☐ The defendant was arrested or surrendered after failing to appear as required under a prior release order.
☐ This was the defendant's second or subsequent failure to appear in this case.
☐ Your release is subject to the conditions as shown on the attached ☐ AOC-CR-242. ☐ AOC-CR-270. ☐ AOC-CR-630. ☐ AOC-CR-631. ☐ AOC-CR-660. ☐ Other: _____.

Additional Information
15A-534 (D1)

Date 08/10/2023
Name Of Judicial Official: Kyle
Signature Of Judicial Official
☒ Magistrate ☐ Deputy CSC ☐ Assistant CSC
☐ Clerk Of Superior Court ☐ DC Judge ☐ SC Judge

## ORDER OF COMMITMENT

**To The Custodian Of The Detention Facility Named Below**, you are ORDERED to receive in your custody the defendant named above who may be released if authorized above. If the defendant is not sooner released, you are ORDERED to: ☒ produce him/her in Court as provided above.
☐ hold him/her ☐ as provided on the attached AOC-CR-272. ☐ for the following purpose: _____.
☐ [for charges covered by G.S. 15A-534.1 (domestic violence) or 15A-534.7 (threat of mass violence)] produce him/her at the first session of District or Superior Court held in this county after the entry of this Order or, if no session is held before (enter date and time 48 hours after time of arrest) _____, _____, produce him/her before a magistrate of this county at that time to determine conditions of pretrial release.

Name Of Detention Facility: Wake County Jail
Date: 08/10/2023
Name Of Judicial Official: Kyle
Signature Of Judicial Official

00012

AOC-CR-200, Rev. 2/21, © 2021 Administrative Office of the Courts

## WRITTEN PROMISE TO APPEAR OR CUSTODY RELEASE

I, the undersigned, promise to appear at all hearings, trials or otherwise as the Court may require and to abide by any restrictions set out above. I understand and agree that this promise is effective until the entry of judgment in the District Court from which no appeal is taken or until the entry of judgment in Superior Court. If I am released to the custody of another person, I agree to be placed in that person's custody, and that person agrees by his/her signature to supervise me.

| Date | Signature Of Defendant | Signature Of Person Agreeing To Supervise Defendant |
|---|---|---|
| | | |

| Name Of Person Agreeing To Supervise Defendant (type or print) | Address Of Person Agreeing To Supervise Defendant |
|---|---|
| | |

## DEFENDANT RELEASED ON BAIL

| Date | Time | Signature Of Custodian |
|---|---|---|
| | | |

## CONDITIONS OF RELEASE MODIFICATIONS

The Conditions of Release on the reverse are modified as follows:

| Modification | Date | Signature Of Judicial Official |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## SUPPLEMENTAL ORDERS FOR COMMITMENT

The defendant is next Ordered produced in Court as follows:

| Date | Time | Place | Purpose | Signature Of Judicial Official |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DEFENDANT RECEIVED BY DETENTION FACILITY

| Date | Time | Signature Of Custodian |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## DEFENDANT RELEASED FOR COURT APPEARANCE

| Date | Time | Signature Of Custodian |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**NOTE TO CUSTODIAN:** *This form shall accompany the defendant to court for all appearances.*

AOC-CR-200, Side Two, Rev. 2/21
© 2021 Administrative Office of the Courts

0013

354608

# STATE OF NORTH CAROLINA

WAKE County

**STATE VERSUS**

Name And Address Of Defendant
YOUSEF ABDALLAH JALLAL
1402 KINGMAN DR

KNIGHTDALE NC 27545

File No. 23CR702146-910

In The General Court Of Justice
☒ District ☐ Superior Court Division

# CONDITIONS OF RELEASE AND RELEASE ORDER

G.S. Chapter 15A, Art. 25, 26

| Process No. | Amount Of Bond |
|---|---|
| # RO-23-562538 | $ 1,000.00 |

**File Numbers And Offenses**
23CR702146-910 ;M - SIMPLE POSSESS SCH VI CS (M);

OFA-FTA

☐ See Attachment.

Location Of Court: 0202-WAKE JUSTICE CENTER
☒ District ☐ Superior  Date 08/29/2023  Time 2:00 PM

To The Defendant Named Above, you are ORDERED to appear before the Court as provided above and at all subsequent continued dates. If you fail to appear, you will be arrested and you may be charged with the crime of willful failure to appear. You also may be arrested without a warrant if you violate any condition of release in this Order or in any document incorporated by reference.

The defendant has been advised of charge(s) against him/her and his/her right to communicate with counsel and friends.
☒ Your release is authorized upon execution of your: ☐ WRITTEN PROMISE to appear ☐ UNSECURED BOND in the amount shown above
☐ CUSTODY RELEASE ☒ SECURED BOND in the amount shown above (NOTE: Give a copy of this order to any surety who posts bond.)
☐ HOUSE ARREST with ELECTRONIC MONITORING administered by (agency) _____ and the SECURED
BOND above. You may leave your residence for the purpose(s) of ☐ employment ☐ counseling ☐ course of study ☐ vocational training

☐ Your release is not authorized.
☐ The defendant is required to provide (check all that apply) ☐ fingerprints under G.S. 15A-502. ☐ a DNA sample under G.S. 15A-266.3A.
Prior to release, the defendant shall provide his/her (check all that apply) ☐ fingerprints. ☐ DNA sample.
☐ The defendant has been ☐ (I) charged with a felony while on probation (complete AOC-CR-272, Side One). ☐ (II) arrested for violation of probation with a pending felony charge or prior conviction requiring registration under G.S. 14, Article 27A (complete AOC-CR-272, Side Two).
☐ This Order is entered upon defendant's warrantless arrest for violation of conditions of release entered previously for the above-captioned case in the Order dated _____.
☐ The defendant is charged with an offense subject to G.S. 15A-534.1, and no judge has acted under that statute within 48 hours of defendant's arrest.
☐ The defendant was arrested or surrendered after failing to appear as required under a prior release order.
☐ This was the defendant's second or subsequent failure to appear in this case.
☐ Your release is subject to the conditions as shown on the attached ☐ AOC-CR-242. ☐ AOC-CR-270. ☐ AOC-CR-630. ☐ AOC-CR-631.
☐ AOC-CR-660. ☐ Other: _____

Additional Information
15A-534 (D1)

| Date | Name Of Judicial Official | Signature Of Judicial Official | |
|---|---|---|---|
| 08/10/2023 | Kyle | | ☒ Magistrate ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court ☐ DC Judge ☐ SC Judge |

## ORDER OF COMMITMENT

To The Custodian Of The Detention Facility Named Below, you are ORDERED to receive in your custody the defendant named above who may be released if authorized above. If the defendant is not sooner released, you are ORDERED to: ☒ produce him/her in Court as provided above.
☐ hold him/her ☐ as provided on the attached AOC-CR-272. ☐ for the following purpose: _____

☐ [for charges covered by G.S. 15A-534.1 (domestic violence) or 15A-534.7 (threat of mass violence)] produce him/her at the first session of District or Superior Court held in this county after the entry of this Order or, if no session is held before (enter date and time 48 hours after time of arrest) _____. produce him/her before a magistrate of this county at that time to determine conditions of pretrial release.

| Name Of Detention Facility | Date | Name Of Judicial Official | Signature Of Judicial Official |
|---|---|---|---|
| Wake County Jail | 08/10/2023 | Kyle | |

AOC-CR-200, Rev. 2/21, © 2021 Administrative Office of the Courts
(Over)
Original

## WRITTEN PROMISE TO APPEAR OR CUSTODY RELEASE

I, the undersigned, promise to appear at all hearings, trials or otherwise as the Court may require and to abide by any restrictions set out above. I understand and agree that this promise is effective until the entry of judgment in the District Court from which no appeal is taken or until the entry of judgment in Superior Court. If I am released to the custody of another person, I agree to be placed in that person's custody, and that person agrees by his/her signature to supervise me.

| Date | Signature Of Defendant | Signature Of Person Agreeing To Supervise Defendant |
|---|---|---|
| | | |

| Name Of Person Agreeing To Supervise Defendant (type or print) | Address Of Person Agreeing To Supervise Defendant |
|---|---|
| | |

### DEFENDANT RELEASED ON BAIL

| Date | Time | Signature Of Custodian |
|---|---|---|
| 8-11-22 | 0140 | [signature] |

### CONDITIONS OF RELEASE MODIFICATIONS

The Conditions of Release on the reverse are modified as follows:

| Modification | Date | Signature Of Judicial Official |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

### SUPPLEMENTAL ORDERS FOR COMMITMENT

The defendant is next Ordered produced in Court as follows:

| Date | Time | Place | Purpose | Signature Of Judicial Official |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### DEFENDANT RECEIVED BY DETENTION FACILITY

| Date | Time | Signature Of Custodian |
|---|---|---|
| 8/10/22 | 2300 | [signature] |
| | | |
| | | |
| | | |

### DEFENDANT RELEASED FOR COURT APPEARANCE

| Date | Time | Signature Of Custodian |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**NOTE TO CUSTODIAN:** *This form shall accompany the defendant to court for all appearances.*

AOC-CR-200, Side Two, Rev. 2/21
© 2021 Administrative Office of the Courts

Original

Case 1:23-cv-00423-WO-JLW   Document 94-8   Filed 04/09/24   Page 16 of 19



2023-BB-015357

**POWER OF ATTORNEY**
**LEXINGTON NATIONAL INSURANCE CORPORATION** Power No. 2023-BB- 015357
P.O. Box 6098, Lutherville, Maryland 21094 • 410-625-0800
info@lexingtonnational.com

Only the Original Power of Attorney will bind this surety.

THIS POWER OF ATTORNEY NULL AND VOID UNLESS USED BEFORE 1/1/24

The face of this document has microprinting and "VOID" when copied. Paper has a printed watermark, invisible fibers, and coin reactive authentication.

KNOW ALL MEN BY THESE PRESENTS, that LEXINGTON NATIONAL INSURANCE CORPORATION, a corporation duly organized and existing under the laws of the State of Florida, hereby constitutes and appoints, subject to any General Qualifying Power of Attorney or other legal prerequisite, as its true and lawful attorney-in-fact the person signing below as Attorney-in-Fact, with full power and authority to sign the Company's name and affix it's corporate seal to, and deliver on its behalf as surety, any and all obligations as herein provided, and the execution of such obligations in pursuance of these presents shall be as binding upon the Company as fully and to all intents and purposes as if done by the regularly elected officers of the Company at its home office in their own proper person; and the Company hereby ratifies and confirms all and whatsoever its attorney-in-fact may lawfully do and perform in the premises by virtue of these presents.

THE OBLIGATION OF THE COMPANY SHALL NOT EXCEED THE SUM OF ELEVEN THOUSAND DOLLARS (11,000.00). THIS POWER OF ATTORNEY IS VOID IF ALTERED OR ERASED, VOID IF USED TO FURNISH BAIL ON THE SUBJECT BOND IN EXCESS OF THE STATED MAXIMUM AMOUNT OF THIS POWER AND VOID IF USED WITH OTHER POWERS OF THIS COMPANY OR OTHER POWERS OF OTHER COMPANIES TO MAKE BAIL ON THE SUBJECT BOND. EACH POWER OF ATTORNEY CAN ONLY BE USED ONCE AND MAY BE EXECUTED ONLY FOR RECOGNIZANCE ON CRIMINAL BAIL BONDS.

Bond Amount: $ 1,000
**NOT VALID FOR IMMIGRATION BONDS**
Defendant: Yousef Abdallah Jallal
First Court Date: 8/29/23  Case Number: 23CR702146
Defendant's Address: 402 Kingman Dr. Knightdale, NC 27545
Court: District  County/City: Wake/Raleigh
Offense(s): FTA on misdemeanor
Date of Execution: 8/11/2023  Court Assigned Agent #: 1000 0016 66
Attorney-in-Fact: Ricky Roberts

IN WITNESS WHEREOF, LEXINGTON NATIONAL INSURANCE CORPORATION, by virtue of authority conferred by its Board of Directors, has caused these presents to be sealed with its corporate seal, signed by its President and attested by its Secretary on April 9, 1996.

President
Secretary

1. A separate Power of Attorney must be attached to each bond executed.
2. Powers of Attorney must not be returned to attorney-in-fact, but should remain in a permanent part of court records.
3. The authority of such attorney-in-fact is limited to appearance bonds and cannot be construed to guarantee defendant's future lawful conduct, adherence to release conditions, travel limitations, payment of fines, restitution, or penalties, or any other conditions imposed by a court not specifically related to court appearance

**STATE OF NORTH CAROLINA**

Wake County

File No. 23Cr702146

In The General Court Of Justice
☒ District ☐ Superior Court Division

**APPEARANCE BOND FOR PRETRIAL RELEASE**

Name And Mailing Address Of Defendant
Yousef Abdallah Jallal
1402 Kingman Dr, Knightdale, NC 27545

Telephone No. Of Defendant: 919-412-2641

Total Bond Required: $1,1570
Amount Of This Bond: $1,0150

G.S. 15A-531, 15A-534, 15A-544.2

Offenses And Additional File Numbers:
Failure to Appear on Misdemeanor

☐ See Attachment

☐ **Unsecured Appearance Bond** - I, the undersigned defendant, acknowledge that my personal representatives and I are bound to pay the State of North Carolina the sum shown above, subject to the conditions of this Bond stated on the reverse side.

☐ **Cash Appearance Bond By Defendant** *(See note on reverse side.)* - I, the undersigned defendant, acknowledge that I am bound to pay the State of North Carolina the sum shown above, and hereby deposit the cash identified below as security with the understanding that the deposit will be returned upon the Court's determination that the conditions of release have been performed, subject to the conditions of this Bond stated on the reverse side, and that it will be available to satisfy my obligations.

☐ **Defendant's Property Appearance Bond** - I, the undersigned defendant, acknowledge that I am bound to pay the State of North Carolina the sum shown above, subject to the conditions of this Bond stated on the reverse side, and as security for said Bond have executed a mortgage or deed of trust to real or personal property, payable to the State of North Carolina and with power of sale conditioned upon the breach of any condition of this Bond.

☒ **Surety Appearance Bond** - We, the undersigned, jointly and severally acknowledge that we and our personal representatives are bound to pay the State of North Carolina the sum shown above, subject to the conditions of this Bond stated on the reverse side. Any undersigned professional bondsman, bail agent, or runner attests that the AFFIDAVIT on the reverse side is complete and true. If a cash deposit is indicated below, surety(ies) has deposited the cash to secure the obligation as surety(ies) on this bond with the understanding that the deposit will be returned to the surety(ies) upon termination of that obligation as provided by law, and that it will NOT be available to satisfy defendant's obligations. (For cash bond, see note on reverse side.)

Date Of Execution Of Bond: 8/11/23
Signature Of Defendant: /s/

**ACCOMMODATION BONDSMAN**

☐ See attached AOC-CR-201A for additional accommodation bondsmen executing this bond.

Name And Address Of Accommodation Bondsman:
Ricky Roberson
1513 The Arts Drive
Raleigh, North Carolina 27603

Telephone No.: 919-271-8982

Name And Address Of Accommodation Bondsman: [blank]
Telephone No.: [blank]

**PROFESSIONAL BONDSMAN**

Name Of Bondsman: [blank]
Name Of Runner, If Applicable: [blank]
License No. Of Bondsman: [blank]
Telephone No.: [blank]
License No. Of Runner: [blank]
Telephone No.: [blank]

**INSURANCE COMPANY**

Name Of Insurance Company: Lexington National Insurance Company
Name Of Bail Agent: Ricky Roberson
Power Of Appointment No. Of Bail Agent: 10004566
License No. Of Bail Agent: 10004566
Telephone No.: [blank]

**SIGNATURE**

Signature Of Surety: Ricky Roberson
Signature Of Surety: Ricky Roberson

**SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME**

Date: [blank]    Signature: [blank]

**SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME**

Date: 8/11/23    Signature: /s/ 5110

☐ Magistrate ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court
☐ Custodian Of Detention Facility [G.S. 15A-537(c)]

☐ Magistrate ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court
☒ Custodian Of Detention Facility [G.S. 15A-537(c)]

**COMPLETE IF CASH DEPOSITED**

Signature Of Official Accepting Cash: [blank]
Name Of Official Accepting Cash (type or print): [blank]
Receipt No.: [blank]

NOTE: If cash deposited, see note on reverse side.

AOC-CR-201, Rev. 4/18
© 2018 Administrative Office of the Courts

(see AOC-CR-238 if release after judgment in superior court)
Original - File
(Over)

0017

## CONDITIONS

The conditions of this Bond are that the above named defendant shall appear in the above entitled action(s) whenever required. It is agreed and understood that this Bond is effective and binding upon the defendant and each surety throughout all stages of the proceedings in the trial divisions of the General Court of Justice until the entry of judgment in the district court from which no appeal is taken or until the entry of judgment in the superior court, unless terminated earlier by operation of law or order of the court. If the defendant appears as ordered until termination of the Bond, then the bond is to be void, but if the defendant fails to appear as required, the Court will forfeit the bond pursuant to Part 2 of Article 26 of Chapter 15A of the General Statutes.

Each accommodation bondsman, by signing on the reverse or on the attached AOC-CR-201A, states: "I have reached the age of 18 years and am a bona fide resident of North Carolina. Aside from love and affection and release of the above named defendant, I have received no consideration for acting as surety. I own sufficient property over and above all liabilities, homestead and other exemptions allowed me by law to enable me to pay this Bond should it be ordered forfeited. I understand that if I sign this Bond without sufficient property, I am guilty of a crime."

## AFFIDAVIT

NOTE: "Professional bondsmen, surety bondsmen [bail agents], and runners shall file with the clerk of court having jurisdiction over the principal an affidavit on a form furnished by the Administrative Office of the Courts." G.S. 58-71-140(d). Check all options that apply.

- [ ] 1. I have not, nor has anyone for my use, been promised or received any collateral, security or premium for executing this Bond.
- [ ] 2. I have been promised a premium in the amount shown below, which is due on the date shown below.
- [x] 3. I have received a premium in the amount shown below.
- [ ] 4. I have been given collateral security by the person named below, of the nature and in the amount shown below.

| Amount Of Premium Promised | Date Due | Amount Of Premium Received |
|---|---|---|
| $ 0 | 8/11/23 | $ 100.00 |

| Name Of Person From Whom Collateral Received | Nature Of Collateral | Value |
|---|---|---|
| | | |

**AFFIX STAMP OR POWER OF ATTORNEY HERE**

## RETURN OF CUSTODIAN OF DETENTION FACILITY

The defendant named on the reverse was released from my custody on the date shown below upon the execution of this Appearance Bond.

| Date Defendant Released | Name Of Custodian (type or print) | Signature Of Custodian | |
|---|---|---|---|
| 8/11/23 | Armenta | [signed] 3110 | [ ] Sheriff [ ] Deputy Sheriff [x] Other PO |

**NOTES ON CASH BONDS:**

(1) **To Official Taking The Bond.** Use this form for all cash bonds. Complete this form as follows:

When Cash Deposited By Defendant Or By Another Person Who Intends For The Cash To Be Used To Satisfy The Defendant's Obligations. Enter defendant's name, address and telephone number at the top of Side One. Check "Cash Appearance Bond By Defendant." Have defendant sign. Do no more. No other person's name should appear on this form. Enter your name, sign and enter receipt number under "Complete If Cash Deposited." Make receipt out to DEFENDANT, not to any other person.

When Cash Deposited By Another Person Who Does NOT Intend For The Cash To Be Used To Satisfy The Defendant's Obligations. Enter defendant's name, address and telephone number at the top of Side One. Check "Surety Appearance Bond." Have defendant sign. Enter name, address and telephone number of person depositing cash under "Accommodation Bondsman." Have that person sign under "Signature Of Surety." Complete notarization for that person. Enter your name, sign and enter receipt number under "Complete If Cash Deposited." Make receipt out to person depositing the cash.

(2) **To Bookkeeper.** If case disposed without forfeiture, disburse cash as follows: (1) If "Cash Appearance Bond By Defendant" checked on Side One, disburse to defendant or apply to defendant's obligations if court so orders. (2) If "Surety Appearance Bond" is checked on Side One, disburse only to the person(s) named under "Accommodation Bondsman."

(3) **Bond By Insurance Company Or Professional Bondsman As Surety Is Same As Cash Except In Child Support.** G.S. 15A-531(4) provides that an appearance bond executed by an insurance company or a professional bondsman (or a bail agent or runner on behalf of one of those sureties) is considered the same as a cash deposit, except in child support contempt proceedings for which only cash may satisfy a cash bond requirement.

AOC-CR-201, Side Two, Rev. 4/18
© 2018 Administrative Office of the Courts