# EXHIBIT 9

| Document Type | Page |
|---|---|
| A. Certificate of True Copy (Blair Williams) | 1 |
| B. Portal Docket 20240408 | 2 |
| C. Order for Arrest | 8 |
| D. Release Order | 10 |
| E. Release Order Returned | 12 |
| F. Certificate of True Copy (Michelle C. Ball) | 14 |
| G. Portal Docket | 15 |
| H. Release Order | 18 |
| I. Service Without Process | 20 |
| J. Case Summary | 21 |
| K. Bond Appearance | 22 |
| L. Conditions of Release | 24 |

# STATE OF NORTH CAROLINA

In The General Court Of Justice

Wake _____ County

**CERTIFICATE OF TRUE COPY**

## OFFICE OF THE CLERK OF THE SUPERIOR COURT

As a Clerk of the Superior Court of this County, State of North Carolina, I certify that the attached copies of the documents described below are true and accurate copies of the originals now on file in this office.

*Number And Description Of Attached Documents:*

Records for the case of State v. Lassiter, 23CR270240-910 (Wake Dist. Ct.). Personal identifying information and victim information has been redacted from documents.

Attachment A: Docket sheet (Case Summary, Case Information, Assignment Information, Party Information, Case Events, Hearings, Bond Settings), publicly available on Portal at: https://portal-nc.tylertech.cloud/Portal/. Case filings are included with the associated Case Event and the "created time" listed under each document reflects the time that the document was created in or scanned into and available through the Enterprise Justice Case Manger And Portal applications.

Attachment B: Order for Arrest Issued August 17, 2023

Attachment C: Release Order Issued August 19, 2023

Attachment D: Release Order Returned





Witness my hand and the seal of the Superior Court

| | |
|---|---|
| *Date* | 04/08/2024 |
| *Clerk Of Superior Court* | |
| *Name Of Undersigned Clerk (type or print)* | Blair Williams |
| *Signature* | |

☐ Deputy CSC  ☐ Assistant CSC  ☒ Clerk Of Superior Court

AOC-G-101, Rev. 3/19
© 2019 Administrative Office of the Courts

| STATE OF NORTH CAROLINA VS DENNIS KEITH LASSITER | § § § | Location: | **Wake District Court** |
|---|---|---|---|
| | | Filed on: | **03/30/2023** |
| | § | Electronic Warrants Warrant ID: | **tU656b3DyW5r5b5j5NzYoJ** |
| | § | Criminal Process Number: | **MO-23-223304** |
| | § | Criminal Process Number: | **RO-23-223350** |
| | § | Electronic Warrants Warrant ID: | **cKwUHysJ5KWMdEeZLSerpS** |
| | § | Electronic Warrants Warrant ID: | **9j6snyzD1KtUNZVoLaLtkG** |
| | § | Criminal Process Number: | **OFA-23-255903** |
| | § | Electronic Warrants Warrant ID: | **bGSBpDP8K5dVADGLjhwkEt** |
| | § | Criminal Process Number: | **OFA-23-580278** |
| | § | Criminal Process Number: | **RO-23-736302** |
| | § | Electronic Warrants Warrant ID: | **fzqxxuzu7tg9HEKiLXGEnc** |

---

## Case Information

| | Offense | Statute | Degree | Offense Date | Filed Date | | |
|---|---|---|---|---|---|---|---|
| | | | | | | Case Type: | Criminal |
| | | | | | | Case Status: | **03/30/2023** **Pending** |
| 1. | FELONY POSSESSION OF COCAINE | 90-95(D)(2) | FI | 03/30/2023 | 03/30/2023 | | |

    Arrest Date: 03/30/2023

    Offense Reports
    Control #: 23001007
    Agency: Garner Police Department
            912 Seventh Ave
            Garner, NC, 27529

| | Offense | Statute | Degree | Offense Date | Filed Date |
|---|---|---|---|---|---|
| 2. | POSSESS DRUG PARAPHERNALIA | 90-113.22 | M1 | 03/30/2023 | 03/30/2023 |

    Arrest Date: 03/30/2023

    Offense Reports
    Control #: 23001007
    Agency: Garner Police Department
            912 Seventh Ave
            Garner, NC, 27529

## Related Cases

23CR270240-910 (Bond Forfeiture)

## Bonds

| **Unsecured Bond** | #23B077215 | |
|---|---|---|
| 10/20/2023 | Posted | |
| Counts: 1, 2 | | |

| **Secured Bond - Professional Surety** | #23B013800 | $2,000.00 |
|---|---|---|
| 11/29/2023 | Set-Aside Before Judgment | |
| 10/06/2023 | Forfeiture Pending | |
| 07/07/2023 | Forfeiture Ordered | |
| 03/31/2023 | Posted | |
| Counts: 1, 2 | | |

Case 1:23-cv-00423-WO-JLW   Document 94-9   Filed 04/09/24   Page 3 of 26

# Case Summary

### Case No. 23CR270240-910

Bond Insurance Company: UNITED STATES FIRE INSURANCE COMPANY
305 MADISON AVE
MORRISTOWN, NJ 07960
Bond Company: COLLINS, MARCUS, D
PO BOX 25584
RALEIGH, NC 27611
03/30/2023        Arrest Date

---

## Assignment Information

**Current Case Assignment**
| | |
|---|---|
| Case Number | 23CR270240-910 |
| Court | Wake District Court |
| Date Assigned | 03/30/2023 |

---

## Party Information

| | | |
|---|---|---|
| **Defendant** | **LASSITER, DENNIS KEITH**<br>*Alias* LASSITER, DENISE KEITH<br>*Alias* LASSITER, KEITH<br>126 COLBY LN<br>ANGIER, NC 27501<br>White<br>Male | **O'NEIL, MOLLY ANN**<br>*Retained* |
| **State** | **STATE OF NORTH CAROLINA**<br>Other | **Stewart, Robert Jeremy**<br>*Retained* |
| **Complainant** | **Taylor, Patrick**<br>912 SEVENTH AVE<br>GARNER, NC 27529 | |
| **Witness** | **Taylor, Patrick**<br>912 SEVENTH AVE<br>GARNER, NC 27529 | |
| **Law Enforcement Officer** | **Taylor, Patrick**<br>912 SEVENTH AVE<br>GARNER, NC 27529 | |
| **Fiduciary** | **COLLINS, MARCUS, D**<br>PO BOX 25584<br>RALEIGH, NC 27611 | |
| **School Board** | **WAKE COUNTY SCHOOL BOARD**<br>PO BOX 1151<br>RALEIGH, NC 27602 | **Malone, Vernon R.**<br>*Retained* |
| **Surety** | **UNITED STATES FIRE INSURANCE COMPANY**<br>305 MADISON AVE<br>MORRISTOWN, NJ 07960 | |

---

## Case Events

10/21/2023     
      Release Order Returned
         Created:   04/08/2024 9:30 AM

Case 1:23-cv-00423-WO-JLW   Document 94-9   Filed 04/09/24   Page 4 of 26

| 10/20/2023 | Release Order Modified | |
| | Created: 10/26/2023 2:54 PM | |

| 10/20/2023 | Bond Posted | Index # 16 |
| | Created: 10/23/2023 9:08 AM | |

| 10/20/2023 | Bond Amount Change | |
| | Created: 10/21/2023 2:09 PM | |

| 10/20/2023 | Order of Assignment of Counsel or Denial of Counsel (Judicial Officer: Sasser, Debra S) | Index # 15 |
| | Created: 10/20/2023 4:17 PM | |

| 10/20/2023 | Counsel Appointed - Public Defender | |
| | Created: 10/20/2023 4:17 PM | |

| 10/19/2023 | SBI Fingerprint Card | |
| | *FTA-FEL POSSESSION OF CACAINE, POSSESS DRUG PARA* | |
| | Created: 10/30/2023 2:22 PM | |

| 10/19/2023 | Order for Arrest Returned Served | Index # 13 |
| | *Location: WAKE COUNTY COURTHOUSE* | |
| | Crim Proc #: OFA-23-580278 | |
| | Created: 10/19/2023 12:36 PM | |

| 10/19/2023 | Release Order Issued | Index # 14 |
| | *Location: WAKE COUNTY COURTHOUSE* | |
| | Crim Proc #: RO-23-736302 | |
| | Created: 10/19/2023 12:37 PM | |

| 10/09/2023 | Bond Forfeiture Notice (Judicial Officer: EAGLES, MARGARET P) | Index # 12 |
| | *Bond A* | |
| | Parties: Defendant LASSITER, DENNIS KEITH; | |
| | Fiduciary COLLINS, MARCUS, D; | |
| | Surety UNITED STATES FIRE INSURANCE COMPANY | |
| | Created: 10/06/2023 2:25 PM | |

| 09/06/2023 | Legacy Complete Case Scan | Index # 10 |
| | Created: 09/06/2023 9:05 AM | |

| 08/17/2023 | Order for Arrest Issued | Index # 9 |
| | *Location: WAKE COUNTY COURTHOUSE* | |
| | Crim Proc #: OFA-23-580278 | |
| | Created: 08/17/2023 4:43 PM | |

| 07/07/2023 | Bond Forfeited | Index # 11 |
| | Created: 10/05/2023 1:31 PM | |

| 07/07/2023 | Called and Failed (Judicial Officer: EAGLES, MARGARET P) | |
| | Created: 07/07/2023 1:07 PM | |

| 05/30/2023 | Order to Strike Called and Failed | Index # 8 |
| | Created: 05/31/2023 3:45 PM | |

| 05/23/2023 | Motion to Strike Called and Failed | Index # 7 |
| | Filed By: Defendant LASSITER, DENNIS KEITH | |
| | Created: 05/23/2023 3:37 PM | |

| 05/23/2023 | Called and Failed (Judicial Officer: Stevens, Mark Lindsay) | |
| | Created: 05/23/2023 2:26 PM | |

Case 1:23-cv-00423-WO-JLW   Document 94-9   Filed 04/09/24   Page 5 of 26

05/02/2023    Waiver of Counsel    (Judicial Officer: Stevens, Mark Lindsay)
    Created:   05/02/2023 9:26 AM

04/13/2023    Order for Arrest Recalled
    *Location: WAKE COUNTY COURTHOUSE*
    Crim Proc #:  OFA-23-255903
    Created:   04/13/2023 4:48 PM

04/13/2023    Order for Arrest Issued               Index # 5
    *Location: WAKE COUNTY COURTHOUSE*
    :  OFA-23-255903
    Created:   04/13/2023 3:52 PM

04/12/2023    Order to Strike Called and Failed          Index # 6
    Created:   04/13/2023 4:49 PM

04/03/2023    Motion to Strike Called and Failed        Index # 4
    Created:   04/03/2023 10:47 AM

03/31/2023    Called and Failed
    Created:   04/13/2023 3:51 PM

03/31/2023    Called and Failed    (Judicial Officer: Chasse, Eric C)
    Created:   03/31/2023 2:53 PM

03/31/2023    Bond Posted                  Index # 3
    Created:   03/31/2023 9:09 AM

03/30/2023    Release Order Issued             Index # 2
    *Location: WAKE COUNTY COURTHOUSE*
    :  RO-23-223350
    Created:   03/30/2023 7:45 PM

03/30/2023    Magistrate Order Issued         Index # 1
    *Location: WAKE COUNTY COURTHOUSE*
    Crim Proc #:  MO-23-223304
    Party:   Defendant LASSITER, DENNIS KEITH
    Created:   03/30/2023 7:31 PM

---

## Hearings

---

04/26/2024    **Disposition Hearing**   (9:00 AM)
    Resource: Location 910-0301 Wake Co. Justice Center, Courtroom 301
    Created:   01/30/2024 11:18 AM

01/30/2024    **Disposition Hearing**   (9:00 AM)  (Judicial Officer: MANGUM, NED WILSON)
    Resource: Location 910-0301 Wake Co. Justice Center, Courtroom 301
    11/08/2023 Reset by Court to 01/30/2024
    **MINUTES - 01/30/2024**
    **Disposition Hearing**  (04/26/2024 at 9:00 AM)
      Resource: Location 910-0301 Wake Co. Justice Center, Courtroom 301
    Created:   01/30/2024 11:18 AM
    Continued;
     *Continued*
    Created:   11/07/2023 11:52 AM

11/07/2023    **Disposition Hearing**   (9:00 AM)  (Judicial Officer: Sasser, Debra S)
    Resource: Location 910-0301 Wake Co. Justice Center, Courtroom 301
    **MINUTES - 11/07/2023**
    **Disposition Hearing**  (01/30/2024 at 9:00 AM)  (Judicial Officer: MANGUM, NED WILSON)
      Resource: Location 910-0301 Wake Co. Justice Center, Courtroom 301
      11/08/2023 Reset by Court to 01/30/2024

Case 1:23-cv-00423-WO-JLW   Document 94-9   Filed 04/09/24   Page 6 of 26

*Continued*
Created: 11/07/2023 11:52 AM
Continued;
*Continued*
Created: 10/27/2023 11:01 AM

10/27/2023 **Disposition Hearing** (9:00 AM) (Judicial Officer: Stevens, Mark Lindsay)
Resource: Location 910-0301 Wake Co. Justice Center, Courtroom 301
**MINUTES - 10/27/2023**
**Disposition Hearing** (11/07/2023 at 9:00 AM) (Judicial Officer: Sasser, Debra S)
Resource: Location 910-0301 Wake Co. Justice Center, Courtroom 301
*Continued*
Created: 10/27/2023 11:01 AM
Continued;
*Continued*
Created: 10/21/2023 2:08 PM

10/20/2023 **First Appearance Hearing** (1:30 PM) (Judicial Officer: Sasser, Debra S)
Resource: Location 910-0304 Wake Co. Justice Center, Courtroom 304
11/16/2023 Reset by Court to 10/20/2023
**MINUTES - 10/20/2023**
Counsel Appointed - Public Defender
Created: 10/20/2023 4:17 PM

Order of Assignment of Counsel or Denial of Counsel (Judicial Officer: Sasser, Debra S)
Created: 10/20/2023 4:17 PM

Index # 15
Continued;
*Continued*
Created: 10/19/2023 12:37 PM

07/07/2023 **Disposition Hearing** (9:00 AM) (Judicial Officer: EAGLES, MARGARET P)
Resource: Location 910-0301 Wake Co. Justice Center, Courtroom 301
**MINUTES - 07/07/2023**
Called and Failed (Judicial Officer: EAGLES, MARGARET P)
Created: 07/07/2023 1:07 PM
Called & Failed;
*Called & Failed*
Created: 07/07/2023 10:42 AM

07/07/2023 **Disposition Announcement** (9:00 AM)
Resource: Location 910-0201 Wake Co. Justice Center, Courtroom 201
07/07/2023 Reset by Court to 07/07/2023
07/07/2023 Reset by Court to 07/07/2023
**MINUTES - 07/07/2023**
**Disposition Hearing** (07/07/2023 at 9:00 AM) (Judicial Officer: EAGLES, MARGARET P)
Resource: Location 910-0301 Wake Co. Justice Center, Courtroom 301
*Called & Failed*
Created: 07/07/2023 10:42 AM
In Progress;
*In Progress*
Created: 05/31/2023 3:49 PM

05/23/2023 **Disposition Hearing** (9:00 AM) (Judicial Officer: Stevens, Mark Lindsay)
Resource: Location 910-0301 Wake Co. Justice Center, Courtroom 301
**MINUTES - 05/23/2023**
Called and Failed (Judicial Officer: Stevens, Mark Lindsay)
Created: 05/23/2023 2:26 PM
Called & Failed;
*Called & Failed*
Created: 05/02/2023 9:28 AM

05/02/2023 **Disposition Hearing** (10:00 AM) (Judicial Officer: Stevens, Mark Lindsay)
Resource: Location 910-0304 Wake Co. Justice Center, Courtroom 304
**MINUTES - 05/02/2023**

## Case Summary

### Case No. 23CR270240-910

Waiver of Counsel    (Judicial Officer: Stevens, Mark Lindsay)
Created:  05/02/2023 9:26 AM
**Disposition Hearing**   (05/23/2023 at 9:00 AM)   (Judicial Officer: Stevens, Mark Lindsay)
Resource: Location 910-0301 Wake Co. Justice Center, Courtroom 301
    *Called & Failed*
Created:  05/02/2023 9:28 AM
Continued;
   *Continued*
Created:  04/13/2023 4:50 PM

03/31/2023   **First Appearance Hearing**   (10:00 AM)   (Judicial Officer: Chasse, Eric C)
Resource: Location 910-0304 Wake Co. Justice Center, Courtroom 304
    **MINUTES - 03/31/2023**
        Called and Failed    (Judicial Officer: Chasse, Eric C)
            Created:  03/31/2023 2:53 PM
    Called & Failed;
      *Called & Failed*
Created:  03/31/2023 8:02 AM

---

## Bond Settings

---

| Date | | | |
|---|---|---|---|
| 10/20/2023 | **Bond Setting** | | |
| | Set By Clerk | $5,000.00 | Unsecured Bond |
| 10/19/2023 | **Bond Setting** | | |
| | Set By Clerk | $5,000.00 | Secured Bond - Property by Defendant , Secured Bond - Cash by Accommodation , Secured Bond - Property by Accommodation , Secured Bond - Cash by Defendant , Secured Bond - Professional Surety |
| 03/30/2023 | **Bond Setting** | | |
| | Set By Clerk | $2,000.00 | Secured Bond - Property by Defendant , Secured Bond - Cash by Accommodation , Secured Bond - Property by Accommodation , Secured Bond - Cash by Defendant , Secured Bond - Professional Surety |

| File No. 23CR270240-910 | ☐ See Attachment | Law Enforcement Case No. | | LID No. | |
|---|---|---|---|---|---|

**ORDER FOR ARREST**

# OFA-23-580278

**THE STATE OF NORTH CAROLINA VS.**

Name, Address & Telephone No. Of Defendant
DENISE KEITH LASSITER
126 COLBY LN

ANGIER          NC          27501

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| W | M | 12/05/1970 | |

Name And Address Of Defendant's Employer

Date Defendant Failed To Appear
07/07/2023

| Amount Of Bond | Type Of Bond | Notes |
|---|---|---|
| $ | Official's Discretion | |

## STATE OF NORTH CAROLINA

_____ WAKE _____ County

In The General Court Of Justice
☒ District    ☐ Superior Court Division

**To any officer with authority and jurisdiction to serve an Order For Arrest:**
The Court finds that:

☒ 1. FTA - RELEASE ORDER [G.S. 15A-305(b)(2)] the defendant has been arrested and released from custody and has failed on the date shown to appear as required by the Release Order.
☐ This is the defendant's second or subsequent failure to appear on these charges.

☐ 2. FTA - CRIMINAL SUMMONS OR CITATION (Do not use for infraction.) [G.S. 15A-305(b)(3)] the defendant has failed on the date shown to appear as required by a duly executed Criminal Summons or by a Citation that charged the defendant with a misdemeanor.

☐ 3. TRUE BILL OF INDICTMENT [G.S. 15A-305(b)(1)] a Grand Jury has returned a true bill of indictment against the defendant, a copy of which is attached. [**Note To Arresting Officer:** If this option is checked, defendant must be fingerprinted. G.S. 15A-502(a).]

☐ 4. FTA - SHOW CAUSE AFTER FTC [G.S. 15A-305(b)(8)] the defendant has failed on the date shown to appear as required in a Show Cause Order entered in this criminal proceeding.

☐ 5. FTA - SHOW CAUSE ORDER IN ORIGINAL CRIMINAL JUDGMENT [G.S. 15A-305(b)(8); -1362(c); -1364(a)] the defendant has failed by the date shown to pay a fine or costs or both as required by a judgment entered in this case and has also failed, as required upon such failure, to appear on that date and show cause why the defendant should not be imprisoned.

☐ 6. PROBABLE CAUSE THAT DEFENDANT MAY FAIL TO APPEAR - CRIMINAL CONTEMPT [G.S. 15A-305(b)(9); 5A-16] this Court has initiated plenary proceedings for contempt against the defendant under G.S. 5A-16, has issued a show cause order and finds probable cause to believe that the defendant will not appear as required in response to that order.

☐ 7. PROBATION VIOLATION [G.S. 15A-305(b)(4); -1345(a)] the probation officer has provided the court with a written statement, signed by the probation officer, alleging that the defendant has violated specified conditions of the defendant's probation and a copy of the written statement is attached.

☐ 8. Other: (specify)

### OFFENSE(S)

| Count No. | Offense | In Violation of G.S. | Code | Count No. | Offense | In Violation of G.S. | Code |
|---|---|---|---|---|---|---|---|
| 1 | F - FELONY POSSESSION OF COCAINE | 90-95(D)(2) | 3560 | | | | |
| 2 | M - POSSESS DRUG PARAPHERNALIA | 90-113.22 | 3401 | | | | |

| **TRUE BILL OF INDICTMENT ONLY** | **You are DIRECTED to take the defendant into custody and bring the defendant before a judicial official for the purpose of:** |
|---|---|
| Date Of Arrest & Check Digit No. (as shown on fingerprint card) | ☒ determining conditions of release, and for commitment if the defendant is unable to comply.<br>☐ commitment since release of the defendant is not authorized. |

| Name Of Issuing Official B. Williams, by and through G Martinez | Signature | Location Of Court 0203-WAKE JUSTICE CENTER | Court Date 09/21/2023 |
|---|---|---|---|
| Date Of Offense 03/30/2023 | Date Issued 08/17/2023 | ☐ Magistrate  ☐ Deputy CSC  ☐ DC Judge<br>☐ Asst. CSC  ☐ Clerk Of Superior Court  ☐ SC Judge | Court Time 2:00 PM |

AOC-CR-217, Rev. 3/23, © 2023 Administrative Office of the Courts

0008

| | | |
|---|---|---|
| **STATE VERSUS** | WAKE _____ County | ► File No. 23CR270240-910 |

| |
|---|
| Name Of Defendant |
| DENISE KEITH LASSITER |
| Date Of Issuance Of Order For Arrest |
| 08/17/2023 |

If the Order For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon.

## RETURN OF SERVICE

I certify that the Order For Arrest issued in this case on the date noted above for the defendant named above, was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|
| | | | |

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ The Order WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (type or print) |
|---|---|
| | |

Department Or Agency Of Officer

## REDELIVERY/REISSUANCE

| Date | Name Of Clerk (type or print) | Signature Of Clerk | ☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court |
|---|---|---|---|
| | | | |

## RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that the Order For Arrest issued in this case on the date noted above for the defendant named above, was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|
| | | | |

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ The Order WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (type or print) |
|---|---|
| | |

Department Or Agency Of Officer

AOC-CR-217 Return, Rev. 3/23
© 2023 Administrative Office of the Courts

0009

# STATE OF NORTH CAROLINA

_____WAKE_____ County

**STATE VERSUS**

*Name And Address Of Defendant*
DENISE KEITH LASSITER
126 COLBY LN

ANGIER          NC     27501

*File No.*
23CR270240-910

In The General Court Of Justice
☒ District    ☐ Superior Court Division

## CONDITIONS OF RELEASE AND RELEASE ORDER

G.S. Chapter 15A, Art. 25, 26

| *Process No.* | *Amount Of Bond* |
|---|---|
| # RO-23-736302 | $      5,000.00 |

**File Numbers And Offenses**

23CR270240-910    ; F - FELONY POSSESSION OF COCAINE; M - POSSESS DRUG PARAPHERNALIA;

☐ See Attachment.

| *Location Of Court* Wake Co. Justice Center, Courtroom 203 | ☒ District ☐ Superior | *Date* 11/16/2023 | *Time* 2:00 PM |
|---|---|---|---|

**To The Defendant Named Above**, you are ORDERED to appear before the Court as provided above and at all subsequent continued dates. If you fail to appear, you will be arrested and you may be charged with the crime of willful failure to appear. You also may be arrested without a warrant if you violate any condition of release in this Order or in any document incorporated by reference.

The defendant has been advised of charge(s) against him/her and his/her right to communicate with counsel and friends.

☒ Your release is authorized upon execution of your: ☐ WRITTEN PROMISE to appear ☐ UNSECURED BOND in the amount shown above
   ☐ CUSTODY RELEASE ☒ SECURED BOND in the amount shown above (**NOTE:** *Give a copy of this order to any surety who posts bond.*)
   ☐ HOUSE ARREST with ELECTRONIC MONITORING administered by *(agency)* _____ and the SECURED
   BOND above. You may leave your residence for the purpose(s) of ☐ employment ☐ counseling ☐ course of study ☐ vocational training

☐ Your release is not authorized.
☐ The defendant is required to provide *(check all that apply)* ☐ fingerprints under G.S. 15A-502. ☐ a DNA sample under G.S. 15A-266.3A.
   Prior to release, the defendant shall provide his/her *(check all that apply)* ☐ fingerprints. ☐ DNA sample.
☐ The defendant has been ☐ (i) charged with a felony while on probation *(complete AOC-CR-272, Side One).* ☐ (ii) arrested for violation of probation
   with a pending felony charge or prior conviction requiring registration under G.S. 14, Article 27A *(complete AOC-CR-272, Side Two).*
☐ This Order is entered upon defendant's warrantless arrest for violation of conditions of release entered previously for the above-captioned case in the
   Order dated _____
☐ The defendant is charged with an offense subject to G.S. 15A-534.1, and no judge has acted under that statute within 48 hours of defendant's arrest.
☐ The defendant was arrested or surrendered after failing to appear as required under a prior release order.
☐ This was the defendant's second or subsequent failure to appear in this case.
☐ Your release is subject to the conditions as shown on the attached ☐ AOC-CR-242. ☐ AOC-CR-270. ☐ AOC-CR-630. ☐ AOC-CR-631.
       ☐ AOC-CR-660. ☐ Other: _____.

*Additional Information*
Pending cases andf FTA's.

| *Date* 10/19/2023 | *Name Of Judicial Official* M. Smith | *Signature Of Judicial Official* | ☒ Magistrate ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court ☐ DC Judge ☐ SC Judge |
|---|---|---|---|

## ORDER OF COMMITMENT

**To The Custodian Of The Detention Facility Named Above**, you are ORDERED to receive in your custody the defendant named above who may be released if authorized above. If the defendant is not sooner released, you are ORDERED to: ☒ produce him/her in Court as provided above.
☐ hold him/her ☐ as provided on the attached AOC-CR-272. ☐ for the following purpose: _____.

☐ *[for charges covered by G.S. 15A-533(h), 15A-534.1, 15A-534.7, or 15A-534.8]* produce him/her at the first session of District or Superior Court held in this county after the entry
   of this Order or, if no session is held before *(for G.S. 15A-534.8, enter date and time 24 hours after arrest; for all others, 48 hours after arrest)* _____
   , produce him/her before a magistrate of this county at that time to determine conditions of pretrial release.

| *Name Of Detention Facility* WCDC | *Date* 10/19/2023 | *Name Of Judicial Official* M. Smith *(over)* | *Signature Of Judicial Official* |
|---|---|---|---|

AOC-CR-200, Rev. 10/23, © 2023 Administrative Office of the Courts

## WRITTEN PROMISE TO APPEAR OR CUSTODY RELEASE

I, the undersigned, promise to appear at all hearings, trials or otherwise as the Court may require and to abide by any restrictions set out above. I understand and agree that this promise is effective until the entry of judgment in the District Court from which no appeal is taken or until the entry of judgment in Superior Court. If I am released to the custody of another person, I agree to be placed in that person's custody, and that person agrees by his/her signature to supervise me.

| Date | Signature Of Defendant | Signature Of Person Agreeing To Supervise Defendant |
|---|---|---|
| Name Of Person Agreeing To Supervise Defendant (type or print) | | Address Of Person Agreeing To Supervise Defendant |

## DEFENDANT RELEASED ON BAIL

| Date | Time | Signature Of Custodian |
|---|---|---|

## CONDITIONS OF RELEASE MODIFICATIONS

The Conditions of Release on the reverse are modified as follows:

| Modification | Date | Signature Of Judicial Official |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## SUPPLEMENTAL ORDERS FOR COMMITMENT

The defendant is next Ordered produced in Court as follows:

| Date | Time | Place | Purpose | Signature Of Judicial Official |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DEFENDANT RECEIVED BY DETENTION FACILITY

| Date | Time | Signature Of Custodian |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## DEFENDANT RELEASED FOR COURT APPEARANCE

| Date | Time | Signature Of Custodian |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**NOTE TO CUSTODIAN:** *This form shall accompany the defendant to court for all appearances.*

AOC-CR-200, Side Two, Rev. 10/23
© 2023 Administrative Office of the Courts

0011

360503

# STATE OF NORTH CAROLINA

__WAKE_____ County

File No. 23CR270240-910

In The General Court Of Justice
☒ District ☐ Superior Court Division

## STATE VERSUS

Name And Address Of Defendant
DENISE KEITH LASSITER
126 COLBY LN

ANGIER                    NC        27501

## CONDITIONS OF RELEASE
## AND RELEASE ORDER

G.S. Chapter 15A, Art. 25, 26

| Process No. | Amount Of Bond |
|---|---|
| # RO-23-736302 | $ 5,000.00 |

File Numbers And Offenses
23CR270240-910   : F - FELONY POSSESSION OF COCAINE; M - POSSESS DRUG PARAPHERNALIA;

☐ See Attachment.

| Location Of Court | | | |
|---|---|---|---|
| Wake Co. Justice Center, Courtroom 203 | ☒ District ☐ Superior | Date 11/16/2023 | Time 2:00 PM |

To The Defendant Named Above, you are ORDERED to appear before the Court as provided above and at all subsequent continued dates. If you fail to appear, you will be arrested and you may be charged with the crime of willful failure to appear. You also may be arrested without a warrant if you violate any condition of release in this Order or in any document incorporated by reference.

The defendant has been advised of charge(s) against him/her and his/her right to communicate with counsel and friends.
☒ Your release is authorized upon execution of your: ☐ WRITTEN PROMISE to appear ☐ UNSECURED BOND in the amount shown above
☐ CUSTODY RELEASE ☒ SECURED BOND in the amount shown above (NOTE: *Give a copy of this order to any surety who posts bond.*)
☐ HOUSE ARREST with ELECTRONIC MONITORING administered by *(agency)* _____ and the SECURED BOND above. You may leave your residence for the purpose(s) of ☐ employment ☐ counseling ☐ course of study ☐ vocational training

☐ Your release is not authorized.
☐ The defendant is required to provide *(check all that apply)* ☐ fingerprints under G.S. 15A-502. ☐ a DNA sample under G.S. 15A-266.3A Prior to release, the defendant shall provide his/her *(check all that apply)* ☐ fingerprints. ☐ DNA sample.
☐ The defendant has been ☐ (i) charged with a felony while on probation *(complete AOC-CR-272, Side One).* ☐ (ii) arrested for violation of probation with a pending felony charge or prior conviction requiring registration under G.S. 14, Article 27A *(complete AOC-CR-272, Side Two).*
☐ This Order is entered upon defendant's warrantless arrest for violation of conditions of release entered previously for the above-captioned case in this Order dated _____.
☐ The defendant is charged with an offense subject to G.S. 15A-534.1, and no judge has acted under that statute within 48 hours of defendant's arrest.
☐ The defendant was arrested or surrendered after failing to appear as required under a prior release order.
☐ This was the defendant's second or subsequent failure to appear in this case.
☐ Your release is subject to the conditions as shown on the attached ☐ AOC-CR-242. ☐ AOC-CR-270. ☐ AOC-CR-630. ☐ AOC-CR-631. ☐ AOC-CR-660. ☐ Other: _____

Additional Information
Pending cases and FTA's.

| Date 10/19/2023 | Name Of Judicial Official M. Smith | Signature Of Judicial Official | ☒ Magistrate ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court ☐ DC Judge ☐ SC Judge |
|---|---|---|---|

## ORDER OF COMMITMENT

To The Custodian Of The Detention Facility Named Below, you are ORDERED to receive in your custody the defendant named above who may be released if authorized above, or if the defendant is not sooner released, you are ORDERED to: ☒ produce him/her in Court as provided above.
☐ hold him/her ☐ as provided on the attached AOC-CR-272. ☐ for the following purpose: _____

☐ *(for charges covered by G.S. 15A-533(h), 15A-534.1, 15A-534.7, or 154-534.8)* produce him/her at the first session of District or Superior Court held in this county after the entry of this Order or, if no session is held before *(for G.S. 15A-534.8, enter date and time 24 hours after arrest; for all others, 48 hours after arrest)* _____ produce him/her before a magistrate of this county at that time to determine conditions of pretrial release.

| Name Of Detention Facility WCDC | Date 10/19/2023 | Name Of Judicial Official M. Smith | Signature Of Judicial Official |
|---|---|---|---|

(Over)

AOC-CR-200, Rev. 10/23, © 2023 Administrative Office of the Courts

Original

## WRITTEN PROMISE TO APPEAR OR CUSTODY RELEASE

I, the undersigned, promise to appear at all hearings, trials or otherwise as the Court may require and to abide by any restrictions set out above. I understand and agree that this promise is effective until the entry of judgment in the District Court from which no appeal is taken or until the entry of judgment in Superior Court. If I am released to the custody of another person, I agree to be placed in that person's custody, and that person agrees by his/her signature to supervise me.

| Date | Signature Of Defendant | Signature Of Person Agreeing To Supervise Defendant |
|---|---|---|
| Name Of Person Agreeing To Supervise Defendant (type or print) | | Address Of Person Agreeing To Supervise Defendant |

## DEFENDANT RELEASED ON BAIL

| Date | Time | Signature Of Custodian |
|---|---|---|
| 10.20.23 | 1735 | SR Buahora |

## CONDITIONS OF RELEASE MODIFICATIONS

The Conditions of Release on the reverse are modified as follows:

| Modification | Date | Signature Of Judicial Official |
|---|---|---|
| $5000 unsew | 10.20.23 | |
| | | |
| | | |
| | | |
| | | |

## SUPPLEMENTAL ORDERS FOR COMMITMENT

The defendant is next Ordered produced in Court as follows:

| Date | Time | Place | Purpose | Signature Of Judicial Official |
|---|---|---|---|---|
| 10/27 | A.M. | 301 | | |
| | | | | |
| | | | | |
| | | | | |

## DEFENDANT RECEIVED BY DETENTION FACILITY

| Date | Time | Signature Of Custodian |
|---|---|---|
| 10/19/23 | 1220 | A.G. |
| 10\|20\|23 | 1622 | 3116 |
| | | |

## DEFENDANT RELEASED FOR COURT APPEARANCE

| Date | Time | Signature Of Custodian |
|---|---|---|
| 10\|20\|23 | 1400 | |
| | | |
| | | |
| | | |

NOTE TO CUSTODIAN: *This form shall accompany the defendant to court for all appearances.*
AOC-CR-200, Side Two, Rev. 10/23
© 2023 Administrative Office of the Courts

Original

# STATE OF NORTH CAROLINA
In The General Court Of Justice

JOHNSTON _____ County

## CERTIFICATE OF TRUE COPY

## OFFICE OF THE CLERK OF THE SUPERIOR COURT

As a Clerk of the Superior Court of this County, State of North Carolina, I certify that the attached copies of the documents described below are true and accurate copies of the originals now on file in this office.

*Number And Description Of Attached Documents:*

State v. Lassiter, 01CR055663-500
Personal Identifying Information has been redacted from documents.

Criminal Case Information Case Summary Case No. 01CR055663-500, 3 pages

AOC-CR-200, filed October 20, 2023, 2 pages

State of North Carolina, Wake County, Service Without Process, filed October 31, 2023, 2 pages

AOC-CR-201, filed October 31, 2023, 2 pages (front and back)

AOC-CR-200, filed October 31, 2023, 2 pages (front and back)

Witness my hand and the seal of the Superior Court

**SEAL**

| | |
|---|---|
| *Date* | 03/25/2024 |
| *Clerk Of Superior Court* | Michelle C. Ball |
| *Name Of Undersigned Clerk (type or print)* | Michelle C. Ball |
| *Signature* | *Michelle C. Ball* |

☐ *Deputy CSC*  ☐ *Assistant CSC*  ☒ *Clerk Of Superior Court*

AOC-G-101, Rev. 3/19
© 2019 Administrative Office of the Courts

0014

# CASE SUMMARY
### CASE NO. 01CR055663-500

| | | |
|---|---|---|
| STATE OF NORTH CAROLINA VS DENNIS KEITH LASSITER | § § § § § § § § | Location: **Johnston District Court** |
| | | Filed on: **02/26/2002** |
| | | ACIS File Number **5002001055663D** |
| | | Key: |
| | | Criminal Process **RO-23-736295** |
| | | Number: |
| | | Electronic Warrants **afddbb8258d5470b4611189dae080ff8** |
| | | Warrant ID: |
| | | **sMxsnMaF32ndnB1ZwzPpYM** |

---

## CASE INFORMATION

| Offense | Statute | Deg | Date | Case Type: | Criminal |
|---|---|---|---|---|---|
| 01. FORGERY OF INSTRUMENT | 14-119(A) | FI | 05/15/2001 | | |
|    Arrest: 10/19/2023 | | | | | |
| 02. UTTERING FORGED INSTRUMENT | 14-120 | FI | 05/15/2001 | | |
|    Arrest: 10/19/2023 | | | | | |

---

| DATE | CASE ASSIGNMENT |
|---|---|

**Current Case Assignment**

| | |
|---|---|
| Case Number | 01CR055663-500 |
| Court | Johnston District Court |
| Date Assigned | 02/26/2002 0:00 AM |

---

## PARTY INFORMATION

*Attorneys*

| Defendant | LASSITER, DENNIS KEITH |
|---|---|
| | *749 PENNY RD* |
| | *BENSON, NC 27504* |
| | *White Male* |
| | *DOB: 12/05/1970 Age: 31* |
| | *DL: NC 03373567* |

| State | STATE OF NORTH CAROLINA | MAYAKIS, MARK LAWRENCE |
|---|---|---|
| | *Other* | *** Confidential Phone *** |
| | | *Johnston County DAs Office, PO Box 1029* |
| | | *Smithfield, NC 27577* |
| | | mark.l.mayakis@nccourts.org |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|

### EVENTS

| | | |
|---|---|---|
| 11/02/2023 | Voluntary Dismissal (Judicial Officer: LEE, JACQUELYN L )<br>Created: 11/02/2023 11:34 AM | *Index # 3* |
| 10/31/2023 | Release Order Issued<br>*OUT-OF-COUNTY PAPERWORK*<br>Created: 03/06/2024 5:07 PM | *Index # 4* |
| 10/20/2023 | Bond Posted<br>*OUT-OF-COUNTY PAPERWORK, CLOCKED-IN ON 10/31/2023.*<br>Created: 03/06/2024 5:09 PM | *Index # 5* |

*Printed on 03/25/2024 at 4:32 PM*

| | | |
|---|---|---|
| 10/19/2023 | Other Pleading Type<br>*OUT-OF-COUNTY PAPERWORK, SERVICE WITHOUT PROCESS, CLOCKED-IN ON*<br>*10/31/2023*<br>Created: 03/06/2024 5:11 PM | *Index # 6* |
| 10/19/2023 | Release Order Issued<br>*Location: JOHNSTON COUNTY COURTHOUSE*<br>Created: 10/19/2023 12:11 PM | *Crim Proc #*<br>*RO-23-736295*<br>*Index # 2* |
| 10/19/2023 | Warrant for Arrest Returned Served<br>*Location: JOHNSTON COUNTY COURTHOUSE*<br>Created: 10/19/2023 12:10 PM | *Crim Proc #*<br>*145615*<br>*Index # 1* |
| 02/05/2023 | ACIS Special Conditions<br>*9-10-01 CHANGE OF VENUE TO HARNETT COUNTY. SEE FILE.*<br>Charges: 02UTTERING FORGED INSTRUMENT (2524)<br>Created: 02/05/2023 12:00 AM | |
| 02/05/2023 | ACIS Special Conditions<br>*9-10-01 CHANGE OF VENUE TO HARNETT COUNTY. SEE FILE.*<br>Charges: 01FORGERY OF INSTRUMENT (2520)<br>Created: 02/05/2023 12:00 AM | |
| 07/16/2001 | Warrant For Arrest Issued<br>*CRRPRC:W*<br>Created: 07/16/2001 12:00 AM | |
| 01/01/1900 | Warrant for Arrest Issued on Paper<br>Created: 01/01/1900 12:00 AM | |

## DISPOSITIONS

| | | |
|---|---|---|
| 11/02/2023 | **Disposition** (Judicial Officer: LEE, JACQUELYN L)<br>*CASE ORIGINATED IN HARNETT CO. THEY HAVE ALL PAPERWORK ON MICROFILM.*<br>*DEFENDANT INDICATES HE PLED AND SPENT TIME IN PRISON. 23 YEAR OLD CASE.*<br>*VD-JUDICIAL ECONOMY PER ADA M. MAYAKIS*<br>  01. FORGERY OF INSTRUMENT<br>     VD-District Dismissals w/o Leave by DA - No Plea Agreement<br>       :  :<br><br>  02. UTTERING FORGED INSTRUMENT<br>     VD-District Dismissals w/o Leave by DA - No Plea Agreement<br>       :  :<br><br>Created: 11/02/2023 11:36 AM | |

## HEARINGS

| | | |
|---|---|---|
| 11/02/2023 | **Electronic Warrants Assigned** (9:00 AM) (Judicial Officer: LEE, JACQUELYN<br>L ;Location: 0CR1-Johnston County Courthouse)<br><br>  MINUTES<br>    Voluntary Dismissal (Judicial Officer: LEE, JACQUELYN L )<br>      Created: 11/02/2023 11:34 AM<br>    **Disposition** (Judicial Officer: LEE, JACQUELYN L)<br>      *CASE ORIGINATED IN HARNETT CO. THEY HAVE ALL PAPERWORK ON*<br>      *MICROFILM. DEFENDANT INDICATES HE PLED AND SPENT TIME IN PRISON. 23*<br>      *YEAR OLD CASE. VD-JUDICIAL ECONOMY PER ADA M. MAYAKIS*<br>      01. FORGERY OF INSTRUMENT<br>        VD-District Dismissals w/o Leave by DA - No Plea Agreement | *Index # 3* |

*Printed on 03/25/2024 at 4:32 PM*

: :

02. UTTERING FORGED INSTRUMENT
VD-District Dismissals w/o Leave by DA - No Plea Agreement
: :

Created: 11/02/2023 11:36 AM

Hearing Held;
*Hearing Held*
*Parties Present: State*      *STATE OF NORTH CAROLINA*
                    *Defendant*    *LASSITER, DENNIS KEITH*
Created: 10/19/2023 12:10 PM

## BOND SETTINGS

10/19/2023    **Bond Setting**
*RO-23-736295*
Not Authorized

# STATE OF NORTH CAROLINA

WAKE County on behalf of JOHNSTON County

| | |
|---|---|
| File No. | 01CR055663-500 |

In The General Court Of Justice
☒ District ☐ Superior Court Division

## STATE VERSUS

Name And Address Of Defendant
DENNIS KEITH LASSITER
749 PENNY RD

BENSON                    NC        27504

## CONDITIONS OF RELEASE AND RELEASE ORDER

G.S. Chapter 15A, Art. 25, 26

| Process No. | Amount Of Bond |
|---|---|
| # RO-23-736295 | $ |

File Numbers And Offenses
01CR055663-500   WFA; F - FORGERY OF INSTRUMENT; F - UTTERING FORGED INSTRUMENT;

FILED
DATE: October 20, 2023
TIME: 9:18:48 AM
JOHNSTON COUNTY
CLERK OF SUPERIOR COURT
BY: KM

☐ See Attachment.

| Location Of Court | | Date | Time |
|---|---|---|---|
| 0CR1-Johnston County Courthouse | ☒ District ☐ Superior | 11/02/2023 | 9:00 AM |

**To The Defendant Named Above,** you are ORDERED to appear before the Court as provided above and at all subsequent continued dates. If you fail to appear, you will be arrested and you may be charged with the crime of willful failure to appear. You also may be arrested without a warrant if you violate any condition of release in this Order or in any document incorporated by reference.

The defendant has been advised of charge(s) against him/her and his/her right to communicate with counsel and friends.
☐ Your release is authorized upon execution of your: ☐ WRITTEN PROMISE to appear   ☐ UNSECURED BOND in the amount shown above
☐ CUSTODY RELEASE   ☐ SECURED BOND in the amount shown above (**NOTE:** Give a copy of this order to any surety who posts bond.)
☐ HOUSE ARREST with ELECTRONIC MONITORING administered by (agency) _____ and the SECURED
BOND above. You may leave your residence for the purpose(s) of ☐ employment ☐ counseling ☐ course of study ☐ vocational training

☒ Your release is not authorized.
☐ The defendant is required to provide (check all that apply) ☐ fingerprints under G.S. 15A-502. ☐ a DNA sample under G.S. 15A-266.3A.
Prior to release, the defendant shall provide his/her (check all that apply) ☐ fingerprints. ☐ DNA sample.
☐ The defendant has been ☐ (i) charged with a felony while on probation (complete AOC-CR-272, Side One). ☐ (ii) arrested for violation of probation
with a pending felony charge or prior conviction requiring registration under G.S. 14, Article 27A (complete AOC-CR-272, Side Two).
☐ This Order is entered upon defendant's warrantless arrest for violation of conditions of release entered previously for the above-captioned case in the
Order dated _____
☐ The defendant is charged with an offense subject to G.S. 15A-534.1, and no judge has acted under that statute within 48 hours of defendant's arrest.
☐ The defendant was arrested or surrendered after failing to appear as required under a prior release order.
☐ This was the defendant's second or subsequent failure to appear in this case.
☐ Your release is subject to the conditions as shown on the attached ☐ AOC-CR-242. ☐ AOC-CR-270. ☐ AOC-CR-630. ☐ AOC-CR-631.
☐ AOC-CR-660. ☐ Other: _____

Additional Information
Pending case - FTA's  Take Def to WCJC RM 304 at 1:30 on 10/20/2023 for bond hearing.

| Date | Name Of Judicial Official | Signature Of Judicial Official | |
|---|---|---|---|
| 10/19/2023 | M. Smith | [signature] | ☒ Magistrate ☐ Deputy CSC ☐ Assistant CSC  ☐ Clerk Of Superior Court ☐ DC Judge ☐ SC Judge |

## ORDER OF COMMITMENT

**To The Custodian Of The Detention Facility Named Below,** you are ORDERED to receive in your custody the defendant named above who may be released if authorized above. If the defendant is not released as provided above, you are ORDERED to: ☐ produce him/her in Court as provided above.
☒ hold him/her ☐ as provided on the attached AOC-CR-272. ☒ for the following purpose: 15A-534 (h) _____

☐ [for charges covered by G.S. 15A-533(h), 15A-534.1, 15A-534.7, or 15A-534.8] produce him/her at the first session of District or Superior Court held in this county after the entry
of this Order or, if no session is held before [for G.S. 15A-534.8, enter date and time 24 hours after arrest; for all others, 48 hours after arrest] _____
_____, produce him/her before a magistrate of this county at that time to determine conditions of pretrial release.

| Name Of Detention Facility | Date | Name Of Judicial Official | Signature Of Judicial Official |
|---|---|---|---|
| WCDC | 10/19/2023 | M. Smith | [signature] |

0018
(Over)

AOC-CR-200, Rev. 10/23, © 2023 Administrative Office of the Courts

## WRITTEN PROMISE TO APPEAR OR CUSTODY RELEASE

I, the undersigned, promise to appear at all hearings, trials or otherwise as the Court may require and to abide by any restrictions set out above. I understand and agree that this promise is effective until the entry of judgment in the District Court from which no appeal is taken or until the entry of judgment in Superior Court. If I am released to the custody of another person, I agree to be placed in that person's custody, and that person agrees by his/her signature to supervise me.

| Date | Signature Of Defendant | Signature Of Person Agreeing To Supervise Defendant |
|------|------------------------|------------------------------------------------------|
| Name Of Person Agreeing To Supervise Defendant (type or print) | | Address Of Person Agreeing To Supervise Defendant |

## DEFENDANT RELEASED ON BAIL

| Date | Time | Signature Of Custodian |
|------|------|------------------------|

## CONDITIONS OF RELEASE MODIFICATIONS

The Conditions of Release on the reverse are modified as follows:

| Modification | Date | Signature Of Judicial Official |
|--------------|------|--------------------------------|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## SUPPLEMENTAL ORDERS FOR COMMITMENT

The defendant is next Ordered produced in Court as follows:

| Date | Time | Place | Purpose | Signature Of Judicial Official |
|------|------|-------|---------|--------------------------------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DEFENDANT RECEIVED BY DETENTION FACILITY

| Date | Time | Signature Of Custodian |
|------|------|------------------------|
| | | |
| | | |
| | | |
| | | |
| | | |

## DEFENDANT RELEASED FOR COURT APPEARANCE

| Date | Time | Signature Of Custodian |
|------|------|------------------------|
| | | |
| | | |
| | | |
| | | |

**NOTE TO CUSTODIAN:** *This form shall accompany the defendant to court for all appearances.*

Case 1:23-cv-00423-WO-JLW   Document 94-9   Filed 04/09/24   Page 20 of 26

# ·State of North Carolina
## Wake County

County of Outstanding Process: _Johnston_    File Number: _01CR055663-50_

☐ District    ☒ Superior

## Service without Process [N.C. Gen. Stat. 15A-401(a)(2)]

Defendant Name:

_Lassiter, Dennis Keith_

Address:

_205 Banner Ln_

_Benson, NC 27504_

Date of Offense: _3/7/2010_

☐ OFA
☒ WFA

Charge(s): _Forgery of instrument,_
_Uttering forged instrument_

I, the undersigned, state that this service without process for a Warrant for Arrest (WFA) or an Order for Arrest (OFA) is based upon:

☐ Criminal process issued by a judicial official of the demanding county, a unofficial copy of which is attached.
☐ A NCIC-DCI message, a copy of which is attached (included ACIS printout).
☒ Criminal process confirmed via Electronic Warrants and/or Odyssey, a printout of which is attached.
☐ An officer's sworn statement that the officer (or their agency's dispatch) confirmed with the demanding county that the outstanding process is valid.
☐ Other:

On or about the date of offense shown, and in the demanding county named above, the crime named above was committed. The defendant named above is now in Wake County, North Carolina, and the process is unserved based upon the above information. I arrested the defendant named above and informed the defendant that the criminal process named herein has been issued and that it will be served upon the defendant as soon as possible.

| Sworn and Subscribed Before Me | Officer Signature: |
|---|---|
| Date: _10/19/23_ | Officer Name (Print): _A. GARCIA_ |
| Signature: _M S_ , Magistrate | Officer Agency, ID # _WAKE S.O  #3395_ |

**STATE OF NORTH CAROLINA VS DENNIS KEITH LASSITER**

| | |
|---|---|
| Status | Pending |
| Filed | 02/26/2002 |
| Type | Criminal |
| Court | Johnston District Court |
| Judicial Officer | |
| Financial Balance | 0.00 |

## Charges

| | | | | Dispositions |
|---|---|---|---|---|
| 01. FORGERY OF INSTRUMENT | | (FI) | 05/15/2001 | |
| 02. UTTERING FORGED INSTRUMENT | | (FI) | 05/15/2001 | |

## Most Recent Events & Hearings

**Case Summary**

| Date | Event |
|---|---|
| 02/05/2023 | ACIS Special Conditions |
| | *9-10-01 CHANGE OF VENUE TO HARNETT COUNTY. SEE FILE.* |
| | *Charges: 02. UTTERING FORGED INSTRUMENT* |
| 02/05/2023 | ACIS Special Conditions |
| | *9-10-01 CHANGE OF VENUE TO HARNETT COUNTY. SEE FILE.* |
| | *Charges: 01. FORGERY OF INSTRUMENT* |
| 07/16/2001 | Warrant For Arrest Issued |
| | *CRRPAC.W* |
| 01/01/1900 | Warrant for Arrest Issued on Paper |

### defendant demographics

| | |
|---|---|
| DOB | 12/05/1970 |
| DL | |
| SSN | |

White Male

### case cross reference

ACIS File Number Key
    S002001055663D
Electronic Warrants Warrant ID
    afddbb8258d5470b4611189dae080ff8

### flags & actions due

### related cases

01CR055663-500-M

0021

Case 1:23-cv-00423-WO-JLW   Document 94-9   Filed 04/09/24   Page 22 of 26

# STATE OF NORTH CAROLINA

Wake for Johnston **County**

**File No.** 01CR055663-500

In The General Court Of Justice
☒ District ☐ Superior Court Division

*Name And Mailing Address Of Defendant*
Denise Keith Lassiter
749 Penny Rd

Benson      NC     27504
*Telephone No. Of Defendant*

## APPEARANCE BOND
## FOR
## PRETRIAL RELEASE

| Total Bond Required | Amount Of This Bond | |
|---|---|---|
| $ 10,000.00 | $ 10,000.00 | # |

G.S. 15A-531, 15A-534, 15A-544.2

*Offenses And Additional File Numbers*
01CR055663-500   F-Forgery of instrument; F-Uttering forged instrument

☐ *See Attachment*

☒ **Unsecured Appearance Bond** - I, the undersigned defendant, acknowledge that my personal representatives and I are bound to pay the State of North Carolina the sum shown above, subject to the conditions of this Bond stated on the reverse side.

☐ **Cash Appearance Bond By Defendant** *(See note on reverse side.)* - I, the undersigned defendant, acknowledge that I am bound to pay the State of North Carolina the sum shown above, and hereby deposit the cash identified below as security with the understanding that the deposit will be returned upon the Court's determination that the conditions of release have been performed, subject to the conditions of this Bond stated on the reverse side, and that it will be available to satisfy my obligations.

☐ **Defendant's Property Appearance Bond** - I, the undersigned defendant, acknowledge that I am bound to pay the State of North Carolina the sum shown above, subject to the conditions of this Bond stated on the reverse side, and as security for said Bond have executed a mortgage or deed of trust to real or personal property, payable to the State of North Carolina and with power of sale conditioned upon the breach of any condition of this Bond.

☐ **Surety Appearance Bond** - We, the undersigned, jointly and severally acknowledge that we and our personal representatives are bound to pay the State of North Carolina the sum shown above, subject to the conditions of this Bond stated on the reverse side. Any undersigned professional bondsman, bail agent, or runner attests that the AFFIDAVIT on the reverse side is complete and true. If a cash deposit is indicated below, surety(ies) has deposited the cash to secure the obligation as surety(ies) on this bond with the understanding that the deposit will be returned to the surety(ies) upon termination of that obligation as provided by law, and that it will NOT be available to satisfy defendant's obligations. **(For cash bond, see note on reverse side.)**

| Date Of Execution Of Bond | Signature Of Defendant |
|---|---|
| 10/20/2023 | |

## ACCOMMODATION BONDSMAN

☐ See attached AOC-CR-201A for additional accommodation bondsmen executing this bond.

| Name And Address Of Accommodation Bondsman | Name And Address Of Accommodation Bondsman |
|---|---|
| | |
| Telephone No. | Telephone No. |

## PROFESSIONAL BONDSMAN

| Name Of Bondsman | Name Of Runner, If Applicable |
|---|---|
| License No. Of Bondsman | Telephone No. | License No. Of Runner | Telephone No. |

## INSURANCE COMPANY

| Name Of Insurance Company | Name Of Bail Agent |
|---|---|
| Power Of Appointment No. Of Bail Agent | License No. Of Bail Agent | Telephone No. |

## SIGNATURE

| Signature Of Surety | Signature Of Surety |
|---|---|

| SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME | SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME |
|---|---|
| Date 10/20/2023   Signature | Date   Signature |
| ☒ Magistrate ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | ☐ Magistrate ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court |
| ☐ Custodian Of Detention Facility [G.S. 15A-537(c)] | ☐ Custodian Of Detention Facility [G.S. 15A-537(c)] |

## COMPLETE IF CASH DEPOSITED

| Signature Of Official Accepting Cash | Name Of Official Accepting Cash (type or print) | Receipt No. |
|---|---|---|

**NOTE: If cash deposited, see note on reverse side.**

AOC-CR-201, Rev. 4/18
© 2018 Administrative Office of the Courts

(see AOC-CR-238 if release after judgment in superior court)

Original - File
(Over)

0022

## CONDITIONS

The conditions of this Bond are that the above named defendant shall appear in the above entitled action(s) whenever required. It is agreed and understood that this Bond is effective and binding upon the defendant and each surety throughout all stages of the proceedings in the trial divisions of the General Court of Justice until the entry of judgment in the district court from which no appeal is taken or until the entry of judgment in the superior court, unless terminated earlier by operation of law or order of the court. If the defendant appears as ordered until termination of the Bond, then the bond is to be void, but if the defendant fails to appear as required, the Court will forfeit the bond pursuant to Part 2 of Article 26 of Chapter 15A of the General Statutes.

Each accommodation bondsman, by signing on the reverse or on the attached AOC-CR-201A, states: "I have reached the age of 18 years and am a bona fide resident of North Carolina. Aside from love and affection and release of the above named defendant, I have received no consideration for acting as surety. I own sufficient property over and above all liabilities, homestead and other exemptions allowed me by law to enable me to pay this Bond should it be ordered forfeited. I understand that if I sign this Bond without sufficient property, I am guilty of a crime."

## AFFIDAVIT

NOTE: *"Professional bondsmen, surety bondsmen [bail agents], and runners shall file with the clerk of court having jurisdiction over the principal an affidavit on a form furnished by the Administrative Office of the Courts." G.S. 58-71-140(d). Check all options that apply.*

☐ 1. I have not, nor has anyone for my use, been promised or received any collateral, security or premium for executing this Bond.

☐ 2. I have been promised a premium in the amount shown below, which is due on the date shown below.

☐ 3. I have received a premium in the amount shown below.

☐ 4. I have been given collateral security by the person named below, of the nature and in the amount shown below.

| Amount Of Premium Promised | Date Due | Amount Of Premium Received |
|---|---|---|
| $ | | $ |
| Name Of Person From Whom Collateral Received | Nature Of Collateral | Value |
| | | |

## AFFIX STAMP OR
## POWER OF ATTORNEY
## HERE

## RETURN OF CUSTODIAN OF DETENTION FACILITY

The defendant named on the reverse was released from my custody on the date shown below upon the execution of this Appearance Bond.

| Date Defendant Released | Name Of Custodian (type or print) | Signature Of Custodian | ☐ Sheriff  ☐ Deputy Sheriff ☐ Other |
|---|---|---|---|
| 10-20-23 | *[signature]* | *[signature]* | |

**NOTES ON CASH BONDS:**

*(1) To Official Taking The Bond.* Use this form for all cash bonds. Complete this form as follows:

**When Cash Deposited By Defendant Or By Another Person Who Intends For The Cash To Be Used To Satisfy The Defendant's Obligations.** Enter defendant's name, address and telephone number at the top of Side One. Check "Cash Appearance Bond By Defendant." Have defendant sign. Do no more. No other person's name should appear on this form. Enter your name, sign and enter receipt number under "Complete If Cash Deposited." Make receipt out to DEFENDANT, not to any other person.

**When Cash Deposited By Another Person Who Does NOT Intend For The Cash To Be Used To Satisfy The Defendant's Obligations.** Enter defendant's name, address and telephone number at the top of Side One. Check "Surety Appearance Bond." Have defendant sign. Enter name, address and telephone number of person depositing cash under "Accommodation Bondsman." Have that person sign under "Signature Of Surety." Complete notarization for that person. Enter your name, sign and enter receipt number under "Complete If Cash Deposited." Make receipt out to person depositing the cash.

*(2) To Bookkeeper.* If case disposed without forfeiture, disburse cash as follows: (1) If "Cash Appearance Bond By Defendant" checked on Side One, disburse to defendant or apply to defendant's obligations if court so orders. (2) If "Surety Appearance Bond" is checked on Side One, disburse only to the person(s) named under "Accommodation Bondsman."

*(3) Bond By Insurance Company Or Professional Bondsman As Surety Is Same As Cash Except In Child Support.* G.S. 15A-531(4) provides that an appearance bond executed by an insurance company or a professional bondsman (or a bail agent or runner on behalf of one of those sureties) is considered the same as a cash deposit, except in child support contempt proceedings for which only cash may satisfy a cash bond requirement.

AOC-CR-201, Side Two, Rev. 4/18
© 2018 Administrative Office of the Courts

0023

# STATE OF NORTH CAROLINA

WAKE County on behalf of JOHNSTON ___ County

| File No. | 01CR055663-500 |
|---|---|

In The General Court Of Justice
☒ District ☐ Superior Court Division

**STATE VERSUS**

Name And Address Of Defendant
DENNIS KEITH LASSITER
749 PENNY RD

BENSON                    NC     27504

## CONDITIONS OF RELEASE AND RELEASE ORDER

G.S. Chapter 15A, Art. 25, 26

| Process No. | Amount Of Bond |
|---|---|
| # RO-23-736295 | $ |

**File Numbers And Offenses**

01CR055663-500   WFA : F - FORGERY OF INSTRUMENT, F - UTTERING FORGED INSTRUMENT,

☐ See Attachment.

| Location Of Court | | Date | Time |
|---|---|---|---|
| 0CR1-Johnston County Courthouse | ☒ District ☐ Superior | 11/02/2023 | 9:00 AM |

**To The Defendant Named Above**, you are ORDERED to appear before the Court as provided above and at all subsequent continued dates. If you fail to appear, you will be arrested and you may be charged with the crime of willful failure to appear. You also may be arrested without a warrant if you violate any condition of release in this Order or in any document incorporated by reference.

The defendant has been advised of charge(s) against him/her and his/her right to communicate with counsel and friends.
☐ Your release is authorized upon execution of your:  ☐ WRITTEN PROMISE to appear  ☐ UNSECURED BOND in the amount shown above
    ☐ CUSTODY RELEASE  ☐ SECURED BOND in the amount shown above (**NOTE:** *Give a copy of this order to any surety who posts bond.*)
    ☐ HOUSE ARREST with ELECTRONIC MONITORING administered by *(agency)* ___ and the SECURED
    BOND above. You may leave your residence for the purpose(s) of  ☐ employment  ☐ counseling  ☐ course of study  ☐ vocational training

☒ Your release is not authorized.
☐ The defendant is required to provide *(check all that apply)*  ☐ fingerprints under G.S. 15A-502.  ☐ a DNA sample under G.S. 15A-266.3A.
    Prior to release, the defendant shall provide his/her *(check all that apply)*  ☐ fingerprints.  ☐ DNA sample.
☐ The defendant has been  ☐ (i) charged with a felony while on probation *(complete AOC-CR-272, Side One).*  ☐ (ii) arrested for violation of probation
    with a pending felony charge or prior conviction requiring registration under G.S. 14, Article 27A *(complete AOC-CR-272, Side Two).*
☐ This Order is entered upon defendant's warrantless arrest for violation of conditions of release entered previously for the above-captioned case in the
    Order dated ___.
☐ The defendant is charged with an offense subject to G.S. 15A-534.1, and no judge has acted under that statute within 48 hours of defendant's arrest.
☐ The defendant was arrested or surrendered after failing to appear as required under a prior release order.
☐ This was the defendant's second or subsequent failure to appear in this case.
☐ Your release is subject to the conditions as shown on the attached  ☐ AOC-CR-242.  ☐ AOC-CR-270.  ☐ AOC-CR-630.  ☐ AOC-CR-631.
    ☐ AOC-CR-660.  ☐ Other: ___

Additional Information
Pending case - FTA's   Take Def to WCJC RM 304 at 1:30 on 10/20/2023 for bond hearing.

| Date | Name Of Judicial Official | Signature Of Judicial Official | ☒ Magistrate ☐ Deputy CSC ☐ Assistant CSC |
|---|---|---|---|
| 10/19/2023 | M. Smith | | ☐ Clerk of Superior Court ☐ DC Judge ☐ SC Judge |

## ORDER OF COMMITMENT

**To The Custodian Of The Detention Facility Named Below**, you are ORDERED to receive into your custody the defendant named above who may be released if authorized above. If the defendant is not sooner released, you are ORDERED to:  ☐ produce him/her in Court as provided above.
☒ hold him/her  ☐ as provided on the attached AOC-CR-272.  ☒ for the following purpose: 15A-534 (h)

☐ [for charges covered by G.S. 15A-533(h), 15A-534.1, 15A-534.7, or 15A-534.8] produce him/her at the first session of District or Superior Court held in this county after the entry of this Order or, if no session is held before *(for G.S. 15A-534.8, enter date and time 24 hours after arrest; for all others, 48 hours after arrest)* ___, produce him/her before a magistrate of this county at that time to determine conditions of pretrial release.

| Name Of Detention Facility | Date | Name Of Judicial Official | Signature Of Judicial Official |
|---|---|---|---|
| WCDC | 10/19/2023 | M. Smith | |

0024
AOC-CR-200, Rev. 10/23, © 2023 Administrative Office of the Courts (over)

Original

## WRITTEN PROMISE TO APPEAR OR CUSTODY RELEASE

I, the undersigned, promise to appear at all hearings, trials or otherwise as the Court may require and to abide by any restrictions set out above. I understand and agree that this promise is effective until the entry of judgment in the District Court from which no appeal is taken or until the entry of judgment in Superior Court. If I am released to the custody of another person, I agree to be placed in that person's custody, and that person agrees by his/her signature to supervise me.

| Date | Signature Of Defendant | Signature Of Person Agreeing To Supervise Defendant |
|---|---|---|
| | | |

| Name Of Person Agreeing To Supervise Defendant (type or print) | Address Of Person Agreeing To Supervise Defendant |
|---|---|
| | |

## DEFENDANT RELEASED ON BAIL

| Date | Time | Signature Of Custodian |
|---|---|---|
| 10·20·23 | 1735 | JP Burahan |

## CONDITIONS OF RELEASE MODIFICATIONS

The Conditions of Release on the reverse are modified as follows:

| Modification | Date | Signature Of Judicial Official |
|---|---|---|
| $10,000 unsecured | 10.20.23 | MMar |
| | | |
| | | |
| | | |
| | | |
| | | |

## SUPPLEMENTAL ORDERS FOR COMMITMENT

The defendant is next Ordered produced in Court as follows:

| Date | Time | Place | Purpose | Signature Of Judicial Official |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DEFENDANT RECEIVED BY DETENTION FACILITY

| Date | Time | Signature Of Custodian |
|---|---|---|
| 10/19/23 | 1220 | A.G. |
| 10(20(23 | 1622 | AL 3126 |
| | | |
| | | |
| | | |

## DEFENDANT RELEASED FOR COURT APPEARANCE

| Date | Time | Signature Of Custodian |
|---|---|---|
| 10(20(23 | 1400 | 3126 |
| | | |
| | | |
| | | |
| | | |

**NOTE TO CUSTODIAN:** *This form shall accompany the defendant to court for all appearances.*

AOC-CR-200, Side Two, Rev. 10/23

© 2023 Administrative Office of the Courts



0025
Original