**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
Case No. 1:23-CV-423

| | |
|---|---|
| TIMIA CHAPLIN, *et al.*, | |
| Plaintiffs | **NOTICE OF APPEARANCE OF** |
| v. | **J. GEORGE GUISE** |
| GAR[R]Y L. McFADDEN, *et al.*, | |
| Defendants. | |

NOW COMES J. George Guise of the Mecklenburg County Sheriff's Office, admitted and authorized to practice law in this court, and gives notice of appearance as counsel for Defendant Sheriff Garry L. McFadden in his official capacity.

Respectfully Submitted this 10th[th] day of April, 2024.

*/s/ J. George Guise*
J. George Guise (N.C. Bar No. 22090)
Mecklenburg County Sheriff's Office
801 East Fourth Street
Charlotte, NC 28202
Telephone No.: (704) 336-8100
george.guise@mecklenburgcountync.gov

*Attorney for Defendant Sheriff Garry L. McFadden in his official and individual capacity, and Kyle Harris in his official capacity only.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2023, a copy of the foregoing was filed with the CM/ECF system which shall serve all registered CM/ECF recipients, and a copy was sent via U.S. Mail to the following non-CM/ECF participant:

Kyle Garrett Harris
Inmate # 1693707
Warren Correctional Institution
Post Office Box 728
Norlina, NC  27563

/s/ *J. George Guise*
J. George Guise