IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:23-cv-00423-WO-JLW

TIMIA CHAPLIN, et al.

    *Plaintiffs*,

vs.

GARY L. MCFADDEN, et al.

    *Defendants*.

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41, Plaintiff Paulino Castellanos ("Plaintiff"), by and through counsel, voluntarily dismisses his claims against Defendant Brian Estes ("Sheriff Estes") without prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i), (B).

This the 7th day of May, 2024.

    s/ Zachary Ezor
    Zachary Ezor (NCSB #: 55070)
    Email: zezor@tinfulton.com
    Gagan Gupta (NCSB #: 53119)
    Email: ggupta@tinfulton.com
    Abraham Rubert-Schewel (NCSB #: 56863)
    Email: schewel@tinfulton.com
    TIN FULTON WALKER & OWEN PLLC
    119 Orange Street
    Durham, NC 27701
    Telephone: (919) 307-8400
    *Counsel for Plaintiff*