IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:23-cv-00423-WO-JLW

| TIMIA CHAPLIN, et al. | ) |
|---|---|
| Plaintiffs, | ) |
| vs. | ) **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| GARY L. MCFADDEN, et al. | ) |
| Defendants. | ) |

Pursuant to Rule 41, Plaintiff Paulino Castellanos ("Plaintiff"), by and through counsel, voluntarily dismisses his claims against Defendant Tyler Technologies without prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i), (B).

This the 7th day of May, 2024.

s/ Zachary Ezor
Zachary Ezor (NCSB #: 55070)
Email: zezor@tinfulton.com
Gagan Gupta (NCSB #: 53119)
Email: ggupta@tinfulton.com
Abraham Rubert-Schewel (NCSB #: 56863)
Email: schewel@tinfulton.com
TIN FULTON WALKER & OWEN PLLC
119 Orange Street
Durham, NC 27701
Telephone: (919) 307-8400
*Counsel for Plaintiff*