IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:23-cv-00423-WO-JLW

| | |
|---|---|
| TIMIA CHAPLIN, et al. | |
| *Plaintiffs*, | |
| vs. | **STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| GARY L. MCFADDEN, et al. | |
| *Defendants*. | |

Pursuant to Rule 41(a), Plaintiffs Timia Chaplin, Sarah Fields, Sayeline Nunez, Thomas Hayward, Kevin Spruill, Rotesha McNeil, Qiana Robertson, Yousef Jallal, Messiejah Bradley, Dennis Keith Lassiter, Paulino Castellanos, Robert Lewis, and Allen Sifford ("Plaintiffs"), by and through counsel, voluntarily dismiss their claims against Defendants Ryan Boyce, Brad Fowler, Elisa Chinn-Gary, Blair Williams, and Susie K. Thomas ("State Defendants") without prejudice.

Plaintiffs and State Defendants stipulate to dismissal of those claims, and agree that each party shall bear their own costs and expenses, including attorney's fees.

Stipulated and agreed to, this the 7th day of May, 2024.

| | |
|---|---|
| /s/ Zachary Ezor | /s/Elizabeth Curran O'Brien |
| Zachary Ezor (NCSB #: 55070) | Special Deputy Attorney General |
| Email: zezor@tinfulton.com | N.C. State Bar No. 28885 |
| Gagan Gupta (NCSB #: 53119) | E-mail: eobrien@ncdoj.gov |
| Email: ggupta@tinfulton.com | N.C. Department of Justice |
| Abraham Rubert-Schewel (NCSB #: 56863) | P.O. Box 629 |
| Email: schewel@tinfulton.com | Raleigh, NC 27602-0629 |
| TIN FULTON WALKER & OWEN PLLC | Telephone: (919) 716-6800 |
| 119 Orange Street | Fax: (919) 716-6755 |
| Durham, NC 27701 | *Counsel for Defendants Boyce, Fowler,* |
| Telephone: (919) 307-8400 | *Williams, Thomas, and Chinn-Gary* |
| *Counsel for Plaintiffs* | |