# EXHIBIT E

| Defendant | PID | Case Nbr | FA/Bond | MCSO | Status | Approx. Hours for Release |
|---|---|---|---|---|---|---|
| CUNNINGHAM, WILLIAM | 99205 | 23CR100196-590 | WPA 10/9, 5:46P | WPA | NR--> RLSD, 10/10, 4:18P | 23 |
| SUTTON, XZAVIN DAQUNN | 333682 | 23CR430247-590 | UNS 10/9, 12:49P | UNS | NR--> RLSD, 10/10, 11:43A | 23 |
| NUNEZ, SAYELINE | 507499 | 23CR431326-590 | UNS 10/10, 12:31P | UNS | NR --> RLSD 10/11, 11:22A | 23 |
| POWELL, REBEKAH ANNE | 263654 | 23CR429830-590 | UNS 10/10, 11:24A | UNS | NR --> RLSD 10/11, 10:25A | 23 |
| QUINTANILLA ZALDANA, KELLY GABRIELA | 507500 | 23CR429639-590 | UNS 10/10, 11:39A | **NONE**-->SEC | NR --> RLSD 10/11, 10:31A | 23 |
| Coleman, Dumariya La Jacob | 507479 | 23CR424106-590 | UNS 10/9, 5:23P | UNS | NR--> RLSD, 10/10, 2:59P | 22 |
| BAKER, MICHAEL THOMAS, Jr. | 463166 | 23CR434122-590 | Bond Posted 10/13, 5:30P | SEC | NR --> RLSD 10/14, 3:34P | 22 |
| BURRIS, ZSADELLA KASSANDRA MARIE | 458808 | 23CR430611-590 | UNS 10/9, 3:32P | UNS | NR--> RLSD, 10/10, 12:50P | 21 |
| FOX, BRIANNA KOTATEE | 507476 | 23CR100204-590 | UNS 10/9, 2:50P | UNS | NR--> RLSD, 10/10, 12:09P | 21 |
| JOHNSON, REGINALD NASEAN | 326610 | 23CR261151-590 | UNS 10/16, 7:47P | UNS | NR --> RLSD 10/17, 4:20P | 21 |
| BOWMAN, REGINALD LAMARR | 478964 | 23CR431222-590 | Bond Posted 10/10, 9:38A | SEC/BP | NR--> RLSD 10/11, 5:51A | 20 |
| SALMERON, JAMIE DAVID | 496281 | 23CR433456-590 | Bond Posted 10/13, 8:34P | SEC | NR --> RLSD 10/14, 3:47P | 19 |

| Name | Number | Case | Status | Status2 | Release | Age |
|---|---|---|---|---|---|---|
| ALFREY, CHRISTIAN | 491641 | 23CR437930-590 | Posted Bond 10/20, 7:46P | SEC/B | NR --> RLSD 10/20, 11:50P | 19.0 |
| PERRY, AVONTEZ MYQUELE | 403563 | 23CRS010977 | Posted Bond 10/17, 3:39P | SEC/B | NR --> RLSD 10/18, 9:43A | 18 |
| JENNINGS, SHEBA LASHON | 238577 | 23CR318973-590 | UNS 10/9, 4:15P | UNS | NR--> RLSD, 10/10, 10:33A | 18 |
| FIELDS,DONTE | 504509 | 23CR438850-590 | CUST (MOM) 10/20, 6:35p | CUST | NR --> RLSD 10/21, 8:34A | 14.0 |
| POWELL, BRANDON SCOTT | 354129 | 20CR002338-590 | UNS 10/17, 12:13P | UNS | NR --> RLSD 10/18, 1:54A | 14 |
| QUIJADA-ORTEGA, JOSE | 507459 | 23CR100180-590 | SEC; posted bond 10/11, 12:08A | **NONE**-->SEC | RLSD 10/11, 1:14P | 13 |
| MCBRIDE, FRANK, III | 59293 | 23CR002776-590 | UNS 10/12, 2:36P | UNS | | |
| SANDERS, JAVARIUS LAMONT | 326286 | 23CR434099-590 | WPA 10/13, 1:36A | WPA | NR --> RLSD 10/13, 3:31A | |
| MCLEAN, GEOFFREY QUINTEN | 347756 | 23CR430640-590 | Bond Posted 10/10 5:19P | SEC/BP | RLSD 10/11 3:48A | 22 |
| Portaro, Roger Alan, III | 499028 | 23CR431517-590 | UNS 10/10,11:11A | UNS | RLSD 10/11, 9:15A | 22 |
| COTTON, ARTHUR LEE, II | 296573 | 23CR436342-590 | Bond Posted 10/16, 7:49A | SEC/B | RLSD 10/17, 3:34A | 20 |
| REED, DONNA | 507466 | 23CR100189-590 | UNS 10/9, 3:22P | UNS | RLSD 10/10, 10:22A | 19 |
| REED, IAN | 507463 | 23CR100188-590 | UNS 10/9, 5:15P | UNS | RLSD 10/10, 10:10A | 17 |
| LARKINS, MARISA | 507485 | 23CR430618-590 | UNS 10/10,12:18P | UNS | RLSD 10/11, 5:02A | 17 |
| AHER, RUCHIKA ROHIT | 507567 | 23CR435530-590 | WPA 10/16, 11:56A | WPA | RLSD 10/17, 3:29A | 16 |

| Name | ID | Case Number | Status/Bond | Code | Released |  |
|---|---|---|---|---|---|---|
| JONES, BOBBY | 319839 | 23CR438672-590 | Posted Bond 10/20, 5:09P | SEC/B | RLSD 10/21, 8:51A | 16.0 |
| JOHNSTON, MAYA | 507639 | 23CR006520-590 | UNS 10/20, 6:04P | UNS | RLSD 10/21, 10:06A | 16.0 |
| LITTLEJOHN, KA'LIN ANN QUEENAE | 336592 | 23CR430990-590 | UNS 10/20, 5:33P | UNS | RLSD 10/21, 9:07A | 16.0 |
| LYONS, ALISON LEE | 485633 | 23CR009847-590 | UNS 10/20, 6:09P | UNS | RLSD 10/21, 9:31A | 15.5 |
| MARSHALL, ASHANTI DELANA | 507628 | 23CR438915-590 | UNS 10/20, 9:35A | UNS | RLSD 10/21, 12:59A | 15.5 |
| MARTINEZ, KEVIN JAKE | 507627 | 23CR436618-590 | Posted Bond 10/20, 6:19P | SEC/B | RLSD 10/21, 9:20A | 15.0 |
| SMITH, TYREE RICARDO | 415821 | 23CR349134-590 | UNS 10/9, 12:47P | UNS | RLSD 10/10, 3:47A | 15 |
| MCCLAIN, CHAVAYEE | 280628 | 23CR438906-590 | UNS 10/20, 10:55A | UNS | RLSD 10/21, 1:37A | 14.5 |
| MOLINA, CINDY LIZETTE | 4722252 | 20CR231268-590 | UNS 10/20, 11:09A | UNS | RLSD 10/21, 12:52A | 14.0 |
| RIVERA-MERLOS, MELANIE | 504489 | 23CR430822-590 | Bond Posted 10/10, 10:12P | SEC | RLSD 10/12, 12:20P | 14 |
| ALBERTO, EMILY | 507544 | 23CR434213-590 | UNS 10/13, 11:34A | UNS | RLSD 10/14, 1:37A | 14 |
| HOLLEY, DAVID JEROME | 52117 | 23CR433291-590 | UNS 10/13, 3:23P | UNS | RLSD 10/14, 5:37A | 14 |
| LEACH, MARQUES MAURICE | 251998 | 23CR424748-590 | UNS 10/13, 3:28P | UNS | RLSD 10/14, 5:42A | 14 |
| DIAZ-PINZON, MARIA ESPERANZA | 507580 | 23CR435871-590 | UNS 10/16, 1:40P | UNS | RLSD 10/17, 3:18A | 14 |
| ENLOE, HUNTER CHASE | 383714 | 23CR436205-590 | WPA 10/16, 6:15P | WPA | RLSD 10/17, 8:53A | 14 |

| Name | ID | Case | Status/Date | Status | Release |  |
|---|---|---|---|---|---|---|
| GIBBS, NAKIA NATALIA | 385959 | 19CR216463-590 | UNS 10/16, 1:34P | UNS | RLSD 10/17, 3:43A | 14 |
| HOLMES, GREGORY | 423689 | 23CR436369-590 | UNS 10/16, 7:54p | UNS | RLSD 10/17, 8:54A | 13 |
| JEMERSON, ASHLEY MARIE | 438827 | 21CR206333-590 | UNS 10/16, 1:53P | UNS | RLSD 10/17, 2:37A | 13 |
| STEELE, HANNAH KRISTEN | 462567 | 23CR435260-590 | UNS 10/16, 2:15P | UNS | RLSD 10/17, 3:08A | 13 |
| LAMAR, GISELLE DELCARMEN | 444560 | 23CR433541-590 | UNS 10/13, 2:11P | UNS | RLSD 10/14, 2:59A | 13 |
| NEWPORT, JACQUECE JUWON | 507649 | 23CR439581-590 | UNS 10/20, 11:05A | UNS | RLSD 10/21, 12:02A | 13.0 |
| PATTON, DARREN ANTHONY | 507632 | 23CR436632-590 | Posted Bond 10/20, 8:59P | SEC/B | RLSD 10/21, 9:24A | 12.5 |
| PENDERGRASS, CHARLINIEJE JARNARDEIS | 484812 | 23CR438746-590 | UNS 10/20, 10:01A | UNS | RLSD 10/20, 9:45P | 12.0 |
| RIOS, MATTHEW ADONAY | 507502 | 23CR431497-590 | CUST 10/10, 2:14P | CUST | RLSD 10/11, 2:43A | 12 |
| Barrett, Bobby | 353206 | 23CR427260-590 | UNS 10/11, 3:45P | UNS | RLSD 10/12, 3:22A | 12 |
| Bess, Robert EARL | 95540 | 23CR435166-590 | UNS 10/16, 5:28P | UNS | RLSD 10/17, 5:03A | 12 |
| ESCOBAR, JOSE RICARDO | 507573 | 23CR435676-590 | UNS 10/16, 2:56P | UNS | RLSD 10/17, 3:15A | 12 |
| FRYAR, STEPHANIE BEEMER | 507564 | 23CR435288-590 | UNS 10/16, 2:56P | UNS | RLSD 10/17, 2:07A | 12 |
| OWENS, ARTISHA | 309878 | 23CR435044-590 | UNS 10/16, 2:00P | UNS | RLSD 10/17, 2:30A | 12 |

| Name | ID | Case | Status | Release | Days |
|---|---|---|---|---|---|
| SANCHEZ, JORGE DURAN | 507571 | 23CR435601-590 | UNS 10/16, 3:13P | UNS | RLSD 10/17, 2:52A | 12 |
| FRAIRE-CONTRERAS, PEDRO JOVA | 498803 | 23CR377774-590 | UNS 10/11, 4:04P | UNS | RLSD 10/12, 3:03A | 11 |
| PHILLIPS, WENDELL | 101853 | 23CR234989-590 | UNS 10/13, 2:31P | UNS | RLSD 10/14, 2:18A | 11 |
| ROBINSON, DEONTAE | 488035 | 23CR433936-590 | UNS 10/13, 4:05P | UNS | RLSD 10/14, 3:28A | 11 |
| BONILLA-CASTRO, FREDY MANUEL | 470022 | 23CR434074-590 | UNS 10/13, 5:02P | UNS | RLSD 10/14, 3:02A | 10 |
| FLORES, JASON ALEXANDER | 397790 | 23CR433863-590 | UNS 10/13, 5:05P | UNS | RLSD 10/14, 2:40A | 10 |
| WOODS, JOZIAYA KALEE | 504959 | 23CR433079-590 | UNS 10/13, 4:30P | UNS | RLSD 10/14, 2:50A | 10 |
| RODGERS, WILLIAM DON | 348245 | 07CR238030-590 | UNS 10/10, 3:51P | UNS | RLSD 10/11, 1:23A | 10 |
| EVANS, EDGAR GERARD | 380547 | 22CR015908-590 | UNS 10/9, 6:20P | UNS | RLSD 10/10, 3:11A | 9 |
| CLAYBORNE, SHENATA RENE, Jr. | 236696 | 23CR430235-590 | Bond Posted 10/9, 4:45P | SEC/BP | RLSD 10/10, 2:14A | 9 |
| NICHOLS, JAMIR LEQUAVIAS | 507509 | 23CR432270-590 | UNS 10/11, 3:22P | UNS | RLSD 10/12, 12:26A | 9 |
| CLARK, ZAYQUAN TAVARES | 476830 | 23CR428993-590 | Bond Posted 10/12, 6:29P | SEC | RLSD 10/13, 3:48A | 9 |
| JOHNSON, JAMES MCCARLEY | 433317 | 23CR434209-590 | UNS 10/13, 4:51P | UNS | RLSD 10/14, 2:04A | 9 |
| | | | | | Average | 13.5 |
| | | | | | Average | 19.8 |
| | | | | | TOTAL AVG | 15.2 |