# EXHIBIT F

## Case Summary

**Case No. 24CR249597-590**

| | | | |
|---|---|---|---|
| **STATE OF NORTH CAROLINA VS DARIUS HUNSUCKER** | § | Location: | **Mecklenburg District Court** |
| | § | Filed on: | **03/04/2024** |
| | § | Electronic Warrants Warrant ID: | **omAzi4SJ1jGdn6YNqpxNWF** |
| | § | Criminal Process Number: | **MO-24-151839** |
| | § | Criminal Process Number: | **RO-24-152143** |
| | § | Electronic Warrants Warrant ID: | **fLKt9N2pFuN1Gijqb3CwQt** |

---

### Case Information

| Offense | Statute | Degree | Offense Date | Filed Date | |
|---|---|---|---|---|---|
| 1. POSS STOLEN GOODS/PROP (M) | 14-71.1 | M1 | 03/04/2024 | 03/04/2024 | Case Type: Criminal |
| | | | | | Case Status: **03/25/2024 Disposed** |

> Arrest
> Date: 03/04/2024
>
> Offense Reports
> Control #: 20240304100101
> Agency: Charlotte Mecklenburg Police Department
> 601 East Trade St
> Charlotte, NC, 28202
>
> *Filed As:* POSS STOLEN GOODS/PROP (F)
> *Original Statute:* 14-71.1
> *Original Degree:* FH
> *Amended Date:* 03/25/2024

**Related Cases**

---

### Assignment Information

**Current Case Assignment**
Case Number   24CR249597-590
Court         Mecklenburg District Court
Date Assigned 03/04/2024

---

### Party Information

| Defendant | **HUNSUCKER, DARIUS** | **Yankelowitz, Joseph** |
|---|---|---|
| | 5313 KIMMERLY WOODS | *Retained* |
| | CHARLOTTE, NC 00000 | |
| | Black | |
| | Male | |
| **State** | **STATE OF NORTH CAROLINA** | **FANOUS, MICHAEL** |
| | Other | *Retained* |
| **Complainant** | **TUCKER, K** | |
| **Law Enforcement Officer** | **TUCKER, K** | |

---

| | | |
|---|---|---|
| 03/25/2024 | Judgment and Sentencing     (Judicial Officer: NEWTON, MATTHEW DENNIS)<br>     Created:   03/25/2024 3:12 PM | Index # 8 |
| 03/19/2024 | Release Order Modified<br>     *Location: MECKLENBURG COUNTY COURTHOUSE*<br>     Crim Proc #:   RO-24-152143<br>     Created:   03/19/2024 12:22 PM | |
| 03/19/2024 | Modification of Bond<br>     Created:   03/19/2024 12:21 PM | Index # 7 |
| 03/19/2024 | Modification of Bond<br>     Created:   03/19/2024 12:19 PM | Index # 6 |
| 03/19/2024 | Motion for Bond Modification<br>     Created:   03/19/2024 10:55 AM | Index # 5 |
| 03/05/2024 | Release Order Modified<br>     *Location: MECKLENBURG COUNTY COURTHOUSE*<br>     :   RO-24-152143<br>     Created:   03/05/2024 3:25 PM | |
| 03/05/2024 | Counsel Appointed - Public Defender<br>     Created:   03/05/2024 3:26 PM | |
| 03/05/2024 | Order of Assignment of Counsel or Denial of Counsel     (Judicial Officer: MOBLEY, SAMANTHA C)<br>     Created:   03/05/2024 3:26 PM | Index # 3 |
| 03/05/2024 | Modification of Bond     (Judicial Officer: MOBLEY, SAMANTHA C)<br>     *10,000 SEC*<br>     Created:   03/05/2024 3:26 PM | Index # 4 |
| 03/04/2024 | Attachment<br>     Created:   03/04/2024 3:34 PM | |
| 03/04/2024 | Attachment<br>     Created:   03/04/2024 3:32 PM | |
| 03/04/2024 | Release Order Issued<br>     *Location: MECKLENBURG COUNTY COURTHOUSE*<br>     Crim Proc #:   RO-24-152143<br>     Created:   03/04/2024 3:29 PM | Index # 2 |
| 03/04/2024 | Magistrate Order Issued<br>     *Location: MECKLENBURG COUNTY COURTHOUSE*<br>     Crim Proc #:   MO-24-151839<br>     Party:   Defendant HUNSUCKER, DARIUS<br>     Created:   03/04/2024 3:25 PM | Index # 1 |

## Dispositions

03/26/2024  **Amended Active** (Judicial Officer: NEWTON, MATTHEW DENNIS) Reason: Entered in Error
     1. POSS STOLEN GOODS/PROP (M)
          03/04/2024 (M1) 14-71.1 (2343)

Confinement
Conclusions of Law and Judicial Findings
  Findings Not Required for Disposed Offense(s)
Adult
Jail Credit Calculator
  Total Days: 21
  Total Credit for Time Served: 21
  Days Credited Towards Sentence: 21
Jail Fees
  Pre-Trial Days: 21
Created:   03/26/2024 8:45 AM

03/25/2024  *Community (Judicial Officer: NEWTON, MATTHEW DENNIS)*
  *1. POSS STOLEN GOODS/PROP (M)*
    *03/04/2024 (M1) 14-71.1 (2343)*

---

  *Confinement*
   *Minimum: 21 Days*
   *Maximum: 21 Days*
  *Conclusions of Law and Judicial Findings*
   *Findings Not Required for Disposed Offense(s)*
  *Adult*
  *Jail Credit Calculator*
   *Total Days: 21*
   *Total Credit for Time Served: 21*
   *Days Credited Towards Sentence: 21*
  *Jail Fees*
   *Pre-Trial Days: 21*
  *Created:   03/25/2024 3:11 PM*

03/25/2024  **Disposition** (Judicial Officer: NEWTON, MATTHEW DENNIS)
  1. POSS STOLEN GOODS/PROP (M)
    District Guilty - Judge
  Created:   03/25/2024 3:10 PM

03/25/2024  **Plea** (Judicial Officer: NEWTON, MATTHEW DENNIS)
  HUNSUCKER, DARIUS
  1. POSS STOLEN GOODS/PROP (M)
    Guilty
  Created:   03/25/2024 3:10 PM

---

## Hearings

---

03/25/2024  **Electronic Warrants Assigned**  (1:30 PM)  (Judicial Officer: NEWTON, MATTHEW DENNIS)
  Resource: Location 590-4330 Mecklenburg Co. Courthouse, Courtroom 4330
  **MINUTES - 03/25/2024**
  **Plea** (Judicial Officer: NEWTON, MATTHEW DENNIS)
  HUNSUCKER, DARIUS
  1. POSS STOLEN GOODS/PROP (M)
    Guilty
  Created:   03/25/2024 3:10 PM
  **Disposition** (Judicial Officer: NEWTON, MATTHEW DENNIS)
  1. POSS STOLEN GOODS/PROP (M)
    District Guilty - Judge
  Created:   03/25/2024 3:10 PM
  *Community (Judicial Officer: NEWTON, MATTHEW DENNIS)*
  *1. POSS STOLEN GOODS/PROP (M)*
    *03/04/2024 (M1) 14-71.1 (2343)*

---

  *Confinement*
   *Minimum: 21 Days*

Case 1:23-cv-00423-WO-JLW  Document 101-2  Filed 05/07/24  Page 4 of 9

*Maximum: 21 Days*
*Conclusions of Law and Judicial Findings*
  *Findings Not Required for Disposed Offense(s)*
*Adult*
*Jail Credit Calculator*
  *Total Days: 21*
  *Total Credit for Time Served: 21*
  *Days Credited Towards Sentence: 21*
*Jail Fees*
  *Pre-Trial Days: 21*
*Created:   03/25/2024 3:11 PM*



Index # 8

Judgment and Sentencing     (Judicial Officer: NEWTON, MATTHEW DENNIS)
      Created:   03/25/2024 3:12 PM

Hearing Held;
*Parties Present:   State   STATE OF NORTH CAROLINA*
      *Prosecuting Attorney   FANOUS, MICHAEL*
      *Defense Attorney   Yankelowitz, Joseph*
      *Defendant   HUNSUCKER, DARIUS*

*Hearing Held*
Created:   03/19/2024 12:22 PM

03/25/2024   *CANCELED* **Electronic Warrants Assigned**   (1:30 PM)   (Judicial Officer: NEWTON, MATTHEW DENNIS)
      Resource: Location 590-4330 Mecklenburg Co. Courthouse, Courtroom 4330
      *Release Order Updated in Electronic Warrants*
      Created:   03/05/2024 3:25 PM

03/05/2024   **First Appearance Hearing**   (1:30 PM)
      Resource: Location 590-1150 Mecklenburg Co. Courthouse, Courtroom 1150
      **MINUTES - 03/05/2024**
            Counsel Appointed - Public Defender
            Created:   03/05/2024 3:26 PM



            Order of Assignment of Counsel or Denial of Counsel     (Judicial Officer: MOBLEY, SAMANTHA C)
            Created:   03/05/2024 3:26 PM
      Index # 3

            Modification of Bond     (Judicial Officer: MOBLEY, SAMANTHA C)                Index # 4
            *10,000 SEC*
            Created:   03/05/2024 3:26 PM
      Hearing Held;
        *Hearing Held*
      Created:   03/04/2024 3:28 PM

---

## Bond Settings

---

03/19/2024   **Amended Bond Setting**
      Set By Clerk $10,000.00 Unsecured Bond

| STATE OF NORTH CAROLINA | File No(s). |
|---|---|
| Mecklenburg County | 24CR249597-590 |

| STATE VERSUS | In the General Court of Justice ■ District ☐ Superior Court Division |
|---|---|

| *Name of Defendant* Darius J. Hunsucker | FILED DATE: March 19, 2024 TIME: 12:19:06 PM MECKLENBURG COUNTY | **MOTION AND ORDER TO MODIFY OR REVOKE PRETRIAL RELEASE CONDITIONS** |
|---|---|---|

CLERK OF SUPERIOR COURT
BY: T. Titus

## MOTION

NOW COMES the ☐ State ■ Defendant requesting review of the Defendant's pretrial release conditions based on (*attach additional explanation as necessary*):

☐ State's Motion to Modify Release Conditions and/or Revoke Bond

■ Defendant's Motion to Modify Release Conditions

- Defendant has been in custody since: 3/4/2024 _____.
- This is the Defendant's _N/A_____ (*state number*) request for a bond hearing in Superior Court.
- The last bond hearing in ~~Superior Court~~ was held: _____.
- For second or subsequent bond hearings, the change in circumstance(s) is:

  N/A _____

  _____

- The State ■ does ☐ does not consent to the modification. _____

  *Consent Signature of ADA or* ■ *Email Provided*

| Case Number | Charge | Current Condition(s) | New Condition(s) |
|---|---|---|---|
| 24CR249597-590 | POSS STOLEN GOODS/PROP | $10,000/sec. | $10,000/ UNSECURED |
| | | | |
| | | | |
| | | | |

Other Conditions: ☐ Pretrial Services ☐ Electronic Monitoring ☐ 24-hr House Arrest ☐ No Contact

The Defendant is a Prior Record Level: ☐ I ☐ II ☐ III ☐ IV ☐ V ☐ VI

| *Date* 3/19/2024 | *Name of Filing Attorney* Joseph Yankelowitz | *Signature of Filing Attorney* |
|---|---|---|

## ORDER

BASED ON THE FOREGOING, THE COURT ORDERS, ADJUDGES, AND DECREES that:

☐ The State's Motion to Modify Release Conditions is ☐ granted ☐ denied as noted above.

☐ The State's Motion to Revoke Bond is ☐ granted ☐ denied.

■ Defendant's Motion to Modify Bond is ■ granted ☐ denied as noted above.

☐ Defendant's Motion for Subsequent Bond Hearing is ☐ granted ☐ denied.

☐ The Motion shall be scheduled for further hearing on: _____.

| *Print Name of Presiding Judge* | *Signature of Presiding Judge* |
|---|---|
| **3/19/2024 11:39:17 AM** | |

Local Form CRF-19, Version 9/23
© Judicial District 26

| | |
|---|---|
| **From:** | Fanous, Michael M. |
| **Sent:** | Tuesday, March 19, 2024 10:41 AM |
| **To:** | Yankelowitz, Joseph P. |
| **Subject:** | Re: Darius Hunsucker (24CR249597-590) -- BOND MODIFICATION |

Yes I consent.



**Michael M. Fanous**
Assistant District Attorney
26th Prosecutorial District (Mecklenburg County)
**North Carolina Judicial Branch**
O 704-686-0700

*Justice for all*
[www.NCcourts.gov](www.NCcourts.gov)



---

**From:** Yankelowitz, Joseph P. <joseph.p.yankelowitz@nccourts.org>
**Sent:** Tuesday, March 19, 2024 10:23 AM
**To:** Fanous, Michael M. <michael.m.fanous@nccourts.org>
**Subject:** Darius Hunsucker (24CR249597-590) -- BOND MODIFICATION

Dear Michael,

Would you please consent to unsecuring Mr. Hunsucker's bond for possession of stolen goods?

Mr. Hunsucker has been in custody for over two weeks. He has had the same job in Charlotte for years. His boss knows he is in jail and is waiting for Mr. Hunsucker to get back to work.

1. 24CR249597-590 – Poss. Stolen goods/prop. – $10,000/sec.

Thank you,


Joe

1

Return to Inmate Search     Print Inmate Summary

## HUNSUCKER, DARIUS JAMAR



**Arrest #:** 1900381

**PID:** 0000264560

**JID:** 24-068013

**DOB:** 9/9/1982

**Race/Sex:** B/M

**Height:** 5'05"

**Weight:** 170

**Alias:** HUNSUCKER, DARIUS JAMOR

**Address:**

**Status:** STATE INMATE

**Housing:** Not Active

**By:**

**Commited:** 3/4/2024 4:06 PM

**Released:** 3/26/2024 5:40 PM

---

**Alias:**

**Arrest #:**

**Prisoner Type:**

**PID:**

**JID:**

**DOB:**

**Race / Sex:**

**Height:**

**Address:**

**Commited:**

**Released:**

Case 1:23-cv-00423-WO-JLW   Document 101-2   Filed 05/07/24   Page 8 of 9

## CHARGES

| Ref | Charge/Court | ORD/Bond | Type/County | Court Date: | Description: | Case/CSL: | Disp: |
|-----|--------------|----------|-------------|-------------|--------------|-----------|-------|
| 001 | 234100 / | REL / 0 | TS / | | POSS STOLEN GOODS/PROP (F) | 24CR249597 | I |
| 002 | 385500 / | FTC / 0 | RPC / | | NONSUPPORT CHILD | 15CVD18966 | I |
| | / | 1099 / | / | | | HLD-4172968 | I |

## SENTENCES

| Ref | Case | CSL | CNS | Begin | YY | Min MM | DD | YY | MAX MM | DD | TP | Earn | Cred | END |
|-----|------|-----|-----|-------|----|--------|----|----|--------|----|----|------|------|-----|
| 001 | 24CR249597 | | | | | | | | | | | | | |
| 002 | 15CVD18966 | | | | | | | | | | | | | |

### SENTENCES:

**Reference: 001**

**Case Num:** 24CR249597

**Begin:**

**End:**

**Reference: 002**

**Case Num:** 15CVD18966

**Begin:**

**End:**