IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:23-cv-00423-WO-JLW

| | |
|---|---|
| TIMIA CHAPLIN, KEVIN SPRUILL, ROTESHA MCNEIL, QIANA ROBERTSON, YOUSEF JALLAL, MESSIEJAH BRADLEY, PAULINO CASTELLANOS, ROBERT LEWIS AND ALLEN SIFFORD, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br>  v.<br><br>WILLIE R. ROWE, in his capacity as Sheriff of Wake County, BRIAN ESTES, in his official capacity as the Sheriff of Lee County, THE OHIO CASUALTY INSURANCE COMPANY, as the surety for the Sheriff of Wake County and as surety for the Sheriff of Lee County, TYLER TECHNOLOGIES, INC., NORTH CAROLINA ADMINISTRATIVE OFFICE OF THE COURTS, RYAN BOYCE, in his official capacity as the Executive Director of the North Carolina Administrative Office of the Courts, BRAD FOWLER, in his official capacity as the ecourts Executive Sponsor and Chief Business Officer of the North Carolina Administrative Office of the Courts, BLAIR WILLIAMS, in his official capacity as the Wake County Clerk of Superior Court, SUSIE K. THOMAS, in her official capacity as the Lee County Clerk of Superior Court, JOHN DOE | TYLER TECHNOLOGIES, INC.'S CONSENT MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFFS' RESPONSE IN OPPOSITION TO TYLER TECHNOLOGIES, INC.'S MOTION TO DISMISS LOCAL RULE 23.1 |

**SURETY, as the surety for the Wake County Clerk of Superior Court and the Lee County Clerk of Superior Court, and DOES 1 THROUGH 20, INCLUSIVE,**

        **Defendants.**

Pursuant to Local Rule 6.1(a) and Rule 6(b) of the Federal Rules of Civil Procedure, Defendant Tyler Technologies, Inc. ("Tyler Technologies"), moves this Court for an extension of time, through and including June 7, 2024, to file its Reply brief to Plaintiffs' Response in Opposition to Tyler Technologies, Inc.'s Motion to Dismiss ("Response"). In support of this motion, Tyler Technologies states the following:

1. Plaintiffs filed their original complaint on May 23, 2023.

2. Tyler Technologies timely filed its Motion to Dismiss the Complaint on September 20, 2023.

3. Plaintiffs filed their First Amended Complaint on October 27, 2023.

4. Tyler Technologies timely filed its Motion to Dismiss the First Amended Complaint on January 16, 2024.

5. Plaintiffs filed their Second Amended Complaint on February 28, 2024.

6. Tyler Technologies timely filed its Motion to Dismiss the Second Amended Complaint on April 9, 2024.

7. Plaintiffs' filed their Response to Tyler Technologies' Motion to Dismiss the Second Amended Complaint on May 7, 2024.

8. The time within which Tyler Technologies must file its Reply brief to the Response has not expired.

9. Tyler Technologies requests that the deadline to file its Reply to Plaintiffs' Response be extended by ten days, to and through June 7, 2024, in order to allow Tyler Technologies to respond to Plaintiffs' arguments raised in their Response. Such an extension will allow for more efficient briefing on Tyler Technologies' Motion to Dismiss the Second Amended Complaint. Such an extension is justified because (1) the original deadline for the Reply of May 28, 2024 falls the day after the Memorial Day Weekend, when counsel and clients will be traveling and on vacation; and (2) counsel has various client obligations

that will make it challenging to file the Reply brief by the original deadline.

10. This Motion is made in good faith and not for the purpose of undue delay.

11. Tyler Technologies' counsel has conferred with the Plaintiffs' counsel, and Plaintiffs' counsel consents to the requested extension.

12. Tyler Technologies reserves all defenses, claims and arguments.

WHEREFORE, Tyler Technologies respectfully requests the Court extend Tyler Technologies' deadline to file its Reply to Plaintiffs' Response by ten (10) days, through and including June 7, 2024.

[Signature on Following Page]

This 13th day of May, 2024.

                    s/ Gregory L. Skidmore
Gregory L. Skidmore
N.C. Bar No. 35571
gskidmore@robinsonbradshaw.com
H. Hunter Bruton
N.C. Bar No. 50601
hbruton@robinsonbradshaw.com
Garrett A. Steadman
N.C. Bar No. 55449
gsteadman@robinsonbradshaw.com

**ROBINSON, BRADSHAW & HINSON, P.A.**
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

*Attorneys for Defendant Tyler Technologies, Inc.*