IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
TIMIA CHAPLIN, PAULINO            )
CASTELLANOS, KEVIN SPRUILL,       )
YOUSEF JALLAL, MESSIEJAH          )
BRADLEY, ROTESHA MCNEIL, ALLEN    )
SIFFORD, QIANA ROBERTSON, ROBERT  )
LEWIS, SARAH FIELDS, SAYELINE     )
NUNEZ, THOMAS HAYWARD, and        )
DENNIS KEITH LASSITER, on behalf  )
of themselves and all others      )
similarly situated,               )
                                  )
              Plaintiffs,         )
                                  )
     v.                           )    1:23-cv-423
                                  )
WILLIE R. ROWE in his official    )
capacity as the Sheriff of        )
Wake County, BRIAN ESTES in       )
his official capacity as the     )
Sheriff of Lee County, TYLER      )
TECHNOLOGIES, INC., JOHN DOE      )
SURETY as the surety for the     )
Sheriff of Wake County, JOHN      )
DOE SURETY as surety for the     )
Sheriff of Lee County, DOES 1     )
THROUGH 20, INCLUSIVE, THE        )
OHIO CASUALTY INSURANCE COMPANY,  )
SURETY as surety for the Sheriff )
of Wake County and as surety for )
the Sheriff of Lee County, RYAN   )
BOYCE in his official capacity    )
as the Executive Director of the )
North Carolina Administrative     )
Office of the Courts, NORTH       )
CAROLINA ADMINISTRATIVE OFFICE    )
OF THE COURTS, BRAD FOWLER in     )
his official capacity as the     )
eCourts Executive Sponsor and     )
Chief Business Officer of the     )
North Carolina Administrative     )
Office of the Courts, BLAIR       )
WILLIAMS in his official          )
```

capacity as the Wake County      )
Clerk of Superior Court, SUSIE   )
K. THOMAS in her official        )
capacity as the Lee County       )
Clerk of Superior Court, GARY    )
L. MCFADDEN, ELISA CHINN-GARY,   )
NORTH CAROLINA ADMINISTRATIVE    )
OFFICE OF THE COURTS,            )
                                 )
            Defendants.          )
                                 )

# ORDER

This matter comes before the court upon Defendant Tyler Technologies, Inc.'s Consent Motion for Extension of Time to Reply to Plaintiffs' Response in Opposition to Tyler Technologies, Inc.'s Motion to Dismiss Local Rule 23.1. (Doc. 104.) Defendant Tyler Technologies, Inc.'s ("Tyler Technologies") moves the court for an extension of time by ten (10) days, through and including June 7, 2024, to file its Reply brief in support of its motion to dismiss. Having considered the motion, with the consent of Plaintiffs, and for good cause shown the motion will be granted.

**IT IS THEREFORE ORDERED** that Defendant Tyler Technologies, Inc.'s Consent Motion for Extension of Time to Reply to Plaintiffs' Response in Opposition to Tyler Technologies, Inc.'s Motion to Dismiss Local Rule 23.1, (Doc. 104), is **GRANTED** and Defendant Tyler Technologies shall have until June 7, 2024, in which to file their Reply.

This the 16th day of May, 2024.

```
                         _____
                         United States District Judge
```