IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TIMIA CHAPLIN, PAULINO CASTELLANOS, KEVIN SPRUILL, YOUSEF JALLAL, MESSIEJAH BRADLEY, ROTESHA MCNEIL, ALLEN SIFFORD, QIANA ROBERTSON, ROBERT LEWIS, SARAH FIELDS, SAYELINE NUNEZ, THOMAS HAYWARD, and DENNIS KEITH LASSITER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIE R. ROWE in his official capacity as the Sheriff of Wake County, BRIAN ESTES in his official capacity as the Sheriff of Lee County, TYLER TECHNOLOGIES, INC., JOHN DOE SURETY as the surety for the Sheriff of Wake County, JOHN DOE SURETY as surety for the Sheriff of Lee County, DOES 1 THROUGH 20, INCLUSIVE, THE OHIO CASUALTY INSURANCE COMPANY, SURETY as surety for the Sheriff of Wake County and as surety for the Sheriff of Lee County, RYAN BOYCE in his official capacity as the Executive Director of the North Carolina Administrative Office of the Courts, NORTH CAROLINA ADMINISTRATIVE OFFICE OF THE COURTS, BRAD FOWLER in his official capacity as the eCourts Executive Sponsor and Chief Business Officer of the North Carolina Administrative Office of the Courts, BLAIR WILLIAMS in his official | 1:23-cv-423 |

| | )|
|---|---|
| capacity as the Wake County | ) |
| Clerk of Superior Court, SUSIE | ) |
| K. THOMAS in her official | ) |
| capacity as the Lee County | ) |
| Clerk of Superior Court, GARY | ) |
| L. MCFADDEN, ELISA CHINN-GARY, | ) |
| NORTH CAROLINA ADMINISTRATIVE | ) |
| OFFICE OF THE COURTS, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

This matter comes before the court upon Defendant Wake County Sheriff Willie Rowe's Consent Motion for Extension of Time to Reply to Plaintiffs' Response in Opposition to Defendant Rowe's Motion to Dismiss. (Doc. 105.) Defendant Willie R. Rowe, in his official capacity as the Sheriff of Wake County, ("Defendant Rowe") moves the court for an extension of time by ten (10) days, through and including June 7, 2024 to file his Reply Brief to Plaintiffs' Response in Opposition to Defendant Rowe's Motion to Dismiss. Having considered the motion, with the consent of Plaintiffs, and for good cause shown the motion will be granted.

**IT IS THEREFORE ORDERED** that Wake County Sheriff Willie R. Rowe's Consent Motion for Extension of Time to Reply to Plaintiffs' Response in Opposition to Defendant Rowe's Motion to Dismiss, (Doc. 105), is **GRANTED** and Defendant Rowe shall have until June 7, 2024, in which to file his Reply.

- 2 -

Case 1:23-cv-00423-WO-JLW   Document 107   Filed 05/20/24   Page 2 of 3

This the 20th day of May, 2024.

　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　United States District Judge