IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:23-CV-00423-WO-JLW

| | |
|---|---|
| TIMIA CHAPLIN, *et al.*,<br><br>           Plaintiffs,<br>v.<br><br>GARRY L. MCFADDEN, *et al.*,<br><br>           Defendants. | **[PROPOSED]**<br>**ORDER GRANTING**<br>**CONSENT MOTION FOR**<br>**EXTENSION OF TIME** |

This matter comes before the court upon the Consent Motion for Extension of Time to Reply to Plaintiffs' Response to Sheriff McFadden's Motion to Dismiss, (Doc. 101), filed by Defendant Garry L. McFadden, in his official capacity as the Sheriff of Mecklenburg County, ("Sheriff McFadden"). Sheriff McFadden moves the Court for an extension of time of ten (10) days, through and including June 7, 2024, to file his Reply to Plaintiffs' Response to his Motion to Dismiss. Having considered the motion, with the consent of Plaintiffs, and for good cause shown, the motion will be granted.

**IT IS THEREFORE ORDERED** that Sheriff McFadden's Consent Motion for Extension of Time to Reply to Plaintiffs' Response to his Motion to Dismiss, (Doc. 101), is **GRANTED**. Sheriff McFadden shall have until June 7, 2024, in which to file his Reply.

SO ORDERED, this ____ day of _____, 2024.

                                                                     _____
                                                                     The Honorable William L. Osteen, Jr.
                                                                     United States District Court Judge