# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

Timia Chaplin, et al

    v.                                                            Case Number: 1:23CV00423

Willie R. Rowe, et al

# N O T I C E

**Take notice** that a proceeding in this case has been set/re**set** as indicated below:

          PLACE:   John Hervey Wheeler
                           United States Courthouse
                           323 E. Chapel Hill St., Durham, NC
COURTROOM NO.:   Second Floor Courtroom
 DATE AND TIME:   August 20, 2025 at 9:30 a.m.
     PROCEEDING:   Initial Pretrial Conference

**Local Rule 16.1(b) provides that the parties must hold their R. 26(f) conference at least 14 days before the scheduled initial pretrial conference and submit to the court their report within 10 days thereafter.** The scheduled initial pretrial conference is automatically canceled upon the submission to the court of the Joint Rule 26(f) Report (LR 16.2) that includes ==**L.R. 5.4 & 5.5 requirements.**== **If parties are unable to reach agreement on a discovery plan and therefore submit separate Rule 26(f) Reports (LR 16.3),and (L.R. 5.4 & 5.5) they shall appear for the scheduled initial pretrial conference.**

_____

Larry Cunningham, Clerk

By: /s/ Kimberly Garrett, Deputy Clerk


Date: July 14, 2025

TO:    ALL COUNSEL AND/OR PARTIES OF RECORD