IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TIMIA CHAPLIN, SARAH FIELDS, )
SAYELINE NUNEZ, THOMAS )
HAYWARD, KEVIN SPRUILL, )
ROTESHA MCNEIL, QIANA )
ROBERTSON, YOUSEF JALLAL, )
MESSIEJAH BRADLEY, DENNIS )
KEITH LASSITER, PAULINO )
CASTELLANOS, ROBERT LEWIS, )
AND ALLEN SIFFORD, on behalf of )
themselves and all others similarly )
situated, )
 )
            Plaintiffs, )
 )
   v. )          1:23CV423
 )
GARRY L. MCFADDEN, officially as )
the Sheriff of Mecklenburg County; )
TYLER TECHNOLOGIES, INC., )
 )
            Defendants. )

**ORDER**

This matter came before the Court for an initial pretrial conference hearing on August 20, 2025. The parties submitted a Joint Rule 26(f) Report for the Court's review, which, *inter alia*, adopts the default procedures of Local Rule 5.4(c) regarding filing documents under seal. (Docket Entry 123.) After further discussion with the parties and review of the report, the Court APPROVES it with one clarification:

1. The parties will be allowed until <u>March 2, 2026</u> to request leave to join additional parties or amend pleadings. After this date, the Court will consider, *inter alia*, whether the granting of leave would delay trial.

As explained in the hearing, while recognizing the complexity of this matter, the parties are encouraged to work diligently and cooperatively during the discovery period and should not anticipate extensions of the deadlines set out in the report.

SO ORDERED. This the 20th day of August, 2025.

/s/ Joe L. Webster
United States Magistrate Judge