IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:23-cv-00423-WO-JLW

| | |
|---|---|
| TIMIA CHAPLIN, SARAH FIELDS, SAYELINE NUNEZ, THOMAS HAYWARD, KEVIN SPRUILL, ROTESHA MCNEIL, QIANA ROBERTSON, YOUSEF JALLAL, MESSIEJAH BRADLEY, DENNIS KEITH LASSITER, ROBERT LEWIS and ALLEN SIFFORD, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GARRY L. MCFADDEN, officially as the Sheriff of Mecklenburg County; TYLER TECHNOLOGIES, INC., <br><br> Defendants. | JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER |

Plaintiffs and Defendants anticipate that discovery and trial in this action likely will involve the production and disclosure of confidential or sensitive information, including business, financial, personal, and trade secret information which should be protected against unrestricted disclosure and use. Accordingly, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Local Rule 26.2, and the Joint Rule 26(f) Report (ECF No. 123, ¶ 6(d)), Plaintiffs and Defendants jointly move for entry of the proposed Stipulated Protective

Order (the "Protective Order") attached hereto as Exhibit 1. The parties submit that there is good cause for and consent to entry of the Protective Order.

This 16th day of October, 2025.

| | |
|---|---|
| /s/ Gagan Gupta (with permission) | /s/ Gregory L. Skidmore |
| Gagan Gupta | Gregory L. Skidmore |
| N.C. Bar No. 53119 | N.C. Bar No. 35571 |
| ggupta@tinfulton.com | gskidmore@rbh.com |
| Abraham Rubert-Schewel | Patrick H. Hill |
| N.C. Bar No. 56863 | N.C. Bar No. 57755 |
| schewel@tinfulton.com | phill@rbh.com |
| Zachary William Ezor | Garrett A. Steadman |
| N.C. Bar No. 55070 | N.C. Bar No. 55449 |
| zezor@tinfulton.com | gsteadman@rbh.com |
| **TIN FULTON WALKER & OWEN PLLC** | **ROBINSON, BRADSHAW & HINSON, P.A.** |
| 119 Orange Street | 600 South Tryon Street |
| Durham, NC 27701 | Suite 2300 |
| Telephone: (919) 307-8400 | Charlotte, North Carolina 28202 |
| | Telephone: (704) 377-2536 |
| Akeeb Dami Animashaun | Facsimile: (704) 378-4000 |
| 355 S Grand Avenue | |
| Suite 2450 | *Attorneys for Defendant Tyler* |
| Los Angeles, CA 90071 | *Technologies, Inc.* |
| Telephone: (929) 266-3971 | |
| dami@animashaun.me | |
| | |
| *Attorneys for Plaintiffs* | |

/s/ Sean F. Perrin (with permission)
Sean F. Perrin
N.C. Bar No. 22253
Michael A. Ingersoll
N.C. Bar No. 52217

**Womble Bond Dickinson (US) LLP**
301 S. College Street
Suite 3500
Charlotte, NC 28202
Telephone No. (704) 331-4900
Fax No. (704) 338-7814
Sean.perrin@wbd-us.com
Mike.ingersoll@wbd-us.com

J. George Guise
N.C. Bar No. 22090
George.Guise@mecklenburgcountync.gov
**Mecklenburg County Sheriff's Office**
801 East Fourth St.
Charlotte, NC 28202
Telephone: 704- 336-8100

*Attorneys for Defendant Garry McFadden*

3

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was electronically filed using the Court's e-filing system, which will automatically and electronically notify all counsel of record.

                                                /s/ Gregory L. Skidmore
                                                Gregory L. Skidmore

4

Case 1:23-cv-00423-WO-JLW    Document 125    Filed 10/16/25    Page 4 of 4