TIMIA CHAPLIN *et al*.,

*Plaintiffs*,

v.

GARY L. MCFADDEN *et al*.,

*Defendants*.

**STIPULATION OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE**

Plaintiff <u>Sayeline Nunez</u>, by and through counsel, voluntarily dismisses her claims against Defendants Tyler Technologies, Inc. and Sheriff Gary L. McFadden ("Defendants") without prejudice.  As these are Plaintiff Nunez's only active claims, this concludes her participation in the case.

All parties stipulate to dismissal of these claims, and agree that each party shall bear their own costs and expenses, including attorney's fees.  Fed. R. Civ. P. 41(a)(1)(A)(ii).

Stipulated and agreed to, this the 15th day of April, 2026.

**\*\*\* SIGNATURES APPEAR ON NEXT PAGE \*\*\***

/s/ Zachary Ezor
Zachary Ezor (NCSB #: 55070)
Email: zezor@tinfulton.com
Gagan Gupta (NCSB #: 53119)
Email: ggupta@tinfulton.com
Abraham Rubert-Schewel (NCSB #: 56863)
Email: schewel@tinfulton.com
TIN FULTON WALKER & OWEN PLLC
119 Orange Street, Floor 2
Durham, NC 27701
Telephone: (919) 307-8400

A. Dami Animashuan
Email: dami@animashuan.me
355 S. Grand Ave, Ste. 2450
Los Angeles, CA 90071
Telephone: (929) 266-3971

*Counsel for Plaintiffs on behalf of themselves
and all others similarly situated*

/s/ Gregory L. Skidmore
Gregory L. Skidmore
N.C. Bar No. 35571
gskidmore@rbh.com
Patrick H. Hill
N.C. Bar No. 57755
phill@rbh.com
Garrett A. Steadman
N.C. Bar No. 55449
gsteadman@rbh.com
600 South Tryon Street
Suite 2300
Charlotte, North Carolina 28202
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

Demi L. Bostian
N.C. Bar No. 54599
dbostian@rbh.com
1450 Raleigh Road
Suite 100
Chapel Hill, North Carolina 27517
Telephone: (919) 328-8800

*Attorneys for Defendant Tyler
Technologies, Inc.*

/s/Sean F. Perrin
Sean F. Perrin (N.C. Bar No. 22253)
Michael A. Ingersoll (N.C. Bar No. 52217)
Womble Bond Dickinson (US) LLP
301 S. College Street, Suite 3500
Charlotte, NC 28202
Phone: (704) 331-4992
Email: Sean.perrin@wbd-us.com
        Mike.Ingersoll@wbd-us.com

*Counsel for Defendant Garry L.
McFadden*