IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:23-cv-00423-WO-JGM

| | |
|---|---|
| TIMIA CHAPLIN; SARAH FIELDS; THOMAS HAYWARD; ANTHONY MILLER; KEVIN SPRUILL; ROTESHA MCNEIL; YOUSEF JALLAL; MESSIEJAH BRADLEY; DENNIS KEITH LASSITER; and ALLEN SIFFORD, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>GARRY L. MCFADDEN, officially, as the Sheriff of Mecklenburg County; OHIO CASUALTY INSURANCE COMPANY, as the surety for the Sheriff of Mecklenburg County; TYLER TECHNOLOGIES, INC.; and DOES 1 THROUGH 20, INCLUSIVE,<br><br>*Defendants*. | **PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT** |

Plaintiffs Timia Chaplin, Sarah Fields, Thomas Hayward, Kevin Spruill, Rotesha McNeil, Yousef Jallal, Messiejah Bradley, Dennis Keith Lassiter and Allen Sifford (collectively, "Plaintiffs" or the "Settlement Class Representatives"[1]), on behalf of themselves and the proposed classes they seek to represent, respectfully move this Court pursuant to Rule 23(e) of the Federal Rules of Civil Procedure for preliminary approval of a proposed class action settlement with Tyler Technologies, Inc. ("Defendant Tyler").[2] Specifically, Plaintiffs request an

[1] Unless otherwise defined herein, capitalized terms have the meanings stated in the Class Action Settlement Agreement and Release ("Settlement" or "Settlement Agreement").

[2] Plaintiff Anthony Miller does not assert a claim against Defendant Tyler.

Order that does the following: (a) grants preliminary approval of the proposed Settlement; (b) certifies the Settlement Classes for settlement purposes; (c) approves the proposed form of notice; (d) approves the proposed manner of disseminating notice; (e) sets a date and time for the Final Approval Hearing; and (f) grants such other relief as this Court deems just and proper.[3]

Plaintiffs have included with this Motion the following:

- The Settlement Agreement attached hereto as **Attachment 1**.
- Exhibits to the Settlement Agreement:
  - **Exhibit A**: Short Notice
  - **Exhibit B**: Long Notice
  - **Exhibit C**: Overdetention Claim Form
  - **Exhibit D**: Wrongful Arrest Claim Form
  - **Exhibit E**: [Proposed] Final Approval Order and Judgment as to Defendant Tyler.
- A Settlement Class Counsel resume and declaration attached hereto as **Attachment 2**.
- The Declaration of Christie K. Reed of Kroll Settlement Administration LLC attached hereto as **Attachment 3**.
- A [Proposed] Order Preliminarily Approving Settlement and Providing for Class Notice attached hereto as **Attachment 4**.

Plaintiffs have also filed separately a memorandum in support of this Motion.

* * * Signature Block Appears on Next Page * * *

---

[3] The Settlement resolves claims only against Defendant Tyler. The claims against the remaining defendant (Mecklenburg County Sheriff Garry L. McFadden) continue.

This the 26th day of October, 2026.

*/s/ Gagan Gupta*
Gagan Gupta (NCSB #: 53119)
Email: ggupta@tinfulton.com
Abraham Rubert-Schewel (NCSB #: 56863)
Email: schewel@tinfulton.com
Zachary Ezor (NCSB #: 55070)
Email: zezor@tinfulton.com
TIN FULTON WALKER & OWEN PLLC
119 Orange Street, Floor 2
Durham, NC 27701
Telephone: (919) 585-4647

A. Dami Animashuan
Email: dami@animashuan.me
355 S. Grand Ave, Suite 2450
Los Angeles, CA 90071
Telephone: (929) 266-3971

*Counsel for Plaintiffs on behalf of themselves and all others similarly situated*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed using the Court's CM/ECF system, which will automatically notify all counsel of record.

This the 26th day of October, 2026.

*/s/ Gagan Gupta*
Gagan Gupta (NCSB #: 53119)

*Counsel for Plaintiffs on behalf of themselves and all others similarly situated*